AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 07-22502

2007 SEP 24 PM 2:21

CLARENCE
CLERK
S.D. OF FL - MIAMI

Plaintiff

Randall Vanessa Forbes

v.

Defendant

St. Thomas University, Inc.

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

St. Thomas University
16401 N.W. 37th Avenue
Miami Gardens, FL 33054

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Randall Vanessa Forbes
8788 SW 107th Street #207F
Miami, FL 33174

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

__Clarence Maddox__                               SEP 2 4 2007
CLERK                                              DATE

[signature]
(BY) DEPUTY CLERK