UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.
_____ /

## DEFENDANT'S NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Michael A. Mullen, Esquire, of Gaebe, Mullen, Antonelli, Esco & DiMatteo, as lead counsel for the named Defendant, ST. THOMAS UNIVERSITY, INC., and requests that all pleadings, notices, correspondence, etc., be directed to the undersigned as counsel for the named Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are authorized to receive electronically Notices of Electronic Filing.

        GAEBE, MULLEN, ANTONELLI ESCO & DIMATTEO
        Attorneys for Defendant
        420 South Dixie Highway, 3rd Floor

        Coral Gables, FL  33146
        Tel:  (305) 667-0223
        Fax: (305) 284-9844

By:   /s/ Michael A. Mullen_____
      MICHAEL A. MULLEN
      Florida Bar No.:  305731

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY a true and correct copy of the foregoing was mailed this **16th** day of November 2007, to:  Randall Forbes (Pro Se Plaintiff), 8788 SW 12 Street, # 204F, Miami, FL 33174.

        GAEBE, MULLEN, ANTONELLI ESCO & DIMATTEO
        Attorneys for Defendant
        420 South Dixie Highway, 3rd Floor
        Coral Gables, FL  33146
        Tel:  (305) 667-0223
        Fax: (305) 284-9844

By:   /s/ Michael A. Mullen_____
      MICHAEL A. MULLEN
      Florida Bar No.:  305731