UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, ST. THOMAS UNIVERSITY, INC. (hereinafter "ST. THOMAS"), by and through its undersigned counsel, hereby file this Unopposed Motion for Enlargement of Time to file a response to Plaintiff's Amended Complaint [DE#2], and in support of this Motion, the Defendant shows:

1. This multi-count action arises after Plaintiff, RANDALL VANESSA FORBES, a student at St. Thomas University School of Law from August 2006 until May 2007, was dismissed from the law school because she failed to maintain a grade point average of 2.0 or better. *See* Plaintiff's Amended Complaint [DE#2]. Plaintiff sued ST. THOMAS after her appeal to be reinstated was denied.

2. ST. THOMAS was served with the Amended Complaint on November 1, 2007. Accordingly, ST. THOMAS has until November 21, 2007, to file a responsive pleading.

3. In the Amended Complaint, the Plaintiff has alleged twenty (20) counts against ST. THOMAS including counts for violation of the Americans with Disabilities Act (Count I),

discrimination under Rehabilitation Act (Count II), negligent misrepresentation(Count III), intentional misrepresentation (Count IV), breach of fiduciary duty (Count V), fraud (Count VI), constructive fraud (Count VII), promissory estoppel (Count VIII), breach of contract (Count IX), negligence (Count X), failure to deal in good faith (Count XI), unjust enrichment (Count XII), violation of A.B.A standards (Count XIII), violation of state and federal statutes (Count XIV), emergent relief (Count XV), defamation (Count XVI), unconscionable contract (Count XVII), intentional infliction of emotional distress (Count XVIII), violation of Racketeering Influenced and Corrupt Organization Act (R.I.C.O.) (Count XIX), and conspiracy to interfere with civil rights (Count XX).

4. ST. THOMAS requests an additional twenty (20) days to thoroughly and diligently research each of the twenty (20) causes of action alleged in the Plaintiff's Amended Complaint and to file a response accordingly.

5. Federal Rule of Civil Procedure 6(b) allows for enlargement of deadlines. Rule 6(b) provides in pertinent part that "the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed . . ." Fed. R. Civ. P. 6(b).

6. The undersigned counsel has contacted the pro se Plaintiff, RANDALL VANESSA FORBES, who has advised that she does not have any objection to our request.

7. This Motion is not filed for purposes of delay and no prejudice will result from the granting of this Motion.

WHEREFORE, the Defendant, ST. THOMAS, respectfully requests that this Honorable Court grant its Motion for Enlargement of Time to file a Response to Plaintiff's Amended

CASE NO.: 07-22502 – CIV HOEVELER
_____

Complaint and that Defendant be provided an additional twenty (20) days to file a responsive pleading.

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on November 19, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are authorized to receive electronically Notices of Electronic Filing.

                                    GAEBE, MULLEN, ANTONELLI ESCO & DIMATTEO
                                    Attorneys for Defendant
                                    420 South Dixie Highway, 3rd Floor
                                    Coral Gables, FL  33146
                                    Tel:  (305) 667-0223
                                    Fax: (305) 284-9844

        By:    /s/ Michael A. Mullen_____
               MICHAEL A. MULLEN
               Florida Bar No.:  305731

### CERTIFICATE OF SERVICE

     WE HEREBY CERTIFY a true and correct copy of the foregoing was mailed this 19th day of November 2007, to:  Randall Forbes (Pro Se Plaintiff), 8788 SW 12 Street, # 204F, Miami, FL 33174.

                                    GAEBE, MULLEN, ANTONELLI ESCO & DIMATTEO
                                    Attorneys for Defendant
                                    420 South Dixie Highway, 3rd Floor
                                    Coral Gables, FL  33146
                                    Tel:  (305) 667-0223
                                    Fax: (305) 284-9844

        By:    /s/ Michael A. Mullen_____
               MICHAEL A. MULLEN
               Florida Bar No.:  305731

**GAEBE, MULLEN, ANTONELLI, ESCO & DIMATTEO**
**420 SOUTH DIXIE HIGHWAY * 3RD FLOOR * CORAL GABLES, FLORIDA  33146**

Page 3 of 3