UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22502-CIV-Hoeveler

RANDALL VANESSA FORBES,                Magistrate Judge Brown

    Plaintiff,

v.

ST. THOMAS UNIVERSITY INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Roberto J. Diaz of the law firm of J. Patrick Fitzgerald & Associates, P.A. hereby notifies the court and counsel of his appearance in this case as co-counsel on behalf of Defendant, St. Thomas University, Inc.

## Certificate of Service

WE HEREBY CERTIFY that a true and correct copy of the above and foregoing was sent via U.S. mail to Randall Forbes, pro se plaintiff, 8788 S.W. 12th Street, #204F, Miami, Florida 33174 and electronic filing on this   21st   day of November, 2007.

    J. PATRICK FITZGERALD
     & ASSOCIATES, P.A.
    Co-counsel for Defendant
    110 Merrick Way, Suite 3-B
    Coral Gables, FL 33134
    Telephone: (305) 443-9162
    Telefax: (305) 443-6613
    E-mail: rjd@jpfitzlaw.com

By:  /s/ Roberto J. Diaz
      Roberto J. Diaz, Esq.
      Florida Bar No.: 0084890

RJD/mmr/34-107/Notice.Appearance