UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22502 – CIV HOEVELER

**RANDALL VENESSA FORBES,**

    Plaintiff,

v.

**ST. THOMAS UNIVERSITY, INC.,**

    Defendant.
_____/

## ORDER

This matter comes before the Court on the Defendant St. Thomas University Inc.'s Unopposed Motion for Enlargement of Time, filed November 19, 2007. The Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED. Defendant shall have up to and including December 12, 2007 to file a responsive pleading to Plaintiff's Amended Complaint.

DONE AND ORDERED in Chambers in Miami this 26th day of November 2007.

                                            /s/ Wm M Hoeveler
                                            WILLIAM M. HOEVELER
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to: All Parties