UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:07-cv-22502-WMH
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

        Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

        Defendant.
_____/

## DEFENDANT'S MOTION TO FILE EXCESS PAGES

      Defendant, ST. THOMAS UNIVERSITY, INC. (hereinafter "ST. THOMAS"), by and through its undersigned counsel, hereby file this Motion to File Excess Pages for the drafting of their Motion to Dismiss, and in support state:

      1.    This multi-count action arises after Plaintiff, a former student of St. Thomas University School of Law, was dismissed from the law school because she failed to maintain a grade point average of 2.0 or higher.  See Plaintiff's Amended Complaint, ¶¶ 56 and 67.

      2.    In the Amended Complaint, the Plaintiff alleged twenty (20) counts against ST. THOMAS including counts for violation of the Americans with Disabilities Act (Count I), discrimination under Rehabilitation Act (Count II), negligent misrepresentation (Count III), intentional misrepresentation (Count IV), breach of fiduciary duty (Count V), fraud (Count VI), constructive fraud (Count VII), promissory estoppel (Count VIII), breach of contract (Count IX), negligence (Count X), failure to deal in good faith (Count XI), unjust enrichment (Count XII), violation of A.B.A standards (Count XIII), violation of state and federal statutes (Count XIV), emergent relief (Count XV), defamation (Count XVI), unconscionable contract (Count XVII), intentional infliction of emotional distress (Count XVIII), violation of Racketeering Influenced

and Corrupt Organization Act (R.I.C.O.) (Count XIX), and conspiracy to interfere with civil rights (Count XX).

3. The undersigned is in the process of preparing a Motion to Dismiss the Amended Complaint, Motion for a More Definite Statement, and Motion to Strike some of the relief sought in the Amended Complaint.

4. Although, the undersigned has made good faith efforts to shorten its Motion to Dismiss, due to the number of counts and the deficiency of the Amended Complaint, the undersigned is requesting an additional ten (10) pages so that all pertinent issues can be properly addressed and presented to the Court.

5. The undersigned has twice attempted to contact the *Pro Se* Plaintiff, Randall V. Forbes, via telephone, to determine if there is any opposition to this motion, but has been unable to get in touch with her.

**WHEREFORE**, the Defendant, ST. THOMAS respectfully requests that this Honorable Court grant its Motion to File Excess Pages and permit the Defendant an additional ten (10) pages to file their Motion to Dismiss the Plaintiff's Amended Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 3rd, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing

generated by CM/ECF or in some other authorized manner for those counsel or parties who are authorized to receive electronically Notices of Electronic Filing.

        GAEBE, MULLEN, ANTONELLI ESCO & DIMATTEO
        Attorneys for Defendant
        420 South Dixie Highway, 3rd Floor
        Coral Gables, FL  33146
        Tel:  (305) 667-0223
        Fax: (305) 284-9844

By:    /s/ Michael A. Mullen_____
        MICHAEL A. MULLEN
        Florida Bar No.:  305731

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY a true and correct copy of the foregoing was mailed this 3rd day of December 2007, to:  Randall Forbes (*Pro Se* Plaintiff), 8788 SW 12 Street, # 204F, Miami, FL 33174.

        GAEBE, MULLEN, ANTONELLI ESCO & DIMATTEO
        Attorneys for Defendant
        420 South Dixie Highway, 3rd Floor
        Coral Gables, FL  33146
        Tel:  (305) 667-0223
        Fax: (305) 284-9844

By:    /s/ Michael A. Mullen_____
        MICHAEL A. MULLEN
        Florida Bar No.:  305731