UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.
_____/

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, ST. THOMAS UNIVERSITY, INC. (hereinafter "ST. THOMAS"), by and through its undersigned counsel, hereby file this Second Unopposed Motion for Enlargement of Time to file a response to Plaintiff's Amended Complaint [DE#2], and in support of this Motion, the Defendant shows:

1. This multi-count action arises after Plaintiff, RANDALL VANESSA FORBES, a student at St. Thomas University School of Law from August 2006 until May 2007, was dismissed from the law school because she failed to maintain a grade point average of 2.0 or better.  *See* Plaintiff's Amended Complaint [DE#2].  Plaintiff sued ST. THOMAS after her appeal to be reinstated was denied.

2. In the Amended Complaint, the Plaintiff has alleged twenty (20) counts against ST. THOMAS including counts for violation of the Americans with Disabilities Act (Count I), discrimination under Rehabilitation Act (Count II), negligent misrepresentation(Count III), intentional misrepresentation (Count IV), breach of fiduciary duty (Count V), fraud (Count VI), constructive fraud (Count VII), promissory estoppel (Count VIII), breach of contract (Count IX),

negligence (Count X), failure to deal in good faith (Count XI), unjust enrichment (Count XII), violation of A.B.A standards (Count XIII), violation of state and federal statutes (Count XIV), emergent relief (Count XV), defamation (Count XVI), unconscionable contract (Count XVII), intentional infliction of emotional distress (Count XVIII), violation of Racketeering Influenced and Corrupt Organization Act (R.I.C.O.) (Count XIX), and conspiracy to interfere with civil rights (Count XX).

3.  ST. THOMAS was served with the Amended Complaint on November 1, 2007. Accordingly, ST. THOMAS had until November 21, 2007, to file a responsive pleading.

4.  On November 19, 2007, Defendant files its Unopposed Motion for Enlargement of Time to response to the Amended Complaint.  This Court granted Defendant's request on November 26, 2007 (DE#7).  Accordingly, Defendant had until December 12, 2007 to file a response

5.  ST. THOMAS requests an additional ten (10) days to thoroughly and diligently research each of the twenty (20) causes of action alleged in the Plaintiff's Amended Complaint and to file a response accordingly.

6.  Commencing on Monday December 10, 2007, Defendant's counsel, Maximo A. Santiago, Esq., will be engaged in trial in the matter of *Nancy Wear v. ALCA Condominium Assn., Inc.*, CASE NO.: 04-19070 CA 03, in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida.  The preparation for and attendance at the *Wear* trial is expected to require a significant amount of time, which will preclude Defendant's counsel from being able to diligently research the twenty (20) counts, and prepare a sufficient response to Plaintiff's Amended Complaint.

CASE NO.: 07-22502 – CIV HOEVELER
_____

7. Federal Rule of Civil Procedure 6(b) allows for enlargement of deadlines. Rule 6(b) provides in pertinent part that "the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed . . ." Fed. R. Civ. P. 6(b).

8. The undersigned counsel has contacted the *pro se* Plaintiff, RANDALL VANESSA FORBES, who has advised that she does not have any objection to our request. Furthermore, Defendant's counsel has agreed that the response to Plaintiff's Amended Complaint shall be filed on or before Friday December 21, 2007, and that no further extensions with respect to this response shall be requested.

9. This Motion is not filed for purposes of delay and no prejudice will result from the granting of this Motion.

WHEREFORE, the Defendant, ST. THOMAS, respectfully requests that this Honorable Court grant its Motion for Enlargement of Time to file a Response to Plaintiff's Amended Complaint and that Defendant be provided an additional ten (10) days to file a responsive pleading, or until December 21, 2007 and any other relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are authorized to receive electronically Notices of Electronic Filing.

CASE NO.: 07-22502 – CIV HOEVELER

_____

    I   HEREBY CERTIFY a true and correct copy of the foregoing, Defendant's Second Unopposed Motion for Enlargement of Time, was mailed this 5th day of December 2007, to: Randall Forbes (*Pro Se* Plaintiff), 8788 SW 12 Street, # 204F, Miami, FL 33174.

                        GAEBE, MULLEN, ANTONELLI ESCO & DIMATTEO
                        Attorneys for Defendant
                        420 South Dixie Highway, 3rd Floor
                        Coral Gables, FL  33146
                        Tel:  (305) 667-0223 / Fax: (305) 284-9844

          By:    /s/ Michael A. Mullen_____
                  MICHAEL A. MULLEN
                  Florida Bar No.:  305731

**GAEBE, MULLEN, ANTONELLI, ESCO & DIMATTEO**
**420 SOUTH DIXIE HIGHWAY * 3RD FLOOR * CORAL GABLES, FLORIDA  33146**

Page 4 of 4