UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22502 – CIV HOEVELER

**RANDALL VENESSA FORBES,**

    Plaintiff,

v.

**ST. THOMAS UNIVERSITY, INC.,**

    Defendant.

_____/

## ORDER

This matter comes before the Court on the Defendant St. Thomas University Inc.'s Second Unopposed Motion for Enlargement of Time, filed December 5, 2007. The Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED. Defendant shall have up to and including December 21, 2007 to file a responsive pleading to Plaintiff's Amended Complaint. Defendant shall not receive any further extensions with respect to this response to Plaintiff's Amended Complaint.

DONE AND ORDERED in Chambers in Miami this 11th day of December, 2007.

                                      */s/ William M. Hoeveler*
                                      WILLIAM M. HOEVELER
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to: All Parties