UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:07-cv-22502-WMH
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

**DEFENDANT'S *EMERGENCY* MOTION TO FILE EXCESS PAGES (AMENDED MOTION)**

COMES NOW Defendant, ST. THOMAS UNIVERSITY, INC. (hereinafter "ST. THOMAS"), by and through its undersigned counsel, and pursuant to L.R. 7.1.E and L.R. 7.1.C.2, hereby files this (Amended) Motion to File Excess Pages in the memorandum of law in support of its Motion to Dismiss, Motion for More Definite Statement, and Motion to Strike, and files it as an **Emergency Motion**, and in support thereof states:

1.    The Plaintiff has filed a nineteen-page Amended Complaint alleging (20) separate counts and multiple theories of recovery against ST. THOMAS, including counts for violation of the Americans with Disabilities Act (Count I), discrimination under Rehabilitation Act (Count II), negligent misrepresentation (Count III), intentional misrepresentation (Count IV), breach of fiduciary duty (Count V), fraud (Count VI), constructive fraud (Count VII), promissory estoppel (Count VIII), breach of contract (Count IX), negligence (Count X), failure to deal in good faith (Count XI), unjust enrichment (Count XII), violation of A.B.A standards (Count XIII), violation of state and federal statutes (Count XIV), emergent relief (Count XV), defamation (Count XVI), unconscionable contract (Count XVII), intentional infliction of emotional distress (Count XVIII),

violation of Racketeering Influenced and Corrupt Organization Act (R.I.C.O.) (Count XIX), and conspiracy to interfere with civil rights (Count XX).

2. The undersigned attorneys are in the process of preparing a Motion to Dismiss the Amended Complaint based on failure to state a claim upon which relief can be granted, Motion for a More Definite Statement, and Motion to Strike some of the relief sought in the Amended Complaint.  Each Count of the prolix Amended Complaint must be addressed.

3. Although the undersigned attorneys have made good-faith efforts to shorten the memorandum of law in support of the Motion to Dismiss, Motion for More Definite Statement, and Motion to Strike, due to the number of counts in and the prolixity of the Amended Complaint filed by the *pro se* Plaintiff, counsel for the Defendant must request leave to include an additional twenty (20) pages in the memorandum of law, for a total of forty (40) pages, to address legal arguments in support of:  a Motion to Dismiss twenty separate counts, for failure to state a claim upon which relief can be granted; a combined Motion for More Definite Statement addressed to certain counts of the Amended Complaint; and a combined Motion to Strike discrete portions of the nineteen-page Amended Complaint.

4. This Motion is filed as an emergency motion because, by Order dated December 11, 2007, (DE #10), this Court granted the Defendant's last request for enlargement of time and ordered that the Motion to Dismiss be filed no later than December 21, 2007, with no further enlargements of time to be granted.

5. By Local Rule (7.1.C.2.), ST. THOMAS is obliged to obtain prior permission of the Court before filing a memorandum of law in excess of twenty (20) pages.

6. The Defendant previously filed a similar motion, its Motion for Leave to File Excess Pages (DE #8, 12/3/07), which sought permission to file an additional ten (10) pages, for

a total of thirty (30) pages.  The Plaintiff opposed that Motion.  That Motion (DE #8) had not yet been ruled upon at the time of filing this Amended (Emergency) Motion.

7. The need for additional pages was discovered after the filing of that original motion (DE #8).  This Amended Emergency Motion was not filed sooner only because the attorney primarily responsible for preparing the Motion to Dismiss, Motion for More Definite Statement, and Motion to Strike, and memorandum of law in support thereof, was and is in trial from Monday, December 10, 2007, through and including Wednesday, December 19, 2007, before Judge Jose M. Rodriguez, in Case No. 04-19070 CA 31 in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, *Wear v. Alca Condominium Ass'n, Inc.*  As soon as the need for additional pages was discovered, and as soon as counsel for the Defendant had spoken with the Plaintiff, this Amended (Emergency) Motion was filed.

8. This request is not made in order to prejudice any party, and should not prejudice any party.  It is made in order to enable the Defendant to fully brief the matter for the Court, and for Defendants' counsel to fully represent the interests of the Defendant.

9. A form order granting the relief requested in this Motion is attached hereto as Exhibit "A."

Certification of Pre-Filing Conference

The undersigned attorney, Anne Sullivan, certifies pursuant to L.R. 7.1.A.3, that she has spoken with Plaintiff *pro se* Randall Vanessa Forbes, and Ms. Forbes has indicated that she **opposes** the relief sought in this Motion.

**WHEREFORE**, the Defendant, ST. THOMAS respectfully requests that this Honorable Court grant its Motion to File Excess Pages and permit the Defendant an additional twenty (20)

CASE NO.: 1:07-CV-22502-WMH
Page 4

pages to file its memorandum of law in support of its Motion to Dismiss the Plaintiff's Amended Complaint, and combined Motion for More Definite Statement and combined Motion to Strike.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on December 19th 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are authorized to receive electronically Notices of Electronic Filing.

                    GAEBE, MULLEN, ANTONELLI ESCO & DIMATTEO
                    Attorneys for Defendant
                    420 South Dixie Highway, 3rd Floor
                    Coral Gables, FL  33146
                    Tel:  (305) 667-0223
                    Fax: (305) 284-9844

By:    /s/ Anne C. Sullivan_____
           MICHAEL A. MULLEN
           Florida Bar No.:  305731
           ANNE C. SULLIVAN
           Florida Bar No. 0888621

CASE NO.: 1:07-CV-22502-WMH
Page 5

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY a true and correct copy of the foregoing was mailed this 19th day of December 2007, to: Randall Forbes (*Pro Se* Plaintiff), 8788 SW 12 Street, # 204F, Miami, FL 33174.

        GAEBE, MULLEN, ANTONELLI ESCO & DIMATTEO
        Attorneys for Defendant
        420 South Dixie Highway, 3rd Floor
        Coral Gables, FL 33146
        Tel: (305) 667-0223
        Fax: (305) 284-9844

By:   /s/ Anne C. Sullivan
        MICHAEL A. MULLEN
        Florida Bar No.: 305731
        ANNE C. SULLIVAN
        Florida Bar No. 0888621