UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.
_____/

## ORDER

This matter comes before the Court on the Defendant St. Thomas University, Inc.'s Emergency Motion to File Excess Pages (Amended Motion) (DE #___, 12/19/07).  The Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED.  Defendant shall have an additional twenty (20) pages for the memorandum of law in support of their responsive motions to Plaintiff's Amended Compliant.

DONE AND ORDERED in Chambers in Miami this _____ day of December 2007.

                                                _____
                                                WILLIAM M. HOEVELER
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:  All counsel and *pro se* parties of record