UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.
_____/

### DEFENDANT'S MOTION TO DISMISS, MOTION FOR MORE DEFINITE STATEMENT, AND MOTION TO STRIKE

Defendant, ST. THOMAS UNIVERSITY, INC. (hereinafter "ST. THOMAS"), by and through its undersigned counsel, and hereby files this Motion to Dismiss, Motion for a More Definite Statement, and Motion to Strike, and states as follows:

1.    This multi-count action was filed by FORBES, a former student at St. Thomas University School of Law from August 2006 until May 2007, after she was dismissed from the law school because she failed to maintain a grade point average of 2.0 or better.  See Plaintiff's Complaint [DE # 1]; see Amended Complaint [DE # 3].  FORBES sued ST. THOMAS after her appeal to be reinstated was denied.

2.    In the Amended Complaint [DE # 3], the Plaintiff alleges twenty (20) counts against ST. THOMAS including counts for violation of the Americans with Disabilities Act (Count I), discrimination under Rehabilitation Act (Count II), negligent misrepresentation(Count III), intentional misrepresentation (Count IV), breach of fiduciary duty (Count V), fraud (Count VI), constructive fraud (Count VII), promissory estoppel (Count VIII), breach of contract (Count

CASE NO.: 07-22502-CIV-HOEVELER
_____

IX), negligence (Count X), failure to deal in good faith (Count XI), unjust enrichment (Count XII), violation of A.B.A (American Bar Association) standards (Count XIII), violation of state and federal statutes (Count XIV), emergent relief (Count XV), defamation (Count XVI), unconscionable contract (Count XVII), intentional infliction of emotional distress (Count XVIII), violation of Racketeering Influenced and Corrupt Organization Act (R.I.C.O.) (Count XIX), and conspiracy to interfere with civil rights (Count XX).

3. ST. THOMAS files this Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12 (b)(6), based on FORBES' for failure to state a claim upon which relief can be granted, and pursuant to Rule 8, for FORBES' failure to set forth a short and plain statement showing she is entitled to relief. ST. THOMAS also files the combined Motion for a More Definite Statement pursuant to Federal Rules of Civil Procedure 12 (e) and its Motion to Strike pursuant to Federal Rules of Civil Procedure 12(f).

4. As set forth below, the Plaintiff's entire Amended Complaint must be dismissed with prejudice for failure to state a claim upon which relief can be granted. Fed.R.Civ.P. 12 (b)(6).

5. Moreover, FORBES has filed a disallowed shotgun-style pleading, and the Amended Complaint must be dismissed on that basis, and for failure to set forth a short and plain statement of her claims showing that she is entitled to relief. Fed.R.Civ.P. 8.

6. Alternatively, FORBES should be ordered to provide a more definite statement as to the majority of the Counts in her Amended Complaint. Finally, the relief the Plaintiff seeks in her "Demand for Relief" on the last page of her Amended Complaint is for the most part not

CASE NO.: 07-22502-CIV-HOEVELER
_____

cognizable or not allowable or recoverable under Florida law, and her "Demand for Relief" must be stricken, as explicated more fully in the accompanying memorandum of law filed by ST. THOMAS.

In support of these Motions, the Defendant has contemporaneously filed a memorandum of law with citations to appropriate authority for each of its arguments.

### MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR FAILURE TO COMPLY WITH RULE 8 (a) AND (e)

FORBES' Amended Complaint contains 220 paragraphs (101 paragraphs are general allegations) and 20 separate causes of action. In each of the 20 counts, the Plaintiff begins with a paragraph incorporating the allegations contained in all of the preceding paragraphs: "Plaintiff repeats and realleges all prior allegations set forth at length."  See Amended Complaint. FORBES' 20-count Amended Complaint is a classic shotgun-style pleading that does not comply with Rule 8.  Accordingly, the Amended Complaint should be dismissed because it is a shotgun pleading, or in the alternative, the Defendant moves this Court for a more definite statement pursuant to Rule 12 (e), as more fully explicated in the accompanying memorandum of law.

### MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO RULE 12 (b)(6)

The Plaintiff has alleged twenty (20) counts against ST. THOMAS including counts for violation of the Americans with Disabilities Act (Count I), discrimination under Rehabilitation Act (Count II), negligent misrepresentation (Count III), intentional misrepresentation (Count IV), breach of fiduciary duty (Count V), fraud (Count VI), constructive fraud (Count VII), promissory estoppel (Count VIII), breach of contract (Count IX), negligence (Count X), failure to deal in

CASE NO.: 07-22502-CIV-HOEVELER

_____

good faith (Count XI), unjust enrichment (Count XII), violation of A.B.A standards (Count XIII), violation of state and federal statutes (Count XIV), emergent relief (Count XV), defamation (Count XVI), unconscionable contract (Count XVII), intentional infliction of emotional distress (Count XVIII), violation of Racketeering Influenced and Corrupt Organization Act (Count XIX), and conspiracy to interfere with civil rights (Count XX).  The Plaintiff's Amended Complaint should be dismissed as to all twenty (20) Counts because even when viewing the Amended Complaint in the light most favorable to the Plaintiff, the Plaintiff has failed in many instances to state a claim cognizable under Florida law, and in every instance has failed to state a claim upon which relief can be granted, as set forth with appropriate case and Rule citations in the accompanying memorandum of law.

