UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/



## NOTICE OF APPEARANCE

**COMES NOW** the law firm of Phillips Lanier and files their Notice of Appearance as counsel for the Plaintiff, RANDALL VANESSA FORBES, in the above-styled cause.

    Respectfully submitted,

    _____
    EMILY JOYCE PHILLIPS (FB 0597961)
    ephillips@phillipslanier.com
    PHILLIPS LANIER
    One Biscayne Tower
    2 S. Biscayne Blvd., Ste. 1684
    Miami, FL 33131
    T. 305.350.5299
    F. 305.350.5298
    Attorneys for Plaintiff Randall V. Forbes

1

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by U.S. Mail on the 2nd day of January, 2007 on all counsel or parties of record on the attached service list.

_____
EMILY JOYCE PHILLIPS

2

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

## SERVICE LIST

Michael A. Mullen FL Bar No. 305731
Email: mmullen@gaebemullen.com
Gaebe Mullen Antonelli Esco & DiMatteo
420 S. Dixie Highway, 3rd Floor
Coral Gables, FL 33143
T. 305.667.0223
F. 305.284.9844
Attorneys for Defendant


J. Patrick Fitzgerald FL Bar No. 248681
Email: jpf@jpfitzlaw.com
J. Patrick Fitzgerald, P.A.
110 Merrick Way, Suite 3-B
Coral Gables, FL 33134
T. 305.443.9162
F. 305.284.9844
Co-Counsel for Defendant

3