

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Plaintiff, RANDALL VANESSA FORBES, (hereinafter "Forbes"), by and through her undersigned counsel, hereby file this Plaintiff's Unopposed Motion for Enlargement of Time to file a response to Defendant's Motion to Dismiss, Motion for More Definite Statement, and Motion to Strike [DE#13], and in support of this Motion, the Plaintiff states the following:

1. Forbes was a student at St. Thomas University School of Law from August, 2006 until May, 2007 until she was dismissed from enrollment. Plaintiff filed her Complaint on September 24, 2007 [DE #1] and her Amended Complaint on [DE #3] was served on St.Thomas University, Inc. (hereinafter "St. Thomas") on November 1, 2007.  St. Thomas had until November 21, 2007 to file a responsive pleading.

2. St. Thomas filed on November 19, 2007 the Defendant's Unopposed Motion for Enlargement of Time and this Court granted St.

Thomas' request on November 26, 2007 [DE #7]. Accordingly, St.Thomas had until December 12, 2007 to file a response. As is evident from the tile of that motion, Forbes had no objection to St. Thomas requesting an enlargement of time.

3. On December 5, 2007, St. Thomas filed the Defendant's Second Unopposed Motion for Enlargement of Time which this Court granted and St. Thomas had until December 22, 2007 to file a response to the Amended Complaint [DE#3]. Once again, Forbes had no objection to St. Thomas requesting an enlargement of time.

4. St. Thomas filed Defendant's Motion to Dismiss, Motion for More Definite Statement, and Motion to Strike on December 21, 2007 and accordingly Forbes has ten (10) days to respond.

5. Forbes requests an additional ten (10) days to diligently research and file a response. Additional time is requested as a result of the busy holiday season and the fact that Forbes' counsel was in Nevada on vacation from December 20, 2007 through December 28, 2007.

6. Federal Rule of Civil Procedure 6(b) allows for enlargement of deadlines. Rule 6(b) provides that "…the Court for cause shown may at any time in its discretion (1) with or with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed…", Fed. R. Civ. P. 6(b).

7. The undersigned counsel has contacted St. Thomas's counsel who has confirmed that St.Thomas does not object to our request.

2

8. This Motion is not filed for the purposes of delay and no prejudice will result from granting this Motion.

WHEREFORE, the Plaintiff, RANDALL VANESSA FORBES, respectfully requests that this Honorable Court grant her Motion for Enlargement of Time to file a Response to Defendant's Motion to Dismiss, Motion for More Definite Statement, and Motion to Strike and that the Plaintiff be provided an additional ten (10) days to file a responsive pleading.

Respectfully submitted,

_____
EMILY JOYCE PHILLIPS (FB 0597961)
ephillips@phillipslanier.com
PHILLIPS LANIER
One Biscayne Tower
2 S. Biscayne Blvd., Ste. 1684
Miami, FL 33131
T. 305.350.5299
F. 305.350.5298
Attorneys for Plaintiff Randall V. Forbes

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by U.S. Mail on the 8th day of January, 2007 on all counsel or parties of record on the attached service list.

_____
EMILY JOYCE PHILLIPS

3

Case No.: 07-22502 – CIV HOEVELER<br>MAGISTRATE JUDGE BROWN

## SERVICE LIST

Michael A. Mullen FL Bar No. 305731
Email: mmullen@gaebemullen.com
Gaebe Mullen Antonelli Esco & DiMatteo
420 S. Dixie Highway, 3rd Floor
Coral Gables, FL 33143
T. 305.667.0223
F. 305.284.9844
Attorneys for Defendant


J. Patrick Fitzgerald FL Bar No. 248681
Email: jpf@jpfitzlaw.com
J. Patrick Fitzgerald, P.A.
110 Merrick Way, Suite 3-B
Coral Gables, FL 33134
T. 305.443.9162
F. 305.284.9844
Co-Counsel for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

## ORDER

This matter comes before the Court on the Plaintiff Randall Vanessa Forbes' Unopposed Motion for Enlargement of time to file its Response to Defendant's Motion to Dismiss, Motion for More Definite Statement, and Motion to Strike [DE #13] filed on December 21, 2007.  The Plaintiff moves the Court for a ten (10) day enlargement of time to file a response to the Defendant's Motion to Dismiss, Motion for More Definite Statement, and Motion to Strike.  As grounds, Counsel has stated that additional time is needed as a result of the busy holiday season and having been on vacation.  Counsel needs the additional time to prepare an adequate response.  Pursuant to Local Rule 3.01, counsel for the Defendant does not have an objection to the relief requested.  The Court, having considered the request, finds good cause and will grant the enlargement of time.  It is now

1

2

**ORDERED:**

The Plaintiff's Unopposed Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss, Motion for More Definite Statement, and Motion to Strike [DE #13] is **GRANTED.** Randall Vanessa Forbes shall have up to and including January 18, 2008 to file a responsive pleading.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida this _____ day of January, 2008.

_____
WILLIAM M. HOEVELER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
  All Parties

2