UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/



## NOTICE OF CONVENTIONAL FILING

Please take notice that the foregoing Plaintiff's Unopposed Motion for Enlargement of Time is being filed conventionally because Plaintiff's counsel has not had an opportunity to take CM/ECF training as of this date. Plaintiff's counsel will be attending CM/ECF training on Friday, January 11, 2007.

Respectfully submitted,

_____
EMILY JOYCE PHILLIPS (FB 0597961)
ephillips@phillipslanier.com
PHILLIPS LANIER
2 S. Biscayne Blvd., Ste. 1684
Miami, FL 33131
T. 305.350.5299
F. 305.350.5298
Attorneys for Plaintiff Randall V. Forbes

1

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by U.S. Mail on the 8th day of January, 2007 on all counsel or parties of record on the attached service list.

_____
EMILY JOYCE PHILLIPS

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

## SERVICE LIST

Michael A. Mullen FL Bar No. 305731
Email: mmullen@gaebemullen.com
Gaebe Mullen Antonelli Esco & DiMatteo
420 S. Dixie Highway, 3rd Floor
Coral Gables, FL 33143
T. 305.667.0223
F. 305.284.9844
Attorneys for Defendant


J. Patrick Fitzgerald FL Bar No. 248681
Email: jpf@jpfitzlaw.com
J. Patrick Fitzgerald, P.A.
110 Merrick Way, Suite 3-B
Coral Gables, FL 33134
T. 305.443.9162
F. 305.284.9844
Co-Counsel for Defendant