UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22502 – CIV HOEVELER

**RANDALL VENESSA FORBES,**

    Plaintiff,

v.

**ST. THOMAS UNIVERSITY, INC.,**

    Defendant.
_____/

### ORDER

This matter comes before the Court on Plaintiff Randall Venessa Forbes' Unopposed Motion for Enlargement of Time, filed January 9, 2008. The Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED. Plaintiff shall have up until and including January 22, 2008 to file a Response to Defendant's Motion to Dismiss, Motion for More Definite Statement, and Motion to Strike.

DONE AND ORDERED in Chambers in Miami this 10th day of January, 2008.

                                        /s/ Wm M Hoeveler
                                        WILLIAM M. HOEVELER
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to: all parties