UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

## AGREED ORDER TO DISMISS AMENDED COMPLAINT WITHOUT PREJUDICE WITH LEAVE TO AMEND WITHIN TWENTY (20) DAYS

    This matter comes before the Court on the Defendant's Motion to Dismiss, Motion for More Definite Statement, and Motion to Strike [DE #13] filed on December 21, 2007. Having been advised, the parties have agreed to Dismiss the Amended Complaint [DE #3] and that RANDALL VANESSA FORBES (hereinafter the "Plaintiff") shall have twenty (20) days to file her Second Amended Complaint. The Court, having considered the request, finds good cause and will enter the Agreed Order to Dismiss Amended Complaint without Prejudice with Leave to Amend Complaint within twenty (20) days. It is now

**ORDERED:**

    Plaintiff's Amended Complaint shall be dismissed without prejudice with Leave to Amend and the Plaintiff shall have twenty (20) days to re-file her

Second Amended Complaint.  Plaintiff shall have up to and including February 12, 2008 to file her Second Amended Complaint.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida this _____ day of January, 2008.

_____
WILLIAM M. HOEVELER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
    All Parties