UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22502 – CIV HOEVELER

**RANDALL VENESSA FORBES,**

    Plaintiff,

v.

**ST. THOMAS UNIVERSITY, INC.,**

    Defendant.
_____/

## ORDER GRANTING AGREED [MOTION] TO DISMISS AMENDED COMPLAINT WITHOUT PREJUDICE WITH LEAVE TO AMEND WITHIN TWENTY (20) DAYS

THIS MATTER comes before the Court upon the parties' Agreed [Motion] to Dismiss Amended Complaint Without Prejudice With Leave to Amend Within Twenty (20) Days, filed January 22, 2008. The Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED. Plaintiff's Amended Complaint shall be dismissed without prejudice with leave to amend. Plaintiff shall have twenty (20) days from the date of this Order to re-file her Second Amended Complaint. All other pending motions are DENIED as moot.

DONE AND ORDERED in Chambers in Miami this 28th day of January 2008.

*/s/ Wm M Hoeveler*
WILLIAM M. HOEVELER
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Parties