**DR. LYDIA KALSNER-SILVER**          Licensed Psychologist  FL PY6376

5151 Collins Ave, #223-5, Miami Beach, FL  33140, (305) 866-3579

June 4, 2007

Academic Standing Committee
St. Thomas University School
Of Law
16401 NW 37th Avenue
Miami Gardens, FL

Dear Sir or Madame:

Randall Forbes was seen for an initial evaluation on 6/2/07. She reports a range of symptoms that are consistent with an ongoing diagnosis of Post Traumatic Stress Disorder. As a result of two sexual assaults in high school and a rape in college, Ms. Forbes was exposed to a series of traumatic events which involved actual or threatened death or serious injury, and was a threat to her personal integrity. She is experiencing a range of symptoms consistent with a diagnosis Post Traumatic Stress disorder including disturbing dreams, an exaggerated startle response, and persistent feelings of increased arousal. The increased arousal has manifested itself in a difficulty concentrating, hyper vigilance and an exaggerated startle response. She also reports excessive rumination and intrusive thoughts.

Ms. Forbes also reports symptoms of depression which include feelings of hopelessness, and a difficulty sleeping. She is currently prescribed Setraline (an antidepressant) and Aprazolam (for anxiety) by her primary care physician. While the medication has helped to reduce Ms. Forbes's anxiety level, it has left her feeling extremely fatigued. All of these symptoms have no doubt had an adverse impact on Ms. Forbes's academic performance. Despite her emotional distress, Ms. Forbes has not received mental health counseling since terminating therapy over a year ago with Ms. Liza Papazian. She also reports that she has never been evaluated by a psychiatrist, which is essential, in my opinion, for tailoring medication to a patient's needs.

Ms. Forbes reports that she will be devastated if she is terminated from law school. She is highly invested in earning her law degree and she reports that it is the major motivating factor in her life. It is my recommendation the Ms. Forbes resume weekly individual therapy and be evaluated by a psychiatrist for ongoing medication management. With proper psychiatric care and ongoing counseling, it is my opinion that Ms. Forbes could potentially function more effectively as a law student.

Exhibit "A"

Should you have additional questions, please feel free to contact me at (305) 301-4264.

Sincerely,

Dr. Lydia Kalsner-Silver
Florida Licensed Psychologist PY6376