UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES,

        Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

        Defendant.

_____ /

## DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO COMPLY WITH LOCAL RULE 15.1

Defendant, ST. THOMAS UNIVERSITY, INC. (hereinafter "ST. THOMAS"), by and through its undersigned counsel, and hereby files this Motion to Strike the Plaintiff's Second Amended Complaint [DE#23] for failure to comply with Local Rule 15.1, and states as follows:

## PROCEDURAL HISTORY

This lawsuit was filed after the Plaintiff, RANDALL VANESSA FORBES, a former law student at St. Thomas University School of Law from August 2006 until May 2007, was dismissed from the law school because she failed to maintain a grade point average of 2.0 or better.  *See* Plaintiff's Amended Complaint [DE # 3].  FORBES sued ST. THOMAS after her appeal to be reinstated was denied.

Plaintiff filed a Complaint [DE#1] on September 24, 2007.  Before serving the Defendant with the original Complaint, the Plaintiff filed an Amended Complaint [DE # 3] on October 24, 2007, which was ultimately served on the Defendant.  In the Amended Complaint, the Plaintiff alleged twenty (20) counts against ST. THOMAS including counts for violation of the

CASE NO.:  07-22502-CIV-HOEVELER
_____

Americans with Disabilities Act (Count I), discrimination under Rehabilitation Act (Count II), negligent misrepresentation(Count III), intentional misrepresentation (Count IV), breach of fiduciary duty (Count V), fraud (Count VI), constructive fraud (Count VII), promissory estoppel (Count VIII), breach of contract (Count IX), negligence (Count X), failure to deal in good faith (Count XI), unjust enrichment (Count XII), violation of A.B.A (American Bar Association) standards (Count XIII), violation of state and federal statutes (Count XIV), emergent relief (Count XV), defamation (Count XVI), unconscionable contract (Count XVII), intentional infliction of emotional distress (Count XVIII), violation of Racketeering Influenced and Corrupt Organization Act (R.I.C.O.) (Count XIX), and conspiracy to interfere with civil rights (Count XX).

ST. THOMAS filed a Motion to Dismiss the Complaint [DE#13] and Memorandum of Law in Support [DE#14] pursuant to Federal Rule of Civil Procedure 12 (b)(6), based on FORBES' failure to state a claim upon which relief can be granted, and pursuant to Rule 8, for FORBES' failure to set forth a short and plain statement showing she is entitled to relief.  ST. THOMAS also files a combined Motion for a More Definite Statement pursuant to Federal Rules of Civil Procedure 12 (e) and its Motion to Strike pursuant to Federal Rules of Civil Procedure 12(f).

Before the Court had an opportunity to rule on Defendant's Motion, the parties entered into an Agreed Order [DE#22] whereby Plaintiff was to file a Second Amended Complaint.  On February 19, 2008, the Plaintiff filed her Second Amended Complaint [DE#23].  In her Second Amended Complaint, the Plaintiff incorporated by reference paragraphs 1 – 100 of the First

CASE NO.:  07-22502-CIV-HOEVELER
_____

Amended Complaint and asserted two causes of action against the Defendant under the Americans with Disabilities Act (Count I) and Rehabilitation Act (Count II).

For the reasons provided below, the Defendant's Motion to Dismiss must be granted because the Plaintiff's Second Amended Complaint fails to comply with the Local Rules.

## <u>MEMORANDUM OF LAW</u>

Under Rule 12 (f), Federal Rules of Civil Procedure, a party may move to strike "any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter" within the pleadings.  The Plaintiff's Second Amended Complaint must be stricken for failure to comply with the Local Rules.

In paragraph #1 of the Second Amended Complaint [DE#23], the Plaintiff states as follows: "The allegations in paragraph 1 through 100 of the Amended Complaint [DE#3] are hereby incorporated herein by this reference.  The Plaintiff further would show the following." The Plaintiff's reference and incorporation of paragraphs 1 through 100 of the Amended Complaint is in direct violation of the Court's local rules.

Pursuant to Local Rule 15.1 of the United States District Court for the Southern District of Florida, "Any amendment to a pleading, whether filed as a matter of course or upon a successful motion to amend, must, except by leave of Court, reproduce the entire pleading as amended, and **may not incorporate any prior pleading by reference**." (Emphasis added). Undoubtedly, the Plaintiff has violated Local Rule 15.1 by incorporating by reference paragraphs 1 through 100 of the Amended Complaint.

"A Court may *sua sponte* strike a nonconforming pleading without prejudice where a *pro*

CASE NO.:  07-22502-CIV-HOEVELER
_____

*se* party fails to conform with procedural rules." *Jarzynka v. St. Thomas Univ. of Law*, 310 F. Supp. 2d 1256, 1264 (S.D. Fla. 2004) (*citing Waldridge v. American Hoechst Corp.*, 24 F.3d 918, 923-924 (7th Cir. 1994)).  Here, the appropriate relief would be to strike the Plaintiff's Second Amended Complaint for her non-conformance with the Local Rules.

<u>**CONCLUSION**</u>

WHEREFORE the Defendant, ST. THOMAS UNIVERSITY, INC., respectfully requests that this Court grant its Motion to Strike in favor of the Defendant, ST. THOMAS, and against the Plaintiff, RANDALL VANESSA FORBES, for failure to comply with the requirements of Local Rule 15.1 of the United States District Court for the Southern District of Florida, and grant any further relief that this court deems just and equitable.

<u>**LOCAL RULE 7.1(1)(3) CERTIFICATION**</u>

I hereby certify that reasonable efforts were made to confer with opposing counsel regarding this Motion, but have been unable to do so.

Respectfully Submitted,

/s/ Michael A. Mullen
_____

MICHAEL A MULLEN
FL BAR NO.: 305731
GAEBE MULLEN ANTONELLI
    ESCO & DIMATTEO
Attorneys for Defendant, Standard Concrete
420 South Dixie Highway, 3rd Floor
Coral Gables, FL  33146
Tel:  (305) 667-0223
Fax: (305) 284-9844
mmullen@gaebemullen.com

**GAEBE, MULLEN, ANTONELLI, ESCO & DIMATTEO**
**420 SOUTH DIXIE HIGHWAY * 3RD FLOOR * CORAL GABLES, FLORIDA  33146**

Page 4 of 5

CASE NO.: 07-22502-CIV-HOEVELER
_____

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties: Emily Joyce Phillips, Esq., Phillips Lanier, 2 S. Biscayne Blv., Ste 1684, Miami, FL 33131, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are authorized to receive electronically Notices of Electronic Filing.

J. PATRICK FITZGERALD, P.A.        GAEBE MULLEN ANTONELLI ESCO & DIMATTEO

Co-Counsel for Defendant           Attorneys for Defendant
110 Merrick Way, Suite 3-B         420 South Dixie Highway, 3rd Floor
Coral Gables, FL  33134            Coral Gables, FL  33146
Tel: (305) 443-9162               Tel: (305) 667-0223
Fax: (305) 443-6613               Fax: (305) 284-9844


By:      /s/ Michael A. Mullen_____
        MICHAEL A. MULLEN
        Florida Bar No.: 305731