UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

    Plaintiff, RANDALL VANESSA FORBES, (hereinafter "Forbes"), by and through her undersigned counsel, hereby file this Plaintiff's Unopposed Motion for Enlargement of Time to file a response to Defendant's Motion to Strike Plaintiff's Second Amended Complaint for Failure to Comply with Local Rule 15.1[DE #24], and in support of this Motion, the Plaintiff states the following:

1. Forbes was a student at St. Thomas University School of Law from August, 2006 until May, 2007 until she was dismissed from enrollment. Plaintiff filed her Complaint on September 24, 2007 [DE #1] and her Amended Complaint on [DE #3] was served on St.Thomas University, Inc. (hereinafter "St. Thomas") on November 1, 2007.

2. St. Thomas filed on November 19, 2007 the Defendant's Unopposed Motion for Enlargement of Time and this Court granted St.

Thomas' request on November 26, 2007 [DE #7]. Accordingly, St.Thomas had until December 12, 2007 to file a response. As is evident from the tile of that motion, Forbes had no objection to St. Thomas requesting an enlargement of time.

3. On December 5, 2007, St. Thomas filed the Defendant's Second Unopposed Motion for Enlargement of Time which this Court granted and St. Thomas had until December 22, 2007 to file a response to the Amended Complaint [DE#3]. Once again, Forbes had no objection to St. Thomas requesting an enlargement of time.

4. St. Thomas filed Defendant's Motion to Dismiss, Motion for More Definite Statement, and Motion to Strike on December 21, 2007 and accordingly Forbes has ten (10) days to respond.

5. The parties entered into an Agreed Order [DE#22] whereby Plaintiff was to file a Second Amended Complaint and Plaintiff did file her Second Amended Complaint on February 19, 2008 [DE#23].

6. On March 3, 2008, the Defendant filed its Motion to Strike Plaintiff's Second Amended Complaint for Failure to Comply with Local Rule 15.1[DE #24] and Plaintiff has until March 17, 2008 to file a responsive pleading.

7. Plaintiff now requests additional time, until Friday, March 28, 2008, to file such a responsive pleading. Plaintiff's counsel has been ill for the last several days.

2

8. Federal Rule of Civil Procedure 6(b) allows for enlargement of deadlines. Rule 6(b) provides that "…the Court for cause shown may at any time in its discretion (1) with or with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed…", Fed. R. Civ. P. 6(b).

9. The undersigned counsel has contacted St. Thomas's counsel who has confirmed that St.Thomas does not object to our request.

10. This Motion is not filed for the purposes of delay and no prejudice will result from granting this Motion.

WHEREFORE, the Plaintiff, RANDALL VANESSA FORBES, respectfully requests that this Honorable Court grant her Motion for Enlargement of Time to file a Response to Defendant's Motion to Strike Plaintiff's Second Amended Complaint for Failure to Comply with Local Rule 15.1 and that the Plaintiff be provided until Friday, March 28, 2008 to file a responsive pleading.

Respectfully submitted,

/s/ Emily Joyce Phillips
EMILY JOYCE PHILLIPS (FB 0597961)
ephillips@phillipslanier.com
PHILLIPS LANIER
One Biscayne Tower
2 S. Biscayne Blvd., Ste. 1684
Miami, FL 33131
T. 305.350.5299
F. 305.350.5298
Attorneys for Plaintiff Randall V. Forbes

3

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 17, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/ Emily Joyce Phillips
EMILY JOYCE PHILLIPS (FB 0597961)
ephillips@phillipslanier.com
PHILLIPS LANIER
2 S. Biscayne Blvd., Ste.1684
Miami, FL 33131
T. 305.350.5299
F. 305.350.5298
Attorneys for Plaintiff Randall V. Forbes

4

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

## SERVICE LIST

Michael A. Mullen FL Bar No. 305731
Email: mmullen@gaebemullen.com
Gaebe Mullen Antonelli Esco & DiMatteo
420 S. Dixie Highway, 3rd Floor
Coral Gables, FL 33143
T. 305.667.0223
F. 305.284.9844
Attorneys for Defendant


J. Patrick Fitzgerald FL Bar No. 248681
Email: jpf@jpfitzlaw.com
J. Patrick Fitzgerald, P.A.
110 Merrick Way, Suite 3-B
Coral Gables, FL 33134
T. 305.443.9162
F. 305.284.9844
Co-Counsel for Defendant