UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

### AGREED ORDER ON MOTION FOR ENLARGEMENT OF TIME

This matter comes before the Court on the Plaintiff Randall Vanessa Forbes' Unopposed Motion for Enlargement of time to file its Response to Defendant's Motion to Strike Plaintiff's Second Amended Complaint for Failure to Comply with Local Rule 15.1 [DE #24] filed on March 3, 2008.  The Plaintiff moves the Court for an enlargement of time until March 28, 2008 to file a response to the Defendant's Motion to Strike Plaintiff's Second Amended Complaint for Failure to Comply with Local Rule 15.1.   As grounds, Counsel has stated that additional time is needed as a result of being ill.  Counsel needs the additional time to prepare an adequate response.  Pursuant to Local Rule 3.01, counsel for the Defendant does not have an objection to the relief requested.  The Court, having considered the request, finds good cause and will grant the enlargement of time.  It is now

1

**ORDERED:**

The Plaintiff's Unopposed Motion for Enlargement of Time to Respond to Defendant's Motion to Strike Plaintiff's Second Amended Complaint for Failure to Comply with Local Rule 15.1 [DE #24] is **GRANTED.**  Randall Vanessa Forbes shall have up to and including March 28, 2008 to file a responsive pleading.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida this _____ day of March, 2008.

_____
WILLIAM M. HOEVELER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
  All Parties