UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22502-CIV-HOEVELER

**RANDALL VANESSA FORBES,**

    Plaintiff,

v.

**ST. THOMAS UNIVERSITY, INC.,**

    Defendant.
_____/

## ORDER

This matter comes before the Court on Plaintiff Randall Vanessa Forbes' Unopposed Motion for Enlargement of Time, filed March 17, 2008. The Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED. Plaintiff shall have up until and including March 28, 2008 to file a response to Defendant's Motion to Strike Plaintiff's Second Amended Complaint for Failure to Comply with Local Rule 15.1.

DONE AND ORDERED in Chambers in Miami this 18th day of March, 2008.

                                          */s/ Wm M Hoeveler*
                                          WILLIAM M. HOEVELER
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to: all parties