UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO COMPLY WITH LOCAL RULE 15.1 AND PLAINTIFF'S MOTION FOR LEAVE TO AMEND

COMES NOW the Plaintiff, RANDALL VANESSA FORBES (hereinafter "Plaintiff"), and files her Response to Defendant's Motion to Strike Plaintiff's Second Amended Complaint for Failure to Comply with Local Rule 15.1 and Plaintiff's Motion for Leave to Amend and states as follows:

1. Plaintiff is a former law student at St. Thomas University School of Law from August, 2006 until May, 2007, was dismissed from the law school. The Plaintiff sued St. Thomas University, Inc. (hereinafter "Defendant") after her appeal to be reinstated was denied.

2. On February 19, 2008, Plaintiff filed her Second Amended Complaint [DE# 23].

3. On March, 3, 2008, Defendant filed its Motion to Strike Plaintiff's Second Amended Complaint for Failure to Comply with Local Rule 15.1 [DE# 24].

1

4. Then, on March 17, 2008, Plaintiff filed her Unopposed Motion for Enlargement of Time to File a Response to Defendant filed its Motion to Strike Plaintiff's Second Amended Complaint for Failure to Comply with Local Rule 15.1 [DE# 25]. Said motion was granted.

5. Plaintiff now asks the Court for leave to amend the Second Amended Complaint for failure to comply with Local Rule 15.1 of the United States District Court for the Southern District of Florida for incorporating by reference paragraphs 1-100 of the First Amended Complaint into the Second Amended Complaint. Plaintiff moves this Court for leave to amend and file a Third Amended Complaint which complies with Local Rule 15.1.

## CONCLUSION

WHEREFORE, the Plaintiff, RANDALL VANESSA FORBES, respectfully requests that this Court grant its Motion for Leave to Amend her Second Amended Complaint and to file her Third Amended Complaint to comply with Local Rule 15.1 of the United States District Court for the Southern District of Florida, and grant any further relief that this court deems just and equitable.

## LOCAL RULE 7.1(1)(3)

I hereby certify that reasonable efforts were made to confer with opposing counsel regarding this Motion, but have been unable to do so.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that

the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

                  Respectfully submitted,

                  /s/ Emily Joyce Phillips
                  EMILY JOYCE PHILLIPS (FB 0597961)
                  ephillips@phillipslanier.com
                  PHILLIPS LANIER
                  2 S. Biscayne Blvd., Ste.1684
                  Miami, FL 33131
                  T. 305.350.5299
                  F. 305.350.5298
                  Attorneys for Plaintiff Randall V. Forbes

## SERVICE LIST

Michael A. Mullen FL Bar No. 305731
Email: mmullen@gaebemullen.com
Gaebe Mullen Antonelli Esco & DiMatteo
420 S. Dixie Highway, 3rd Floor
Coral Gables, FL 33143
T. 305.667.0223
F. 305.284.9844
Attorneys for Defendant


J. Patrick Fitzgerald FL Bar No. 248681
Email: jpf@jpfitzlaw.com
J. Patrick Fitzgerald, P.A.
110 Merrick Way, Suite 3-B
Coral Gables, FL 33134
T. 305.443.9162
F. 305.284.9844
Co-Counsel for Defendant


                        By:    /s/ Emily Joyce Phillips
                                EMILY JOYCE PHILLIPS (FB 0597961)