UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.
_____/

### ORDER

This matter comes before the Court on Plaintiff Randall Vanessa Forbes' Motion for Leave to Amend her Second Amended Complaint and file her Third Amended Complaint, filed March 28, 2008. The Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED. Plaintiff shall have up until and including April 11, 2008 to file her Third Amended Complaint.

DONE AND ORDERED in Chambers in Miami this _____ day of March, 2008.

                                                          _____
                                                          WILLIAM M. HOEVELER
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to: all parties