UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22502-CV-HOEVELER

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.
_____/

## ORDER

THE COURT having reviewed the pending motions in this matter and being fully advised in the premises thereof, it is hereby

ORDERED AND ADJUDGED as follows:

1. Defendant's Motion for Leave to File Excess Pages [DE 8] is DENIED as moot.

2. Defendant's Emergency Motion for Leave to File Excess Pages (Amended Motion) [DE 12] is GRANTED.

3. Defendant's Motion to Strike Second Amended Complaint for Failure to Comply with Local Rule 15.1 [DE 24] is denied as moot.

4. Plaintiff's Motion for Leave to Amend Second Amended Complaint [DE 28] is GRANTED.

DONE AND ORDERED in chambers in Miami, Florida this 7th day of Miami, 2008.

                                      _____
                                      WILLIAM M. HOEVELER
                                      SENIOR UNITED STATES DISTRICT JUDGE

copies to counsel of record