UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.
_____/

## DEFENDANT'S *UNOPPOSED* MOTION FOR ENLARGEMENT OF TIME

Defendant, ST. THOMAS UNIVERSITY, INC. (hereinafter "ST. THOMAS"), by and through its undersigned counsel, hereby file this Unopposed Motion for Enlargement of Time to file a response to Plaintiff's Third Amended Complaint [DE#30], and in support of this Motion, the Defendant shows:

1.    This action arises after Plaintiff, RANDALL VANESSA FORBES, a student at St. Thomas University School of Law from August 2006 until May 2007, was dismissed from the law school because she failed to maintain a grade point average of 2.0 or better. *See generally,* Plaintiff's Third Amended Complaint [DE#30]. Plaintiff sued ST. THOMAS after her appeal to be reinstated was denied.

2.    On May 7, 2008, the Plaintiff filed her Third Amended Complaint [DE#30]. The Plaintiff is only seeking relief under the Americans with Disabilities Act (Count I) and Rehabilitation Act (Count II). The Third Amended Complaint contains many factual allegations that will need to be thoroughly reviewed in drafting a response.

3.    ST. THOMAS requests an additional twenty (20) days to review all of the factual

allegations of the Third Amended Complaint and thoroughly and diligently research the two causes of action alleged in the Third Amended Complaint and to file a response accordingly.

4.  Federal Rule of Civil Procedure 6(b) allows for enlargement of deadlines.  Rule 6(b) provides in pertinent part that "the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed . . ." Fed. R. Civ. P. 6(b).  Defendant's response is due on May 28, 2008.  Accordingly, Defendant's request for additional time is timely.

5.  The undersigned counsel has contacted the Plaintiff's counsel, Emily Phillips, Esq., who has advised that she does not have any objection to our request.

6.  This Motion is not filed for purposes of delay and no prejudice will result from the granting of this Motion.

WHEREFORE, the Defendant, ST. THOMAS, respectfully requests that this Honorable Court grant its Motion for Enlargement of Time to file a Response to Plaintiff's Third Amended Complaint and that Defendant be provided an additional ten (20) days to file a responsive pleading, or until June 18, 2008, and any other relief this Court deems just and proper.

Respectfully Submitted,

/s/ Michael A. Mullen
MAXIMO A. SANTIAGO
FL BAR NO.: 0669733
MICHAEL A MULLEN
FL BAR NO.: 305731
GAEBE MULLEN ANTONELLI
    ESCO & DIMATTEO
Attorneys for Defendant, Standard Concrete
420 South Dixie Highway, 3rd Floor
Coral Gables, FL  33146
Tel:  (305) 667-0223
Fax: (305) 284-9844
msantiago@gaebemullen.com

CASE NO.: 07-22502 – CIV HOEVELER

_____

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY a true and correct copy of the foregoing was mailed this **27th** day of May, 2008, to: Emily Joyce Phillips, Esq., Phillips Lanier, 2 S. Biscayne Blvd., Ste 1684, Miami, FL 33131.

| J. PATRICK FITZGERALD, P.A. | GAEBE MULLEN ANTONELLI ESCO & DIMATTEO |
|---|---|
| Co-Counsel for Defendants | Attorneys for Defendants |
| 110 Merrick Way, Suite 3-B | 420 South Dixie Highway, 3rd Floor |
| Coral Gables, FL 33134 | Coral Gables, FL 33146 |
| Tel: (305) 443-9162 | Tel: (305) 667-0223 |
| Fax: (305) 443-6613 | Fax: (305) 284-9844 |

By: /s/ Michael A. Mullen
   MAXIMO A. SANTIAGO
   FL BAR NO.: 0669733
   MICHAEL A. MULLEN
   FL BAR NO.: 305731