UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

## PLAINTIFF'S *UNOPPOSED* MOTION FOR ENLARGEMENT OF TIME

Plaintiff, RANDALL VANESSA FORBES, (hereinafter "Forbes"), by and through her undersigned counsel, hereby files this Plaintiff's Unopposed Motion for Enlargement of Time to file a response to Defendant's Motion to Dismiss and Motion to Strike [DE #34], and in support of this Motion, the Plaintiff states the following:

1. Forbes was a student at St. Thomas University School of Law from August, 2006 until May, 2007 until she was dismissed from enrollment.

2. On June 17, 2008, St. Thomas University, Inc. (hereinafter "St. Thomas") filed Defendant's Motion to Dismiss and Motion to Strike Plaintiff's Third Amended Complaint [DE#34].

3. Plaintiff has through July 7, 2008 to file a response. Plaintiff now requests an additional ten (10) days to diligently research and address

the issues raised in Defendant's Motion to Dismiss and Motion to Strike.

4. Federal Rule of Civil Procedure 6(b) allows for enlargement of deadlines. Rule 6(b) provides that "…the Court for cause shown may at any time in its discretion (1) with or with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed…", Fed. R. Civ. P. 6(b).

5. The undersigned counsel has contacted St. Thomas' counsel who has confirmed that St.Thomas does not object to our request.

6. This Motion is not filed for the purposes of delay and no prejudice will result from granting this Motion.

WHEREFORE, the Plaintiff, RANDALL VANESSA FORBES, respectfully requests that this Honorable Court grant her Motion for Enlargement of Time to file a Response to Defendant's Motion to Dismiss and Motion to Strike and that the Plaintiff be provided an additional ten (10) days to file such response until Monday, July 21, 2008 to file a responsive pleading.

Respectfully submitted,

/s/ Emily Joyce Phillips
EMILY JOYCE PHILLIPS (FB 0597961)
ephillips@phillipslanier.com
PHILLIPS LANIER
One Biscayne Tower
2 S. Biscayne Blvd., PH#3800
Miami, FL 33131
T. 305.350.5299
F. 786.431.2324
Attorneys for Plaintiff Randall V. Forbes

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 7, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/ Emily Joyce Phillips
EMILY JOYCE PHILLIPS (FB 0597961)
ephillips@phillipslanier.com
PHILLIPS LANIER
2 S. Biscayne Blvd., PH #3800
Miami, FL 33131
T. 305.350.5299
F. 786.431.2324
Attorneys for Plaintiff Randall V. Forbes

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

## SERVICE LIST

Michael A. Mullen FL Bar No. 305731
Email: mmullen@gaebemullen.com
Gaebe Mullen Antonelli Esco & DiMatteo
420 S. Dixie Highway, 3rd Floor
Coral Gables, FL 33143
T. 305.667.0223
F. 305.284.9844
Attorneys for Defendant


J. Patrick Fitzgerald FL Bar No. 248681
Email: jpf@jpfitzlaw.com
J. Patrick Fitzgerald, P.A.
110 Merrick Way, Suite 3-B
Coral Gables, FL 33134
T. 305.443.9162
F. 305.284.9844
Co-Counsel for Defendant