UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

## ORDER

This matter comes before the Court on the Plaintiff Randall Vanessa Forbes' *Unopposed* Motion for Enlargement of time to file its Response to Defendant's Motion to Dismiss and Motion to Strike [DE #34]. The Plaintiff moves the Court for a ten (10) day enlargement of time to file a response to the Defendant's Motion to Dismiss and Motion to Strike. Counsel needs the additional time to prepare an adequate response. Pursuant to Local Rule 3.01, counsel for the Defendant does not have an objection to the relief requested. The Court, having considered the request, finds good cause and will grant the enlargement of time. It is now

**ORDERED:**

1

The Plaintiff's Unopposed Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss and Motion to Strike [DE #34] is **GRANTED**. Randall Vanessa Forbes shall have up to and including July 21, 2008 to file a responsive pleading.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida this _____ day of July, 2008.

WILLIAM M. HOEVELER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties