UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

This matter comes before the Court on Plaintiff Randall Vanessa Forbes' unopposed Motion for Enlargement of Time, filed July 7, 2008. The Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED. Plaintiff shall have up until and including July 21, 2008 to file a response to Defendant's Motion to Dismiss and Motion to Strike.

DONE AND ORDERED in Chambers in Miami this 8th day of July, 2008.

                                                                WILLIAM M. HOEVELER
                                                                 UNITED STATES DISTRICT JUDGE

Copies to counsel of record