UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.
_____/

## **DEFENDANT'S *UNOPPOSED* MOTION FOR ENLARGEMENT OF TIME**

Defendant, ST. THOMAS UNIVERSITY, INC. (hereinafter "ST. THOMAS"), by and through its undersigned counsel, hereby file this Unopposed Motion for Enlargement of Time to file a Reply to Plaintiff's Response to Defendant's Motion to Dismiss and Motion to Strike [DE#38], and in support of this Motion, the Defendant shows:

    1.    This action arises after Plaintiff, RANDALL VANESSA FORBES, a student at St. Thomas University School of Law from August 2006 until May 2007, was dismissed from the law school because she failed to maintain a grade point average of 2.0 or better. *See generally,* Plaintiff's Third Amended Complaint [DE#30]. Plaintiff sued ST. THOMAS after her appeal to be reinstated was denied.

    2.    On May 7, 2008, the Plaintiff filed her Third Amended Complaint [DE#30]. The Plaintiff is only seeking relief under the Americans with Disabilities Act (Count I) and Rehabilitation Act (Count II). Defendant filed a Motion to Dismiss and Motion to Strike the Third Amended Complaint [DE#34] on June 17, 2008.

    3.    On July 21, 2008, the Plaintiff filed her Response to Defendant's Motion to

CASE NO.: 07-22502 – CIV HOEVELER
_____

Dismiss and Motion to Strike [DE#38].

4.  In light of the arguments raised in Plaintiff's Response, ST. THOMAS requests an additional ten (10) days to research and review the rebuttal arguments raised in Plaintiff's Response and file its Reply brief.

5.  Federal Rule of Civil Procedure 6(b) allows for enlargement of deadlines.  Rule 6(b) provides in pertinent part that "the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed . . ." Fed. R. Civ. P. 6(b).  Defendant's response is due on July 28, 2008.  Accordingly, Defendant's request for additional time is timely.

6.  The undersigned counsel has contacted the Plaintiff's counsel, Emily Phillips, Esq., who has advised that she does not have any objection to our request.

7.  This Motion is not filed for purposes of delay and no prejudice will result from the granting of this Motion.

WHEREFORE, Defendant, ST. THOMAS, respectfully requests that this Honorable Court grant its Motion for Enlargement of Time to file a Reply to Plaintiff's Response to Defendant's Motion to Dismiss and Motion to Strike and be provided with an additional ten (10) days to file a reply, or until August 11, 2008, and any other relief this Court deems just and proper.

Respectfully Submitted,

/s/ Maximo A. Santiago_____
MAXIMO A. SANTIAGO
FL BAR NO.: 0669733
MICHAEL A MULLEN
FL BAR NO.: 305731
GAEBE MULLEN ANTONELLI
    ESCO & DIMATTEO

**GAEBE, MULLEN, ANTONELLI, ESCO & DIMATTEO**
**420 SOUTH DIXIE HIGHWAY * 3RD FLOOR * CORAL GABLES, FLORIDA  33146**

Page 2 of 3

CASE NO.: 07-22502 – CIV HOEVELER

_____

Attorneys for Defendant, Standard Concrete
420 South Dixie Highway, 3rd Floor
Coral Gables, FL  33146
Tel:  (305) 667-0223
Fax: (305) 284-9844
msantiago@gaebemullen.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY a true and correct copy of the foregoing was mailed this **23rd** day of July, 2008, to:  Emily Joyce Phillips, Esq., Phillips Lanier, 2 S. Biscayne Blvd., Ste 1684, Miami, FL 33131.

| | |
|---|---|
| J. PATRICK FITZGERALD, P.A. | GAEBE MULLEN ANTONELLI ESCO & DIMATTEO |
| Co-Counsel for Defendants | Attorneys for Defendants |
| 110 Merrick Way, Suite 3-B | 420 South Dixie Highway, 3rd Floor |
| Coral Gables, FL  33134 | Coral Gables, FL  33146 |
| Tel: (305) 443-9162 | Tel:  (305) 667-0223 |
| Fax: (305) 443-6613 | Fax:  (305) 284-9844 |

By:  /s/ Maximo A. Santiago
       MAXIMO A. SANTIAGO
       FL BAR NO.: 0669733
       MICHAEL A. MULLEN
       FL BAR NO.:  305731