UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.
_____/

## DEFENDANT'S *UNOPPOSED* MOTION FOR ENLARGEMENT OF TIME

Defendant, ST. THOMAS UNIVERSITY, INC. (hereinafter "ST. THOMAS"), by and through its undersigned counsel, hereby files this Unopposed Motion for Enlargement of Time to file its Answer and Affirmative Defenses to Plaintiff's Third Amended Complaint [DE#30], and in support of this Motion, the Defendant shows:

1. This action arises after Plaintiff, RANDALL VANESSA FORBES, a student at St. Thomas University School of Law from August 2006 until May 2007, was dismissed from the law school because she failed to maintain a grade point average of 2.0 or better. *See generally,* Plaintiff's Third Amended Complaint [DE#30]. Plaintiff sued ST. THOMAS after her appeal to be reinstated was denied.

2. On May 7, 2008, the Plaintiff filed her Third Amended Complaint [DE#30]. The Plaintiff is seeking relief under the Americans with Disabilities Act (Count I) and Rehabilitation Act (Count II). The Third Amended Complaint contains many factual allegations that will need to be thoroughly reviewed in drafting a response.

3. ST. THOMAS requests an additional ten (10) days to review all of the factual

CASE NO.: 07-22502 – CIV HOEVELER
_____

allegations contained in the Third Amended Complaint with the numerous individuals named therein.

4.  Federal Rule of Civil Procedure 6(b) allows for enlargement of deadlines. Rule 6(b) provides in pertinent part that "the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed . . ." Fed. R. Civ. P. 6(b). Defendant's response is due on September 11, 2008. Accordingly, Defendant's request for additional time is timely.

5.  The undersigned counsel has contacted the Plaintiff's counsel, Emily Phillips, Esq., who has advised that she does not have any objection to our request.

6.  This Motion is not filed for purposes of delay and no prejudice will result from the granting of this Motion.

WHEREFORE, Defendant, ST. THOMAS, respectfully requests that this Honorable Court grant its Motion for Enlargement of Time to file its Answer and Affirmative Defenses to Plaintiff's Third Amended Complaint and that Defendant be provided an additional ten (10) days to file its Answer and Affirmative Defenses, or until September 22, 2008, and any other relief that this Court deems just and proper.

        Respectfully Submitted,

        /s/ Maximo A. Santiago_____
        MAXIMO A. SANTIAGO
        FL BAR NO.: 0669733
        MICHAEL A MULLEN
        FL BAR NO.: 305731
        GAEBE MULLEN ANTONELLI
            ESCO & DIMATTEO
        Attorneys for Defendant, Standard Concrete
        420 South Dixie Highway, 3rd Floor
        Coral Gables, FL  33146
        Tel:  (305) 667-0223

CASE NO.: 07-22502 – CIV HOEVELER
_____

Fax: (305) 284-9844
msantiago@gaebemullen.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY a true and correct copy of the foregoing was mailed this **27th** day of May, 2008, to: Emily Joyce Phillips, Esq., Phillips Lanier, 2 S. Biscayne Blvd., Ste 1684, Miami, FL 33131.

| | |
|---|---|
| J. PATRICK FITZGERALD, P.A. | GAEBE MULLEN ANTONELLI ESCO & DIMATTEO |
| Co-Counsel for Defendants | Attorneys for Defendants |
| 110 Merrick Way, Suite 3-B | 420 South Dixie Highway, 3rd Floor |
| Coral Gables, FL 33134 | Coral Gables, FL 33146 |
| Tel: (305) 443-9162 | Tel: (305) 667-0223 |
| Fax: (305) 443-6613 | Fax: (305) 284-9844 |

By: /s/ Maximo A. Santiago
    MAXIMO A. SANTIAGO
    FL BAR NO.: 0669733
    MICHAEL A. MULLEN
    FL BAR NO.: 305731