UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.
_____/

## JOINT CONFERENCE REPORT

Plaintiff, RANDALL VANESSA FORBES, and Defendant, ST. THOMAS UNIVERSITY, INC. ("ST. THOMAS"), pursuant to United States District Court Southern District Florida Local Rule 16.1(B), hereby file this Joint Conference Report and Joint Proposed Scheduling Order attached as an Exhibit and state as follows:

**A.  LIKELIHOOD OF SETTLEMENT**

The parties are presently conferring in an effort to effect an early settlement, but it is too early in the proceedings for the parties to accurately report the likelihood of settlement.

**B.  LIKELIHOOD OF APPEARANCE IN THE ACTION OF ADDITIONAL PARTIES**

Unlikely.

**C.  PROPOSED LIMITS ON TIME**

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| Mandatory Initial Disclosures (Pursuant to Fed. R. Civ. P. 26(a)(1) | April 30, 2009 |
| Certificate of Interested Persons and Corporate Disclosure Statement | April 06, 2009 |
| Motions to Add Parties and/or Amend Pleadings | April 30, 2009 |

CASE NO.: 07-22502 – CIV HOEVELER

_____

|  |  |  |
|---|---:|---|
| Disclosure of Expert Reports | Plaintiff<br>Defendant | July 17, 2009<br>August 14, 2009 |
| Discovery Deadline | | October 02, 2009 |
| Mediation Deadline | | October 16, 2009 |
| Dispositive Motions | | January 15, 2010 |
| All Other Motions Including Motions in *Limine* | | January 29, 2010 |

**D. PROPOSALS FOR THE FORMULATION AND SIMPLIFICATION OF ISSUES, INCLUDING THE ELIMINATION OF FRIVOLOUS CLAIMS OR DEFENSES, AND THE NUMBER AND TIMING OF MOTIONS FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT.**

The parties at this time have no proposals for simplification. The parties have agreed that the deadline to file motions for summary judgment or partial summary judgment is December 4, 2009. Each party is limited to three (3) motions for summary judgment or partial summary judgment.

**E. THE NECESSITY OR DESIRABILITY OF AMENDMENTS TO PLEADINGS**

None at this time.

**F. THE POSSIBILITY OF OBTAINING ADMISSIONS OF FACT AND OF DOCUMENTS WHICH WILL AVOID UNNECESSARY PROOF, STIPULATIONS REGARDING THE AUTHENTICITY OF DOCUMENTS AND THE NEED FOR ADVANCE RULINGS FROM THE COURT ON ADMISSIBILITY OF EVIDENCE**

After some discovery has been taken, the parties believe that they will be better able to advise the Court in this regard.

**G. SUGGESTIONS FOR THE AVOIDANCE OF UNNECESSARY PROOF AND OF CUMULATIVE EVIDENCE**

After some discovery has been taken, the parties believe that they will be better able to advise the Court about avoiding unnecessary proof and accumulative evidence.

**H. SUGGESTIONS ON THE ADVISABILITY OF REFERRING MATTERS TO MAGISTRATE JUDGE OR MASTER**

The parties agree to refer discovery matters to a United States Magistrate.

CASE NO.: 07-22502 – CIV HOEVELER

_____

I. **A PRELIMINARY ESTIMATE OF THE TIME REQUIRED FOR TRIAL**

   3-4 days.

J. **REQUESTED DATES FOR CONFERENCES BEFORE TRIAL, A FINAL PRETRIAL CONFERENCE, AND TRIAL**

   The parties have agreed that the deadline for a final conference before is April 17, 2010. The parties have also agreed to a suggested trial date of May 10, 2010.

K. **OTHER INFORMATION THAT MIGHT BE HELPFUL TO THE COURT IN SETTING THE CASE FOR STATUS OR PRETRIAL CONFERENCE**

   **Plaintiff's Statement of the Nature of the Claim:**
   This lawsuit arises after the Plaintiff was dismissed from St. Thomas Law School for failure to maintain the requisite grade point average. The Plaintiff alleges that she was discriminated against based on her disability. She has asserted two (2) claims against St. Thomas under the Americans with Disabilities Act and the Rehabilitation Act.

Respectfully Submitted,

| | |
|---|---|
| /s/ Emily J. Phillips_____ | /s/ Maximo A. Santiago____ |
| EMILY JOYCE PHILLIPS | MAXIMO A. SANTIAGO |
| Florida Bar No.: 0597961 | Florida Bar No.: 0669733 |
| Attorney for Plaintiff | MICHAEL A MULLEN |
| Phillips Lanier | Florida Bar No.: 305731 |
| One Biscayne Tower | Attorneys for Defendant |
| 2 S. Biscayne Blvd. PH# 3800 | Gaebe Mullen, et al |
| Miami, FL 33131 | 420 South Dixie Highway, 3rd Floor |
| Tel: (305) 350-5299 | Coral Gables, FL  33146 |
| Fax: (786) 431-2324 | Tel:  (305) 667-0223 |
| ephillips@phillipslanier.com | Fax: (305) 284-9844 |
| | msantiago@gaebemullen.com |