UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.
_____/

## JOINT PROPOSED SCHEDULING ORDER

**A.  CASE MANAGEMENT TRACK:** This case shall be assigned to a Standard Track pursuant to S.D.Fla.L.R.16.1(A)(1).

**B.  DISCOVERY SCHEDULE:**

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| Mandatory Initial Disclosures (Pursuant to Fed. R. Civ. P. 26(a)(1) | April 30, 2009 |
| Certificate of Interested Persons and Corporate Disclosure Statement | April 06, 2009 |
| Motions to Add Parties and/or Amend Pleadings | April 30, 2009 |
| Disclosure of Expert Reports    Plaintiff<br>Defendant | July 17, 2009<br>August 14, 2009 |
| Discovery Deadline | October 02, 2009 |
| Dispositive Motions | January 15, 2009 |
| All Other Motion Including Motions in *Limine* | January 29, 2010 |

**C.  CLAIMS OF PRIVILEGE**: the Parties agree that there are currently no matters at issue relating to claims of privilege; the Parties shall address same courteously as they arise.

CASE NO.: 07-22502 – CIV HOEVELER
_____

**D.	JOINDER OF PARTIES**: the Parties agree that the deadline to join other parties and/or to amend the pleadings is April 30, 2009.

**E.	DEADLINE FOR FILING ALL PRETRIAL MOTIONS**: the Parties agree that the deadline for filing all pretrial motions is January 29, 2010.

**F.	RESOLUTION OF PRETRIAL MOTIONS**: the Parties agree that the deadline for resolving all of the pretrial motions is March 12, 2010.

**G.	USE OF MANUAL ON COMPLEX LITIGATION**: no proposed uses at this time.

**H.	PRETRIAL CONFERENCE**: the parties agree that the final pretrial conference will be held on April 17, 2010.

**I.	TRIAL DATE**:  May 10, 2010.


DONE AND ORDERED in Chambers in Miami this _____ day of February 2009.


_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE


Copies furnished to:  All Parties