UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

       Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

       Defendant.

_____/

## DEFENDANT, ST. THOMAS UNIVERSITY, INC.'S, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, ST. THOMAS UNIVERSITY, INC., by and through its undersigned counsel, hereby files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

I hereby disclose the following pursuant to this Court's interested persons order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    **a.**    **St. Thomas University, Inc.**
    **b.**    **The Archdiocese of Miami**
    **c.**    **Gaebe, Mullen, Antonelli, Esco & DiMatteo, P.A.**
    **d.**    **Michael A. Mullen, Esq.**
    **e.**    **Maximo A. Santiago Esq.**
    **f.**    **J. Patrick Fitzgerald, P.A.**
    **g.**    **Robert Diaz, Esq.**

2.    The name of every other entity whose publicly-trade stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3.      The name of every entity which is likely to be an active participant in the proceeding, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Randall V. Forbes**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Respectfully Submitted,

/s/ Maximo A. Santiago_____
MAXIMO A. SANTIAGO
FL BAR NO.: 0669733
MICHAEL A MULLEN
FL BAR NO.: 305731
GAEBE MULLEN ANTONELLI
      ESCO & DIMATTEO
Attorneys for Defendant, Standard Concrete
420 South Dixie Highway, 3rd Floor
Coral Gables, FL  33146
Tel:  (305) 667-0223
Fax: (305) 284-9844
msantiago@gaebemullen.com

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY a true and correct copy of the foregoing was mailed this **10th**

day of April, 2009, to:  Emily Joyce Phillips, Esq., Phillips Lanier, 2 S. Biscayne Blvd., Ste

1684, Miami, FL 33131.

J. PATRICK FITZGERALD, P.A.    GAEBE MULLEN ANTONELLI ESCO & DIMATTEO
Co-Counsel for Defendants         Attorneys for Defendants
110 Merrick Way, Suite 3-B         420 South Dixie Highway, 3rd Floor
Coral Gables, FL  33134             Coral Gables, FL  33146

CASE NO.: 07-22502 – CIV HOEVELER

_____

Tel:  (305) 443-9162                    Tel:  (305) 667-0223
Fax: (305) 443-6613                    Fax:  (305) 284-9844


By:  /s/ Maximo A. Santiago_____
          MAXIMO A. SANTIAGO
          FL BAR NO.: 0669733
          MICHAEL A. MULLEN
          FL BAR NO.:  305731