UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.
_____/

## RULE 26(a)(1) INITIAL DISCLOSURES

Defendant, ST. THOMAS UNIVERSITY, INC. (hereinafter "ST. THOMAS"), by and through its undersigned attorneys and files this Rule 26 Disclosure.

1. **26 (a)(1)(A)(i): Individuals likely to have Discoverable Information that Defendant may use to Support its Defenses:**

   a. Randall Vanessa Forbes
   c/o Emily Joyce Phillips, Esq.,
   Phillips Lanier
   2 S. Biscayne Blvd., Ste 1684
   Miami, FL 33131

   b. John F. Hernandez
   Assistant Dean, Student Affairs
   St. Thomas University
   c/o Michael A. Mullen, Esq.
   420 S. Dixie Hwy, Third Floor
   Coral Gables, FL 33146

   c. Joseph Gisondo, M.D
   1725 Main Street, Suite 223
   Weston Town Center
   Weston, FL 33326

   d. Daniel Gordon
   Professor of Law

        St. Thomas University
        c/o Michael A. Mullen, Esq.
        420 S. Dixie Hwy, Third Floor
        Coral Gables, FL 33146

e.    Peter Kelly
        Director, Support Services
        St. Thomas University
        c/o Michael A. Mullen, Esq.
        420 S. Dixie Hwy, Third Floor
        Coral Gables, FL 33146

f.    Barbara Singer
        Assistant Dean Academic Support
        St. Thomas University
        c/o Michael A. Mullen, Esq.
        420 S. Dixie Hwy, Third Floor
        Coral Gables, FL 33146

g.    Dr. Lydia Kalsner-Silver
        5151 Collins Ave., #223-5
        Miami Beach, FL 33140

**2.     <u>26(a)(1)(A)(ii): Documents, Data Compilations, and Tangible Things in Defendant's Possession, Custody, or Control that it may use to Support its Defenses:</u>**

The following documents are available for inspection and/or copying upon request at St. Thomas's undersigned counsel's office:

a.    St. Thomas University's Special Accommodations Guidelines (2006- 2007)

b.    St. Thomas University's School of Law Student Handbook (2006- 2007)

c.    Randall Forbes' law school transcripts

d.    Randall Forbes' Law School Admission Test results

e.    Randall Forbes' Application to St. Thomas School of Law

f.    Miami-Dade Police Department Offense-Incident Reports dated June 7, 8, and 12, 2007.

g.    Medical records from Southern Winds Hospital for treatment rendered to Randall Forbes from June 13, 2007 – June 17, 2007

h. University of Miami Internal Memorandum dated August 9, 2004, from Judith Antinarella to Professors for Randall Forbes Re: Class Accommodations

i. Psychological Evaluation Report from Liza Papazian, M.S., C.S.W. (undated) attached to University of Miami Internal Memorandum

j. St. Thomas School of Law, Office of Admissions Application filled out with Randall Forbes' information and date January 11, 2006

k. St. Thomas Law School Report dated January 17, 2006, containing Randall Forbes's report and her transcripts from Adelphi University and University of Miami

l. St. Thomas Law School Report dated March 15, 2006

m. Randall Forbes's St. Thomas University Law School Transcript

n. Residency Requirement 2006-2007 Fall & Spring Office of Registrar signed by Randal Forbes on September 12, 2006

o. Certified letter from John F. Hernandez to Randall Forbes dated January 4, 2007 Re: Academic Probation

p. Electronic mail from Randall Forbes to John Hernandez dated January 22, 2007 with attachment letter Re: scheduling meeting

q. Electronic mail response from John Hernandez to from Randall Forbes dated January 22, 2007 Re: scheduling meeting

r. Electronic mail from Randall Forbes to John Hernandez dated January 26, 2007 Re: academic probation/position

s. Electronic mail response from John Hernandez to from Randall Forbes dated January 26, 2007 Re: academic probation/position

t. Electronic mail from Randall Forbes to Catherine A. Hayes Cohen dated January 26, 2007 Re: scheduling meeting

u. Electronic mail from Catherine A. Hayes Cohen to Randall Forbes dated January 26, 2007 Re: scheduling meeting

v. Electronic mail from Randall Forbes to John Hernandez dated January 31, 2007 Re: academic probation/position

CASE NO.: 07-22502 – CIV HOEVELER
_____

- w. Electronic mail response from John Hernandez to from Randall Forbes dated January 31, 2007 Re: academic probation/position

- x. Electronic mail from Randall Forbes to John Hernandez dated February 2, 2007 Re: academic probation/position

- y. Electronic mail response from John Hernandez to from Randall Forbes dated February 2, 2007 Re: academic probation/position

- z. Electronic mail from Randall Forbes to John Hernandez dated March 15, 2007 Re: Dean Singer's lecture next week

- aa. Electronic mail response from John Hernandez to from Randall Forbes dated March 19, 2007 Re: Dean Singer's lecture next week

- bb. Electronic mail from Randall Forbes to John Hernandez dated March 19, 2007 Re: Dean Singer's lecture next week

- cc. Electronic mail from Randall Forbes to Erika Carolina Velarde to dated April 17, 2007 Re: Testing Accommodations

- dd. Electronic mail from Randall Forbes to John Hernandez dated April 17, 2007 with attachment Re: Accommodations

- ee. Electronic mail from Carrol R. Hartley to Randall Forbes dated April 20, 2007 Re: Testing Accommodations

- ff. Electronic mail from Carrol R. Hartley to Janelle Jackson and Randall Forbes dated April 20, 2007 Re: Testing Accommodations

- gg. Electronic mail from Janelle Latoya Jackson to Randall Forbes dated April 23, 2007 Re: Accommodations for Finals

