UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO: 07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES

    Plaintiff,

vs.

ST. THOMAS UNIVERSITY, INC.,

    Defendant

_____/

## ORDER SETTING STATUS CONFERENCE

THIS CAUSE is scheduled for a status conference on June 8, 2009, at 10:45 a.m. This conference will be held at Federal Courthouse Square, Courtroom 9, Ninth Floor, 301 North Miami Avenue, Miami, Florida. The purpose of the conference is to review the Joint Scheduling Report filed by the parties and to enter their attached Proposed Order, as agreed upon and prepared by the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of May, 2009.

                                                                          SR. UNITED STATES DISTRICT JUDGE

cc: Counsel of record