UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

COMES NOW the Plaintiff, RANDALL VANESSA FORBES (hereinafter "Plaintiff"), by and through her undersigned attorneys and files this Rule 26 Disclosure.

1. **26(a)(1)(A)(i): Individuals likely to have discoverable information that Plaintiff may use to support her claims:**

    a. Randall Vanessa Forbes
       c/o Emily Joyce Phillips, Esq.
       Phillips Lanier
       One Flagler Building
       14 NE 1st Avenue, 2nd Floor
       Miami, FL 33132

    b. John F. Hernandez
       Assistant Dean, Student Affairs
       St. Thomas University
       c/o Michael Mullen, Esq.
       420 S. Dixie Hwy, Third Floor
       Coral Gables, FL 33146

    c. Peter Kelly
       Director, Support Services
       St. Thomas University
       c/o Michael A. Mullen, Esq.

1

       420 S. Dixie Hwy, Third Floor
       Coral Gables, FL 33146

  d. Barbara Singer
     Assistant Dean Academic Support
     St. Thomas University
     c/o Michael Mullen, Esq.
     420 S. Dixie Hwy, Third Floor
     Coral Gables, FL 33146

  e. Dr. Lydia Kalsner-Silver
     5151 Collins Ave., #223-5
     Miami Beach, FL 33140

## 2.   26(a)(1)A)(ii):  Documents, Date Compilations, and Tangible Things in Plaintiff's Possession, Custody, or Control that it may use to support her Claims:

The following documents are available for copying and/or inspection at Plaintiff's undersigned counsel's office:

a. Medical Report from University of Miami dated on or around November 1, 2001;

b. Medical Report(s) from Nassau University Medical Center dated on or around 2005;

c. Freeport Police Department Case Report Work Sheet;

d. Letter from St. Thomas University to Randall Forbes dated January 4, 2007;

e. Letter from St. Thomas University to Randall Forbes dated June 20, 2007;

f. Memorandum from St. Thomas University to Randall Forbes dated April 23, 2007;

g. Email from Alfredo Garcia to Randall Forbes dated January 22, 2007;

h. Email from John Hernandez to Randall Forbes dated January 22, 2007;

i. Email from Catherine Hayes Cohen to Randall Forbes dated January 23, 2007;

2

j. Email from John Hernandez to Randall Forbes dated February 2, 2007;

k. Email from Randall Forbes to John Hernandez dated April 17, 2007;

l. Email from Catherine Hayes Cohen to Randall Forbes dated April 19, 2007;

m. Email from John Makdisi to Randall Forbes dated May 25, 2007;

n. Email from Jay Silver to Randall Forbes dated May 27, 2007;

o. Email from Randall Forbes to Issac Carter dated June 23, 2007;

p. Email from Beatriz Robinson to Randall Forbes dated July 25, 2007;

q. Email from Beatriz Robinson to Randall Forbes dated July 25, 2007;

r. Email from Randall Forbes to Peter Kelly dated June 27, 2007;

s. Email from Randall Forbes to Issac Carter dated June 27, 2007;

t. Email from Randall Forbes to Dean Dykas dated June 27, 2007;

u. Southern Winds Hospital Note dated June 14, 2007;

v. Miami-Dade Police Report dated June 12, 2007;

w. Southern Winds Hospital Inpatient Medication Reconciliation dated June 13, 2007;

x. St. Thomas University Special Accommodations Guidelines;

Plaintiff reserves the right to supplement this list pursuant to the applicable Federal Rules of Civil Procedure, Local Rules, and this Court's Case Management and Scheduling Order, as discovery progresses and additional information is revealed.

3. **26(a)(1)A)(iii): Computation of Damages Claimed by Plaintiff**

   A. Immediate reinstatement to St. Thomas University School of Law;

    B. Refund of tuition and fees paid to St. Thomas University School of Law with interest;

    C. Compensatory and any other Damages this Court deems just and proper;

    D. Reimbursement of reasonable attorneys' fees and costs

**4.     26(a)(1)A)(iv):  Insurance Disclosure**

Plaintiff is not a participant to any insurance program that would be relevant to this proceeding.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 15, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

        Respectfully submitted,
        /s/ Emily Joyce Phillips
        EMILY JOYCE PHILLIPS (FB 0597961)
        ephillips@phillipslanier.com
        PHILLIPS LANIER
        One Flagler Building
        14 NE 1st Avenue, 2nd Floor
        Miami, FL 33132
        T. 305.350.5299
        F. 786.431.2324
        Attorneys for Plaintiff Randall V. Forbes

## SERVICE LIST

Michael A. Mullen FL Bar No. 305731
Email: mmullen@gaebemullen.com
Gaebe Mullen Antonelli Esco & DiMatteo
420 S. Dixie Highway, 3rd Floor
Coral Gables, FL 33143
T. 305.667.0223
F. 305.284.9844
Attorneys for Defendant


J. Patrick Fitzgerald FL Bar No. 248681
Email: jpf@jpfitzlaw.com
J. Patrick Fitzgerald, P.A.
110 Merrick Way, Suite 3-B
Coral Gables, FL 33134
T. 305.443.9162
F. 305.284.9844
Co-Counsel for Defendant


By:   /s/ Emily Joyce Phillips
      EMILY JOYCE PHILLIPS (FB 0597961)