UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES**

Plaintiff, RANDALL VANESSA FORBES, (hereinafter "Forbes"), by and through her undersigned counsel, hereby file this Plaintiff's Unopposed Motion to Extend Discovery Deadlines, and in support of this Motion, the Plaintiff states the following:

1. The parties filed a Joint Scheduling Report which was adopted as an Order of this Court on or around June 9, 2009.

2. In that Order, Plaintiff is supposed to submit disclose expert reports by July 17, 2009, and the Defendant, St. Thomas University, Inc. (hereinafter "St. Thomas"), is supposed to disclose expert report by September 14, 2009.

3. The parties have conferred and agreed to extend these deadlines to the following: Plaintiff to disclose expert reports no later than August

14, 2009, and Defendant to disclose expert reports no later than September 14, 2009.

4. The undersigned counsel has contacted St.Thomas's counsel who has confirmed that they are in agreement with this modification to the existing scheduling order.

5. This Motion is not filed for the purposes of delay and no prejudice will result from granting this Motion.

WHEREFORE, the Plaintiff, RANDALL VANESSA FORBES, respectfully requests that this Honorable Court grant her Motion to Extend Discovery Deadlines.

        Respectfully submitted,

        /s/ Emily Joyce Phillips
        EMILY JOYCE PHILLIPS (FB 0597961)
        ephillips@phillipslanier.com
        PHILLIPS LANIER
        One Biscayne Tower
        2 S. Biscayne Blvd., Ste. 1684
        Miami, FL 33131
        T. 305.350.5299
        F. 305.350.5298
        Attorneys for Plaintiff Randall V. Forbes

Case No.: 07-22502 – CIV HOEVELER<br>MAGISTRATE JUDGE BROWN

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 20, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/ Emily Joyce Phillips
EMILY JOYCE PHILLIPS (FB 0597961)
ephillips@phillipslanier.com
PHILLIPS LANIER
2 S. Biscayne Blvd., Ste.1684
Miami, FL 33131
T. 305.350.5299
F. 305.350.5298
Attorneys for Plaintiff Randall V. Forbes

3

## SERVICE LIST

Michael A. Mullen FL Bar No. 305731
Email: mmullen@gaebemullen.com
Gaebe Mullen Antonelli Esco & DiMatteo
420 S. Dixie Highway, 3rd Floor
Coral Gables, FL 33143
T. 305.667.0223
F. 305.284.9844
Attorneys for Defendant

J. Patrick Fitzgerald FL Bar No. 248681
Email: jpf@jpfitzlaw.com
J. Patrick Fitzgerald, P.A.
110 Merrick Way, Suite 3-B
Coral Gables, FL 33134
T. 305.443.9162
F. 305.284.9844
Co-Counsel for Defendant