UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

## AGREED ORDER TO EXTEND DISCOVERY DEADLINES

This matter comes before the Court on the Plaintiff's Motion to Extend Discovery Deadlines. Having been fully advised, the parties have agreed to extend the discovery deadlines included in the Joint Scheduled Report [Document #52] as follows: Plaintiff to disclose expert reports no later than August 14, 2009, and Defendant to disclose expert reports no later than September 14, 2009.

The Court, having considered the request, finds good cause and will enter the Agreed Order to Extend Discovery Deadlines. It is now

**ORDERED:**

Plaintiff's Unopposed Motion to Extend Discovery Deadlines is granted and the following discovery deadlines shall be extended as follows:    Plaintiff to

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

disclose expert reports no later than August 14, 2009, and Defendant to disclose expert reports no later than September 14, 2009.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida this _____ day of July, 2009.

_____
WILLIAM M. HOEVELER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
　All Parties