## MOTION FOR A MORE DEFINITE STATEMENT

The allegations in Counts I, II, III, IV, V, VI, VII, IX, XIV, XIX, and XX of the Complaint are so vague or ambiguous that ST. THOMAS cannot properly frame a responsive pleading.  The Plaintiff should be required to give a more definite statement in relation to her allegations set forth in those Counts of the Amended Complaint, if those claims are not dismissed in their entirety.  Fed.R.Civ.P. 12(e).

## MOTION TO STRIKE PLAINTIFF'S DEMANDS FOR RELIEF

In her Amended Complaint the Plaintiff has requested the following relief: (1) reinstatement to St. Thomas University School of Law; (2) refund of tuition and fees paid to St. Thomas University School of Law with interest; (3) compensatory damages; (4) punitive damages; (5) treble damages; (6) reimbursement of reasonable court and attorneys' fees; (7)

CASE NO.: 07-22502-CIV-HOEVELER

_____

emergent/injunctive relief enjoining Defendant from engaging in their dismissal and readmission policies; and (8) "further relief as the court deems just and proper." ST. THOMAS moves to strike FORBES' claims for treble damages, attorneys' fees, emergent/injunctive relief, and any other demand for relief that is not permitted by statute or case law, as set forth in the accompanying memorandum of law filed contemporaneously herewith.

### CONCLUSION AND PRAYER FOR RELIEF

ST. THOMAS respectfully requests that its Motion to Dismiss all counts of the Amended Complaint for failure to state a claim upon which relief can be granted, under Federal Rule of Civil Procedure 12 (b)(6), be granted with prejudice as to the Plaintiff's Amended Complaint.

In the alternative, the ST. THOMAS respectfully requests that its Motion for a More Definite Statement with respect to Counts I, II, III, IV, V, VI, VII, IX, XIV, XIX, and XX be granted in favor of the Defendant pursuant to Federal Rule of Civil Procedure 12 (e) because the allegations of the Amended Complaint are so vague or ambiguous that the Defendant cannot reasonably be required to frame a responsive pleading.

ST. THOMAS also respectfully requests that its Motion to Strike Plaintiff's "Alleged Damages" and "Demand for Relief" be granted pursuant to Federal Rule of Civil Procedure 12 (f), because the damages sought by the Plaintiff are not allowable under Federal or Florida law.

WHEREFORE the Defendant moves this Honorable Court for the entry of an Order:

(i)  dismissing the Plaintiff's Amended Complaint in its entirety, with prejudice, and dismissing the Plaintiff's entire case, with prejudice, for failure to state a cause of action upon which relief may be granted; or

CASE NO.: 07-22502-CIV-HOEVELER

_____

(ii)   dismissing the Plaintiff's Amended Complaint in its entirety, for failure to comply with basic pleading standards embodied in Federal Rule of Civil Procedure 8; or, in the alternative

(iii)  ordering the Plaintiff to provide a more definite statement pursuant to Federal Rule of Civil Procedure 12 (e); and

(iv)   striking the Plaintiff's demands for attorney fees, treble damages, and the emergent/injunctive relief sought by the Plaintiff in her Amended Complaint; and

(v)    granting such other and further relief as this Honorable Court may deem just and necessary.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are authorized to receive electronically Notices of Electronic Filing.

Respectfully Submitted,

/s/ Michael A. Mullen_____

MICHAEL A MULLEN
FL BAR NO.: 305731
GAEBE MULLEN ANTONELLI
    ESCO & DIMATTEO
Attorneys for Defendant, Standard Concrete

CASE NO.: 07-22502-CIV-HOEVELER

_____

420 South Dixie Highway, 3rd Floor
Coral Gables, FL  33146
Tel:  (305) 667-0223
Fax: (305) 284-9844
mmullen@gaebemullen.com

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY a true and correct copy of the foregoing was mailed this **21st** day of December 2007, to:  Randall Vanessa Forbes (Plaintiff *Pro Se*), 8788 SW 12 Street, #204F, Miami, FL 33174.

| | |
|---|---|
| J. PATRICK FITZGERALD, P.A. | GAEBE MULLEN ANTONELLI ESCO & DIMATTEO |
| Co-Counsel for Defendant | Attorneys for Defendant |
| 110 Merrick Way, Suite 3-B | 420 South Dixie Highway, 3rd Floor |
| Coral Gables, FL  33134 | Coral Gables, FL  33146 |
| Tel:  (305) 443-9162 | Tel:  (305) 667-0223 |
| Fax: (305) 443-6613 | Fax:  (305) 284-9844 |

By:   /s/ Michael A. Mullen
MICHAEL A. MULLEN
Florida Bar No.:  305731