- hh. Electronic mail response from Randall Forbes to Janelle Latoya Jackson dated April 23, 2007 Re: Accommodations for Finals

- ii. Electronic mail from Randall Forbes to John Hernandez dated May 9, 2007 Re: failure to provide sufficient testing time

- jj. Electronic mail response from Jackson Janelle Latoya to Randall Forbes dated May 9, 2007 Re: failure to provide sufficient testing time

- kk. Certified letter from John F. Hernandez to Randall Forbes dated May 21, 2007 Re: Dismissal from St. Thomas University School of Law

ll.   Electronic mail from Randall Forbes to Jay S. Silver dated May 23, 2007 Re: scheduling meeting to go over exam

mm.   Electronic mail from Randall Forbes to John Makdisi dated May 23, 2007 Re: scheduling meeting to go over exam

nn.   Electronic mail from Randall Forbes to Daniel Gordon dated May 23, 2007 Re: scheduling meeting to go over exam

oo.   Electronic mail from Randall Forbes to Barbara A. Singer dated May 23, 2007 Re: scheduling meeting to go over exam

pp.   Electronic mail from Jay S. Silver to Randall Forbes dated May 24, 2007 Re: scheduling meeting

qq.   Electronic mail from Barbara Singer to Randall Forbes dated May 24, 2007 Re: scheduling meeting

rr.   Electronic mail from Randall Forbes to Barbara A. Singer dated May 24, 2007 Re: meeting to go over exam

ss.   Electronic mail from Randall Forbes to Brenda Melville dated May 24, 2007 Re: need psychiatrist/psychologist

tt.   Electronic mail response from John Hernandez to Randall Forbes dated May 24, 2007 Re: need psychiatrist/psychologist

uu.   Electronic mail response from John Hernandez to Randall Forbes dated May 25, 2007 Re: need psychiatrist/psychologist

vv.   Electronic mail response from Randall Forbes to John Hernandez dated May 25, 2007 Re: need psychiatrist/psychologist

ww.   Electronic mail from John Makdisi to Randall Forbes dated May 25, 2007 Re: scheduling meeting

xx.   Electronic mail from Randall Forbes to John Makdisi dated May 25, 2007 Re: meeting to go over exam

yy.   Petition for Readmission to St. Thomas prepared by Randall Forbes dated June 1, 2007

zz.   Letter from Dr. Lydia Kalsner-Silver to the Academic Standing Committee at St. Thomas University dated June 4, 2007 Re: Psychological Evaluation

aaa.   Receipt from Dr. Lydia Kalsner-Silver for $150.00 for the fee in preparation of the June 4, 2007, letter

bbb.   Information Sheet/Petition for Readmission with Randal Forbes's information

ccc.   Electronic mail from Cecile L. Dykas to Randall Forbes dated June 7, 2007 Re: Academic Standing Committee's Decision on June 6, 2007, hearing.

ddd.   Electronic mail response from Randall Forbes to Cecile L. Dykas dated June 8, 2007 Re: Academic Standing Committee's Decision on June 6, 2007, hearing.

eee.   Electronic mail response from Randall Forbes to Peter Kelly dated June 11 and 12, 2007 Re: requesting meeting

fff.   Electronic mail response from John Hernandez to Randall Forbes dated June 12, 2007 Re: Academic Standing Committee's Decision on June 6, 2007, hearing.

ggg.   Electronic mail from Randall Forbes to multiple therapists on unknown date Re: undergoing psychological evaluation

hhh.   St. Thomas University Essay Rubric

ST. THOMAS reserves the right to supplement this list pursuant to the applicable Federal Rules of Civil Procedure, Local Rules, and this Court's Case Management and Scheduling Order, as discovery progresses and additional information is revealed.

**3.   26(a)(1)(A)(iii): Computation of Damages claimed by ST. THOMAS:**

ST. THOMAS is not claiming any damages in this case at this time, thus it has no documents to be produced pursuant to this category.

**4.   26(a)(1)(A)(iv): Insurance Disclosure:**

ST. THOMAS participates in the Archdiocese of Miami's self-insurance program administered

by Gallagher Bassett Services.

        Respectfully Submitted,

        /s/ Maximo A. Santiago_____
        MAXIMO A. SANTIAGO
        FL BAR NO.: 0669733
        MICHAEL A MULLEN
        FL BAR NO.: 305731
        GAEBE MULLEN ANTONELLI

CASE NO.: 07-22502 – CIV HOEVELER

_____

ESCO & DIMATTEO
Attorneys for Defendant, Standard Concrete
420 South Dixie Highway, 3rd Floor
Coral Gables, FL  33146
Tel:  (305) 667-0223
Fax: (305) 284-9844
msantiago@gaebemullen.com

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY a true and correct copy of the foregoing was mailed this **3rd** day of May, 2009, to:  Emily Joyce Phillips, Esq., Phillips Lanier, 2 S. Biscayne Blvd., Ste 1684, Miami, FL 33131.

| | |
|---|---|
| J. PATRICK FITZGERALD, P.A. | GAEBE MULLEN ANTONELLI ESCO & DIMATTEO |
| Co-Counsel for Defendants | Attorneys for Defendants |
| 110 Merrick Way, Suite 3-B | 420 South Dixie Highway, 3rd Floor |
| Coral Gables, FL  33134 | Coral Gables, FL  33146 |
| Tel:  (305) 443-9162 | Tel:  (305) 667-0223 |
| Fax: (305) 443-6613 | Fax:  (305) 284-9844 |

By:  /s/ Maximo A. Santiago
     MAXIMO A. SANTIAGO
     FL BAR NO.: 0669733
     MICHAEL A. MULLEN
     FL BAR NO.: 305731