.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22502- CIV HOEVELER

RANDALL VANESSA FORBES,        :
                               :
            Plaintiff,         :        COPY
                               :
vs.                            :
                               :
ST. THOMAS UNIVERSITY, INC.,   :
                               :
            Defendant.         :
                               :
                               X

DEPOSITION OF RANDALL VANESSA FORBES

taken before Jeannette Alvarez, Court Reporter and

Notary Public in and for the State of Florida at

Large, at the Third Floor, 420 South Dixie

Highway, Coral Gables, Florida, on Wednesday, July

15, 2009, commencing at 2:10 p.m., pursuant to

Notice of Taking Deposition.

```
 1        APPEARANCES:

 2

 3             PHILLIPS LANIER
               (BY MS. EMILY JOYCE PHILLIPS)
               Second Floor
 4             14 Northeast First Avenue
               Miami, Florida 33132
 5             on behalf of the Plaintiff.

 6

 7             GAEBE MULLEN ANTONELLI ESCO & DIMATTEO
               (BY MR. MAXIMO A. SANTIAGO and
               MR. MICHAEL A. MULLEN)
 8             Third Floor
               420 South Dixie Highway
 9             Coral Gables, Florida 33146
               on behalf of the Defendant.

10

11                   I   N   D   E   X

12   WITNESS        DIRECT    CROSS     REDIRECT  RECROSS

13   RANDALL VANESSA FORBES

14   By Mr. Santiago  3                    --

15   By Ms. Phillips          --                    --

16

17             E   X   H   I   B   I   T   S

     DEFENDANT'S FOR IDENTIFICATION          PAGE
18
     No. 1     Letter, 1-4-07                119
19
     No. 2     E-mail, 1-22-07               123
20
     No. 3     E-mail, 1-26-07               147
21
     No. 4     E-mail, 1-31-07               148
22
     No. 5     E-mail, 4-20-07               150
23
     No. 6     E-mail, 4-17-07               152
24

25
```

PORTER, WALKER & ASSOCIATES, INC.

Page 3

1    Thereupon:

2                    RANDALL VANESSA FORBES,

3    after having been first duly sworn, was examined

4    and testified as follows:

5                    DIRECT EXAMINATION

6    BY MR. SANTIAGO:

7        Q.   Good afternoon, Ms. Forbes.   I'm Max

8    Santiago.   I represent Saint Thomas University

9    with respect to the claim that you filed against

10   them.

11              Have you ever had your deposition taken

12   before?

13       A.   Yes.

14       Q.   Okay.   How long ago was that?

15       A.   More than five years ago.

16       Q.   More than five years ago?

17       A.   Uh-huh.

18       Q.   Was it a civil case?

19       A.   Yes.

20       Q.   How old were you at the time?

21       A.   Different ages.

22       Q.   So you have had your depo taken more

23   than once in the past?

24       A.   Yes.

25       Q.   How many times in total?

Page 4

1       A.   I don't know in total.  About five.

2       Q.   Five times.

3       A.   Yes.

4       Q.   All right.  So you have been through the

5  process before.  I am just going to go over some

6  of the ground rules just to make sure that you --

7  that we are clear.

8            First and foremost, as you can tell,

9  there is a court reporter here.  She is taking

10 down everything anyone says.  So it's important

11 that you respond verbally to the questions that I

12 ask.  That's Number 1.

13           Number 2 is that you allow me to finish

14 asking my question before you respond so that we

15 don't speak over each other.  And if you don't

16 understand a question that I ask, please let me

17 know.  I will gladly rephrase it.  If not, I am

18 going to assume that you understood the question

19 asked.  Okay?

20      A.   Okay.

21      Q.   Very good.

22           MR. SANTIAGO:  Now, just some

23 housekeeping matters before we begin.  I know

24 yesterday you sent some responses to discovery

25 that we had requested.  I have not had an

PORTER, WALKER & ASSOCIATES, INC.

Page 5

1    opportunity to review that, so as far as any

2    questions that may be derived from that discovery,

3    I am reserving the opportunity to question your

4    client in the future with respect to that

5    discovery, okay?

6         MS. PHILLIPS:   Okay.

7         Q.   (BY MR. SANTIAGO)   Can you please state

8    your name for the record.

9         A.   Randall Forbes.

10        Q.   Do you have a middle name?

11        A.   Yes.   Vanessa.

12        Q.   Okay.   Have you ever been known by any

13   other names?

14        A.   No.   I have a nickname.   People call me

15   Randy.

16        Q.   Okay.   What is your date of birth?

17        A.

18        Q.   Where were you born?

19        A.   Long Island, New York.

20        Q.   What is the name of your mother?

21        A.   Joanne.

22        Q.   Joanne, J-o-a-n?

23        A.   J-o-a-n-n-e.

24        Q.   And the last name?

25        A.   Her professional name is Flemming, but

PORTER, WALKER & ASSOCIATES, INC.

Page 6

1     she is also Forbes.

2          Q.    Okay.  And your father's name?

3          A.    Kenneth Forbes.

4          Q.    What is your social security number?

5                MR. SANTIAGO:   We can just, for the

6     record, just mark little X's on it so that it's

7     confidential.

8          A.    XXX-XX-XXXX.

9          Q.    What is your current address?

10         A.    It's 122 Brookside Avenue.

11         Q.    Brookside?

12         A.    Yes.

13               Did you need me to spell it?

14         Q.    B-r-o-o-k side?

15         A.    Yes.

16         Q.    That's fine.

17         A.    Avenue.  And it's Freeport, New York,

18    11520.

19         Q.    Sorry.  What was that?

20         A.    11520.

21         Q.    Who do you live with at that address?

22         A.    My mom and dad.

23         Q.    And how long have you lived at that

24    address?

25         A.    18 years prior to going to college and

Page 7

1    then a couple years after I graduated prior to

2    coming to law school.  And now I am back there.

3          Q.    Okay.  So if I understand you correctly,

4    this has been your permanent residence for the

5    past 18 years.  However, when you went to college,

6    you lived outside of this residence for a period

7    of time.

8          A.    Yes.

9          Q.    Are you married?

10         A.    No.

11         Q.    Have you ever been married?

12         A.    No.

13         Q.    Do you have any children?

14         A.    No.

15         Q.    Do you have any siblings?

16         A.    Yes.

17         Q.    How many?

18         A.    Five.

19         Q.    What are their names?

20         A.    Michael.

21         Q.    Michael's last name?

22         A.    Morgan.

23         Q.    Okay.

24         A.    Jodie.

25         Q.    Jodie's last name?

PORTER, WALKER & ASSOCIATES, INC.

Page 8

```
1      A.    Wicks.

2      Q.    Okay.

3      A.    Jennifer.

4      Q.    Last name?

5      A.    Forbes.

6            Tracy.

7      Q.    Tracy's last name?

8      A.    Forester.

9      Q.    Forester?

10     A.    Yes.

11     Q.    Okay.

12     A.    And Kenny Forbes.

13     Q.    Okay.  As you sit here today at this

14  deposition, are you currently under the influence

15  of any prescription medicine?

16     A.    No.

17     Q.    So you are not actively taking any

18  prescription medicine, correct?

19     A.    Not now.

20     Q.    When was the last time you took

21  prescription medicine of any kind?

22     A.    About a month ago.

23     Q.    And what prescription medicine were you

24  taking at that time?

25     A.    I think it's called Lexapro.
```

1    Q.    Do you know what that medicine is for?

2    A.    It's supposed to be to cut down on

3    anxiety, I think.

4    Q.    Who prescribed that medicine?

5    A.    My doctor.

6    Q.    What is your doctor's name?

7    A.    Schoenfeld.

8    Q.    Can you spell that, please?

9    A.    I don't know how to spell it.

10   Q.    Phonetically?  Or just repeat the name.

11   A.    Schoenfeld.

12   Q.    Schoenfeld.  Okay.

13         Where is Dr. Schoenfeld located?

14   A.    In Baldwin, New York.

15   Q.    And we are going to get into your

16   medical history in a moment.  So we will ask more

17   questions regarding that.

18         What elementary school did you attend?

19   A.    Bayview Elementary School.

20   Q.    And where is that located?

21   A.    It's in Freeport, New York.

22   Q.    Did you attend any other elementary

23   school?

24   A.    No.

25   Q.    What junior or middle school did you

Page 10

1    attend?

2         A.   Middle school I attended Atkinson.

3         Q.   Atkinson.  Can you spell that, please?

4         A.   A-t-k-i-n-s-o-n.

5         Q.   And that's Atkinson Middle School?

6         A.   Yes.

7         Q.   And where is that located?

8         A.   That's in Freeport, New York.

9         Q.   Did you attend any other middle schools?

10        A.   No.

11        Q.   After you completed middle school, you

12   went to high school?

13        A.   It's separated into junior high school.

14        Q.   Okay.  So what grade did you attend in

15   middle school?

16        A.   Middle school, that would be fifth and

17   6th grade.

18        Q.   And then you went to junior --

19        A.   Junior high.

20        Q.   (Continuing) -- junior high school.  And

21   what grade did you attend for junior high school?

22        A.   Seventh and eighth grade.

23        Q.   What school was that?

24        A.   Dodd.

25        Q.   Spell that, please.

1     A.   D-o-d-d.

2     Q.   Dodd Junior High School?

3     A.   Yes.

4     Q.   Is that in Freeport as well?

5     A.   Yes.

6     Q.   And after you completed junior high

7   school, did you then proceed to high school?

8     A.   Yes.

9     Q.   And what high school did you attend?

10     A.   Freeport High School.

11     Q.   And what grade did you attend in high

12   school, is it ninth through twelfth?

13     A.   Yes.

14     Q.   Did you ultimately graduate from

15   Freeport High School?

16     A.   Yes.

17     Q.   So you got a high school diploma?

18     A.   Yes.

19     Q.   What year did you graduate?

20     A.   2000.

21     Q.   Do you recall what your GPA was when you

22   graduated from Freeport High School?

23     A.   No.

24     Q.   Do you recall if it was a good GPA or an

25   average GPA or was it a poor GPA?

Page 12

```
 1        A.    I think it was a good GPA.

 2        Q.    So your GPA was good from what you

 3   recall.

 4              Were you involved in any clubs or

 5   organizations?

 6        A.    Yes.

 7        Q.    Which clubs or organizations were you

 8   involved in in high school?

 9        A.    I need to ask you a question about that.

10        Q.    Sure.

11        A.    When?  What years?

12        Q.    Throughout your high school period.

13        A.    Okay.  I was active in the band.

14        Q.    Okay.  What did you play, what

15   instrument did you play?

16        A.    Different years.  Different years I

17   played clarinet and drums.

18        Q.    Okay.  Besides the band, what else were

19   you involved in?

20        A.    Student government.

21        Q.    Okay.  Any particular position?

22        A.    Depending on the year.

23        Q.    Okay.  Let's start with when did you

24   first become active in student government?

25        A.    My freshman year.
```

PORTER, WALKER & ASSOCIATES, INC.

Page 13

1      Q.    What position did you have at that time?

2      A.    I was the vice-president of the class.

3      Q.    The freshman class?

4      A.    Yes.

5      Q.    What about your sophomore year, were you

6   active in the student government?

7      A.    Yes.

8      Q.    What position did you have then?

9      A.    I was the vice-president of the class.

10      Q.    Okay.  And your junior year?

11      A.    I don't really remember the junior

12   year.  I think I was still the vice-president.

13      Q.    And your senior year?

14      A.    I was the student body president.

15      Q.    Any other clubs or organizations that

16   you participated in throughout your high school?

17      A.    Yes.

18      Q.    Which other ones?

19      A.    Odyssey of the Mind.

20      Q.    Odyssey of the Mind?

21      A.    Yes.

22      Q.    What kind of club is that?

23      A.    It's hard to describe.  It's an acting

24   club, but it's also part brainstorming.

25      Q.    Did you have some position within that

PORTER, WALKER & ASSOCIATES, INC.

Page 14

1   club?

2          A.    No.

3          Q.    You were just a member?

4          A.    Yes.

5          Q.    And what years were you in that club?

6          A.    My freshman year and part of my

7   sophomore year.

8          Q.    Okay.  What other clubs or

9   organizations?

10         A.    DECA.

11         Q.    DECA?

12         A.    Yes.

13         Q.    How do you spell that?

14         A.    It's an acronym for something.

15  D-E-C-A.

16         Q.    Okay.  What kind of club is this?

17         A.    It's a business club.

18         Q.    So it's a business club.  And what years

19  were you involved in that club?

20         A.    I think it was my sophomore year.

21         Q.    Were you just a member or were you some

22  officer of some kind in that club?

23         A.    I was an officer.

24         Q.    What position?

25         A.    Parliamentarian.

Page 15

1     Q.   What other clubs?

2     A.   There were different bands that I was a

3  part of.

4     Q.   Okay.  Besides the band, any other clubs

5  or organizations?

6     A.   Not that I recall at this time.

7     Q.   If you recall something else, just let

8  me know.

9          So did you take your SAT at any point in

10  time?

11     A.   Yes.

12     Q.   Do you remember what year you took your

13  SAT?

14     A.   I don't remember.

15     Q.   Did you take your SAT more than once?

16     A.   Yes.

17     Q.   How many times?

18     A.   I think twice.

19     Q.   Do you remember what you scored on your

20  SAT?

21     A.   No.

22     Q.   You took it twice because, I assume, you

23  weren't satisfied with the first result; is that

24  fair?

25     A.   That's fair.

PORTER, WALKER & ASSOCIATES, INC.

Page 16

1    Q.    And were you satisfied with the second

2    SAT scores that you got?

3    A.    I think so.

4    Q.    Do you recall if they were good,

5    average, above average?

6    A.    I don't recall.

7    Q.    At any point in time when you were in

8    high school did you ever request any special

9    accommodations, either test taking or anything

10   else, while you were at Freeport High School?

11   A.    In high school I don't think so.

12   Q.    Okay.  After you graduated high school

13   --

14   A.    Wait.  I actually have a question about

15   that last question.

16   Q.    Sure.  Go ahead.

17   A.    I did go in home tutoring.

18   Q.    Sorry?

19   A.    I went on home tutoring.

20   Q.    Home tutoring?

21   A.    Yes.

22   Q.    When did you go on home tutoring?

23   A.    During the last year.

24   Q.    So that would have been in what, `99,

25   2000?

Page 17

1      A.   Yes.

2      Q.   Was this the first time that you had

3  gone to home tutoring?

4      A.   Yes.

5      Q.   And was this a service that was provided

6  by the school?

7      A.   I am not sure if it was the school.

8      Q.   Why did you undergo home tutoring?

9      A.   It was too much to go to high school

10  when my attacker was still there.

11      Q.   We will get into your sexual assault

12  history, not into too much detail, but I just want

13  to touch up on some of these things.

14           So just to clarify, you underwent home

15  tutoring because your attacker was still at the

16  school?

17      A.   Yes.

18      Q.   And did you ever consider going to

19  another high school?

20      A.   Yes.

21      Q.   And what happened with respect to that?

22      A.   I think my parents looked into it.  I

23  don't think they were allowed to take me out.

24      Q.   Do you know if they ever formally

25  requested a transfer either written or -- well,

Page 18

1   did they ever formally request a transfer in

2   writing?

3          A.   I don't know.

4          Q.   So explain to me how this home tutoring

5   worked?

6          A.   I had several tutors that would come to

7   the house at scheduled times.

8          Q.   And were these tutors provided by the

9   school or did you have to obtain your own tutors?

10         A.   You asked me that already.  I don't know

11  how the tutors came about.

12         Q.   Well, I asked you specifically about the

13  tutoring program.  This is a different question.

14         A.   Okay.

15         Q.   If you know, how were you able to obtain

16  a diploma from Freeport High School but yet get

17  your education from the tutoring program, do you

18  know?

19         A.   I would just be guessing.  I don't

20  know.

21         Q.   All right.  So you graduated in 2000,

22  correct --

23         A.   Yes.

24         Q.   (Continuing) -- from high school?

25               And after that did you attend college?

1      A.   Yes.

2      Q.   What college did you attend?

3      A.   The University of Miami.

4      Q.   Well, let me ask you this before we get

5  to that.  How many schools did you apply to after

6  you obtained your SAT scores?

7      A.   About 10.

8      Q.   And how many accepted you into their

9  program?

10      A.   I don't remember.

11      Q.   Why did you select University of Miami?

12      A.   I liked the campus.

13      Q.   Okay.  And any other reason?

14      A.   Yes.  I liked the degree programs.

15      Q.   Any in particular?

16      A.   The criminology program.

17      Q.   Did you have any aspirations when you

18  were in high school to become a lawyer?

19      A.   Yes.

20      Q.   When did you first want to become a

21  lawyer?

22      A.   Actually, in eighth grade.

23      Q.   Is there something specific that caused

24  you to want to be a lawyer in eighth grade?

25      A.   Yes.

1    Q.   What?

2    A.   The OJ case.

3    Q.   Did you follow the OJ case?

4    A.   Yes.

5    Q.   And just very briefly, tell me what

6    about that experience caused you to want to be a

7    lawyer?

8    A.   Honestly, I felt like the prosecution

9    didn't really do a good job, and I felt like I

10   could do better.

11   Q.   Okay.  Were there any courses available

12   in high school that would gear you towards law

13   school?

14   A.   Yes.

15   Q.   What courses were those?

16   A.   Well, it kind of talked about it in A/P

17   government, and there was a civics course, but it

18   wasn't called civics, it was called something

19   else.  But I don't remember.

20   Q.   Okay.  So you went to the University of

21   Miami.  You liked the campus and you liked the

22   degree program in criminology; is that correct?

23   A.   Yes.

24   Q.   When did you begin your school work at

25   University of Miami?

PORTER, WALKER & ASSOCIATES, INC.

1    A.    In 2000.

2    Q.    What was your major?

3    A.    My major was criminology.

4    Q.    Did you have a minor?

5    A.    Yes.

6    Q.    What was that?

7    A.    African American studies.

8    Q.    Did the University of Miami have a

9  prelaw program?

10   A.    Yes.

11   Q.    Was criminology within that prelaw

12 program?

13   A.    Yes.

14   Q.    From what year to what year did you

15 attend the University of Miami, 2000 to what?

16   A.    2000 until December 2004.

17   Q.    Okay.  And you ultimately earned a

18 degree in the University of Miami?

19   A.    Yes.

20   Q.    What degree was that?

21   A.    A bachelor of arts.

22   Q.    In criminology?

23   A.    Yes.

24   Q.    Okay.  What was your GPA at the

25 University of Miami?

1       A.   3.4.

2       Q.   3.4?

3       A.   Yes.

4       Q.   Did you graduate cum laude or with

5   honors?

6       A.   No.

7       Q.   Do you know what class rank you were?

8       A.   No.

9       Q.   Were you involved in any clubs or

10   organizations at the University of Miami?

11       A.   Yes.

12       Q.   Okay.  Can you please just walk me

13   through all the clubs and organizations you were

14   involved in?

15       A.   Okay.  Hurricane Productions.

16       Q.   What kind of club is that?

17       A.   It's the club that brings speakers and

18   singers to the campus.

19       Q.   Is that prelaw related --

20       A.   No.  No.

21       Q.   (Continuing) -- organization?

22       A.   No.

23       Q.   Were you just a member in that club or

24   organization?

25       A.   No.  I was an officer.

Page 23

1      Q.    What was your position?

2      A.    Publicity, the chair of publicity.

3      Q.    Okay.  And from what year to what year

4  were you involved in that organization?

5      A.    That was only my sophomore year.  It

6  wasn't the whole year.

7      Q.    What other clubs or organizations were

8  you involved in?

9      A.    I was inducted into the honor society.

10     Q.    Okay.  Is that the name of it, honor

11  society?

12     A.    No.  The National Society of Collegiate

13  Scholars.

14     Q.    And when were you inducted?

15     A.    After my first semester.

16     Q.    Did you have to obtain a certain GPA to

17  get inducted into that?

18     A.    Yes.

19     Q.    And what was that GPA?

20     A.    I am not sure what the standard was, but

21  my GPA was like a 3.6.

22     Q.    How long were you in that honor society?

23     A.    Once you are inducted, you stay I think.

24     Q.    What if your GPA drops?

25     A.    I don't know.

PORTER, WALKER & ASSOCIATES, INC.

1      Q.   So you don't know because you graduated

2   with a 3.4, correct?

3      A.   Yes.

4      Q.   So you don't know if at the time that

5   you graduated you were still inducted or part of

6   that society?

7      A.   I don't know.

8      Q.   All right.  What else, what other

9   organizations?

10     A.   The University of Miami Hip Hop Club.

11     Q.   Hip Hop Club?

12     A.   Yes.

13     Q.   And what organization is that?

14     A.   They actually don't do anything.

15     Q.   Is it just like a social organization?

16     A.   Yes.

17     Q.   You were just a member?

18     A.   Yes.

19     Q.   Okay.  What other organization?

20     A.   For one year I was in the diversity

21   committee of the cabinet.

22     Q.   Of the cabinet?

23     A.   Yes.

24     Q.   And what kind of organization is that?

25     A.   It's student government.

Page 25

1    Q.   You were there one year?

2    A.   I believe so.

3    Q.   Okay.  When was that?

4    A.   I think that was my -- it was either my

5  freshman or sophomore year.

6    Q.   Okay.  What else?

7    A.   That's it.

8    Q.   Were you involved in any prelaw related

9  societies of any kind or organizations?

10   A.   No.

11   Q.   Was there a reason?

12   A.   Yes.

13   Q.   What's the reason?

14   A.   The one club that they did have, you had

15  to do a lot of stupid stuff to join.  I didn't

16  want to do that.

17   Q.   What was the name of the organization

18  you are referring to?

19   A.   It was like a fraternity, something

20  Delta.

21   Q.   Okay.  So was it a fraternity or

22  sorority or both?

23   A.   It was both, but like a legal thing.

24   Q.   And did you ever apply to it or --

25   A.   I went to a meeting.

PORTER, WALKER & ASSOCIATES, INC.

Page 26

1    Q.   And you figured at the meeting it wasn't

2  for you?

3    A.   Yes.

4    Q.   Okay.  Now, at any point in time while

5  you were at University of Miami did you ever

6  request any special accommodations of any kind?

7    A.   Yes.

8    Q.   When was that, what year?

9    A.   I think it was in my junior year.

10    Q.   So that would have been in 2004, 2003?

11    A.   Around there.

12    Q.   Why did you request special

13  accommodations?

14    A.   I felt like I needed something to

15  actually succeed.

16    Q.   You needed to actually succeed?

17    A.   Yes.

18    Q.   Was there something about your academic

19  performance before that that required you to now

20  request special accommodations?

21    A.   I went down in my GPA.

22    Q.   From what semester to what semester did

23  your GPA go down?

24    A.   Actually, each semester it went down.

25    Q.   So your first semester you said you

1    recall you got a 3.6 GPA, correct?

2         A.   Yes.

3         Q.   And then from there moving forward, your

4    GPA declined?

5         A.   Yes.

6         Q.   What was the basis for requesting

7    special accommodation?

8         A.   I was having trouble reading.  I felt

9    like I always needed more time.  It was hard to

10   concentrate because I kept on getting all these

11   intrusive thoughts and repetitive thoughts.  I

12   requested for both testing and for classroom

13   accommodations.

14        Q.   Okay.  Let's talk about the classroom

15   accommodations that you requested.  What

16   accommodations did you request?

17        A.   I would get extra time on in-class

18   assignments.  The professor would also give me a

19   heads up if there was any discussion or visual

20   aids that might be related to sexual assault or

21   rape.

22        Q.   Anything else?

23        A.   No.

24        Q.   Let's talk about your testing

25   accommodation.  Before we get into the testing

Page 28

1   accommodations, were there any classroom

2   accommodations that you requested that were not

3   provided while at the University of Miami?

4       A.   No.

5       Q.   How did you learn about the special

6   accommodations that you could request?

7       A.   I think they gave a presentation.

8       Q.   The school gave a presentation?

9       A.   Yes.

10      Q.   Was that during your freshman year?

11      A.   I don't remember when.

12      Q.   Was there always literature that was

13  handed out at this presentation?

14      A.   I am not sure about that.

15      Q.   What was discussed during this

16  presentation?

17      A.   That there was an actual service; that

18  they have a disability office and where it was.

19  This was also online.

20      Q.   Was there a certain procedure that you

21  had to follow in order to get any type of

22  accommodations?

23      A.   Yes.

24      Q.   Do you recall what that procedure was?

25      A.   Well, I had to meet with one of the

PORTER, WALKER & ASSOCIATES, INC.

Page 29

1   leaders there.

2       Q.   Okay.  So before any type of

3   accommodations were provided, you had to meet with

4   some school official?

5       A.   Yes.

6       Q.   What else?

7       A.   I gave her my documentation.

8       Q.   And what did that documentation consist

9   of?

10      A.   The evaluation form from my counselor.

11      Q.   And what was your counsel's name?

12      A.   Liza Papazian.

13      Q.   Can you spell that, please.

14      A.   Liza, L-i-z-a, and Papazian,

15   P-a-p-a-z-i-a-n.

16      Q.   Okay.  Did the school officials tell you

17   that in order to receive any type of

18   accommodations you needed to provide documentation

19   from a licensed practitioner?

20      A.   No.  I think I just gave it to him.

21      Q.   Okay.  So you met with school officials

22   and provided documentation.

23      A.   Yes.

24      Q.   What else, if anything, did you do in

25   order to get the accommodations that you

Page 30

1   ultimately received?

2       A.   Well, the -- whoever that person was, I

3   don't know what her position was, but she asked me

4   a whole bunch of questions.

5       Q.   Do you recall what her name was?

6       A.   I am not sure.

7       Q.   What kinds of questions?

8       A.   Related to the sexual assault, what

9   specifically I was having trouble with

10  academically speaking.

11      Q.   Okay.

12      A.   And what she thought I needed.

13          MS. PHILLIPS:   Sorry.   Can I take this?

14          MR. SANTIAGO:   Go ahead.

15              (Recess in proceedings).

16      Q.   (BY MR. SANTIAGO)   All right.   So prior

17  to getting accommodations, you met with a school

18  official, you provided documentation, and the

19  school official asked you a series of questions

20  pertaining to the sexual assault and how that

21  affected your scholastic performance.   Is that

22  fair?

23      A.   Yes.

24      Q.   Anything else that either you provided

25  them or any other meeting with any other

PORTER, WALKER & ASSOCIATES, INC.

Page 31

1    officials?

2         A.    Not that I can recall.

3         Q.    Okay.  What testing accommodations were

4    provided to you while at University of Miami?

5         A.    Time and a half on exams.

6         Q.    What does that mean, time and a half?

7         A.    Well, that means you get the time and

8    then you -- whatever time that the other students

9    have, like if it's a two-hour exam or something,

10   then you also get half of that in addition.  So

11   that would be two hours plus an hour.  So that

12   would be three hours.

13        Q.    So you got time and a half, and what

14   else?

15        A.    I took the exam in a separate location.

16        Q.    Now, when you say in a separate

17   location, what does that mean?

18        A.    I would take the exam, usually, in my

19   professor's office.

20        Q.    You said usually.  Were there occasions

21   when you took exams that weren't in your

22   professor's office?

23        A.    I only remember twice taking it in the

24   disability offices.  Like they have a place to

25   take it.

PORTER, WALKER & ASSOCIATES, INC.

Page 32

1      Q.   Okay.  When you took the exam in the

2  professor's office, was anyone in there with you?

3      A.   No.

4      Q.   Dimensionally, how big was the room

5  approximately?

6      A.   Their office?

7      Q.   Yes.

8   (Thereupon, Mr. Mullen joined the proceedings.)

9      Q.   (BY MR. SANTIAGO)  This is Mr. Mullen.

10  Randy Forbes, Ms. Phillips.

11       MR. MULLEN:  Nice to meet you.

12      Q.   (BY MR. SANTIAGO)  All right.  When you

13  took the exams in the professor's office, you

14  already testified there was nobody inside at the

15  time that you were taking the exam, correct?

16      A.   Correct.

17      Q.   Was there somebody outside that would

18  monitor you?

19      A.   Not all the time.  No.

20      Q.   How many semesters while you were at the

21  University of Miami did you request any testing

22  accommodations of any kind?

23      A.   It was, at least, three semesters.

24      Q.   Okay.  And you said that you first

25  requested special accommodations your junior year,

Page 33

1    correct?

2         A.    I think it was my junior year.

3         Q.    But you definitely received testing

4    accommodations your senior year.  Is that fair to

5    say?

6         A.    It's fair.

7         Q.    And for your senior year, you attended

8    school for two semesters; is that correct?

9         A.    Yes.

10        Q.    And both those semesters did you receive

11   testing accommodations?

12        A.    I believe so.

13        Q.    Is there any reason that you wouldn't

14   have received testing accommodations for both

15   those semesters?

16        A.    Not that I can remember.

17        Q.    Were there any testing accommodations

18   that you requested that were not provided to you

19   by the University of Miami?

20        A.    No.

21        Q.    Okay.  Other than time and a half and

22   taking an exam at a separate location, were there

23   any other testing accommodations that were

24   provided to you by the University of Miami?

25        A.    No.

Page 34

1      Q.   Okay.  I just want to go over briefly

2   your medical history.  Do you currently have a

3   primary care physician?

4      A.   Yes.

5      Q.   What is your doctor's name?

6      A.   Dr. Schoenfeld.

7      Q.   And they are located in Baldwin, New

8   York?

9      A.   Yes.

10     Q.   How long has Dr. Schoenfeld been your

11  primary care physician?

12     A.   Only for this past year.

13     Q.   Okay.  Prior to that, did you have a

14  primary care physician?

15     A.   No.

16     Q.   So whenever you got a cold, where would

17  you seek treatment?

18     A.   I wouldn't.

19     Q.   Okay.  Let's go over all of the doctors

20  that you have seen over the course of the past 10

21  years.  You already told me about Dr. Schoenfeld.

22  Who else?

23     A.   Medical doctors we are talking about?

24     Q.   Yes.  Medical doctors and you can also

25  include the psychologist as well.

1      A.   I don't remember the medical doctor's

2   name.  It's the same my parents go to.

3      Q.   Where is this doctor located?

4      A.   I think she is in Valley Stream, New

5   York.

6      Q.   Okay.  And you said your parents are

7   currently treating with this doctor?

8      A.   I don't know currently, but it was on

9   their plan.

10     Q.   Okay.  And what plan was that?

11     A.   They were Blue Choice Blue Shield.

12     Q.   Blue Cross Blue Shield?

13     A.   Yes.

14     Q.   And during what course of time did you

15   treat with that doctor?

16     A.   In college, a little bit before that.

17     Q.   For what kind of aliment?

18     A.   Anything related to the body.

19     Q.   Who else?

20     A.   I saw Lisa Papazian.

21     Q.   And she is a psychologist?

22     A.   I don't know exactly what she is.  She

23   is the rape crisis counselor.

24     Q.   Okay.  What did you treat with her for?

25     A.   For the posttraumatic stress disorder.

1       Q.    When did you first begin to treat with

2    her?

3       A.    Well, I went to her program back in

4    1999.

5       Q.    At that time you didn't treat with her

6    in 1999?

7       A.    No.

8       Q.    Just explain to me what the program

9    entails.  Is it just one-on-one sessions, you

10   know, group sessions or --

11      A.    The program does have group sessions.  I

12   didn't go to those.  But I did one-on-one, also

13   two-on-two.  I had two different counselors back

14   in 1999.  They were at the rape crisis center at

15   Adelphi University.

16      Q.    Do you recall their names?

17      A.    No.  I am not sure what their names

18   are.

19      Q.    Okay.  Any other medical providers?

20      A.    I saw -- I went to the UM counseling

21   center.

22      Q.    What year?

23      A.    I don't remember.

24      Q.    For what purpose?

25      A.    For the posttraumatic stress disorder,

Page 37

1   but I didn't go continuously.

2       Q.   Do you recall who treated you there or

3   who you consulted with?

4       A.   I don't recall.

5       Q.   Is it the same person or a different

6   person every time?

7       A.   Same person.

8       Q.   Did it help you when you went to the

9   counseling center at the University of Miami?

10      A.   Yes.

11      Q.   In what way?

12      A.   They gave me some coping mechanisms.  I

13  was also seeing someone from the crisis center,

14  but it was off the books pretty much.

15      Q.   When you say someone at the crisis

16  center --

17      A.   Not the crisis center.  University of

18  Miami.

19      Q.   University of Miami what?

20      A.   The counseling center.

21      Q.   The counseling center?

22      A.   Yes.  But she worked in the dean's

23  office.

24      Q.   What is her name?

25      A.   I don't remember.

1    Q.   What was your purpose for seeing her?

2    A.   For counseling.

3    Q.   And when you say it was off the books,

4  what does that mean?

5    A.   She didn't keep any record of it.

6    Q.   How do you know that?

7    A.   Well, I didn't see her keep any record

8  of it.  And I didn't go -- I didn't pay her.

9    Q.   Okay.  Did you pay anyone when you went

10 to the counseling center?

11   A.   No.

12   Q.   Do you know if there is any record of

13 it?  If I request records, would they provide or

14 have any records that would show that you went to

15 the counseling center?

16   A.   I don't know if there is a record.

17   Q.   How many times did you go to the

18 counseling center approximately?

19   A.   I don't remember.

20   Q.   Do you recall if you went to the

21 counseling center during your senior year?

22   A.   I don't recall when.

23   Q.   Where else have you received either

24 medical treatment or some sort of support?

25   A.   I saw Dr. Kalsner.

Page 39

1    Q.    What was the last name?

2    A.    Kalsner-Silver.

3    Q.    And what did you see Dr. Kalsner for?

4    A.    I only saw her one time.

5    Q.    And for what purpose?

6    A.    To get reevaluated for posttraumatic

7    stress disorder.

8    Q.    Do you recall what year that was?

9    A.    Yes.  That was in 2007, I believe.

10   Q.    Do you know what kind of doctor she is?

11   A.    I think she is a psychologist.

12   Q.    Psychologist?

13   A.    Yes.

14   Q.    So you were evaluated by Dr. Kalsner

15   while you were at Saint Thomas University?

16   A.    Yes.

17   Q.    And you only saw her that one time?

18   A.    Yes.

19   Q.    Okay.  Who else have you seen or treated

20   with in the past 10 years?

21   A.    I went to a couple of emergency rooms.

22   Q.    Okay.  Which emergency rooms?

23   A.    In Florida, in New York and in Atlanta.

24   Q.    Okay.  The one in Florida, which

25   emergency room was that?

PORTER, WALKER & ASSOCIATES, INC.

1    A.   I don't remember.

2    Q.   Do you recall what year that was?

3    A.   2007.  It was also in 2004.

4    Q.   In 2004, what was your purpose for going

5  to the ER?

6    A.   I don't really remember why.

7    Q.   In 2007, what was your purpose of going

8  to the ER?

9    A.   I had a really bad headache.  That was

10  like the worse migraine to date.

11    Q.   Do you suffer from migraines?

12    A.   Yes.

13    Q.   How long have you suffered from

14  migraines?

15    A.   Since high school.

16    Q.   And when you suffer from migraines, who

17  would treat you for that?

18    A.   I wasn't treated for that.  They told me

19  to take Excedrin.

20    Q.   Who told you that?

21    A.   That doctor in New York.

22    Q.   The one that treated your parents?

23    A.   Yes.

24    Q.   Any other ER or hospital that you have

25  treated at in Florida?

PORTER, WALKER & ASSOCIATES, INC.

Page 41

1        A.   I don't remember.

2        Q.   What about -- I think you said New York

3   as well?

4        A.   Yes.

5        Q.   You have been to the ER?

6        A.   Yes.

7        Q.   Okay.  What year was that?

8        A.   2005.

9        Q.   And what was the reason for going to the

10  ER at that time?

11       A.   Suicide attempt.

12       Q.   Okay.  How long were you there at the

13  ER?

14       A.   Only a couple hours.

15       Q.   I will ask you more questions about that

16  in a little bit.

17            In New York any other ER?

18       A.   Not that I can recall.

19       Q.   Any hospital for any reason in New York

20  that you have been admitted or sought treatment

21  at?

22       A.   I don't remember.

23       Q.   Okay.  Have you told me all of the

24  medical providers that you have seen or treated at

25  here in Florida that you can recall?

Page 42

1      A.   That I can remember now, yes.

2      Q.   What about in New York?

3      A.   That I can remember.

4      Q.   Do you know a Dr. Alberto Pendalver?

5  Does that name ring a bell?

6      A.   No.  Doesn't ring a bell.

7      Q.   Do you know a Dr. Jane Serio?

8      A.   Yes.

9      Q.   Who is that?

10      A.   She is the doctor I was referring to in

11  New York.

12      Q.   She is the one that also treated your

13  parents?

14      A.   Yes.

15      Q.   Have you ever been admitted into

16  Southern Winds Hospital?

17      A.   Yes.

18      Q.   Where is that hospital located?

19      A.   In Florida.

20      Q.   When were you admitted there?

21      A.   2007.

22      Q.   For what purpose?

23      A.   After a suicide attempt.

24      Q.   Okay.  How long were you at Southern

25  Winds Hospital?

```
 1          A.    A few days.

 2          Q.    Were you Baker Acted?

 3          A.    Yes.

 4          Q.    Do you know who Baker Acted you?

 5          A.    Saint Thomas.

 6          Q.    Do you know who specifically at Saint

 7    Thomas?

 8          A.    Peter Kelly.

 9          Q.    And we will get into that a little

10    later.

11                Have you ever sought treatment at

12    Jackson Memorial Hospital?

13          A.    By seeking treatment, what do you mean?

14          Q.    Well, have you ever gone to Jackson

15    Memorial Hospital and seen a doctor for whatever

16    reason?

17          A.    I think so.

18          Q.    When was that?

19          A.    In 2007.

20          Q.    For what purpose?

21          A.    I think that's the hospital I went to

22    when I was supposed to go to Southern Winds.

23          Q.    So it was also for the suicide attempt?

24          A.    Yes.

25          Q.    And do you recall how long you were in
```

Page 44

1    Jackson Memorial Hospital?

2         A.    Only a few hours.

3         Q.    Have you ever received any kind of

4    treatment at Hillside Hospital?

5         A.    I don't remember names.

6         Q.    What about Mercy Hospital here in

7    Florida, does that ring a bell?

8         A.    It doesn't ring a bell.

9         Q.    Do you suffer from memory problems?

10        A.    Retention problems from the

11   posttraumatic stress disorder.

12        Q.    And again, you are not under any

13   prescription medication, correct?

14        A.    Correct.

15        Q.    When were you first diagnosed with PTSD,

16   posttraumatic stress disorder?

17        A.    I think it was back in 1999.

18        Q.    Who diagnosed you with PTSD?

19        A.    Liza Papazian.

20        Q.    Again, you don't know what kind of

21   doctor she is, do you?  Do you even know if she is

22   a doctor?

23        A.    I don't know what she is.

24        Q.    Have you ever been treated by a

25   psychiatrist?

PORTER, WALKER & ASSOCIATES, INC.

1          A.    I don't know what they were.

2          Q.    I mean, certainly, I assume that when

3     you were Baker Acted and you were at Southern

4     Winds Hospital you were evaluated by a

5     psychologist, correct?

6          A.    I don't know what anybody's position was

7     there.

8          Q.    Have you independently gone or sought

9     treatment with a psychiatrist?

10         A.    I have asked my insurance company to

11    provide one.

12         Q.    So the answer is no?

13         A.    I don't think so.  I don't know what

14    their title was.

15         Q.    What are the circumstances as to why you

16    sought treatment with Liza Papazian?

17              Am I pronouncing that correctly?  Liza

18    Papazian.

19         A.    My parents made me go see Papazian.  I

20    was agitated easily and had problems focusing.  I

21    couldn't even read a book.  I had some kind of

22    sleeping problems.  I had anxiety problems.  I

23    had even speech problems a little bit.  Like I got

24    nervous, I didn't want to talk over the phone.  I

25    needed -- I didn't really go anywhere unless my

Page 46

1    parents made me go.  I hate to admit it, but I had

2    hygiene problems.

3         Q.   Okay.  Anything else?

4         A.   Really just the concentration.  Oh, and

5    eating issues.

6         Q.   When did these problems manifest?

7         A.   Well, over time.  Particularly in 2000,

8    2001.

9         Q.   We haven't gotten into the sexual

10   assault instances that you were involved with, and

11   we will get into that in more detail than that.

12        A.   Before you do, can I run really fast to

13   the bathroom?

14        Q.   Sure.  Absolutely.

15              (Recess in proceedings)

16        Q.   (BY MR. SANTIAGO)  Okay.  We were

17   talking about Dr. Papazian.  You earlier testified

18   that you were first diagnosed with PTSD in 1999;

19   is that correct?

20        A.   I believe so.  Yes.

21        Q.   Have you treating continuously with

22   Dr. Papazian since your diagnosis?

23        A.   Not continuously, no.

24        Q.   How many times have you treated with

25   Dr. Papazian?

Page 47

1      A.   Well, I was being treated back in high

2   school with that crisis center.

3      Q.   Right.

4      A.   And then I got treated by Papazian after

5   2001 until I went back to school.  And then I got

6   treated by her recently now.

7      Q.   When you say recently, how recent?

8      A.   I mean, since I have been back home.

9   The last time was a few months ago.

10      Q.   When you treated with Dr. Papazian, what

11   did your sessions consist of?

12      A.   We do cognitive therapy, EMDR.

13      Q.   Cognitive therapy?

14      A.   Yes.  EMDR.

15      Q.   What is EMDR?

16      A.   It's an acronym, but I am not sure

17   exactly what it stands for.

18      Q.   What do you do as part of the EMDR?

19      A.   Well, there is different types.  What

20   she does now is I listen to music that -- well,

21   it's hard to explain.  There is a sound on each

22   side.

23      Q.   Each ear?

24      A.   Yes.

25      Q.   Okay.  So you have to wear earphones?

Page 48

1      A.   Yes.

2      Q.   Okay.  And what happens?

3      A.   It's sort of -- it either clicks on each

4  side or it has like an actual beat on each side.

5      Q.   Do you go through this process at the

6  session or --

7      A.   Yes.

8      Q.   What was the purpose of this?

9      A.   Well, it's treatment for posttraumatic

10  stress disorder.  She asks me questions during

11  when I am listening to the music.

12      Q.   What kind of questions?

13      A.   Just about the assault and about like

14  what I remember about what I am going through.

15      Q.   What you are going through, you mean

16  what you are currently going through?

17      A.   Currently and past.

18      Q.   And does this technique help you?

19      A.   It helps somewhat.

20      Q.   How does it help you?  What is it

21  supposed to do for you?

22      A.   I don't know exactly.  She says that

23  the -- it helps me concentrate more.

24      Q.   Have you researched it at all on the

25  internet or anywhere else?

Page 49

1        A.    No, not really.

2        Q.    When did she first start using this

3   technique or method of EMDR?

4        A.    Well, they tried to do it when I was in

5   high school.

6        Q.    She tried?

7        A.    No.

8        Q.    Somebody else at her facility or at that

9   facility?

10        A.    Yes.

11        Q.    And what happened when you were in high

12   school?

13        A.    They tried a different format.

14        Q.    And was it successful or no?

15        A.    No.

16        Q.    Why not?

17        A.    I just -- it didn't take.  They tapped

18   on my palms like alternately, they tapped here in

19   the middle as they were asking me questions and

20   talking to me.

21        Q.    So that was not an effective method?

22        A.    No.

23        Q.    So the method that you are now using

24   with the earphones and the music, is that more

25   effective for you?

PORTER, WALKER & ASSOCIATES, INC.

1       A.   It's better, particularly since they are

2  not that close to me.

3       Q.   Who is not that close to you?

4       A.   The therapist.

5       Q.   Is that a problem for you?

6       A.   Yes.

7       Q.   So do you have problems specifically

8  with therapists or just people in general and

9  their proximity to you?

10       A.   People in general when I am trying to

11  concentrate on something.

12       Q.   How long have you had that problem?

13       A.   A few years.

14       Q.   And when you say a few years, can you

15  give me a general idea what that is?

16       A.   Since 2001 or even a little bit before.

17       Q.   So since either 2000 or 2001, would that

18  be fair?

19       A.   That would be fair.

20       Q.   So is there a term for these conditions

21  that you know of?

22       A.   Not that I know of.

23       Q.   Have you ever communicated this, the

24  fact that you have problems with people doing that

25  close to you and you are trying to concentrate, to

1    any of your therapists?

2         A.    Yes.

3         Q.    To who specifically?

4         A.    Papazian, that person I talked to at the

5    University of Miami, and the one doctor I talked

6    to at Saint Thomas University.

7         Q.    Anyone else?

8         A.    Maybe Dr. Silver, Kalsner-Silver.

9         Q.    Okay.  So this is something that

10   developed while you were in college?

11        A.    I guess that's fair I would say.

12        Q.    And how does that effect your ability to

13   perform in school?

14        A.    On exams it's particularly hard if there

15   are other people in the room, particularly if they

16   get up suddenly or if the proctor is walking about

17   the room.  Because it's like all of a sudden

18   somebody is in my face.  And it's just kind of

19   jarring.

20        Q.    Now, you said you began to experience

21   this back in 2000 and 2001, correct?

22        A.    Correct.

23        Q.    But you didn't request accommodation

24   until 2004; is that correct?

25        A.    That's not entirely correct.

PORTER, WALKER & ASSOCIATES, INC.

Page 52

1        Q.    Okay.  Correct me then.

2        A.    I am not sure if it was -- I am not sure

3    what year.  I don't think it was 2004.  I think it

4    was either 2003, 2004.  I am not sure.

5        Q.    Okay.  Let's just say 2003, 2004.

6        A.    Okay.

7        Q.    Why did you wait until 2003 or 2004

8    before you sought special accommodations for

9    testing if you were experiencing problems with

10   people being too close to you?

11       A.    I would usually go straight to the

12   professor before that.  I didn't make any official

13   request with the school until that time.

14       Q.    So when you say you would go to the

15   professor, what would you do and what would you

16   say?

17       A.    I would just ask them if I could take it

18   in their office or if I could take it in a

19   conference room.

20       Q.    So do you recall asking any professor

21   during your freshman year at the University of

22   Miami that you wanted to take their exams in their

23   offices as opposed to the classroom with the other

24   students as a result of the problems you were

25   having with people being in close proximity while

Page 53

1    you take the test?

2         A.   I don't recall the freshman year, no.

3         Q.   What about your sophomore year?

4         A.   Well, my sophomore year is broken up in

5    two parts.  So yes.

6         Q.   Okay.  When you say your sophomore year

7    is broken up in two parts, you mean your first

8    semester and your second semester?

9         A.   I mean I wasn't on time my sophomore

10   year.  I went the first semester, then I went on

11   leave two weeks into my second semester.

12        Q.   Why did you go on leave during your

13   second semester?

14        A.   I was depressed after there was a fight

15   between my ex-boyfriend and some bully.  And after

16   the fight, this guy came up to me and told me that

17   I was trouble because of -- because he knew about

18   the rape the year before and he knew about it.

19   And I became depressed and I also got to the point

20   of suicide, and it wasn't good.

21        Q.   Do you recall approximately what year

22   that was?

23        A.   That was 2001.

24        Q.   What was your ex-boyfriend's name?

25        A.   Kevin.

PORTER, WALKER & ASSOCIATES, INC.

Page 54

1      Q.    Last name?

2      A.    Russell.

3      Q.    And the bully's name?

4      A.    I don't know his real name.

5      Q.    What did they call him or how do you

6  know him as?

7      A.    Swoll.

8      Q.    Swoll?

9      A.    S-w-o-l-l.

10     Q.    Okay.  So you went on leave because you

11  were depressed and were having some suicidal

12  ideations.  Would that be correct?

13     A.    That would be fair.

14     Q.    And were you treating with anyone during

15  this time, either a doctor or a psychologist or

16  therapist of any kind?

17     A.    I went to the doctor.

18     Q.    Okay.  What doctor did you go to?

19     A.    The health center on campus.

20     Q.    And you don't remember the person that

21  treated you?

22     A.    No.  I didn't have one doctor there.

23     Q.    And how many doctors did you treat with

24  during this time period?

25     A.    Well, it was only once.

Page 55

1    Q.   So it was only one time.

2    A.   Yes.

3    Q.   And what, if anything, did they do for

4    you there?

5    A.   I asked for Zoloft.

6    Q.   Why did you ask for Zoloft?

7    A.   Because I was depressed.

8    Q.   Had you ever been on Zoloft before?

9    A.   No.

10   Q.   So how did you know to ask for Zoloft?

11   A.   There was a commercial.

12   Q.   So you saw a commercial on TV, and it

13   talked about depression, and you just asked for

14   it?

15   A.   Yes.

16   Q.   Did they give it to you?

17   A.   They give me seven pills of it.

18   Q.   So they gave you like a sample?  Did you

19   have to pay for it?

20   A.   Yes.  I think so.

21   Q.   What else did they do for you at the

22   hospital?

23   A.   It wasn't the hospital.  It was the

24   health center.

25   Q.   Or the health center.  Sorry.

PORTER, WALKER & ASSOCIATES, INC.

Page 56

1      A.    That's it.

2      Q.    Okay.  So did they refer you to a doctor

3   for follow-up care?

4      A.    I don't remember.

5      Q.    Do you know if you were treated or

6   evaluated by a doctor at the health center?

7      A.    I think she was a doctor.

8      Q.    They didn't prescribe anything besides

9   giving you some pills of Zoloft?

10     A.    That was it.

11     Q.    So how long were you on medical leave?

12     A.    I left for a semester.

13     Q.    Do you recall approximately from what

14  date to what date?

15     A.    No.

16     Q.    So you left at some point during the

17  second semester.  And the second semester, do you

18  know when that starts?

19     A.    I don't remember now.

20     Q.    Your second semester would be the spring

21  semester?

22     A.    Yes.

23     Q.    And spring semester starts in January;

24  is that correct?

25     A.    I guess.

PORTER, WALKER & ASSOCIATES, INC.

1    Q.    So assuming it starts in January, the

2  spring semester, and finishes, I believe, in May,

3  you were gone that whole semester, right?

4    A.    Yes.

5    Q.    Would you have returned in the summer or

6  the fall?

7    A.    I think I returned during the summer.

8    Q.    Were there any other points in time

9  while you were at University of Miami where you

10 had to take medical leave for any other reason?

11   A.    No.

12   Q.    Okay.  So this is the only time.  Okay.

13 So you would have returned in the fall or maybe in

14 the summer in 2001, correct, after your medical

15 leave?

16   A.    I think so.

17   Q.    Okay.  And when you returned to school

18 following your medical leave, did you request at

19 that time any special accommodations for testing

20 classes?

21   A.    I am not sure when I first requested

22 it.

23   Q.    Okay.  I thought earlier we agreed that

24 it was either 2003 or 2004.

25   A.    I think so.  I am just still not sure

Page 58

1    exactly when.

2         Q.   So is there a possibility that you

3    requested special accommodations in 2003?

4         A.   When I requested it, they did give it to

5    me, so I don't know when.  I don't really remember

6    when.

7         Q.   But certainly when you returned from

8    medical leave to the University of Miami either in

9    the summer or fall semester of 2001, you were

10   experiencing anxiety or problems when people were

11   in close proximity to you while you were taking

12   tests, correct?

13        A.   Yes.

14        Q.   And you hadn't at that time as far as

15   you recall specifically requested special

16   accommodations for testing from the university?

17        A.   Not from the university, no.

18        Q.   Well, what you are saying is you would

19   go to the professor and ask the professor to allow

20   you to take the exams in their classroom, correct?

21        A.   Yes.

22        Q.   Do you recall any professor that you

23   specifically recall asking to take exams in their

24   classrooms?

25        A.   Specific professors?

Page 59

1    Q.   Yes.

2    A.   They would have probably been the ones

3  in my major.

4    Q.   Okay.  And can you give me some names?

5    A.   I don't remember anybody's name.

6    Q.   What about subjects?

7    A.   Well, criminology.

8    Q.   Your criminology professor?

9    A.   Yes.

10   Q.   What year was that, was that your

11 sophomore year?

12   A.   Well, I took criminology all the way

13 through.

14   Q.   Is there any professor that you asked to

15 allow you to take exams in their classrooms that

16 they didn't provide their classrooms?

17   A.   No.  They would usually allow it.

18   Q.   Well, you are saying usually.  I have to

19 follow-up because you are saying they would

20 usually allow it, which would mean there was, at

21 least, one occasion where they didn't allow it.

22        Do you recall specifically, at least,

23 one occasion where the professor said, "No, you

24 are going to have to take the exam with the rest

25 of the students"?

Page 60

1      A.    I don't recall any time.

2      Q.    Now, prior to being diagnosed with PTSD

3    by Dr. Papazian in 1999, had you ever been

4    diagnosed before that with depression?

5      A.    No.  I don't think so.

6      Q.    What about any other psychiatric or

7    psychological condition?

8      A.    No.

9      Q.    So that was the first time you had ever

10   been diagnosed with any psychiatric or

11   psychological condition?

12     A.    Yes.  I believe so.

13     Q.    What was your understanding as to what

14   posttraumatic stress syndrome is?

15     A.    They said it's a chronic disorder.  It

16   could last a lifetime, especially if it's

17   untreated; that it could result in exaggerated

18   responses.  It's often accompanied with

19   depression.  That it could affect sleeping.  It

20   could affect your disposition I guess is a good

21   word.  Like you are agitated.  It could affect

22   speakingwise.  You tend to avoid things that you

23   once enjoyed.  It's hard to concentrate on

24   things.  Like stuff like a book, like you can't

25   read a novel.  Especially -- when I say you can't

Page 61

1   read a novel, like it's cumulative.  Like you have

2   to keep going back to the front part to see what

3   happened in the end.  It wouldn't make sense to

4   you.

5          It's also accompanied with anxiety.

6          Q.   Prior to being diagnosed with PTSD, had

7   you ever been diagnosed by any doctor or therapist

8   with anxiety?

9          A.   No.

10         Q.   All right.  Let's delve into the sexual

11   assault.  What year did the first incident occur?

12         A.   The first incident -- when you say

13   first, I am not sure what you mean --

14         Q.   Well --

15         A.   (Continuing) -- because there might have

16   been another attack, but I don't know.

17         Q.   Okay.  When you say there might have

18   been another attack, but you don't know, what does

19   that mean?

20         A.   In my sophomore year, I was -- I might

21   have been raped.

22         Q.   Sophomore year in high school?

23         A.   Yes.

24         Q.   Okay.  Well, let's talk about all the

25   sexual assault incidents, and we will include that

PORTER, WALKER & ASSOCIATES, INC.

Page 62

1    as well.

2            Tell me about that.  When did that

3    happen?

4        A.    During the second semester of my

5    sophomore year.

6        Q.    Sophomore year in high school?

7        A.    Yes.

8        Q.    Okay.  And that was at Freeport High

9    School?

10       A.    Yes.

11       Q.    Very briefly, without getting too

12   graphic, what happened?

13       A.    It was in my friend's house.  He had

14   been experimenting with drugs, and he was like

15   asking me to help him because all of his friends

16   kind of deserted him.  And I went over there.  And

17   then he raped me on the couch.

18       Q.    This friend, what is his name?

19       A.    Racine.

20       Q.    Okay.  Last name?

21       A.    I don't remember.

22       Q.    Okay.  Is that what they called him,

23   Racine?

24       A.    Yes.

25       Q.    And that was in New York?

PORTER, WALKER & ASSOCIATES, INC.

Page 63

1      A.    Yes.

2      Q.    And approximately how old were you?

3      A.    16.

4      Q.    And you said he was experimenting with

5  drugs?

6      A.    Yes.

7      Q.    What kinds of drugs?

8      A.    He told me almost everything.  Like he

9  experimented with marijuana, crack.  You name it,

10  he experimented.

11      Q.    During this incident, was he under the

12  influence of drugs?

13      A.    I believe so.

14      Q.    Were you under the influence of drugs?

15      A.    No.

16      Q.    And this was a friend of yours?

17      A.    Yes.

18      Q.    Did you report it to anyone?

19      A.    My parents months later.

20      Q.    Did Racine go to school with you?

21      A.    Yes.

22      Q.    Was that Freeport High School?

23      A.    Yes.  I am not sure if it was a rape,

24  though.

25      Q.    Why are you not sure?

PORTER, WALKER & ASSOCIATES, INC.

Page 64

1       A.    Because I blacked out.

2       Q.    During the incident?

3       A.    Yes.

4       Q.    Did you seek any kind of medical care

5  treatment?

6       A.    Yes.

7       Q.    Where did you go?

8       A.    I don't remember.

9       Q.    Did you go to the hospital or did you go

10  to a doctor, your own personal doctor?

11      A.    I went to a doctor.

12      Q.    How soon after the attack did you go to

13  the doctor?

14      A.    About two months later.

15      Q.    Ten months later?

16      A.    Two months later.

17      Q.    Did they perform a physical examination

18  on you?

19      A.    Yes.

20      Q.    Did the doctor say that he couldn't make

21  a determination of whether or not you had been

22  raped or not?

23      A.    He wasn't checking for that.

24      Q.    Oh, he wasn't?  What was he checking

25  for?

PORTER, WALKER & ASSOCIATES, INC.

1    A.    They were checking to see if I had any

2    diseases.

3    Q.    And what was the result of that?

4    A.    I don't.

5    Q.    You did not?

6    A.    No.

7    Q.    When you told your parents, did they do

8    anything?

9    A.    Yes.  They took me to the doctor.

10    Q.    Besides taking you to the doctor, did

11    they contact the authorities?

12    A.    No.

13    Q.    Do you know why?

14    A.    I don't remember why.

15    Q.    Did you report it to the school?

16    A.    No, not officially.

17    Q.    I may have asked you this.  If I did, I

18    apologize.  What grade were you in when this

19    happened?

20    A.    My sophomore year.

21    Q.    Okay.  And he wasn't criminally

22    prosecuted, correct?

23    A.    Correct.

24    Q.    And he wasn't expelled, correct?

25    A.    Correct.

Page 66

1      Q.   So what other incident, sexual assault

2  incident, have you been involved in?

3      A.   Two in my junior year.

4      Q.   Let's talk about the first one in your

5  junior year.  Tell me a little bit about that.

6      A.   It was after track practice.  And the

7  boy was on the boys' track team.  And he was

8  trying to get my pants down by the lockers.

9      Q.   He was trying to get your pants down?

10     A.   Yes.

11     Q.   Did you have shorts on?

12     A.   No.  Pants.

13     Q.   By the lockers?

14     A.   Yes.

15     Q.   What was his name?

16     A.   Cory.

17     Q.   Did he go by any other names?

18     A.   Yes.

19     Q.   What name?

20     A.   Everybody called him Cory, but I think

21  his full name was William.

22     Q.   Do you know what his last name is?

23     A.   I don't remember.

24     Q.   Is it William Thompson?

25     A.   I think so.

Page 67

1    Q.   And this happened on school grounds?

2    A.   Yes.

3    Q.   And did you report it to school

4    administrators?

5    A.   Yes.

6    Q.   Did you report it to the police?

7    A.   Yes.

8    Q.   Okay.  Was he ultimately prosecuted?

9    A.   Yes.

10    Q.   Was he expelled?

11    A.   No.

12    Q.   Do you know why not?

13    A.   I don't know why not.

14    Q.   Do you know if the school conducted any

15    kind of investigation?

16    A.   Yes.

17    Q.   Okay.  Was he found guilty by the state

18    attorney?

19    A.   I think he was found guilty.

20    Q.   Do you know if he pled guilty?

21    A.   He might have.  I don't remember.

22    Q.   Did you file a civil suit as a result of

23    that?

24    A.   No.  Wait.  Filed a civil suit against

25    who?

PORTER, WALKER & ASSOCIATES, INC.

Page 68

1    Q.   Against either the school or
2 Mr. Thompson or anyone else that stemmed from that
3 incident?
4    A.   Not against Thompson, but the school.
5 It was after another incident occurred.
6    Q.   Okay.  We will get to that.  But with
7 respect to that incident, the incident that
8 occurred during your junior year with William
9 Thompson, did you file a civil suit?
10    A.   Not specifically after that incident.
11    Q.   So now tell me about the second incident
12 that happened during your junior year.
13    A.   Well, the second incident was actually a
14 two-parter.
15    Q.   Two parts?
16    A.   Yes.
17    Q.   Okay.
18    A.   In the beginning of the year, he hit me,
19 after the boy hit me in band class after he stole
20 my drum sticks and I asked him to give it back.
21    Q.   What is the boy's name?
22    A.   Travis.
23    Q.   Last name?
24    A.   Jinx.
25    Q.   Okay.  So Travis Jinx hit you on the

PORTER, WALKER & ASSOCIATES, INC.

Page 69

1    head?

2         A.    Punched.

3         Q.    Punched you?

4         A.    Yes.

5         Q.    And what happened after he punched you?

6         A.    I went and reported him to the assistant

7    principal.

8         Q.    Do you know why he punched you in the

9    head?

10        A.    No.

11        Q.    Were you friends with him before he

12   punched you in the head?

13        A.    No.

14        Q.    So you reported him to school

15   officials.  And what happened to him?

16        A.    They talked to him about it.  They told

17   me that they were going to call the police.  They

18   didn't call the police.  I called my mother.

19              Oh, wait.  This is actually -- I am

20   confusing the two things.  That was actually --

21   they didn't do anything after the punching.

22        Q.    Okay.

23        A.    They talked to him.  They told both of

24   us that we can both get in trouble.

25        Q.    Why could you get in trouble?  What did

Page 70

1    you do?

2         A.   I defended myself.

3         Q.   Okay.  And what did you do in defense?

4         A.   I hit back.

5         Q.   Okay.  With what, your fist?

6         A.   Yes.

7         Q.   So they sort of gave you both a warning?

8         A.   Yes.

9         Q.   And now tell me about the second part of

10   this incident.

11        A.   The second part occurred months later in

12   May of that year, I think.

13        Q.   Okay.  And that year being 1999?

14        A.   I believe so.

15        Q.   What happened?

16        A.   It was in band class again.  We were

17   told to go get the drums, the equipment from one

18   room and bring it back into the band room.  Then I

19   was bringing my -- I had a set of conga drums.

20   And I brought one conga drum into this separate

21   room off the band room, and I was bending down

22   when Travis came up behind me and liked in a bear

23   hug type of thing.  And he was trying to get my

24   pants down.

25        Q.   Was anyone else in the room?

PORTER, WALKER & ASSOCIATES, INC.

1    A.   No.

2    Q.   Was anyone else in that general area?

3    A.   I wouldn't know.

4    Q.   What happened after he bear-hugged you?

5    A.   Well, I noticed the door was closed, and

6    it's a soundproof room.  And he was trying to get

7    the pants down.  And at the same time, he exposed

8    himself and was trying to get my hand to touch

9    it.

10   Q.   Okay.  Now, did you report that?

11   A.   Yes.

12   Q.   Okay.  To the school, I assume?

13   A.   Yes.

14   Q.   And what did the school do?

15   A.   The school told me they were going to

16   call the police, but they never did.

17   Q.   Did you ultimately call the police or

18   your parents?

19   A.   My mother did.

20   Q.   And what happened after the police were

21   called?

22   A.   I had to go to the precinct and make a

23   report.

24   Q.   Was Mr. Jinx ultimately arrested?

25   A.   I believe so.

1   Q.   Do you know if he was ever criminally

2   prosecuted?

3   A.   There was a case.

4   Q.   Do you know what the outcome of that

5   case was?

6   A.   Well, he was a juvenile, so it was

7   something -- I forgot the term, but it was like

8   something in contemplation of dismissal where he

9   had to plead guilty and serve community service.

10   Q.   Do you know if he pled no contest or

11   nolo contendere?

12   A.   They didn't have those terms for that.

13   Q.   All right.  So he was prosecuted.  Was

14   he expelled from the school?

15   A.   Not right away.

16   Q.   Ultimately was he expelled?

17   A.   Not expelled, but suspended.

18   Q.   Okay.  So he ultimately returned to

19   school at some point?

20   A.   Yes.

21   Q.   And that's when you went and got the

22   home tutoring?

23   A.   Yes.

24   Q.   Did you ever have any other

25   confrontations with Mr. Jinx?

PORTER, WALKER & ASSOCIATES, INC.

1    A.   Yes.  He would say things to me, and his

2    friends would say things to me.

3        Q.   What is his friend's name?

4        A.   Different friends.

5        Q.   I assume that whatever he said wasn't

6    pleasant?

7        A.   That's fair.

8        Q.   And did you ever report that to the

9    school?

10       A.   Yes.

11       Q.   And did they do anything about it?

12       A.   No.

13       Q.   Did your parents ever go to school and

14   either demand that he be expelled or that they do

15   something about it?

16       A.   Yes.

17       Q.   Did they do anything?

18       A.   No.

19       Q.   Ultimately did you file a lawsuit?

20       A.   Yes.

21       Q.   Do you recall when you filed the

22   lawsuit?

23       A.   In 1999.

24       Q.   Why did you file a lawsuit?

25       A.   Well, the last straw was when his mother

Page 74

1    got up at a board meeting.

2         Q.   And what did she say?

3         A.   She said that there is a woman here, a

4    little girl here, named Randall Forbes that is

5    going around accusing boys of sexual assault

6    falsely.

7         Q.   Were either of your parents there?

8         A.   No.

9         Q.   Were you there?

10        A.   Yes.

11        Q.   And why were you there?

12        A.   I was there because the principal asked

13   me to be.

14        Q.   And what, if anything, resulted from

15   that?  The lawsuit I assume?

16        A.   Yes.

17        Q.   So that's what pretty much broke the

18   camel's back, the straw that broke the camel's

19   back, as to why you filed the lawsuit?

20        A.   That's fair.

21        Q.   And who did you sue?

22        A.   The Freeport School District.  And I

23   technically didn't sue, it was my mother.

24        Q.   Correct.  You were a minor still, right?

25        A.   Yes.

Page 75

1          MR. SANTIAGO:  Off the record.

2              (Recess in proceedings)

3      Q.  (BY MR. SANTIAGO)  What ultimately

4  resulted in the civil suit that your mother filed

5  against Freeport School District?

6      A.  We settled.

7      Q.  Do you know what year it was that you

8  settled?

9      A.  We settled in 2005.

10     Q.  Okay.  What other incidents have you

11  been involved in, sexual assault incidents?

12     A.  There is a rape in college.

13     Q.  Okay.  Tell me about that.  What year

14  did that occur?

15     A.  In 2000.

16     Q.  Do you recall the exact date?

17     A.  It was either October 21 or October 22.

18     Q.  Okay.  Tell me what happened.

19     A.  My roommate went out of town, and it was

20  on a weekend early in the morning.  There was a

21  knock on the door.  And whoever it was, they

22  blocked the keyhole with their finger, which my

23  roommate used to do just to be funny.

24          And I yelled, "Who is it?"

25          And they wouldn't answer, but I assumed

Page 76

1  it was my roommate, so I opened the door.  And it

2  was actually the rapist and a mutual friend of

3  ours.

4       Q.  What was the rapist's name?

5       A.  Elliot.

6       Q.  Last name?

7       A.  Henderson.

8       Q.  Henderson?

9       A.  Yes.

10      Q.  Okay.  And what happened?

11      A.  At first they just asked me why I didn't

12  go to a party that same day.

13      Q.  He was alone?

14      A.  Sorry?

15      Q.  Was he alone?

16      A.  No.

17      Q.  Who else was there?

18      A.  A mutual friend of ours.

19      Q.  What is the person's name?

20      A.  Omar.

21      Q.  Last name?

22      A.  I don't know.

23      Q.  Did you know Elliot Henderson before the

24  incident occurred?

25      A.  Yes.

Page 77

1      Q.    Was he a friend of yours?

2      A.    Yes.

3      Q.    Okay.  And Omar, did you know him?

4      A.    Yes.

5      Q.    So both of these individuals were

6    friends of yours?

7      A.    Yes.

8      Q.    Or, at least, you thought they were

9    friends.

10     A.    Yes.

11     Q.    Okay.  So they ask you why you didn't go

12   to a party, and what happened next?

13     A.    All of a sudden, Omar left and he closed

14   the door behind him.  It wasn't closed before.

15     Q.    Okay.  And what happened?

16     A.    And then Elliot motioned for me to come

17   to the bed, but I asked Elliot to leave.

18     Q.    Okay.

19     A.    He said that he wouldn't leave.

20     Q.    Now, did this occur at a dorm room?

21     A.    Yes.

22     Q.    So at the time you were living at the

23   University of Miami dormitory?

24     A.    Yes.

25     Q.    Do you recall what the name of the

Page 78

1   dormitory was?

2       A.   Yes.

3       Q.   What is it?

4       A.   It's called Hecht.

5       Q.   H-e-c-k?

6       A.   H-e-c-h-t Residential.

7       Q.   How long had you been living there?

8       A.   Well, school started in August of 2000.

9       Q.   Okay.

10      A.   This was October.

11      Q.   So you had been living there since

12  August?

13      A.   Yes.

14      Q.   Of 2000?

15      A.   Yes.

16      Q.   Okay.  So after he motioned for you to

17  go to the bed and you told him to leave, what

18  happened?

19      A.   I grabbed his arm to pull him up to

20  leave because I was serious about him going.  And

21  essentially he pulled me down on the bed.

22      Q.   Okay.  And did he ultimately rape you?

23      A.   Yes.

24      Q.   Did you report the incident?

25      A.   To who?

PORTER, WALKER & ASSOCIATES, INC.

Page 79

1      Q.    To either the school or the police?

2      A.    I went to the doctor.

3      Q.    And when you say you went to the doctor,

4   which doctor?

5      A.    The campus doctor.

6      Q.    And what did you tell the campus doctor?

7      A.    That I had been raped.  And I asked her

8   to do a test.

9      Q.    It was a female doctor?

10     A.    Yes.

11     Q.    You don't recall her name, do you?

12     A.    No.

13     Q.    What day was it that you went to the

14  doctor?

15     A.    This was the next day.

16     Q.    Okay.  And after you reported to her

17  that you had been raped and she performed tests,

18  what were the results of those tests?

19     A.    That I didn't have any diseases, but I

20  had, in fact, been raped.

21     Q.    So she confirmed that you had been

22  raped?

23     A.    Yes.

24     Q.    Now, did she contact anyone from the

25  school that you know of?

1    A.    No, she didn't.

2    Q.    Did she tell you that she was going to

3  contact somebody?

4    A.    No, she didn't.

5    Q.    Did she tell you that she was going to

6  contact the authorities?

7    A.    No.

8    Q.    What happened after that, after you got

9  treatment?

10    A.    Well, I talked to -- they had a -- like

11  a crisis hot line.  It was some acronym like SART

12  or START that I spoke to.  She told me -- I also

13  talked to the dean.

14    Q.    What is the dean's name?

15    A.    Oh, I don't know.  Because she left.

16    Q.    Okay.  So you called the crisis hot

17  line, and do you recall who you spoke with?

18    A.    No.

19    Q.    And what was the substance of that

20  conversation?

21    A.    We were talking about the rape, what my

22  options were.

23    Q.    And what exactly was discussed as far as

24  options?

25    A.    She said that I could go to the cops.

Page 81

1    It would take a long time probably, you know, for

2    him to be in court, if he fought it or not.  She

3    also said that I should go to the cops and fill

4    out a report to preserve it on the record even if

5    I don't go forward with it.

6          Q.   Did you do that?

7          A.   No.

8          Q.   Why not?

9          A.   Two reasons.  I wanted to move on.  I

10   didn't think that I would be able to sustain my

11   grades in school and do another case.  And also I

12   didn't want the school district, Freeport School

13   District, to find out about the rape.

14         Q.   Why?

15         A.   I thought it would hurt my case.

16         Q.   Did you talk to your attorney at the

17   time that was representing you --

18         A.   Yes.

19         Q.   (Continuing) -- and inform him that you

20   were involved in another rape or that you were

21   involved in a rape?

22         A.   Yes.

23         Q.   And was that the advice that they gave

24   you, not to go forward to the police?

25         A.   No.

PORTER, WALKER & ASSOCIATES, INC.

1     Q.    What did they tell you?

2     A.    They didn't tell me anything.

3     Q.    Did you ever see either Elliot Henderson

4   or Omar again after that incident?

5     A.    Yes.

6     Q.    Where, on campus?

7     A.    Yes.

8     Q.    Were they both UM students?

9     A.    Yes.

10    Q.    Did you know them before going to UM?

11    A.    No.

12    Q.    Do you know if they ever graduated from

13  UM?

14    A.    I don't know for sure.

15    Q.    Did you ever confront Elliot Henderson

16  about the incident?

17    A.    Yes.

18    Q.    And what did he say?

19    A.    He said a few different things.

20    Q.    Tell me what he said.

21    A.    At first he was apologetic.  He said he

22  was drunk.

23    Q.    Then?

24    A.    Then over the years he denied anything

25  ever happened.

PORTER, WALKER & ASSOCIATES, INC.

Page 83

1      Q.   After your case settled in 2005, did you

2  ever think about contacting the authorities with

3  respect to the rape?

4      A.   I had already.

5      Q.   Well, I thought that you said that you

6  hadn't contacted the police about the rape?

7      A.   Not in 2001.  I waited until 2004.

8      Q.   Okay.

9      A.   They told me the statute of limitations

10  was up.

11      Q.   So ultimately you did report it?

12      A.   Yes.

13      Q.   So you reported it in 2004?

14      A.   Yes.

15      Q.   Which department did you report it to?

16      A.   Miami.

17      Q.   Miami-Dade Police Department?

18      A.   Yes.  First I went to the campus police,

19  and then they told me to go to Miami Police.

20      Q.   And they told you that the statute of

21  limitations had run for that offense?

22      A.   They didn't tell me that then.  They

23  told me a few days after.

24      Q.   Did you ever go to the State Attorney's

25  Office --

Page 84

1      A.   No.

2      Q.   (Continuing) -- to inquire further about

3  the statute of limitations?

4      A.   No.   I believed the officer.

5      Q.   Was that the end of that as far as from

6  a criminal standpoint?

7      A.   Yes.

8      Q.   Did you ever file suit against Elliot

9  Henderson?

10     A.   No.

11     Q.   Did any other civil action stem from

12  that incident, from the rape incident?

13     A.   No.   But what do you mean by further

14  action?

15     Q.   Well, let me rephrase the question.

16     A.   Okay.

17     Q.   Because that assumes that there was an

18  action.

19          Was there any civil action that stemmed

20  from the rape incident?

21     A.   No.

22     Q.   When was the last time you saw Elliot

23  Henderson?

24     A.   I saw him 2005.

25     Q.   Was anything discussed --

Page 85

1    A.   No.

2    Q.   (Continuing) -- with respect to the

3  rape?

4    A.   No.

5    Q.   You think you made a mistake by not

6  reporting it?

7    A.   Yes.

8    Q.   Okay.  Now, are there any other sexual

9  assault or rape incidents that you have been

10  involved in?

11    A.   No.

12    Q.   So we have covered them all?

13    A.   Yes.

14    Q.   Now, following your first sexual

15  assault, which occurred when you were a sophomore

16  in high school, the one that we are not sure about

17  whether it happened or not because you blacked

18  out --

19    A.   Okay.

20    Q.   (Continuing) -- did you receive any kind

21  of counseling following that incident?

22    A.   I don't remember.

23    Q.   Okay.  What about the second incident

24  which involved William Thompson, did you ever

25  receive any kind of counseling therapy?

Page 86

1       A.   We started at that crisis center around

2   that time.

3       Q.   Okay.  That's the center that

4   Dr. Papazian is involved in?

5       A.   I don't know if she is a doctor, but

6   Liza Papazian.

7       Q.   Correct.  Well, apparently she is a

8   Ph.D. so, but she is a psychologist, I think.

9            That's just for your own personal

10  information.

11      A.   Okay.

12      Q.   What about after the third incident

13  involving Travis Jinx, and I know that's two parts

14  or two separate incidents involving Travis Jinx,

15  but after the second incident where he exposed

16  himself, did you ever seek any kind of counseling

17  or therapy that stemmed from that incident?

18      A.   Well, it was all around that time in

19  1999 when we first started at the crisis center.

20      Q.   Okay.  So you started at the crisis

21  center at some point in either 1998 or 1999?

22      A.   Yes.

23      Q.   How was your performance at school after

24  these different incidents?

25      A.   It was declining.

PORTER, WALKER & ASSOCIATES, INC.

1    Q.   Okay.  What was becoming a problem as

2  far as, you know, your school work?

3    A.   Concentrating, memory retention and

4  recall,.

5    Q.   Prior to these incidents, did you ever

6  have any problems with memory, recalling,

7  concentration?

8    A.   No.

9    Q.   Have you ever been diagnosed with a

10  learning disability?

11    A.   No.

12    Q.   What about any of your other siblings?

13    A.   No.

14    Q.   So your grades started to decline some

15  while you were in high school after these

16  incidents?

17    A.   Yes.

18    Q.   And did you ever request any kind of

19  accommodations as a result of dealing with

20  problems concentrating, memory retention, things

21  of that nature?

22    A.   I didn't think -- I don't think so.  I

23  didn't realize that was an option.

24    Q.   When you went to college at the

25  University of Miami, did you ever inquire about

1   what kinds of special accommodations you could get

2   through your freshman year?

3        A.   I don't think during the freshman year.

4   A lot of this stuff increased after the rape, like

5   it was more intensive.

6        Q.   Okay.  So leading up to the rape, you

7   were able to manage your school load

8   satisfactorily?

9        A.   Well, it was in decline, but after that

10  rape is when the symptoms really got bad.

11       Q.   Then a rape occurred in 2000?

12       A.   Yes.

13       Q.   But before the rape you were already

14  diagnosed with PTSD, correct?

15       A.   Yes.  I believe so.

16       Q.   Did the accommodations that were

17  provided to you at the University of Miami, did

18  those accommodations help?

19       A.   Somewhat, but it wasn't perfect.

20       Q.   Tell me which accommodations were

21  helpful for you?  And we are talking about only

22  the accommodations at University of Miami.

23       A.   Well, it was especially helpful to be

24  away from other people.  It still wasn't 100

25  percent perfect.

PORTER, WALKER & ASSOCIATES, INC.

Page 89

1      Q.    Why?

2      A.    Well, because there is no such thing as

3  no distraction.  I still get the -- I still suffer

4  from all those symptoms of PTSD.

5      Q.    And did you notice that there was a

6  marked improvement when you took exams with your

7  peers in the same classroom versus taking exams by

8  yourself in a classroom?

9      A.    Yes.

10      Q.    And I assume that there were classes at

11  the University of Miami where you did take exams

12  with other students, correct --

13      A.    When are we talking about?

14      Q.    (Continuing) -- in the same classroom?

15            At any point during your academic career

16  at the University of Miami.

17      A.    Yes.

18      Q.    And how did you do in those exams in

19  general?

20      A.    Okay.  Just not as good as I could

21  have.

22      Q.    And when you were provided a room by

23  yourself with time and a half, did your grades --

24  was there a marked increase in your grades, in

25  your performance in school?

PORTER, WALKER & ASSOCIATES, INC.

1    A.   On the particular exams, yes.

2    Q.   Your University of Miami grades, I don't

3    expect you to know them by heart, but do you

4    recall how well you did on your senior year in

5    college?

6    A.   No.

7    Q.   Do you know if you performed better in

8    your junior year in college than you did in your

9    senior year?

10    A.   I don't -- I don't think so, but the

11    classes also -- the subject matters increased as

12    well.  It wasn't just the same all the way

13    through.

14    Q.   Right.  Also I think you testified that

15    your condition progressed, correct?  In other

16    words, your condition, your PTSD, when you first

17    started at University of Miami was not as severe

18    as at the time that you were a senior at the

19    University of Miami; is that correct?

20    A.   That's fair.

21    Q.   So it's fair to say that in your

22    lifetime you have been sexually assaulted or

23    raped, at least, three or four different times?

24    A.   At least three times.

25    Q.   At least three times.  Okay.

Page 91

1          By three different males?

2      A.   Yes.

3      Q.   I think earlier you testified that you

4  had attended law school or that you wanted to be a

5  lawyer as early as the eighth grade; is that

6  correct?

7      A.   Correct.

8      Q.   At some point you decided to take the

9  LSAT, correct?

10     A.   Correct.

11     Q.   What year was that?

12     A.   I think 2006.

13     Q.   And LSAT is the law school admissions

14  test, correct?

15     A.   Correct.

16     Q.   And how many times did you take the

17  LSAT?

18     A.   Twice.

19     Q.   Do you remember what you scored on the

20  first time?

21     A.   It was in the 140's.

22     Q.   What about the second time?

23     A.   Again in the 140's.

24     Q.   Did you request any testing

25  accommodations for the LSAT?

Page 92

1      A.    No.  I didn't know that was an option

2   until after.

3      Q.    Did you ever research it or ask anyone?

4      A.    No.

5      Q.    Is there a reason?

6      A.    No.

7      Q.    You had already received testing

8   accommodations at the University of Miami at the

9   time that you took the LSAT, correct?

10      A.    Correct.

11      Q.    And you took the test in a room full of

12   people?

13      A.    Wait.  Sorry.  Can you repeat the first

14   question?

15           MR. SANTIAGO:  Can you?

16      (Thereupon, the requested portion of the

17      record was re-read by the Court Reporter.)

18           THE WITNESS:  Okay.  That's correct.

19      Q.    (BY MR. SANTIAGO)  And do you know if

20   140 is average, better than average, lower than

21   average?

22      A.    I think it's lower than average.

23      Q.    First time you took it and you scored

24   140.  Why didn't you ask for accommodations the

25   second time?

PORTER, WALKER & ASSOCIATES, INC.

Page 93

1      A.   Well, I didn't know until after.  And

2    then I heard that they put an asterisk by the name

3    when you apply to law school.  So the law school

4    would see that you had some sort of

5    accommodation.

6      Q.   And where did you hear about the

7    asterisk?

8      A.   I think I heard it from an official LSAT

9    person.

10      Q.   Did you ever look on the website or --

11      A.   Yes.

12      Q.   Okay.  Was this before or after you took

13    the test?

14      A.   It was after.

15      Q.   And at some point you learned that

16    accommodations, special accommodations, could be

17    provided to you, right?

18      A.   Yes.

19      Q.   Now, ultimately you applied to different

20    law schools, correct?

21      A.   Correct.

22      Q.   How many law schools?

23      A.   I don't remember.  Approximately five or

24    so.

25      Q.   Okay.  And what law schools were those?

PORTER, WALKER & ASSOCIATES, INC.

Page 94

1      A.    Barry, University of Miami, FAM, FAMU.

2  I don't remember.

3      Q.    Saint Thomas University?

4      A.    Saint Thomas, obviously.

5      Q.    Any others in Florida?

6      A.    No, I don't think so.

7      Q.    Did FIU have a law school at that time?

8      A.    Yes.  I did apply at FIU.

9      Q.    What about Nova, do they have a law

10  school?

11     A.    Yes.  Nova.

12     Q.    University of Florida?

13     A.    I didn't apply there.

14     Q.    Florida State?

15     A.    I didn't apply there.

16     Q.    University of Central Florida?

17     A.    I didn't apply there either.

18           I also applied at North Carolina Central

19  and some place in Texas.

20     Q.    Why did you apply to those two schools?

21     A.    Well, actually, my dad looked at LSAT --

22  not LSAT, but the law school admissions book where

23  with my GPA and LSAT score he thought that they

24  would accept.

25     Q.    Now, of those schools that you applied

Page 95

1    to, which ones accepted you?

2         A.    Saint Thomas University and FAMU.

3         Q.    When FAMU accepted you, were you placed

4    on a waiting list initially?

5         A.    No.

6         Q.    So they accepted you outright?

7         A.    Yes.

8         Q.    Saint Thomas accepted you, but first

9    they put you on a waiting list?

10        A.    Yes.

11        Q.    And then they ultimately accepted you.

12        A.    Yes.

13        Q.    Why did you pick Saint Thomas over FAMU?

14        A.    Because it was accredited.

15        Q.    Do you know if FAMU has been accredited

16   since?

17        A.    I don't know since.

18        Q.    Any other schools other than Saint

19   Thomas and FAMU?

20        A.    No.

21        Q.    Do you remember when you were accepted

22   into Saint Thomas approximately?

23        A.    June of that same year.

24        Q.    When?

25        A.    June.

PORTER, WALKER & ASSOCIATES, INC.

Page 96

1      Q.   June of that same year being 2006?

2      A.   Yes.

3      Q.   And when were you scheduled to begin law

4  school, the fall of 2006?

5      A.   Yes.  In August.

6      Q.   Did you have to take orientation?

7      A.   Yes.

8      Q.   And was your orientation mandatory?

9      A.   Yes.

10     Q.   I assume you attended.

11     A.   Yes.

12     Q.   Did you have to sign your name anywhere?

13     A.   Yes.

14     Q.   Do you recall when orientation was held?

15     A.   Sometime in August.

16     Q.   Did they ever make any recommendations

17 prior to starting law school to start reading

18 material, anything like that?

19     A.   I don't remember.

20     Q.   What do you call being discussed at the

21 orientation?

22     A.   I remember being taken on a tour of the

23 campus.  I remember they told us where to get the

24 syllabi.  I remember them passing out the student

25 handbook and having us cross out parts of it and

Page 97

1    adding other parts manually, like the GPA part.

2    It went from a 2.5 to a 2.0.  That's all I

3    remember.

4         Q.   Were disability guidelines discussed at

5    all during the orientation?

6         A.   No.

7         Q.   What about accommodations, special

8    accommodations for students with disabilities?

9         A.   No.

10        Q.   Was there any material that was handed

11   out with respect to the guidelines for students

12   with disabilities or special accommodations,

13   anything like that?

14        A.   No.

15        Q.   Did you ever inquire at any point in

16   time during orientation about what the guidelines

17   were for students with disabilities, special

18   accommodations for students with disabilities,

19   things like that?

20        A.   Not during orientation.

21        Q.   Why not?

22        A.   I didn't know who to ask.  I didn't know

23    -- I think I didn't think of it then.

24        Q.   Did you ultimately review the student

25   handbook?

Page 98

1        A.   Yes.

2        Q.   Was it at some point during the first

3   semester?

4        A.   Yes.

5        Q.   Did you review it before you started law

6   school?

7        A.   Yes.

8        Q.   Did you ever look at the Saint Thomas

9   Law School website?

10       A.   Yes.

11       Q.   Did you familiarize yourself with the

12   law school website?

13       A.   I wouldn't say familiarize, but I looked

14   at it.

15       Q.   Before you started law school, you were

16   aware that you had to maintain a GPA of 2.0 or

17   higher; is that correct?

18       A.   Yes.

19       Q.   At the time that you began law school at

20   Saint Thomas, were you suffering from PTSD?

21       A.   Yes.

22       Q.   Prior to starting law school, did you

23   ever read any literature on testing accommodations

24   for those suffering from a disability?

25       A.   No.

Page 99

1      Q.   Okay.  When did you begin your first

2   semester at Saint Thomas, was it August of 2006?

3      A.   Yes.

4      Q.   And do you remember what classes you

5   were taking at that time?

6      A.   Yes.

7      Q.   What classes?

8      A.   Civil Procedure, Contracts, Torts,

9   Property and Legal Writing.

10      Q.   And each course provided you with a

11   syllabus?

12      A.   Yes.

13      Q.   Was attendance mandatory?

14      A.   You had to have a certain amount in.

15   Like you could only miss a few classes.

16      Q.   Do you know how many classes you were

17   permitted to miss?

18      A.   I don't remember.

19      Q.   As far as you can recall, did you attend

20   all your classes during the first semester?

21      A.   Not all.

22      Q.   How many classes did you miss?

23      A.   I don't remember exactly how many.

24      Q.   Do you recall why you missed the classes

25   that you did?

Page 104

1    to -- I actually spoke to Dean Hernandez the first

2    semester.  It wasn't a planned meeting.  I just

3    stepped into the office, his first office, I

4    guess.

5         Q.    Okay.  And what did you discuss during

6    this meeting?

7         A.    Well, I just said that I had a

8    psychological disability of PTSD.  I was wondering

9    how to get accommodations.

10         Q.    Do you recall more or less what date you

11    had this meeting?

12         A.    Well, this -- the meeting?

13         Q.    Yes.  The meeting that you are talking

14    about, the impromptu meeting.

15         A.    It was right before the exams.

16         Q.    Right before the exams in the first

17    semester?

18         A.    Yes.

19         Q.    Okay.  The exams were held in May,

20    correct, or when?

21         A.    Well --

22         Q.    Well, I'm sorry.  In December?

23         A.    That's fair.  Most of them were in

24    December.

25         Q.    So when would you have had this meeting

PORTER, WALKER & ASSOCIATES, INC.

Page 105

 1    with Dean Hernandez?

 2         A.   Probably in November.

 3         Q.   And what did Dean Hernandez tell you

 4    about the accommodations?

 5         A.   He didn't tell me anything.  He kind of

 6    just waved me away.

 7              He said, "We are not doing that now."

 8              I didn't know what that meant.  I just

 9    left.

10         Q.   Did you inquire further or did you --

11         A.   Well, I had been asking in the office.

12    I asked one of the deans about it.

13         Q.   Which dean?

14         A.   It was -- actually, she was one of my

15    professors, Professor Singer.  She said she didn't

16    know anything about that.  And I asked the

17    secretaries for the handbook.  They said they

18    don't know what I am talking about.

19         Q.   How was it that you ultimately went to

20    go see Dean Hernandez that one time that you

21    stepped into his office?

22         A.   I actually didn't know if he was the

23    right person to talk to.  I just stepped into the

24    office because he seemed important.  And I just

25    asked him about it.

1    Q.   And did you ever raise the question

2    again at any point in time during your first

3    semester?

4    A.   After that?

5    Q.   No.  During your first semester.

6    A.   Yes.  Several times with the

7    secretaries.  But after that, no.  After that

8    meeting with the dean?

9    Q.   Right.  After the meeting with the dean

10   where you stepped into his office --

11   A.   Yes.

12   Q.   (Continuing) -- did you ever go back and

13   say, "Hey, look, you know, I need

14   accommodations"?

15   A.   Not the first semester, no.

16   Q.   Why not?

17   A.   Well, it's the eve of exams.  I was just

18   studying.

19   Q.   Why did you not do that early on in the

20   semester?

21   A.   Well, because people kept telling me

22   that I didn't know what I was talking about.  I

23   assumed that they didn't accommodate.

24   Q.   Okay.  When you say people, what people?

25   A.   The secretaries, assistants.

Page 107

1    Q.   Why were you asking secretaries and

2    assistants?

3    A.   Well, I asked everybody that I spoke

4    to.  I didn't -- like I went into the office

5    because that's where -- the student handbook says

6    something about the accommodations handbook being

7    in the office.  I went to the office.  There was

8    no such handbook there.  So I asked the people at

9    the desk.  I don't know who they were.  I thought

10   they were secretaries or assistants.  I asked

11   them, you know, is there an accommodations

12   handbook?  How does one get an accommodation?

13   Q.   Why didn't you go to the dean of the law

14   school if people were ignoring you?

15   A.   I just thought that meant that they

16   didn't accommodate, period.

17   Q.   But you didn't seek clarification on

18   that, did you?

19   A.   I did.  I thought when I went to the

20   dean, I thought when I spoke to that property

21   professor -- I am talking about Dean Singer.

22   Q.   Right.

23   A.   I thought that they didn't accommodate.

24   Otherwise, they would have told me.

25   Q.   Well, I mean, when you went to go see

Page 108

1    Dean Singer, she told you that she didn't know

2    anything about it, correct?

3         A.    Correct.

4         Q.    When you went to see Dean Hernandez or

5    when you stepped into his office, he told you that

6    they weren't doing that right now --

7         A.    Yes.

8         Q.    (Continuing) -- correct?

9         A.    Correct.

10        Q.    And earlier you testified that the

11   secretaries and assistants didn't know what you

12   were talking about when you were asking for the

13   accommodations handbook, correct?

14        A.    That's what they said.

15        Q.    But you were doing this near the end of

16   the semester in November, correct?

17        A.    Close to that.

18        Q.    So my question is:  If the semester

19   started -- you were accepted in June 2006 into the

20   program, correct?

21        A.    Correct.

22        Q.    And you began law school in August 2006,

23   correct?

24        A.    Correct.

25        Q.    Why did you wait until November or even

Page 109

1    October?

2         A.   I didn't wait until then.  That was when

3    I had that meeting --

4         Q.   Okay.

5         A.   (Continuing) -- the impromptu you

6    meeting.  I asked throughout the semester at

7    different points different people.

8         Q.   Did you ever write an e-mail?

9         A.   The first semester I don't believe so.

10        Q.   Why not?

11        A.   Because I asked.  There was no reason

12   to.

13        Q.   How many e-mails have you written to the

14   school?

15        A.   The second semester?

16        Q.   Yes.  Second semester or --

17        A.   I don't know how many.

18        Q.   Was it more than 50?

19        A.   I don't know.

20        Q.   Okay.  Well, you certainly have written

21   a lot.  Would you agree with me?  And I know a lot

22   has been sort of a variable term, but you have

23   written more than 20 e-mails.  Is that fair to

24   say?

25        A.   Okay.

Page 110

1      Q.   But you didn't write any e-mails during

2  the first semester requesting a special

3  accommodation, correct?

4      A.   I don't believe so.  No.

5      Q.   So there were no special accommodations

6  that were provided to you during the first

7  semester, correct?

8      A.   Correct.

9      Q.   What grades did you get at the end of

10  the first semester?

11      A.   I got a D in Property, an F in

12  Contracts, a B in Civil Procedure, and a C plus

13  and a C, I think, in the other two courses.

14      Q.   Legal Research and Writing?

15      A.   Yes.  I think that was a C course.

16      Q.   Did you ever review your grades with the

17  professors?

18      A.   Yes.

19      Q.   And was there anything that they did as

20  far as making changes to improve your grades?

21      A.   No.

22      Q.   And I am talking about the first

23  semester grades.

24      A.   I know.

25      Q.   Do you know what your overall GPA point

PORTER, WALKER & ASSOCIATES, INC.

Page 111

1    was at the end of the first semester?

2         A.    I am not sure.  1.7.

3         Q.    It was below the 2.0?

4         A.    Correct.

5         Q.    Did you have any difficulty with

6    understanding the material that was being covered

7    during that first semester?

8         A.    Yes.

9         Q.    Do you know if other students were

10   having difficulty understanding the material?

11        A.    I don't know for sure.

12        Q.    Well, did you have friends in law

13   school?

14        A.    Sure.

15        Q.    Did you engage in any type of study

16   groups during the first semester?

17        A.    Yes.

18        Q.    Do you know if other students in your

19   study groups were understanding the material any

20   better or worse than you were?

21        A.    They didn't really admit to having that

22   big of a problem.  I think that's more sort of the

23   culture of law school.

24        Q.    You are saying you had difficulty

25   understanding the course material.  Could you just

Page 112

1    elaborate on that a little more?  Was it the

2    subject matter that was just difficult to grasp,

3    was it the teaching methods that were ineffective

4    for you?

5          A.    It was just harder to concentrate.  I

6    did ask for tutors the first semester, but they

7    told me they don't do that until the second

8    semester.

9          Q.    Who did you ask for tutors?

10         A.    The academic support dean.

11         Q.    That would be Professor Singer?

12         A.    (Witness nodded.)

13         Q.    And then she told you that they don't do

14   tutors?

15         A.    They don't do tutors that semester.

16         Q.    Did you ever think about getting your

17   own independent tutors?

18         A.    Yes.  I had a tutor of Civ Pro through

19   the Black Law Students Association.

20         Q.    During your first semester?

21         A.    Yes.

22         Q.    What was it, black student society?

23         A.    Black Law Students Association.

24         Q.    A criminal procedure tutor?

25         A.    Civil Procedure.  She also did a little

Page 113

1    bit of property.

2         Q.    And did that help you?

3         A.    The Civil Procedure, yes.

4         Q.    Did you have an opportunity to study for

5    your final examination?

6         A.    Yes.  Not that much time.

7         Q.    Okay.  You had the same amount of time

8    as other students --

9         A.    Correct.

10        Q.    (Continuing) -- or did you have more

11   time?

12        A.    Same amount.

13        Q.    Why do you think you did poorly during

14   your first semester?

15        A.    I think I needed the accommodations.

16        Q.    Which part of those accommodations did

17   you need?

18        A.    I particularly needed to take the exam

19   alone.

20        Q.    And what else?

21        A.    Well, especially with the proctors

22   walking around, particularly in the contracts

23   exam, and sitting right behind me was just a

24   little bit jarring.

25        Q.    So you needed to take the exam alone.

PORTER, WALKER & ASSOCIATES, INC.

Page 114

1    Anything else?

2         A.    The time and a half.

3         Q.    Anything else?

4         A.    Not that I thought of at that time.

5         Q.    Anything that you thought about

6    subsequently?

7         A.    Yes.

8         Q.    What?

9         A.    Extended breaks.

10        Q.    During your examination?

11        A.    Yes.

12        Q.    What else?

13        A.    That's all that I can think of now as

14   far as testing goes.

15        Q.    What about classroom accommodations,

16   which classroom accommodations do you think you

17   needed during your first semester?

18        A.    Well, speaking tends to be an issue

19   unless I have like -- like a script in front of

20   me.  I don't know if that's a good word for me.

21   Like I need to have something prepared in order to

22   actually speak effectively.

23        Q.    You seem to be doing fine today.  I

24   don't see any problem with you speaking.

25        A.    I appreciate the compliment, but it's

Page 115

 1    still -- like I am not as effective as I could

 2    have been had I known your questions ahead of

 3    time.

 4         Q.   All right.  So as far as your speaking

 5    issues, what accommodations would they provide you

 6    to help with that?

 7         A.   What could they have?

 8         Q.   Yes.  Because my question pertains to

 9    specifically classroom accommodations --

10         A.   Yes.

11         Q.   (Continuing) -- and what classroom

12    accommodations you needed for your first

13    semester.

14         A.   I think if they are going to call on me,

15    they could have given me a little bit more time

16    or, at least, been more patient with me.  Because

17    I can't recall things like right away.  I just

18    need a few seconds or so just to get it together.

19    And if they gave me a heads up if they are going

20    to call me.

21              I am not saying don't call me.  I am

22    just saying heads up.

23         Q.   How does that affect your grades?

24         A.   They say classroom participation

25    counts.  I am not sure if that was true or not.

Page 116

1    Q.    What other classroom accommodations did

2    you feel that you needed?

3          A.    If I could record it.

4          Q.    Record it meaning what?

5          A.    Record the class session.    The

6    discussion.

7          Q.    Okay.    What else?

8          A.    That's all I can think of.

9          Q.    Do you have any problems being in a

10   classroom with other students?

11         A.    Problems like what?

12         Q.    Well, I mean, we have already discussed

13   issues that you have with your taking the exam and

14   people being within close proximity of you,

15   correct?

16         A.    Uh-huh.

17         Q.    Is that a yes?

18         A.    Yes.    Sorry.

19         Q.    That's all right.

20               Now, do you have any kinds of problems

21   when you are in a classroom with other people that

22   may affect your ability to understand or learn the

23   material?

24         A.    It's only distracting if they are

25   getting up and down, but it's not as bad as during

Page 117

1    testing.

2        Q.   So would it be fair to say that being in

3    close proximity to other students doesn't affect

4    your learning environment in a classroom?

5        A.   I wouldn't say it doesn't affect.  I

6    would say it doesn't affect as much as testing.

7        Q.   What could the school do, though, as far

8    as providing you with accommodations to alleviate

9    that problem?

10       A.   As far as that goes, if they allowed me

11   to record the classroom just in case I do get

12   distracted because someone is in close proximity

13   or because they are going up and down, that would

14   help.  Then I could listen to the part I missed at

15   a later date.

16       Q.   Did you ever inquire about that when you

17   were at Saint Thomas University --

18       A.   Yes.

19       Q.   (Continuing) -- about recording the

20   classroom?

21       A.   Yes.

22       Q.   Who did you discuss that with?

23       A.   Dean Hernandez.

24       Q.   When did you discuss that?

25       A.   This was in February.

Page 118

1      Q.    February of 2007?

2      A.    Yes.  Early February.

3      Q.    Okay.  And we will get into all that in

4   a little bit.

5            What did Dean Hernandez say about that

6   when you requested that?

7      A.    He didn't say much of anything.  He said

8   that I will have to meet with Dr. Gisondo.  That's

9   all he really said.

10     Q.    After you received your grades following

11  the first semester, were you notified that you

12  were being placed on probation?

13     A.    Yes.

14     Q.    Who notified you?

15     A.    Well, it was in a letter.

16     Q.    Okay.  How were you notified in the

17  letter?

18     A.    The letter.

19     Q.    Okay.  So who signed the letter, do you

20  know?

21     A.    I think it was Dean Hernandez.

22     Q.    Okay.  And do you recall what the letter

23  said?

24     A.    That you are on academic probation.

25     Q.    Anything else it said?

PORTER, WALKER & ASSOCIATES, INC.

Page 119

1    A.   Well, because of your grades, you are on

2  academic probation.

3    Q.   Did it say if you failed to raise your

4  GPA above a 2.0, you will be suspended, something

5  to that effect?

6    A.   Probably.  I don't recall exactly what

7  it said.

8    Q.   Okay.  Let me mark this as Defendant's

9  Exhibit Number 1.  And let me ask you to take a

10 look at this letter.  And please let me know if

11 that's the letter that you received placing you on

12 academic probation.

13   A.   Yes.

14        (Thereupon, the document referred to,

15        Letter, 1-4-07, was marked as

16        Defendant's Exhibit 1 for

17        Identification.)

18   Q.   (BY MR. SANTIAGO)  And does the letter

19 state that your failure to bring your cumulative

20 grade point average up to, at least, a 2.0 by the

21 end of the Spring 2007 semester will result in

22 your automatic exclusion from the law school?

23   A.   Yes.

24   Q.   And that was signed by Dean Hernandez,

25 correct?

PORTER, WALKER & ASSOCIATES, INC.

Page 120

1      A.   Yes.

2           MR. SANTIAGO:   And the letter is dated

3    January 4, 2007, for the record.

4      Q.   (BY MR. SANTIAGO)   Did you ever speak to

5    Dean Hernandez after you received this letter?

6      A.   Yes.

7      Q.   When did you speak to him?

8      A.   I spoke to him in February.

9      Q.   Okay.   When did you start the second

10   semester, do you know?

11     A.   It must have been in January.

12     Q.   January of 2007?

13     A.   Yes.

14     Q.   Would it have been early January?

15     A.   I am thinking mid January maybe.

16     Q.   Do you recall what classes you were

17   taking during the second semester?

18     A.   Yes.

19     Q.   What classes were those?

20     A.   Civil Procedure 2, Torts 2, Contracts 2,

21   Property 2 and Advanced Legal Writing.

22     Q.   Okay.   Do you recall who your professors

23   were for any of these classes?

24     A.   I think so.

25     Q.   Who was your professor for Civ Pro 2?

PORTER, WALKER & ASSOCIATES, INC.

Page 121

1      A.   Actually, skip that one.

2      Q.   What about Contracts 2?

3      A.   Professor Makdisi.

4      Q.   Professor?

5      A.   Makdisi.

6      Q.   Makdisi.

7      A.   Civil Procedure was Gordon.

8      Q.   Gordon.  And Torts 2?

9      A.   Silver.

10     Q.   Property 2?

11     A.   Professor Singer.

12     Q.   And Advanced Legal analysis?

13     A.   Fonseca-Nader.

14     Q.   And I assume each of these professors

15  provided you with a syllabus of their course?

16     A.   Correct.

17     Q.   And again, attendance was mandatory at

18  these classes?

19     A.   You can only miss a certain amount.

20     Q.   Okay.  Do you know how many classes you

21  missed during the second semester?

22     A.   I would only be guessing.

23     Q.   Just give me your best estimate.

24     A.   All together, seven, I guess.

25     Q.   Do you recall why you missed seven

1    classes or approximately seven classes in your

2    second semester?

3        A.   Most of it was due to the posttraumatic

4    stress disorder.

5        Q.   Okay.  When you say most of it, PTSD,

6    did that also include panic attacks?

7        A.   Yes.

8        Q.   What else?

9        A.   Depression associated with it.

10       Q.   Did there come a time that you requested

11   special accommodations?

12       A.   Yes.

13       Q.   What day was that?

14       A.   Well, I sent e-mails in January, but I

15   verbally requested it February 2nd.

16       Q.   Okay.  When you said e-mails in January,

17   who did you send them to?

18       A.   At first I sent it to the main dean,

19   Garcia.

20       Q.   Who else?

21       A.   Hernandez.

22       Q.   In January?

23       A.   Yes.  I think.

24       Q.   Do you still have those e-mails?

25       A.   I might.  I think so.

Page 123

1        Q.    What did you say in your e-mails?

2        A.    Sorry?

3        Q.    What did you say in your e-mails?

4        A.    I said that I had a panic attack,

5    particularly in the contracts exam, the first

6    semester.

7        Q.    What else, if anything?

8        A.    I also mentioned something about BLSA,

9    the Black Law Students Association.  Because the

10   first semester they didn't want to meet with me

11   and nobody wanted to talk to me about the

12   accommodations.  I felt I had to say something

13   else to get my way in.

14       Q.    Let me show you what I am going to mark

15   as Defendant's Exhibit Number 2.  And I want you

16   to take the time to look this over.  Just tell me

17   if this is your e-mail to Dean Hernandez.  And

18   it's dated January 22, 2007.

19       A.    Am I supposed to look through the whole

20   thing?

21       Q.    Yes.  I mean, just look through it.

22             (Thereupon, the document referred to,

23             E-mail, 1-22-07, was marked as

24             Defendant's Exhibit 2 for

25             Identification.)

PORTER, WALKER & ASSOCIATES, INC.

Page 124

1          (Discussion off the Record)

2     Q.   (BY MR. SANTIAGO)   So you have already

3  looked through them?

4     A.   Uh-huh.

5     Q.   Can I see those, please.

6          Okay.   In your e-mail to Dean Hernandez,

7  you indicated that you had "some serious personal

8  issues", correct?

9     A.   Correct.

10    Q.   And that you needed a sympathetic ear,

11 correct?

12    A.   Correct.

13    Q.   And you also noted that it seems as

14 though lately doors are just slamming in my face.

15         What did you mean by that?

16    A.   I meant like with the first semester,

17 nobody would tell me about the accommodations.

18 And then I saw another student get accommodations

19 during one of the exams.

20    Q.   Okay.   Was this the first e-mail you

21 sent to Dean Hernandez?

22    A.   I don't know.

23    Q.   You are not sure?

24    A.   I am not sure.

25         That e-mail is actually a copy of the

PORTER, WALKER & ASSOCIATES, INC.

Page 125

1    e-mail that I sent to the other dean.  I just

2    slapped his name on it instead of Garcia's.

3         Q.   Did you send the e-mail to Dean Garcia

4    the same day?

5         A.   I am not sure if it was the same day.

6         Q.   Okay.  Ultimately Dean Hernandez

7    responded to your e-mail, correct?

8         A.   Correct.

9         Q.   And he responded the same day?

10        A.   I would have to look at it again.

11        Q.   Okay, well, I will tell you and I will

12   represent that he responded on January 22nd, the

13   same day.

14             What did Dean Hernandez respond?

15        A.   He responded to contact Dr. Gisondo.

16        Q.   And did he also tell you to contact

17   Cathy Hayes to schedule an appointment to see him?

18        A.   Yes.

19        Q.   Did you do that?

20        A.   Yes.

21        Q.   When did you contact Cathy Hayes?

22        A.   It might have been that same day.  The

23   appointment was scheduled for the 26th or around

24   there, but then he had to cancel.

25        Q.   Now, back to your original e-mail.  You

PORTER, WALKER & ASSOCIATES, INC.

Page 126

1    attached a letter to the e-mail, correct?

2        A.   Correct.

3        Q.   And the letter specified what kind of

4    issues you were having, correct?

5        A.   Correct.

6        Q.   It's a two-page letter; is that correct?

7        A.   Correct.

8        Q.   And the letter is addressed to Dean

9    Hernandez, correct?

10       A.   Correct.

11       Q.   Now, did you also provide this letter to

12   Dean Garcia?

13       A.   Yes.

14       Q.   Did you direct it to Dean Garcia, the

15   letter?

16       A.   Yes.

17       Q.   Can you sort of summarize what you

18   described in the attached letter?

19       A.   Sure.   To summarize, it was -- I was

20   writing to Dean Hernandez about what happened

21   during the exams; that I had a panic attack; that

22   I needed someone to talk to.   I specified exactly

23   what happened during the panic attack.   I also

24   talked about BLSA.

25       Q.   Okay.   What was your concern with BLSA?

Page 127

1    A.   With BLSA the concern that I mentioned

2  in the e-mail was -- well, I forget what it was.

3    Q.   Okay.  Did you ever state anywhere in

4  your letter that you wanted testing

5  accommodations?

6    A.   Not in the letter, I don't think.

7    Q.   Did you ever state in your letter that

8  you wanted classroom accommodations of any kind?

9    A.   In the letter, no.

10    Q.   In your e-mail did you ever request any

11  testing or classroom accommodations?

12    A.   I don't think so.  I am not sure.  I

13  have to read it again.

14    Q.   Here you go.  I will give you that

15  opportunity to read it.

16    A.   Okay.

17    Q.   Did you ever request either testing or

18  classroom accommodations?

19    A.   Not in the e-mail.

20    Q.   Okay.  This is Exhibit Number 2.  So

21  ultimately, you met with Dean Hernandez in

22  person?

23    A.   Yes.

24    Q.   And that was following the January 22,

25  2007 e-mail?

Page 128

1    A.   Yes.

2    Q.   And it was at some point in February?

3    A.   Yes.

4    Q.   Do you remember exactly what day it was?

5    A.   I think it was February 2nd.

6    Q.   Why do you recall that date

7    specifically?

8    A.   I don't know why I remember.

9    Q.   What was discussed during this meeting

10   in February?

11   A.   We first discussed BLSA until he

12   realized that's not what I mainly came in there

13   for.

14   Q.   Okay.  Was that a concern for you?

15   A.   BLSA?

16   Q.   Yes.

17   A.   I really just wanted to complain about

18   the way I got the letter.

19   Q.   Can you elaborate on that, what you mean

20   by that?

21   A.   Sure.  I got the letter, the thing that

22   you just marked Defense Exhibit Number 1, I got

23   that letter when I was reserving a classroom to

24   study in.  And they did this in front of other

25   students and commented on it.

Page 129

1          And I said that was rude and just

2     crazy.  And I didn't want other students finding

3     out my grades or that anything was wrong.  That

4     was the main thing I was concerned with.

5          Q.   I am confused.  They didn't mail this to

6     you, they hand-delivered it?

7          A.   They had it in an envelope.

8          Q.   Okay.

9          A.   It was addressed to my Miami address.

10    But when I was there reserving a classroom, they

11    actually handed the letter to me and commented on

12    the content of the letter with other students in

13    the room.

14         Q.   Who handed you the letter?

15         A.   One of the secretaries.

16         Q.   What did she say?

17         A.   She first said, "Little girl, we have

18    been looking for you."

19         Q.   And what else did she say?

20         A.   She basically said that I need to study

21    more, which I didn't think it was her place.

22         Q.   Anything else?

23         A.   She alluded to the failing grade.

24         Q.   And how did she allude to it?

25         A.   She just said, "Oh, girl you failed."

1      Q.   And who else was there that overheard

2  this conversation?

3      A.   Other students were there, other

4  secretaries were there.

5      Q.   And the students there were from BLSA?

6      A.   No.  It was in their office.

7      Q.   Oh, in their office.

8      A.   Sorry.  I should have said that.

9      Q.   That's okay.

10         When did you join BLSA?

11     A.   In August.

12     Q.   During your first semester?

13     A.   Yes.

14     Q.   What kind of an organization is that?

15     A.   Well, the Black Law Students

16  Association.  They have speakers come, they have

17  opportunities for you to volunteer, they have

18  opportunities to compete, they have -- for older,

19  well, 2L and 3L.  And they have review sessions

20  for members.

21     Q.   Okay.  And did you have a certain

22  position at BLSA during the second semester?

23     A.   An empty position.  Yes.

24     Q.   What position is that?

25     A.   Parliamentarian.

Page 131

1    Q.   What did you do as parliamentarian?

2    A.   I actually didn't do anything as

3    parliamentarian.  It was an empty position.  It

4    was just so I could run next year and have

5    something to say.

6    Q.   And you were concerned that your being

7    placed on probation would affect your ability to

8    run for office the fall semester?

9    A.   That wasn't my real concern.  My concern

10   was how they passed me that letter about it and

11   how they -- and how my resigning the position

12   might look to other students.  I didn't want

13   people to know that I was failing.

14   Q.   Did you ever memorialize your concerns

15   in writing to Dean Hernandez or anyone else as far

16   as how you were advised that you were being placed

17   on academic probation?

18   A.   In writing, no.  During the meeting we

19   did talk about it.

20   Q.   Okay.  So what else did you discuss

21   during the meeting besides BLSA?

22   A.   We talked about getting accommodations.

23   Q.   Specifically what accommodations did you

24   discuss?

25   A.   Well, I told him what I got at

1   University of Miami.  And I told him that I had

2   documentation.  I told him who gave me that

3   documentation, who wrote it, and what it was

4   originally used for, the civil case.

5        At first he told me when I first asked

6   about accommodations, he told me that I would have

7   to meet with Dr. Gisondo.

8        Then when I told him I already had

9   documentation, he said, "Okay, cool.  No problem.

10   You can have that."

11        Then when I asked him how do I get

12   additional accommodations, he said I would have to

13   meet with Dr. Gisondo.

14   Q.   Okay.  Did you specifically discuss what

15   accommodations you wanted or needed?

16   A.   Yes.

17   Q.   Specifically what accommodations did you

18   discuss with Dean Hernandez?

19   A.   I told him the time and a half, we

20   discussed the being alone in a separate location.

21   I mean, he offered the library study room.  I told

22   him any room would be fine.

23        I also said that -- I also described to

24   him when I saw the other students get

25   accommodations, there is this one student who took

Page 133

1    like extended breaks.  Like we were actually

2    talking to him about our exam, and he was still

3    taking it.  So I told him about that, too.

4        Q.   So you told him about extended breaks?

5        A.   Yes.

6        Q.   So you talked about time and a half,

7    being alone in a separate location.

8        A.   Those were the testing ones I asked him

9    for.

10       Q.   And extend breaks, correct?

11       A.   Yes.

12       Q.   And those are all for testing?

13       A.   Those are for the testing.

14       Q.   Okay.  Any other testing accommodations

15   that you spoke with Dean Hernandez about?

16       A.   Not testing.

17       Q.   Now, talk to me about classroom

18   accommodations.

19       A.   I didn't ask him for a classroom

20   accommodation.

21       Q.   What other accommodations did you ask

22   him about?

23       A.   I asked him about the recording in the

24   classrooms.

25       Q.   Okay.  That would be a classroom

Page 134

1    accommodation.

2         A.    Yes.

3         Q.    And you spoke to him about that?

4         A.    Yes.

5         Q.    Okay.  So recording.  What else?

6         A.    If I could get the heads up that I was

7    telling you about before.

8         Q.    Heads up as far as when you are going to

9    be called on?

10        A.    Yes.

11        Q.    What else?

12        A.    That was all we discussed specifically.

13        Q.    Okay.  Now, focusing on testing

14   accommodations --

15        A.    Okay.

16        Q.    (Continuing) -- what did Dean Hernandez

17   say to you when you advised him that you needed

18   these accommodations?

19        A.    He said that would be fine, those

20   accommodations, the time and a half and the

21   separate isolated testing location because I got

22   it from before.  He said that I shouldn't tell

23   anybody that I am getting the accommodations, and

24   that if someone asked him, he would, at least,

25   have some documentation.

Page 135

1    Q.   What did he say as far as extended

2  breaks?

3    A.   He said I would have to meet with

4  Dr. Gisondo.

5    Q.   So he said you were -- he didn't grant

6  you those accommodations outright at the

7  beginning?

8    A.   No.

9    Q.   Okay.  Now, focusing on the classroom

10 accommodations, what did Dean Hernandez say with

11 respect to those?

12   A.   He said no.

13   Q.   Did he provide a reason?

14   A.   No.  He said law school is different.

15 That's all he said.

16   Q.   Okay.  Were you ever provided with those

17 classroom accommodations at the University of

18 Miami where you were able to record the classroom

19 sessions?

20   A.   No.  I got extra time.

21   Q.   Extra time for?

22   A.   In class.

23   Q.   For in-class assignments?

24   A.   Yes.

25   Q.   Did you ever request for classroom to be

Page 136

1    recorded, classroom sessions to be recorded at

2    University of Miami?

3        A.   I am not sure if I asked that.  I don't

4    think so.

5        Q.   What else was discussed with Dean

6    Hernandez during this February 2nd, 2007 meeting?

7        A.   That was the bulk of it.

8        Q.   So we discussed accommodations, both

9    testing and classroom.  And we discussed your

10   BLSA, B-L-S-A, your concerns with BLSA.

11          Anything else?

12       A.   I think that was it.

13       Q.   Did Dean Hernandez at any point give you

14   any literature during this meeting with respect to

15   guidelines for disabilities or accommodations or

16   anything like that?

17       A.   No.  I asked him about that.

18       Q.   And what did he say?

19       A.   I described what the University of Miami

20   had.  I said that it was online and they also had

21   a room available just for that.

22          He said, "We are not as rich as

23   University of Miami."

24       Q.   So he didn't provide you with any

25   literature?

Page 137

```
 1        A.   No, he didn't.  I asked.  He didn't tell
 2   me about it my entire first year.
 3        Q.   Okay.  Now, after you met with Dean
 4   Hernandez in February, did you ultimately go see
 5   Dr. Gisondo?
 6        A.   Yes.
 7        Q.   When did you see Dr. Gisondo?
 8        A.   In March.
 9        Q.   And what was the purpose for seeing
10   Dr. Gisondo?
11        A.   Well, I thought it was to get the
12   additional accommodations.
13        Q.   And when you went to go see him, what
14   did he do for you, if anything?
15        A.   Nothing.
16        Q.   So tell me what happened when you met
17   with him?
18        A.   He said that he doesn't actually do the
19   testing.  He said that he can recommend someone,
20   but for me to give him time because posttraumatic
21   stress disorder isn't as common as ADD or ADHD, he
22   said.
23             So I told him what my exams were.  And
24   he said that he would get back with me.
25        Q.   Did he ever --
```

PORTER, WALKER & ASSOCIATES, INC.

Page 138

1    A.   No.

2    Q.   (Continuing) -- get back to you?

3    A.   No.

4    Q.   Did you ever attempt to get back to him?

5    A.   Yes.

6    Q.   When?

7    A.   In April.

8    Q.   And what did you find out, if anything?

9    A.   That he wasn't there anymore.

10   Q.   Did you ever correspond with Dr. Gisondo

11   or his office by e-mail?

12   A.   I might have.

13   Q.   How was it that you learned that he was

14   no longer there?

15   A.   I called.  When I couldn't get through

16   to his office directly, I called the information

17   thing that they had at the school.

18   Q.   And how did you learn when you called?

19   A.   One of the -- whoever that was, the

20   operator, said that he is no longer there.

21   Q.   What did you do after you learned he

22   wasn't there anymore?

23   A.   What did I do?

24   Q.   Yes.  Did you go to talk to Dean

25   Hernandez, "Hey, Dr. Gisondo isn't there anymore,"

PORTER, WALKER & ASSOCIATES, INC.

Page 139

1    what?

2         A.    We spoke in April again.

3         Q.    Okay.  So when did you speak to Dean

4    Hernandez again after your February 2nd, 2007

5    meeting?

6         A.    We spoke in April.

7         Q.    Did you ever speak to him in March?

8         A.    I am not sure.

9         Q.    Okay.  Do you recall if you corresponded

10   with Dean Hernandez at any point in time in March?

11        A.    I am not sure.

12        Q.    So you spoke to him in April.  What were

13   the circumstances as to why you spoke to him in

14   April?

15        A.    I wanted to see which room I was

16   supposed to go to for the exams.

17        Q.    Okay.  And what did he say?

18        A.    He said that he wasn't going to give me

19   any accommodations at first.

20        Q.    So he said when you went in April that

21   he was not going to provide you with any

22   accommodations?

23        A.    That's what he said at first.

24        Q.    When did he change his mind?

25        A.    Well --

Page 140

1    Q.   Before we get to that, did he provide a

2  reason as to why he wasn't going to give you any

3  accommodations?

4    A.   Yes.

5    Q.   What was that reason?

6    A.   He said that I am the one with the

7  issues.  That because the ambulance came for me

8  like a few weeks or a week earlier because I was

9  having a panic attack, that he thought that the

10  accommodations wouldn't even help me.  He also

11  said that those accommodations would help anyone.

12    Q.   He said what?

13    A.   He said those accommodations would help

14  anybody.

15    Q.   That it would help anyone?

16    A.   Yes.  But then he said that because of

17  what I went through that it probably wouldn't even

18  help me.  He doesn't know if it would help me.

19    Q.   When was it that you had that panic

20  attack where the ambulance was summoned?

21    A.   It was around Easter.

22    Q.   And can you just tell me briefly what

23  happened?

24    A.   I was in between Property and Contracts

25  class, and we only had like a few minutes in

PORTER, WALKER & ASSOCIATES, INC.

Page 141

1    between.  And I was walking out to go to the

2    Contracts class, and all of a sudden my heart

3    started beating fast and I just started sweating.

4    Again, then the heartbeat is in my ears and a full

5    blown panic attack.  But I didn't think -- that

6    was the most severe one.  I didn't even think it

7    was a panic attack.  I thought it was a heart

8    attack.

9            So a 3L, my property professor and one

10   of the girls from my class actually pulled me out

11   of the hallway and called the ambulance.

12       Q.   And where did they take you, or were you

13   taken to the hospital?

14       A.   They offered.

15       Q.   So you were not transported?

16       A.   No.

17       Q.   What, if anything, did they do for you?

18       A.   They were basically just checking me

19   out.

20       Q.   So they checked your vital signs?

21       A.   Yes.

22       Q.   And ultimately you were released?

23       A.   Yes.  They said I should go to the

24   hospital, and I didn't go.

25       Q.   Is there a reason why you didn't go?

Page 142

1      A.    I didn't think I could afford going.

2      Q.    Do you currently have a boyfriend?

3      A.    No.

4      Q.    At the time did you have a boyfriend?

5      A.    Yes.

6      Q.    What was his name?

7      A.    His name is Brendan.

8      Q.    Brendan?

9      A.    Yes.

10     Q.    Last name?

11     A.    Holt, H-o-l-t.  And actually,

12   technically, we were broken up at that time, but

13   we were still living together.

14     Q.    Where did you live at the time that this

15   incident occurred?

16     A.    Oh, you want the address?

17     Q.    Yes.

18     A.    8788 Southwest 12th Street.  That's in

19   Miami.

20     Q.    This is an apartment?

21     A.    It's an apartment.

22     Q.    Is this an apartment that you rented?

23     A.    Yes.

24     Q.    And you lived there with your boyfriend?

25     A.    Yes.  My ex.

Page 143

1       Q.    Your ex-boyfriend?

2       A.    Yes.

3       Q.    Mr. Holt?

4       A.    Yes.

5       Q.    Did you meet Mr. Holt here in Miami?

6       A.    Yes.

7       Q.    Did he go to the University of Miami?

8       A.    Yes.

9       Q.    How long were you two together?

10      A.    From 2004 on until 2000 -- well, on and

11   off 2007, 2008.

12      Q.    Okay.  So back to your meeting with Dean

13   Hernandez in April of 2007.

14      A.    Okay.

15      Q.    Initially he didn't provide you with any

16   accommodations, and then he changed his mind,

17   correct?

18      A.    Yes.

19      Q.    And did he change his mind during the

20   meeting?

21      A.    No.  He told me to -- he actually walked

22   out of our meeting, which was very strange.  And

23   then he came back several minutes later.  I was

24   just sitting there.  And he said, "Come with me,"

25   and motioned with his hand.

Page 144

1        So I went out into the main office, and

2   he introduced me to some secretary that I was

3   supposed to receive an e-mail from.

4        Q.   Okay.  And what happened after that?

5        A.   Well, I asked him about withdrawing

6   prior to that when he told me that I wasn't going

7   to get the accommodation.

8        Q.   Why did you want to withdraw?

9        A.   Because I still suffer from PTSD, and I

10  didn't think I could, you know, perform well

11  without the accommodations.

12       Q.   So you only discussed withdrawing from

13  the program if accommodations were not provided to

14  you; is that correct?

15       A.   I didn't say it like that, but that was

16  why.

17       Q.   Okay.  But here today -- and obviously,

18  I want you to explain even if you didn't say it

19  then -- but the reason why you asked or inquired

20  about withdrawing was because if he didn't provide

21  you with accommodations, then you wanted to

22  withdraw; is that correct?

23       A.   Yes.  That was the reason.

24       Q.   So when you inquired about withdrawing,

25  what did he say?

Page 145

1     A.   He didn't say anything.  He stared at me

2   and shook his head for a few minutes, leaned back

3   in his chair.  He kept shaking his head, and then

4   left.

5     Q.   Okay.  Did you explain to him why you

6   wanted to withdraw?

7     A.   Well, I said it after I wasn't going to

8   get any accommodations.

9     Q.   Okay.  And after he looked at you and

10  left -- did he ultimately leave?

11    A.   Sorry?

12    Q.   What happened after you asked him to

13  withdraw?  That's the point I think we are at.

14    A.   He didn't say anything.  That's when he

15  was shaking his head.  He didn't say anything.

16    Q.   Okay.

17    A.   He sort of leaned back in his chair a

18  little bit, and then he left.

19    Q.   Okay.  And that's the point that we are

20  at.

21    A.   Yes.

22    Q.   After he left -- he leaves the room.

23    A.   Yes.

24    Q.   And that's when he called his secretary

25  or motions to you to come over and talk to the

PORTER, WALKER & ASSOCIATES, INC.

Page 146

1    secretary?

2         A.   It wasn't immediately.  It was like

3    several minutes later.

4         Q.   So you were just sitting in his office?

5         A.   Sitting there dumbfounded.

6         Q.   You were thinking, was this guy coming

7    back or what?

8         A.   Yes.

9         Q.   And ultimately he did?

10        A.   Yes.

11        Q.   And that's when he motioned for you to

12   come over and talk to the secretary?

13        A.   Yes.

14        Q.   And when you spoke to the secretary, I

15   mean, what did you discuss with her?

16        A.   I didn't discuss anything.  He was

17   mostly discussing with her.  He was whispering to

18   her, actually.  He told me to check my Saint

19   Thomas e-mail.

20             I emphasized at that point that I really

21   needed the accommodations, especially the time

22   alone -- not the time, but to be alone.  And then

23   he told me to check my e-mail in the next coming

24   days.

25        Q.   And was that the end of your meeting?

Page 147

1    A.   Yes.

2    Q.   And did you ultimately receive the

3  e-mail he was referring to?

4    A.   Yes.

5    Q.   And who sent you the e-mail?

6    A.   I don't remember who she is.  She has an

7  MBA.  That's all I remember from that e-mail.

8    Q.   Were there multiple e-mails that you

9  sent to Dean Hernandez regarding the issues

10  pertaining to BLSA?

11    A.   I don't remember.

12    Q.   Well, why don't I just mark this as

13  Defendant's Exhibit Number 3.

14         (Thereupon, the document referred to,

15         E-mail, 1-26-07, was marked as

16         Defendant's Exhibit 3 for

17         Identification.)

18    Q.   (BY MR. SANTIAGO)  I am just going to

19  ask you to take a look at that.

20    A.   Okay.

21    Q.   Now, this is the e-mail.  I am going to

22  the bottom e-mail, which is from you to Dean

23  Hernandez dated January 26, 2007.

24         This was after you had been placed on

25  academic probation, correct?

PORTER, WALKER & ASSOCIATES, INC.

Page 148

1      A.   Correct.

2      Q.   And can you summarize the contents of

3   your e-mail to Dean Hernandez?

4      A.   It was talking about the BLSA position.

5      Q.   And what about it?  What were your

6   concerns?

7      A.   The concern I mentioned -- because

8   basically, I brought it to their attention that I

9   was on academic probation and was wondering about

10   the position, not the other way around.

11      Q.   Okay.  In this e-mail did you discuss

12   the accommodations at all?

13      A.   No.

14      Q.   And Dean Hernandez responded to your

15   e-mail, correct?

16      A.   Correct.

17      Q.   He responded the same day, January 26,

18   2007?

19      A.   Correct.

20      Q.   And I have here another e-mail dated

21   January 31, 2007.  And we will mark it as

22   Defendant's Exhibit Number 4.

23           (Thereupon, the document referred to,

24           E-mail, 1-31-07, was marked as

25           Defendant's Exhibit 4 for

Page 149

1          Identification.)

2          Q.   (BY MR. SANTIAGO)   Can you just review

3     that?

4          A.   Okay.

5          Q.   If you can summarize, what did you write

6     in your e-mail?

7          A.   I was discussing the BLSA position and

8     that I felt I was being punished for bringing it

9     to their attention.

10         Q.   Okay.  Did you discuss accommodations at

11    all in your e-mail?

12         A.   I didn't want to put that in e-mails.

13    No.

14         Q.   Okay.  So the answer is no, you didn't

15    discuss accommodations?

16         A.   No.

17         Q.   And Dean Hernandez responded to your

18    e-mail, correct?

19         A.   Yes.

20         Q.   He responded on February 1, 2007; is

21    that correct?

22         A.   Correct.

23         Q.   Do you remember when in April it was

24    that you had the meeting with Dean Hernandez?

25         A.   I remember when, actually.  It should

Page 150

1    have been around the 17th.

2         Q.   Why around the 17th?

3         A.   Because that's when I sent him the --

4    that's when I think I sent him the documentation

5    from UM.

6         Q.   Is this the e-mail?  And I am going to

7    mark this as Defendant's Exhibit Number 5.

8              (Thereupon, the document referred to,

9              E-mail, 4-20-07, was marked as

10             Defendant's Exhibit 5 for

11             Identification.)

12        Q.   (BY MR. SANTIAGO)  Is this the e-mail

13   that you were referring to earlier that was sent

14   to you by Dean Hernandez's assistant?

15        A.   I don't remember this e-mail, but this

16   is the person, Jannell Latoya Jackson.  I think

17   that was the secretary that Dean Hernandez was

18   talking about.

19        Q.   Okay.  Was that e-mail directed to you?

20        A.   It was cc'd to me.

21        Q.   Who was it directed to?

22        A.   Jannell Latoya Jackson.

23        Q.   So it's possible you received that

24   e-mail.  You just don't remember.

25        A.   I don't remember.

PORTER, WALKER & ASSOCIATES, INC.

Page 151

1          Q.    Did you ever have to fill out any forms

2     for your special accommodations?

3          A.    No.

4          Q.    You don't recall filling out any forms?

5          A.    No.  I don't recall.

6          Q.    Did Dean Hernandez ever tell you that

7     you needed to fill out a form?

8          A.    No.

9          Q.    Okay.  Following your meeting with Dean

10    Hernandez, did you send him an e-mail following

11    your meeting with Dean Hernandez in April of

12    2007?  Do you recall sending him an e-mail

13    regarding your meeting?

14         A.    He sent me an e-mail.

15         Q.    Okay.  What e-mail did he send you?

16         A.    It was about BLSA.

17         Q.    It was about BLSA?

18         A.    Yes.

19         Q.    What was the substance of that e-mail?

20         A.    He says that I could run for a

21    position.

22         Q.    Okay.  Let me show you what we are going

23    to mark as Defendant's Exhibit Number 6.  It's an

24    e-mail from you to Dean Hernandez dated April 17,

25    2007.

Page 152

1          Can you just take a look at it?

2     A.   Okay.

3          (Thereupon, the document referred to,

4          E-mail, 4-17-07, was marked as

5          Defendant's Exhibit 6 for

6          Identification.)

7     Q.   (BY MR. SANTIAGO)  Do you recall read

8  writing that e-mail?

9     A.   Yes.

10    Q.   Okay.  Was this e-mail in response to

11 another e-mail?

12    A.   In response to another e-mail?

13    Q.   Yes.  In other words, were you replying

14 to an e-mail that he had sent you?

15    A.   No.

16    Q.   What was the substance of that e-mail

17 that you sent to --

18    A.   It was basically talking about the

19 accommodations.  There was also an attachment, I

20 believe, of the documentation that University of

21 Miami got me.

22    Q.   Was this before or after your meeting

23 with Dean Hernandez in April?

24    A.   This is before actually the meeting.

25    Q.   Okay.  So I am just trying to make sure

Page 153

1    I am correct on my time line.

2              During your meeting with Dean Hernandez

3    in April of 2007, he initially rejected your

4    request for accommodations, right, testing

5    accommodations, correct --

6         A.   Yes.  In April.

7         Q.   (Continuing) -- initially in April?

8         A.   Yes.

9         Q.   The e-mail that we have marked as

10   Defendant's Exhibit Number 6, was this sent before

11   or after that meeting took place?

12        A.   I am not really sure.  I sent him

13   attach -- I know I sent him the attachment before

14   we met.  I am not sure if I resent the attachment

15   after.  I am not sure.

16        Q.   In your e-mail you discuss that you have

17   PTSD, correct?

18        A.   Correct.

19        Q.   And that you have difficulty in focusing

20   and you get sidetracked, correct?

21        A.   Correct.

22        Q.   You also state that the University of

23   Miami allowed you to take your exams in a separate

24   solitary location, correct?

25        A.   Correct.

Page 154

1        Q.   And gave you time and a half on exams,

2    correct?

3        A.   Correct.

4        Q.   And you note in your e-mail, "I would

5    really appreciate it if you provide me with the

6    same accommodations this semester," correct?

7        A.   Correct.

8        Q.   "Particularly the separate isolated

9    location," correct?

10       A.   Correct.

11       Q.   In the bottom you note, "Please, I am

12   begging.  I just want a shot at succeeding."

13            Why did you put that?

14       A.   Because everything was so iffy with

15   Saint Thomas.  The whole thing of someone finding

16   out just seemed weird.  I didn't want him to

17   backtrack on it.  I wanted him to just give me the

18   accommodation.

19       Q.   I didn't understand what you said.  Can

20   you explain that a little bit, what you mean by

21   that?

22       A.   Well, in February, when he said about

23   the part about someone finding out.

24       Q.   Oh.

25       A.   So that's why I wrote the e-mail the way

Page 155

1    I did.

2        Q.    Did he respond to your e-mail?

3        A.    No.

4              MR. SANTIAGO:  Do you want to end the

5    deposition at this point --

6              MS. PHILLIPS:  Yes.

7              MR. SANTIAGO:  (Continuing) -- and

8    reconvene tomorrow, or is Friday better for you?

9              MS. PHILLIPS:  I think she said tomorrow

10   is better.

11             MR. SANTIAGO:  Tomorrow is better.

12             (Whereupon, reading, signing and Notice

13             of Filing were not waived, and the

14             deposition was concluded at 6:30 p.m.)

15

16

17       _____

18                         DEPONENT

19

20   SWORN TO and subscribed before me

21   this _____ day of _____, 2009.

22

23   _____

24   NOTARY PUBLIC, STATE OF FLORIDA AT LARGE.

25   My Commission Expires _____.

Page 156

THE STATE OF FLORIDA)

COUNTY OF MIAMI-DADE)


        I, Jeannette Alvarez, Notary Public for

the State of Florida, certify that RANDALL VANESSA

FORBES personally appeared before me and was duly

sworn.

        WITNESS my hand and official seal this

17th day of July, 2009.




                        _Jeannette Alvarez_
                        Jeannette Alvarez
                        Court Reporter


                                    JEANNETTE ALVAREZ
                                    MY COMMISSION # DD 886299
                                    EXPIRES: May 22, 2013
                                    Bonded Thru Budget Notary Services

1
                    CERTIFICATE

2
THE STATE OF FLORIDA

3
COUNTY OF MIAMI-DADE

4

5
       I, JEANNETTE ALVAREZ, a Court Reporter

6
in and for the State of Florida at Large, hereby

7
certify that the foregoing transcript, pages 1 to

8
157, is a true and correct transcript of the

9
Deposition of RANDALL VANESSA FORBES, taken before

10
me at the time and place stated in the caption

11
thereof.

12
       I further certify that said witness was

13
duly sworn according to law.

14
       I further certify that I am not of

15
counsel to either of the parties to said cause or

16
otherwise interested in the event thereof.

17
       IN WITNESS WHEREOF, I hereunto set my

18
hand and affix my official seal of office this

19
17th day of July, 2009.

20

21

22
JEANNETTE ALVAREZ
Notary Public in and for the

23
State of Florida at Large.

24



JEANNETTE ALVAREZ
MY COMMISSION # DD 886299
EXPIRES: May 22, 2013
Bonded Thru Budget Notary Services

25

**A**

**ability** 51:12 116:22
  131:7
**able** 18:15 81:10 88:7
  135:18
**Absolutely** 46:14
**academic** 26:18 89:15
  112:10 118:24 119:2
  119:12 131:17 147:25
  148:9
**academically** 30:10
**accept** 94:24
**accepted** 19:8 95:1,3,6
  95:8,11,21 108:19
**accommodate** 106:23
  107:16,23
**accommodation** 27:7
  27:25 51:23 93:5
  107:12 110:3 133:20
  134:1 144:7 154:18
**accommodations** 16:9
  26:6,13,20 27:13,15
  27:16 28:1,2,6,22
  29:3,18,25 30:17 31:3
  32:22,25 33:4,11,14
  33:17,23 52:8 57:19
  58:3,16 87:19 88:1,16
  88:18,20,22 91:25
  92:8,24 93:16,16 97:7
  97:8,12,18 98:23
  103:18,19 104:9
  105:4 106:14 107:6
  107:11 108:13 110:5
  113:15,16 114:15,16
  115:5,9,12 116:1
  117:8 122:11 123:12
  124:17,18 127:5,8,11
  127:18 131:22,23
  132:6,12,15,17,25
  133:14,18,21 134:14
  134:18,20,23 135:6
  135:10,17 136:8,15
  137:12 139:19,22
  140:3,10,11,13
  143:16 144:11,13,21
  145:8 146:21 148:12
  149:10,15 151:2
  152:19 153:4,5 154:6
**accompanied** 60:18
  61:5
**accredited** 95:14,15
**accusing** 74:5
**acronym** 14:14 47:16
  80:11
**Acted** 43:2,4 45:3
**acting** 13:23
**action** 84:11,14,18,19
**active** 12:13,24 13:6

**actively** 8:17
**actual** 28:17 48:4
**ADD** 137:21
**adding** 97:1
**addition** 31:10
**additional** 132:12
  137:12
**address** 6:9,21,24
  129:9 142:16
**addressed** 126:8 129:9
**Adelphi** 36:15
**ADHD** 137:21
**administrators** 67:4
**admissions** 91:13 94:22
**admit** 46:1 111:21
**admitted** 41:20 42:15
  42:20
**Advanced** 120:21
  121:12
**advice** 81:23
**advised** 131:16 134:17
**affect** 60:19,20,21
  115:23 116:22 117:3
  117:5,6 131:7
**affix** 157:18
**afford** 142:1
**African** 21:7
**afternoon** 3:7
**ages** 3:21
**agitated** 45:20 60:21
**ago** 3:14,15,16 8:22
  47:9
**agree** 109:21
**agreed** 57:23
**ahead** 16:16 30:14
  115:2
**aids** 27:20
**Alberto** 42:4
**aliment** 35:17
**alleviate** 117:8
**allow** 4:13 58:19 59:15
  59:17,20,21
**allowed** 17:23 117:10
  153:23
**allude** 129:24
**alluded** 129:23
**alternately** 49:18
**Alvarez** 1:17 156:7,16
  157:5,22
**ambulance** 140:7,20
  141:11
**American** 21:7
**amount** 99:14 113:7,12
  121:19
**analysis** 121:12
**answer** 45:12 75:25
  149:14
**ANTONELLI** 2:6

**anxiety** 9:3 45:22 58:10
  61:5,8
**anybody** 134:23 140:14
**anybody's** 45:6 59:5
**anymore** 138:9,22,25
**apartment** 142:20,21
  142:22
**apologetic** 82:21
**apologize** 65:18
**apparently** 86:7
**APPEARANCES** 2:1
**appeared** 156:9
**applied** 93:19 94:18,25
**apply** 19:5 25:24 93:3
  94:8,13,15,17,20
**appointment** 125:17,23
**appreciate** 114:25
  154:5
**approximately** 32:5
  38:18 53:21 56:13
  63:2 93:23 95:22
  122:1
**April** 138:7 139:2,6,12
  139:14,20 143:13
  149:23 151:11,24
  152:23 153:3,6,7
**area** 71:2
**arm** 78:19
**arrested** 71:24
**arts** 21:21
**asked** 4:19 18:10,12
  30:3,19 45:10 55:5,13
  59:14 65:17 68:20
  74:12 76:11 77:17
  79:7 101:21 105:12
  105:16,25 107:3,8,10
  109:6,11 132:5,11
  133:8,23 134:24
  136:3,17 137:1 144:5
  144:19 145:12
**asking** 4:14 49:19
  52:20 58:23 62:15
  103:17,18 105:11
  107:1 108:12
**asks** 48:10
**aspirations** 19:17
**assault** 17:11 27:20
  30:8,20 46:10 48:13
  61:11,25 66:1 74:5
  75:11 85:9,15
**assaulted** 90:22
**assignments** 27:18
  135:23
**assistant** 69:6 150:14
**assistants** 106:25 107:2
  107:10 108:11
**associated** 122:9
**Association** 112:19,23

  123:9 130:16
**assume** 4:18 15:22 45:2
  71:12 73:5 74:15
  89:10 96:10 121:14
**assumed** 75:25 106:23
**assumes** 84:17
**assuming** 57:1
**asterisk** 93:2,7
**Atkinson** 10:2,3,5
**Atlanta** 39:23
**attach** 153:13
**attached** 126:1,18
**attachment** 152:19
  153:13,14
**attack** 61:16,18 64:12
  100:1,17,24,25 102:6
  103:3,4 123:4 126:21
  126:23 140:9,20
  141:5,7,8
**attacker** 17:10,15
**attacks** 100:2,9,12
  101:2,6,13,17 102:2,4
  102:11,16,22 103:14
  122:6
**attempt** 41:11 42:23
  43:23 138:4
**attend** 9:18,22 10:1,9
  10:14,21 11:9,11
  18:25 19:2 21:15
  99:19
**attendance** 99:13
  121:17
**attended** 10:2 33:7
  91:4 96:10
**attention** 148:8 149:9
**attorney** 67:18 81:16
**Attorney's** 83:24
**August** 78:8,12 96:5,15
  99:2 108:22 130:11
**authorities** 65:11 80:6
  83:2
**automatic** 119:22
**available** 20:11 136:21
**Avenue** 2:4 6:10,17
**average** 11:25 16:5,5
  92:20,20,21,22 101:9
  101:10,22 119:20
**avoid** 60:22
**aware** 98:16
**A-t-k-i-n-s-o-n** 10:4
**A/P** 20:16

**B**

**B** 2:16 110:12
**bachelor** 21:21
**back** 7:2 36:3,13 44:17
  47:1,5,8 51:21 61:2
  68:20 70:4,18 74:18

**74:19** 106:12 125:25
  137:24 138:2,4
  143:12,23 145:2,17
  146:7
**backtrack** 154:17
**bad** 40:9 88:10 103:2
  116:25
**Baker** 43:2,4 45:3
**Baldwin** 9:14 34:7
**band** 12:13,18 15:4
  68:19 70:16,18,21
**bands** 15:2
**Barry** 94:1
**basically** 129:20 141:18
  148:8 152:18
**basis** 27:6
**bathroom** 46:13
**Bayview** 9:19
**bear** 70:22
**bear-hugged** 71:4
**beat** 48:4
**beating** 141:3
**becoming** 87:1
**bed** 77:17 78:17,21
**began** 51:20 98:19
  108:22
**begging** 154:12
**beginning** 68:18 102:5
  135:7
**behalf** 2:5,9
**believe** 25:2 33:12 39:9
  46:20 57:2 60:12
  63:13 70:14 71:25
  88:15 109:9 110:4
  152:20
**believed** 84:4
**bell** 42:5,6 44:7,8
**bending** 70:21
**best** 100:20 121:23
**better** 20:10 50:1 90:7
  92:20 111:20 155:8
  155:10,11
**big** 32:4 111:22
**birth** 5:16
**bit** 35:16 41:16 45:23
  50:16 66:5 101:11
  113:1,24 115:15
  118:4 145:18 154:20
**black** 112:19,22,23
  123:9 130:15
**blacked** 64:1 85:17
**blocked** 75:22
**blown** 141:5
**BLSA** 123:8 126:24,25
  127:1 128:11,15
  130:5,10,22 131:21
  136:10,10 147:10
  148:4 149:7 151:16

151:17
**Blue** 35:11,11,12,12
**board** 74:1
**body** 13:14 35:18
**book** 45:21 60:24 94:22
**books** 37:14 38:3
**born** 5:18
**bottom** 147:22 154:11
**boy** 66:7 68:19
**boyfriend** 142:2,4,24
**boys** 66:7 74:5
**boy's** 68:21
**brainstorming** 13:24
**breaks** 114:9 133:1,4
133:10 135:2
**breathe** 100:23
**breathing** 102:9
**Brendan** 142:7,8
**briefly** 20:5 34:1 62:11
140:22
**bring** 70:18 102:21
119:19
**bringing** 70:19 149:8
**brings** 22:17
**broke** 74:17,18
**broken** 53:4,7 142:12
**Brookside** 6:10,11
**brought** 70:20 148:8
**bulk** 136:7
**bully** 53:15
**bully's** 54:3
**bunch** 30:4
**business** 14:17,18
**B-L-S-A** 136:10
**B-r-o-o-k** 6:14

―――――― **C** ――――――

**C** 110:12,13,15
**cabinet** 24:21,22
**call** 5:14 54:5 69:17,18
71:16,17 96:20
115:14,20,21
**called** 8:25 20:18,18
62:22 66:20 69:18
71:21 78:4 80:16
134:9 138:15,16,18
141:11 145:24
**camel's** 74:18,18
**campus** 19:12 20:21
22:18 54:19 79:5,6
82:6 83:18 96:23
**cancel** 125:24
**caption** 157:10
**care** 34:3,11,14 56:3
64:4
**career** 89:15
**Carolina** 94:18
**case** 1:3 3:18 20:2,3

72:3,5 81:11,15 83:1
117:11 132:4
**Cathy** 125:17,21
**cause** 157:15
**caused** 19:23 20:6
**cc'd** 150:20
**center** 36:14,21 37:9,13
37:16,17,20,21 38:10
38:15,18,21 47:2
54:19 55:24,25 56:6
86:1,3,19,21
**Central** 94:16,18
**certain** 13:16 28:20
99:14 121:19 130:21
**certainly** 45:2 58:7
109:20
**CERTIFICATE** 157:1
**certify** 156:8 157:7,12
157:14
**chair** 23:2 145:3,17
**change** 139:24 143:19
**changed** 143:16
**changes** 110:20
**check** 146:18,23
**checked** 141:20
**checking** 64:23,24 65:1
141:18
**children** 7:13
**Choice** 35:11
**chronic** 60:15
**circumstances** 45:15
139:13
**Civ** 1:3 112:18 120:25
**civics** 20:17,18
**civil** 3:18 67:22,24 68:9
75:4 84:11,19 99:8
110:12 112:25 113:3
120:20 121:7 132:4
**claim** 3:9
**clarification** 107:17
**clarify** 17:14
**clarinet** 12:17
**class** 13:2,3,9 22:7
68:19 70:16 116:5
135:22 140:25 141:2
141:10
**classes** 57:20 89:10
90:11 99:4,7,15,16,20
99:22,24 102:16,19
120:16,19,23 121:18
121:20 122:1,1
**classroom** 27:12,14
28:1 52:23 58:20
89:7,8,14 114:15,16
115:9,11,24 116:1,10
116:21 117:4,11,20
127:8,11,18 128:23
129:10 133:17,19,25

135:9,17,18,25 136:1
136:9
**classrooms** 58:24 59:15
59:16 133:24
**clear** 4:7
**clicks** 48:3
**client** 5:4
**close** 50:2,3,25 52:10
52:25 58:11 103:8
108:17 116:14 117:3
117:12
**closed** 71:5 77:13,14
**club** 13:22,24 14:1,5,16
14:17,18,19,22 22:16
22:17,23 24:10,11
25:14
**clubs** 12:4,7 13:15 14:8
15:1,4 22:9,13 23:7
**cognitive** 47:12,13
**cold** 34:16
**college** 6:25 7:5 18:25
19:2 35:16 51:10
75:12 87:24 90:5,8
**Collegiate** 23:12
**come** 18:6 77:16 122:10
130:16 143:24 145:25
146:12
**coming** 7:2 146:6,23
**commencing** 1:21
**commented** 128:25
129:11
**commercial** 55:11,12
**Commission** 155:25
**committee** 24:21
**common** 137:21
**communicated** 50:23
**community** 72:9
**company** 45:10
**compete** 130:18
**complain** 128:17
**completed** 10:11 11:6
**compliment** 114:25
**concentrate** 27:10
48:23 50:11,25 60:23
103:9 112:5
**concentrating** 87:3,20
**concentration** 46:4
87:7
**concern** 126:25 127:1
128:14 131:9,9 148:7
**concerned** 129:4 131:6
**concerns** 131:14
136:10 148:6
**concluded** 155:14
**condition** 60:7,11
90:15,16
**conditions** 50:20
**conducted** 67:14

**conference** 52:19
**confidential** 6:7
**confirmed** 79:21
**confront** 82:15
**confrontations** 72:25
**confused** 129:5
**confusing** 69:20
**conga** 70:19,20
**consider** 17:18
**consist** 29:8 47:11
**consulted** 37:3
**contact** 65:11 79:24
80:3,6 125:15,16,21
**contacted** 83:6
**contacting** 83:2
**contemplation** 72:8
**content** 129:12
**contents** 148:2
**contest** 72:10
**Continuing** 10:20
18:24 22:21 61:15
81:19 84:2 85:2,20
89:14 106:12 108:8
109:5 113:10 115:11
117:19 134:16 138:2
153:7 155:7
**continuously** 37:1
46:21,23
**contracts** 99:8 110:12
113:22 120:20 121:2
123:5 140:24 141:2
**conversation** 80:20
130:2
**cool** 100:21 132:9
**coping** 37:12
**cops** 80:25 81:3
**copy** 124:25
**Coral** 1:20 2:9
**correct** 8:18 18:22
20:22 24:2 27:1
32:15,16 33:1,8 44:13
44:14 45:5 46:19
51:21,22,24,25 52:1
54:12 56:24 57:14
58:12,20 65:22,23,24
65:25 74:24 86:7
88:14 89:12 90:15,19
91:6,7,9,10,14,15
92:9,10,18 93:20,21
98:17 101:20 102:17
102:18 104:20 108:2
108:3,8,9,13,16,20,21
108:23,24 110:3,7,8
111:4 113:9 116:15
119:25 121:16 124:8
124:9,11,12 125:7,8
126:1,2,4,5,6,7,9,10

133:10 143:17 144:14
144:22 147:25 148:1
148:15,16,19 149:18
149:21,22 153:1,5,17
153:18,20,21,24,25
154:2,3,6,7,9,10
157:8
**correctly** 7:3 45:17
**correspond** 138:10
**corresponded** 139:9
**Cory** 66:16,20
**couch** 62:17
**counsel** 157:15
**counseling** 36:20 37:9
37:20,21 38:2,10,15
38:18,21 85:21,25
86:16
**counselor** 29:10 35:23
**counselors** 36:13
**counsel's** 29:11
**counts** 115:25
**COUNTY** 156:5 157:3
**couple** 7:1 39:21 41:14
**course** 20:17 34:20
35:14 99:10 110:15
111:25 121:15
**courses** 20:11,15
110:13
**court** 1:2,17 4:9 81:2
92:17 156:17 157:5
**covered** 85:12 111:6
**crack** 63:9
**crazy** 129:2
**criminal** 84:6 112:24
**criminally** 65:21 72:1
**criminology** 19:16
20:22 21:3,11,22 59:7
59:8,12
**crisis** 35:23 36:14
37:13,15,17 47:2
80:11,16 86:1,19,20
**cross** 2:12 35:12 96:25
**culture** 111:23
**cum** 22:4
**cumulative** 61:1 119:19
**current** 6:9
**currently** 8:14 34:2
35:7,8 48:16,17 142:2
**cut** 9:2

―――――― **D** ――――――

**D** 2:11 110:11
**dad** 6:22 94:21
**date** 5:16 40:10 56:14
56:14 75:16 104:10
117:15 128:6
**dated** 120:2 123:18
147:23 148:20 151:24

day 76:12 79:13,15
    101:17,24 102:2
    122:13 125:4,5,9,13
    125:22 128:4 148:17
    155:21 156:13 157:19
days 43:1 83:23 100:7
    100:11 101:15,22,23
    146:24
dealing 87:19
dean 80:13 104:1 105:1
    105:3,13,20 106:8,9
    107:13,20,21 108:1,4
    112:10 117:23 118:5
    118:21 119:24 120:5
    122:18 123:17 124:6
    124:21 125:1,3,6,14
    126:8,12,14,20
    127:21 131:15 132:18
    133:15 134:16 135:10
    136:5,13 137:3
    138:24 139:3,10
    143:12 147:9,22
    148:3,14 149:17,24
    150:14,17 151:6,9,11
    151:24 152:23 153:2
deans 105:12
dean's 37:22 80:14
DECA 14:10,11
December 21:16
    104:22,24
decided 91:8
decline 87:14 88:9
declined 27:4
declining 86:25
Defendant 1:9 2:9
Defendant's 2:17 119:8
    119:16 123:15,24
    147:13,16 148:22,25
    150:7,10 151:23
    152:5 153:10
defended 70:2
defense 70:3 128:22
definitely 33:3
degree 19:14 20:22
    21:18,20
Delta 25:20
delve 61:10
demand 73:14
denied 82:24
department 83:15,17
Depending 12:22
depo 3:22
DEPONENT 155:18
deposition 1:14,22 3:11
    8:14 155:5,14 157:9
depressed 53:14,19
    54:11 55:7
depression 55:13 60:4

60:19 122:9
derived 5:2
describe 13:23
described 126:18
    132:23 136:19
deserted 62:16
desk 107:9
detail 17:12 46:11
determination 64:21
developed 51:10
diagnosed 44:15,18
    46:18 60:2,4,10 61:6
    61:7 87:9 88:14
    101:1
diagnosis 46:22
dialogue 103:22
different 3:21 12:16,16
    15:2 18:13 36:13
    37:5 47:19 49:13
    73:4 82:19 86:24
    90:23 91:1 93:19
    109:7,7 135:14
difficult 112:2
difficulty 111:5,10,24
    153:19
DIMATTEO 2:6
Dimensionally 32:4
diploma 11:17 18:16
direct 2:12 3:5 126:14
directed 150:19,21
directly 138:16
disabilities 97:8,12,17
    97:18 136:15
disability 28:18 31:24
    87:10 97:4 98:24
    104:8
discovery 4:24 5:2,5
discuss 104:5 117:22,24
    131:20,24 132:14,18
    146:15,16 148:11
    149:10,15 153:16
discussed 28:15 80:23
    84:25 96:20 97:4
    116:12 128:9,11
    132:20 134:12 136:5
    136:8,9 144:12
discussing 146:17
    149:7
discussion 27:19
    102:14 116:6 124:1
diseases 65:2 79:19
dismissal 72:8
disorder 35:25 36:25
    39:7 44:11,16 48:10
    60:15 122:4 137:21
disposition 60:20
distracted 117:12
distracting 116:24

distraction 89:3
district 1:2,2 74:22
    75:5 81:12,13
diversity 24:20
Dixie 1:19 2:8
doctor 9:5 35:3,7,15
    39:10 40:21 42:10
    43:15 44:21,22 51:5
    54:15,17,18,22 56:2,6
    56:7 61:7 64:10,10,11
    64:13,20 65:9,10 79:2
    79:3,4,5,6,9,14 86:5
doctors 34:19,23,24
    54:23
doctor's 9:6 34:5 35:1
document 119:14
    123:22 147:14 148:23
    150:8 152:3
documentation 29:7,8
    29:18,22 30:18 132:2
    132:3,9 134:25 150:4
    152:20
Dodd 10:24 11:2
doing 50:24 105:7
    108:6,15 114:23
door 71:5 75:21 76:1
    77:14
doors 124:14
dorm 77:20
dormitory 77:23 78:1
Dr 9:13 34:6,10,21
    38:25 39:3,14 42:4,7
    46:17,22,25 47:10
    51:8 60:3 86:4 101:4
    118:8 125:15 132:7
    132:13 135:4 137:5,7
    137:10 138:10,25
dream 103:2,3
drops 23:24
drugs 62:14 63:5,7,12
    63:14
drum 68:20 70:20
drums 12:17 70:17,19
drunk 82:22
due 122:3
duly 3:3 156:9 157:13
dumbfounded 146:5
D-E-C-A 14:15
D-o-d-d 11:1

─────── E ───────

E 2:11,16
ear 47:23 124:10
earlier 46:17 57:23
    91:3 108:10 140:8
    150:13
early 75:20 91:5 106:19
    118:2 120:14

earned 21:17
earphones 47:25 49:24
ears 100:22 141:4
easily 45:20
Easter 140:21
eating 46:5
education 18:17
effect 51:12 119:5
effective 49:21,25
    115:1
effectively 114:22
eighth 10:22 19:22,24
    91:5
either 16:9 17:25 25:4
    30:24 38:23 48:3
    50:17 52:4 54:15
    57:24 58:8 68:1
    73:14 74:7 75:17
    79:1 82:3 86:21
    94:17 127:17 157:15
elaborate 112:1 128:19
elementary 9:18,19,22
Elliot 76:5,23 77:16,17
    82:3,15 84:8,22
EMDR 47:12,14,15,18
    49:3
emergency 39:21,22,25
EMILY 2:3
emphasized 146:20
empty 130:23 131:3
engage 111:15
enjoyed 60:23
entails 36:9
entire 137:2
entirely 51:25
envelope 129:7
environment 117:4
equipment 70:17
ER 40:5,8,24 41:5,10
    41:13,17
ESCO 2:6
especially 60:16,25
    88:23 113:21 146:21
essentially 78:21
estimate 121:23
evaluated 39:14 45:4
    56:6
evaluation 29:10
eve 106:17
event 157:16
everybody 66:20 107:3
everyday 100:9,10
ex 142:25
exact 75:16
exactly 35:22 47:17
    48:22 58:1 80:23
    99:23 119:6 126:22
    128:4

exaggerated 60:17
exam 31:9,15,18 32:1
    32:15 33:22 59:24
    113:18,23,25 116:13
    123:5 133:2
examination 3:5 64:17
    113:5 114:10
examined 3:3
example 102:25
exams 31:5,21 32:13
    51:14 52:22 58:20,23
    59:15 89:6,7,11,18
    90:1 104:15,16,19
    106:17 124:19 126:21
    137:23 139:16 153:23
    154:1
Excedrin 40:19
exclusion 119:22
Exhibit 119:9,16
    123:15,24 127:20
    128:22 147:13,16
    148:22,25 150:7,10
    151:23 152:5 153:10
expect 90:3
expelled 65:24 67:10
    72:14,16,17 73:14
experience 20:6 51:20
    100:8,12
experiencing 52:9
    58:10 103:14
experimented 63:9,10
experimenting 62:14
    63:4
Expires 155:25
explain 18:4 36:8 47:21
    100:17 144:18 145:5
    154:20
exposed 71:7 86:15
extend 133:10
extended 114:9 133:1,4
    135:1
extra 27:17 135:20,21
ex-boyfriend 53:15
    143:1
ex-boyfriend's 53:24
e-mail 2:19,20,21,22,23
    109:8 123:17,23
    124:6,20,25 125:1,3,7
    125:25 126:1 127:2
    127:10,19,25 138:11
    144:3 146:19,23
    147:3,5,7,15,21,22
    148:3,11,15,20,24
    149:6,11,18 150:6,9
    150:12,15,19,24
    151:10,12,14,15,19
    151:24 152:4,8,10,11
    152:12,14,16 153:9

153:16 154:4,25
155:2
**e-mails** 109:13,23
110:1 122:14,16,24
123:1,3 147:8 149:12

**F**

**F** 110:11
**face** 51:18 124:14
**facility** 49:8,9
**fact** 50:24 79:20
**failed** 119:3 129:25
**failing** 129:23 131:13
**failure** 119:19
**fair** 15:24,25 30:22
33:4,6 50:18,19 51:11
54:13 73:7 74:20
90:20,21 104:23
109:23 117:2
**fall** 57:6,13 58:9 96:4
131:8
**falsely** 74:6
**FAM** 94:1
**familiarize** 98:11,13
**FAMU** 94:1 95:2,3,13
95:15,19
**far** 5:1 58:14 80:23
84:5 87:2 99:19
102:5 110:20 114:14
115:4 117:7,10
131:15 134:8 135:1
**fast** 46:12 141:3
**father's** 6:2
**February** 117:25 118:1
118:2 120:8 122:15
128:2,5,10 136:6
137:4 139:4 149:20
154:22
**feel** 116:2
**felt** 20:8,9 26:14 27:8
123:12 149:8
**female** 79:9
**fifth** 10:16
**fight** 53:14,16
**figured** 26:1
**file** 67:22 68:9 73:19,24
84:8
**filed** 3:9 67:24 73:21
74:19 75:4
**Filing** 155:13
**fill** 81:3 151:1,7
**filling** 151:4
**final** 113:5
**find** 81:13 138:8
**finding** 129:2 154:15
154:23
**fine** 6:16 114:23 132:22
134:19

**finger** 75:22
**finish** 4:13
**finishes** 57:2
**first** 2:4 3:3 4:8 12:24
15:23 17:2 19:20
23:15 26:25 32:24
36:1 44:15 46:18
49:2 53:7,10 57:21
60:9 61:11,12,13 66:4
76:11 82:21 83:18
85:14 86:19 90:16
91:20 92:13,23 95:8
98:2 99:1,20 100:3,15
101:12 103:13,19
104:1,3,16 106:2,5,15
109:9 110:2,6,10,22
111:1,7,16 112:6,20
113:14 114:17 115:12
118:11 122:18 123:5
123:10 124:16,20
128:11 129:17 130:12
132:5,5 137:2 139:19
139:23
**fist** 70:5
**FIU** 94:7,8
**five** 3:15,16 4:1,2 7:18
93:23 100:13 101:13
101:16,23
**Flemming** 5:25
**Floor** 1:19 2:3,8
**Florida** 1:2,18,20 2:4,9
39:23,24 40:25 41:25
42:19 44:7 94:5,12,14
94:16 155:24 156:3,8
157:2,6,23
**focusing** 45:20 134:13
135:9 153:19
**follow** 20:3 28:21
**following** 57:18 85:14
85:21 118:10 127:24
151:9,10
**follows** 3:4
**follow-up** 56:3 59:19
**Fonseca-Nader** 121:13
**Forbes** 1:5,14 2:13 3:2
3:7 5:9 6:1,3 8:5,12
32:10 74:4 156:9
157:9
**foregoing** 157:7
**foremost** 4:8
**Forester** 8:8,9
**forget** 127:2
**forgot** 72:7
**form** 29:10 151:7
**formally** 17:24 18:1
**format** 49:13
**forms** 151:1,4
**forward** 27:3 81:5,24

**fought** 81:2
**found** 67:17,19
**four** 90:23
**fraternity** 25:19,21
**Freeport** 6:17 9:21
10:8 11:4,10,15,22
16:10 18:16 62:8
63:22 74:22 75:5
81:12
**frequent** 100:7
**Frequently** 100:6
**freshman** 12:25 13:3
14:6 25:5 28:10
52:21 53:2 88:2,3
**Friday** 155:8
**friend** 62:18 63:16 76:2
76:18 77:1
**friends** 62:15 69:11
73:2,4 77:6,9 111:12
**friend's** 62:13 73:3
**front** 61:2 114:19
128:24
**full** 66:21 92:11 141:4
**funny** 75:23
**further** 84:2,13 105:10
157:12,14
**future** 5:4

**G**

**Gables** 1:20 2:9
**GAEBE** 2:6
**Garcia** 122:19 125:3
126:12,14
**Garcia's** 125:2
**gear** 20:12
**general** 50:8,10,15 71:2
89:19
**getting** 27:10 30:17
62:11 112:16 116:25
131:22 134:23
**girl** 74:4 129:17,25
**girls** 141:10
**Gisondo** 118:8 125:15
132:7,13 135:4 137:5
137:7,10 138:10,25
**give** 27:18 50:15 55:16
55:17 58:4 59:4
68:20 102:13,24
121:23 127:14 136:13
137:20 139:18 140:2
154:17
**given** 115:15
**giving** 56:9
**gladly** 4:17
**go** 4:5 16:16,17,22 17:9
26:23 30:14 34:1,19
35:2 36:12 37:1 38:8
38:17 43:22 45:19,25

46:1 48:5 52:11,14
53:12 54:18 58:19
63:20 64:7,9,9,12
66:17 70:17 71:22
73:13 76:12 77:11
78:17 80:25 81:3,5,24
83:19,24 105:20
106:12 107:13,25
127:14 137:4,13
138:24 139:16 141:1
141:23,24,25 143:7
**goes** 114:14 117:10
**going** 4:5,18 6:25 9:15
17:18 40:4,7 41:9
48:14,15,16 59:24
61:2 69:17 71:15
74:5 78:20 80:2,5
82:10 115:14,19
117:13 123:14 134:8
139:18,21 140:2
142:1 144:6 145:7
147:18,21 150:6
151:22
**good** 3:7 4:21 11:24
12:1,2 16:4 20:9
53:20 60:20 89:20
114:20
**Gordon** 121:7,8
**gotten** 46:9
**government** 12:20,24
13:6 20:17 24:25
**GPA** 11:21,24,25,25
12:1,2 21:24 23:16,19
23:21,24 26:21,23
27:1,4 94:23 97:1
98:16 110:25 119:4
**grabbed** 78:19
**grade** 10:14,17,21,22
11:11 19:22,24 65:18
91:5 119:20 129:23
**grades** 81:11 87:14
89:23,24 90:2 110:9
110:16,20,23 115:23
118:10 119:1 129:3
**graduate** 11:14,19 22:4
**graduated** 7:1 11:22
16:12 18:21 24:1,5
82:12
**grant** 135:5
**graphic** 62:12
**grasp** 112:2
**ground** 4:6
**grounds** 67:1
**group** 36:10,11
**groups** 111:16,19
**guess** 51:11 56:25
60:20 104:4 121:24
**guessing** 18:19 121:22

**guidelines** 97:4,11,16
136:15
**guilty** 67:17,19,20 72:9
**guy** 53:16 146:6

**H**

**H** 2:16
**half** 31:5,6,10,13 33:21
89:23 114:2 132:19
133:6 134:20 154:1
**hallway** 141:11
**hand** 71:8 143:25
156:12 157:18
**handbook** 96:25 97:25
103:18 105:17 107:5
107:6,8,12 108:13
**handed** 28:13 97:10
129:11,14
**hand-delivered** 129:6
**happen** 62:3 103:7
**happened** 17:21 49:11
61:3 62:12 65:19
67:1 68:12 69:5,15
70:15 71:4,20 75:18
76:10 77:12,15 78:18
80:8 82:25 85:17
103:1 126:20,23
137:16 140:23 144:4
145:12
**happens** 48:2
**hard** 13:23 27:9 47:21
51:14 60:23
**harder** 112:5
**hate** 46:1
**Hayes** 125:17,21
**head** 69:1,9,12 145:2,3
145:15
**headache** 40:9
**heads** 27:19 115:19,22
134:6,8
**health** 54:19 55:24,25
56:6
**hear** 93:6 100:21
**heard** 93:2,8
**heart** 90:3 100:23
102:8 141:2,7
**heartbeat** 100:21 141:4
**Hecht** 78:4
**held** 96:14 104:19
62:15 88:18 102:11
113:2 115:6 117:14
140:10,11,13,15,18
140:18
**helpful** 88:21,23
**helps** 48:19,23
**Henderson** 76:7,8,23
82:3,15 84:9,23

hereunto 157:17
**Hernandez** 104:1 105:1
105:3,20 108:4
117:23 118:5,21
119:24 120:5 122:21
123:17 124:6,21
125:6,14 126:9,20
127:21 131:15 132:18
133:15 134:16 135:10
136:6,13 137:4
138:25 139:4,10
143:13 147:9,23
148:3,14 149:17,24
150:17 151:6,10,11
151:24 152:23 153:2
**Hernandez's** 110:16
**Hey** 106:13 138:25
**high** 10:12,13,19,20,21
11:2,6,7,9,10,11,15
11:17,22 12:8,12
13:16 16:8,10,11,12
17:9,19 18:16,24
19:18 20:12 40:15
47:1 49:5,11 61:22
62:6,8 63:22 85:16
87:15
**higher** 98:17
**Highway** 1:20 2:8
**Hillside** 44:4
**Hip** 24:10,11
history 9:16 17:12 34:2
**hit** 68:18,19,25 70:4
**HOEVELER** 1:3
**Holt** 142:11 143:3,5
**home** 16:17,19,20,22
17:3,8,14 18:4 47:8
72:22
Honestly 20:8
**honor** 23:9,10,22
**honors** 22:5
**Hop** 24:10,11
**hospital** 40:24 41:19
42:16,18,25 43:12,15
43:21 44:1,4,6 45:4
55:22,23 64:9 141:13
141:24
**hot** 80:11,16
**hour** 31:11
**hours** 31:11,12 41:14
44:2
**house** 18:7 62:13
**housekeeping** 4:23
**hug** 70:23
**Hurricane** 22:15
**hurt** 81:15
hygiene 46:2
**H-e-c-h-t** 78:6
**H-e-c-k** 78:5

**H-o-l-t** 142:11

_____

**I**

**idea** 50:15
**ideations** 54:12
**Identification** 2:17
119:17 123:25 147:17
149:1 150:11 152:6
**iffy** 154:14
**ignoring** 107:14
**immediately** 146:2
**important** 4:10 105:24
**impromptu** 104:14
109:5
**improve** 110:20
**improvement** 89:6
**incident** 61:11,12 63:11
64:2 66:1,2 68:3,5,7,7
68:10,11,13 70:10
76:24 78:24 82:4,16
84:12,12,20 85:21,23
86:12,15,17 142:15
**incidents** 61:25 75:10
75:11 85:9 86:14,24
87:5,16
**include** 34:25 61:25
122:6
**increase** 89:24
**increased** 88:4 90:11
**independent** 112:17
**independently** 45:8
**indicated** 124:7
**individuals** 77:5
**inducted** 23:9,14,17,23
24:5
**ineffective** 112:3
**influence** 8:14 63:12,14
**inform** 81:19
**information** 86:10
138:16
**initially** 95:4 143:15
153:3,7
**inquire** 84:2 87:25
97:15 105:10 117:16
**inquired** 144:19,24
**inside** 32:14
**instances** 46:10
**instrument** 12:15
**insurance** 45:10
**intensive** 88:5
**interested** 157:16
**internet** 48:25
**introduced** 144:2
**intrusive** 27:11
**investigation** 67:15
**involved** 12:4,8,19
14:19 22:9,14 23:4,8
25:8 46:10 66:2

75:11 81:20,21 85:10
85:24 86:4
**involving** 86:13,14
**in-class** 27:17 135:23
**Island** 5:19
**isolated** 134:21 154:8
**issue** 114:18
**issues** 46:5 115:5
116:13 124:8 126:4
140:7 147:9

_____

**J**

**Jackson** 43:12,14 44:1
150:16,22
**Jane** 42:7
**Jannell** 150:16,22
**January** 56:23 57:1
120:3,11,12,14,15
122:14,16,22 123:18
125:12 127:24 147:23
148:17,21
**jarring** 51:19 113:24
**Jeannette** 1:17 156:7
156:16 157:5,22
**Jennifer** 8:3
**Jinx** 68:24,25 71:24
72:25 86:13,14
**Joanne** 5:21,22
**job** 20:9
**Jodie** 7:24
**Jodie's** 7:25
**join** 25:15 130:10
**joined** 32:8
**JOYCE** 2:3
**July** 1:20 156:13
157:19
**June** 95:23,25 96:1
108:19
**junior** 9:25 10:13,18,19
10:20,21 11:2,6 13:10
13:11 26:9 32:25
33:2 66:3,5 68:8,12
90:8
**juvenile** 72:6
**J-o-a-n** 5:22
**J-o-a-n-n-e** 5:23

_____

**K**

**Kalsner** 38:25 39:3,14
**Kalsner-Silver** 39:2
51:8
**keep** 38:5,7 61:2
**Kelly** 43:8
**Kenneth** 6:3
**Kenny** 8:12
**kept** 27:10 103:20
106:21 145:3
**Kevin** 53:25

**keyhole** 75:22
**kind** 8:21 13:22 14:16
14:22 20:16 22:16
24:24 25:9 26:6
32:22 35:17 39:10
44:3,20 45:21 48:12
51:18 54:16 62:16
64:4 67:15 85:20,25
86:16 87:18 100:19
100:20 105:5 126:3
127:8 130:14
**kinds** 30:7 63:7 88:1
116:20
**knew** 53:17,18
**knock** 75:21
**know** 4:1,17,23 9:1,9
15:8 17:24 18:3,10,15
18:18,20 22:7 23:25
24:1,4,7 30:3 35:8,22
36:10 38:6,12,16
39:10 42:4,7 43:4,6
44:20,21,23 45:1,6,13
48:22 50:21,22 54:4,6
55:10 56:5,18 58:5
61:16,18 65:13 66:22
67:12,13,14,20 69:8
71:3 72:1,4,10 75:7
76:22,23 77:3 79:25
80:15 81:1 82:10,12
82:14 86:5,13 87:2
90:3,7 92:1,19 93:1
95:15,17 97:22,22
99:16 103:21 105:8
105:16,18,22 106:13
106:22 107:9,11
108:1,11 109:17,19
109:21 110:24,25
111:9,11,18 114:20
118:20 119:10 120:10
121:20 124:22 128:8
131:13 140:18 144:10
153:13
**known** 5:12 115:2

_____

**L**

**LANIER** 2:2
**Large** 1:19 155:24
157:6,23
**lasted** 101:11
**lately** 124:14
**Latoya** 150:16,22
**laude** 22:4
**law** 7:2 20:12 91:4,13
93:3,3,20,22,25 94:7
94:9,22 96:3,17 98:5
98:9,12,15,19,22
100:3 107:13 108:22
111:12,23 112:19,23

119:22 123:9 130:15
135:14 157:13
**lawsuit** 73:19,22,24
74:15,19
**lawyer** 19:18,21,24
20:7 91:5
**leaders** 29:1
**leading** 88:6
**leaned** 145:2,17
**learn** 28:5 116:22
138:18
**learned** 93:15 138:13
138:21
**learning** 87:10 117:4
**leave** 53:11,12 54:10
56:11 57:10,15,18
58:8 77:17,19 78:17
78:20 145:10
**leaves** 145:22
**left** 56:12,16 77:13
80:15 105:9 145:4,10
145:18,22
**legal** 25:23 99:9 110:14
120:21 121:12
**letter** 2:18 118:15,17
118:18,19,22 119:10
119:11,15,18 120:2,5
126:1,3,6,8,11,15,18
127:4,6,7,9 128:18,21
128:23 129:11,12,14
131:10
**let's** 12:23 27:14,24
34:19 52:5 61:10,24
66:4 100:8
**Lexapro** 8:25
**library** 132:21
**licensed** 29:19
**lifetime** 60:16 90:22
**liked** 19:12,14 20:21,21
70:22
**limitations** 83:9,21
84:3
**line** 80:11,17 153:1
**Lisa** 35:20
**list** 95:4,9
**listen** 47:20 117:14
**listening** 48:11
**literature** 28:12 98:23
136:14,25
**little** 6:6 35:16 41:16
43:9 45:23 50:6
66:5 74:4 101:11
112:1,25 113:24
115:15 118:4 129:17
145:18 154:20
**live** 6:21 142:14
**lived** 6:23 7:6 142:24
**living** 77:22 78:7,11

Case 1:07-cv-22502-WMH   Document 57-1   Entered on FLSD Docket 10/27/2009   Page 159 of 172

Page 6

142:13
**Liza** 29:12,14 44:19
  45:16,17 86:6
**load** 88:7
**located** 9:13,20 10:7
  34:7 35:3 42:18
**location** 31:15,17 33:22
  132:20 133:7 134:21
  153:24 154:9
**lockers** 66:8,13
**long** 3:14 5:19 6:23
  23:22 34:10 40:13
  41:12 42:24 43:25
  50:12 56:11 78:7
  81:1 101:7 143:9
**longer** 101:11 138:14
  138:20
**look** 93:10 98:8 106:13
  119:10 123:16,19,21
  125:10 131:12 147:19
  152:1
**looked** 17:22 94:21
  98:13 124:3 145:9
**looking** 129:18
**lot** 25:15 88:4 100:4,5
  100:21 109:21,21
**lower** 92:20,22
**LSAT** 91:9,13,17,25
  92:9 93:8 94:21,22,23
**l-i-z-a** 29:14

---
**M**
---

**mail** 129:5
**main** 122:18 129:4
  144:1
**maintain** 98:16
**major** 21:2,3 59:3
**Makdisi** 121:3,5,6
**making** 110:20
**males** 91:1
**manage** 88:7
**mandatory** 96:8 99:13
  121:17
**manifest** 46:6
**manually** 97:1
**March** 5:17 137:8
  139:7,10
**marijuana** 63:9
**mark** 6:6 119:8 123:14
  147:12 148:21 150:7
  151:23
**marked** 89:6,24 119:15
  123:23 128:22 147:15
  148:24 150:9 152:4
  153:9
**married** 7:9,11
**material** 96:18 97:10
  111:6,10,19,25

116:23
**matter** 112:2
**matters** 4:23 90:11
**Max** 3:7
**MAXIMO** 2:7
**MBA** 147:7
**mean** 31:6,17 38:4
  43:13 45:2 47:8
  48:15 53:7,9 59:20
  61:13,19 84:13
  107:25 116:12 123:21
  124:15 128:19 132:21
  146:15 154:20
**meaning** 116:4
**means** 31:7
**meant** 105:8 107:15
  124:16
**mechanisms** 37:12
**medical** 9:16 34:2,23
  34:24 35:1 36:19
  38:24 41:24 56:11
  57:10,14,18 58:8 64:4
**medication** 44:13
**medicine** 8:15,18,21,23
  9:1,4 102:10
**meet** 28:25 29:3 32:11
  103:20 118:8 123:10
  132:7,13 135:3 143:5
**meeting** 25:25 26:1
  30:25 74:1 104:2,6,11
  104:12,13,14,25
  106:8,9 109:3,6 128:9
  131:18,21 136:6,14
  139:5 143:12,20,22
  146:25 149:24 151:9
  151:11,13 152:22,24
  153:2,11
**member** 14:3,21 22:23
  24:17
**members** 130:20
**Memorial** 43:12,15
  44:1
**memorialize** 131:14
**memory** 44:9 87:3,6,20
**mentioned** 123:8 127:1
  148:7
**Mercy** 44:6
**met** 29:21 30:17 127:21
  137:3,16 153:14
**method** 49:3,21,23
**methods** 112:3
**Miami** 2:4 19:3,11
  20:21,25 21:8,15,18
  21:25 22:10 24:10
  26:5 28:3 31:4 32:21
  33:19,24 37:9,18,19
  51:5 52:22 57:9 58:8
  77:23 83:16,19 87:25

88:17,22 89:11,16
  90:2,17,19 92:8 94:1
  129:9 132:1 135:18
  136:2,19,23 142:19
  143:5,7 152:21
  153:23
**Miami-Dade** 83:17
  156:5 157:3
**Michael** 2:7 7:20
**Michael's** 7:21
**mid** 120:15
**middle** 5:10 9:25 10:2,5
  10:9,11,15,16 49:19
**migraine** 40:10
**migraines** 40:11,14,16
**mind** 13:19,20 139:24
  143:16,19
**minor** 21:4 74:24
**minutes** 101:10 102:2
  140:25 143:23 145:2
  146:3
**missed** 99:24 102:15,19
  117:14 121:21,25
**mistake** 85:5
**mom** 6:22
**moment** 9:16
**monitor** 32:18
**month** 8:22
**months** 47:9 63:19
  64:14,15,16 70:11
**Morgan** 7:22
**morning** 75:20 103:1
**mother** 5:20 69:18
  71:19 73:25 74:23
  75:4
**motioned** 77:16 78:16
  143:25 146:11
**motions** 145:25
**move** 81:9
**moving** 27:3
**Mullen** 2:6,7 32:8,9,11
**multiple** 147:8
**music** 47:20 48:11
  49:24
**mutual** 76:2,18

---
**N**
---

**N** 2:11
**name** 5:8,10,20,24,25
  6:2 7:21,25 8:4,7 9:6
  9:10 23:10 25:17
  29:11 30:5 34:5 35:2
  37:24 39:1 42:5
  53:24 54:1,3,4 59:5
  62:18,20 63:9 66:15
  66:19,21,22 68:21,23
  73:3 76:4,6,19,21
  77:25 79:11 80:14

93:2 96:12 125:2
  142:6,7,10
**named** 74:4
**names** 5:13 7:19 36:16
  36:17 44:5 59:4
  66:17
**National** 23:12
**nature** 87:21
**near** 108:15
**need** 6:13 12:9 106:13
  113:17 114:21 115:18
  129:20
**needed** 26:14,16 27:9
  29:18 30:12 45:25
  113:15,18,25 114:17
  115:12 116:2 124:10
  126:22 132:15 134:17
  146:21 151:7
**nervous** 45:24
**never** 71:16
**New** 5:19 6:17 9:14,21
  10:8 34:7 35:4 39:23
  40:21 41:2,17,19 42:2
  42:11 62:25
**Nice** 32:11
**nickname** 5:14
**nightmare** 103:3
**ninth** 11:12
**nodded** 112:12
**nolo** 72:11
**North** 94:18
**Northeast** 2:4
**Notary** 1:18 155:24
  156:7 157:22
**note** 154:4,11
**noted** 124:13
**notice** 1:22 89:5 155:12
**noticed** 71:5
**notified** 118:11,14,16
**Nova** 94:9,11
**novel** 60:25 61:1
**November** 105:2
  108:16,25
**number** 4:12,13 6:4
  119:9 123:15 127:20
  128:22 147:13 148:22
  150:7 151:23 153:10

---
**O**
---

**obtain** 18:9,15 23:16
**obtained** 19:6
**obviously** 94:4 144:17
**occasion** 59:21,23
**occasions** 31:20
**occur** 61:11 75:14
  77:20
**occurred** 68:5,8 70:11
  76:24 85:15 88:11

142:15
**October** 75:17,17
  78:10 109:1
**Odyssey** 13:19,20
**offense** 83:21
**offered** 132:21 141:14
**office** 28:18 31:19,22
  32:2,6,13 37:23 52:18
  83:25 104:3,3 105:11
  105:21,24 106:10
  107:4,7,7 108:5 130:6
  130:7 131:8 138:11
  138:16 144:1 146:4
  157:18
**officer** 14:22,23 22:25
  84:4
**offices** 31:24 52:23
**official** 29:4 30:18,19
  52:12 93:8 156:12
  157:18
**officially** 65:16
**officials** 29:16,21 31:1
  69:15
**Oh** 46:4 64:24 69:19
  80:15 129:25 130:7
  142:16 154:24
**OJ** 20:2,3
**okay** 3:14 4:19,20 5:5,6
  5:12,16 6:2 7:3,23
  8:2,11,13 9:12 10:14
  12:13,14,18,21,23
  13:10 14:8,16 15:4
  16:12 18:14 19:13
  20:11,20 21:17,24
  22:12,15 23:3,10
  24:19 25:3,6,21 26:4
  27:14 29:2,16,21
  30:11 31:3 32:1,24
  33:21 34:1,13,19 35:6
  35:10,24 36:19 38:9
  39:19,22,24 41:7,12
  41:23 42:24 46:3,16
  47:25 48:2 51:9 52:1
  52:5,6 53:6 54:10,18
  56:2 57:12,12,17,23
  59:4 61:17,24 62:8,20
  62:22 65:21 67:8,17
  68:6,17,25 69:22 70:3
  70:5,13 71:10,12
  72:18 75:10,13,18
  76:10 77:3,11,15,18
  78:9,16,22 79:16
  80:16 83:8 84:16
  85:8,19,23 86:3,11,20
  87:1 88:6 89:20
  90:25 92:18 93:12,25
  99:1 100:7,14,16
  104:5,19 106:24

109:4,20,25 113:7
116:7 118:3,16,19,22
119:8 120:9,22
121:20 122:5,16
124:6,20 125:6,11
126:25 127:3,16,20
128:14 129:8 130:9
130:21 131:20 132:9
132:14 133:14,25
134:5,13,15 135:9,16
137:3 139:3,9,17
143:12,14 144:4,17
145:5,9,16,19 147:20
148:11 149:4,10,14
150:19 151:9,15,22
152:2,10,25
**old** 3:20 63:2
**older** 130:18
**Omar** 76:20 77:3,13
82:4
**once** 3:23 15:15 23:23
54:25 60:23 101:23
**ones** 13:18 59:2 95:1
133:8
**one-on-one** 36:9,12
**online** 28:19 136:20
**opened** 76:1
**operator** 138:20
**opportunities** 130:17
130:18
**opportunity** 5:1,3
113:4 127:15
**opposed** 52:23
**option** 87:23 92:1
**options** 80:22,24
**order** 28:21 29:17,25
114:21
**organization** 22:21,24
23:4 24:13,15,19,24
25:17 130:14
**organizations** 12:5,7
13:15 14:9 15:5
22:10,13 23:7 24:9
25:9
**orientation** 96:6,8,14
96:21 97:5,16,20
**original** 125:25
**originally** 132:4
**outcome** 72:4
**outright** 95:6 135:6
**outside** 7:6 32:17
**overall** 110:25
**overheard** 130:1

**P**

**PAGE** 2:17
**pages** 157:7
**palms** 49:18

**panic** 100:1,2,9,12,17
100:24 101:1,6,13,16
102:1,4,5,11,16,21
103:14 122:6 123:4
126:21,23 140:9,19
141:5,7
**pants** 66:8,9,12 70:24
71:7
**Papazian** 29:12,14
35:20 44:19 45:16,18
45:19 46:17,22,25
47:4,10 51:4 60:3
86:4,6 101:4
**paralyzes** 100:19 102:7
**parents** 17:22 35:2,6
40:22 42:13 45:19
46:1 63:19 65:7
71:18 73:13 74:7
**parliamentarian** 14:25
130:25 131:1,3
**part** 13:24 14:6 15:3
24:5 47:18 61:2 70:9
70:11 97:1 101:3
113:16 117:14 154:23
**participated** 13:16
**participation** 115:24
**particular** 12:21 19:15
90:1
**particularly** 46:7 50:1
51:14,15 113:18,22
123:5 154:8
**parties** 157:15
**parts** 53:5,7 68:15
86:13 96:25 97:1
**party** 76:12 77:12
**passed** 131:10
**passing** 96:24
**patient** 115:16
**pay** 38:8,9 55:19
**peers** 89:7
**Pendalver** 42:4
**people** 5:14 50:8,10,24
51:15 52:10,25 58:10
88:24 92:12 103:7
106:21,24,24 107:8
107:14 109:7 116:14
116:21 131:13
**percent** 88:25
**perfect** 88:19,25
**perform** 51:13 64:17
144:10
**performance** 26:19
30:21 86:23 89:25
**performed** 79:17 90:7
**period** 7:6 12:12 54:24
107:16
**permanent** 7:4
**permitted** 99:17

**person** 30:2 37:5,6,7
51:4 54:20 93:9
105:23 127:22 150:16
**personal** 64:10 86:9
124:7
**personally** 156:9
**person's** 76:19
**pertaining** 30:20
147:10
**pertains** 115:8
**Peter** 43:8
**Phillips** 2:2,3,15 5:6
30:13 32:10 155:6,9
**phone** 45:24
**Phonetically** 9:10
**physical** 64:17
**physician** 34:3,11,14
101:2
**Ph.D** 86:8
**pick** 95:13
**pills** 55:17 56:9
**place** 31:24 94:19
129:21 153:11 157:10
**placed** 95:3 118:12
131:7,16 147:24
**placing** 119:11
**plan** 35:9,10
**planned** 104:2
**play** 12:14,15
**played** 12:17
**plead** 72:9
**pleasant** 73:6
**please** 4:16 5:7 9:8 10:3
10:25 22:12 29:13
119:10 124:5 154:11
**pled** 67:20 72:10
**plus** 31:11 110:12
**point** 15:9 16:7 26:4
53:19 56:16 72:19
86:21 89:15 91:8
93:15 97:15 98:2
106:2 110:25 119:20
128:2 136:13 139:10
145:13,19 146:20
155:5
**points** 57:8 109:7
**police** 67:6 69:17,18
71:16,17,20 79:1
81:24 83:6,17,18,19
**poor** 11:25
**poorly** 113:13
**portion** 67:20 72:10
**position** 12:21 13:1,8
13:25 14:24 23:1
30:3 45:6 130:22,23
130:24 131:3,11
148:4,10 149:7

151:21
**possibility** 58:2
**possible** 150:23
**posttraumatic** 35:25
36:25 39:6 44:11,16
48:9 60:14 122:3
137:20
**practice** 66:6
**practitioner** 29:19
**precinct** 71:22
**prelaw** 21:9,11 22:19
25:8
**prepared** 114:21
**prescribe** 56:8
**prescribed** 9:4
**prescription** 8:15,18,21
8:23 44:13 102:10,12
**presentation** 28:7,8,13
28:16
**preserve** 81:4
**president** 13:14
**pretty** 37:14 74:17
**primary** 34:3,11,14
**principal** 69:7 74:12
**prior** 6:25 7:1 30:16
34:13 60:2 61:6 87:5
96:17 98:22 144:6
**Pro** 112:18 120:25
**probably** 59:2 81:1
103:2 105:2 119:6
140:17
**probation** 118:12,24
119:2,12 131:7,17
147:25 148:9
**problem** 50:5,12 87:1
111:22 114:24 117:9
132:9
**problems** 44:9,10 45:20
45:22,22,23 46:2,6
50:7,24 52:9,24 58:10
87:6,20 116:9,11,20
**procedure** 28:20,24
99:8 110:12 112:24
112:25 113:3 120:20
121:7
**proceed** 11:7
**proceedings** 30:15 32:8
46:15 75:2
**process** 4:5 48:5
**proctor** 51:16
**proctors** 113:21
**Productions** 22:15
**professional** 5:25
**professor** 27:18 52:12
52:15,20 58:19,19,22
59:8,14,23 105:15
107:21 112:11 120:25
121:3,4,11 141:9

**professors** 58:25
105:15 110:17 120:22
121:14
**professor's** 31:19,22
32:2,13
**program** 18:13,17 19:9
19:16 20:22 21:9,12
36:3,8,11 108:20
144:13
**programs** 19:14
**progressed** 90:15
**pronouncing** 45:17
**property** 99:9 107:20
110:11 113:1 120:21
121:10 140:24 141:9
**prosecuted** 65:22 67:8
72:2,13
**prosecution** 20:8
**provide** 29:18 38:13
45:11 59:16 115:5
126:11 135:13 136:24
139:21 140:1 143:15
144:20 154:5
**provided** 17:5 18:8
28:3 29:3,22 30:18,24
31:4 33:18,24 88:17
89:22 93:17 99:10
110:6 121:15 135:16
144:13
**providers** 36:19 41:24
**providing** 117:8
**proximity** 50:9 52:25
58:11 116:14 117:3
117:12
**psychiatric** 60:6,10
**psychiatrist** 44:25 45:9
**psychological** 60:7,11
104:8
**psychologist** 34:25
35:21 39:11,12 45:5
54:15 86:8
**PTSD** 44:15,18 46:18
60:2 61:6 88:14 89:4
90:16 98:20 101:3
104:8 122:5 144:9
153:17
**Public** 1:18 155:24
156:7 157:22
**publicity** 23:2,2
**pull** 78:19
**pulled** 78:21 141:10
**punched** 69:2,3,5,8,12
**punching** 69:21
**punished** 149:8
**purpose** 36:24 38:1
39:5 40:4,7 42:22
43:20 48:8 137:9
**pursuant** 1:21

put 93:2 95:9 100:20
149:12 154:13
P-a-p-a-z-i-a-n 29:15
p.m 1:21 155:14

**Q**

question 4:14,16,18 5:3
12:9 16:14,15 18:13
84:15 92:14 101:25
106:1 108:18 115:8
questions 4:11 5:2 9:17
30:4,7,19 41:15 48:10
48:12 49:19 115:2

**R**

Racine 62:19,23 63:20
raise 106:1 119:3
Randall 1:5,14 2:13 3:2
5:9 74:4 156:8 157:9
Randy 5:15 32:10
rank 22:7
rape 27:21 35:23 36:14
53:18 63:23 75:12
78:22 80:21 81:13,20
81:21 83:3,6 84:12,20
85:3,9 88:4,6,10,11
88:13 103:4,5
raped 61:21 62:17
64:22 79:7,17,20,22
90:23
rapist 76:2
rapist's 76:4
rate 102:8
read 45:21 60:25 61:1
98:23 127:13,15
152:7
reading 27:8 96:17
155:12
real 54:4 131:9
realize 87:23
realized 128:12
really 13:11 20:9 40:6,9
45:25 46:4,12 49:1
58:5 88:10 100:23
111:21 118:9 128:17
146:20 153:12 154:5
reason 19:13 25:11,13
33:13 41:9,19 43:16
57:10 92:5 102:19
109:11 135:13 140:2
140:5 141:25 144:19
144:23
reasons 81:9
recall 11:21,24 12:3
15:6,7 16:4,6 27:1
28:24 30:5 31:2
36:16 37:2,4 38:20,22
39:8 40:2 41:18,25

43:25 52:20 53:2,21
56:13 58:15,22,23
59:22 60:1 73:21
75:16 77:25 79:11
80:17 87:4 90:4
96:14 99:19,24
104:10 115:17 118:22
119:6 120:16,22
121:25 128:6 139:9
151:4,5,12 152:7
recalling 87:6
receive 29:17 33:10
85:20,25 144:3 147:2
received 30:1 33:3,14
38:23 44:3 92:7
118:10 119:11 120:5
150:23
Recess 30:15 46:15
75:2
recommend 137:19
recommendations
96:16
reconvene 155:8
record 5:8 6:6 38:5,7
38:12,16 75:1 81:4
92:17 102:14 116:3,4
116:5 117:11 120:3
124:1 135:18
recorded 136:1,1
recording 117:19
133:23 134:5
records 38:13,14
RECROSS 2:12
REDIRECT 2:12
reevaluated 39:6
refer 56:2
referred 119:14 123:22
147:14 148:23 150:8
152:3
referring 25:18 42:10
147:3 150:13
regarding 9:17 147:9
151:13
rejected 153:3
related 22:19 25:8
27:20 30:8 35:18
released 141:22
remember 13:11 15:12
15:14,19 19:10 20:19
28:11 31:23 33:16
35:1 36:23 37:25
38:19 40:1,6 41:1,22
42:1,3 44:5 48:14
54:20 56:4,19 58:5
59:5 62:21 64:8
65:14 66:23 67:21
85:22 91:19 93:23
94:2 95:21 96:19,22

96:23,24 97:3 99:4,18
99:23 128:4,8 147:6,7
147:11 149:23,25
150:15,24,25
rented 142:22
repeat 9:10 92:13
repetitive 27:11
rephrase 4:17 84:15
replying 152:13
report 63:18 65:15
67:3,6 71:10,23 73:8
78:24 81:4 83:11,15
reported 69:6,14 79:16
83:13
reporter 1:17 4:9 92:17
156:17 157:5
reporting 85:6
represent 3:8 125:12
representing 81:17
request 16:8 18:1 26:6
26:12,20 27:16 28:6
32:21 38:13 51:23
52:13 57:18 87:18
91:24 127:10,17
135:25 153:4
requested 4:25 17:25
27:12,15 28:2 32:25
33:18 57:21 58:3,4,15
92:16 118:6 122:10
122:15
requesting 27:6 110:2
required 26:19
research 92:3 110:14
researched 48:24
resent 153:14
reserving 5:3 128:23
129:10
residence 7:4,6
Residential 78:6
resigning 131:11
respect 3:9 5:4 17:21
68:7 83:3 85:2 97:11
135:11 136:14
respond 4:11,14 125:14
155:2
responded 125:7,9,12
125:15 148:14,17
149:17,20
response 152:10,12
responses 4:24 60:18
rest 59:24
result 15:23 52:24
60:17 65:3 67:22
87:19 102:16 119:21
resulted 74:14 75:4
results 79:18
retention 44:10 87:3,20
returned 57:5,7,13,17

58:7 72:18
review 5:1 97:24 98:5
110:16 130:19 149:2
re-read 92:17
rich 136:22
right 4:4 18:21 24:8
30:16 32:12 47:3
57:3 61:10 72:13,15
74:24 90:14 93:17
101:17 104:15,16
105:23 106:9 107:22
108:6 113:23 115:4
115:17 116:19 153:4
ring 42:5,6 44:7,8
ringing 100:22
room 32:4 39:25 51:15
51:17 52:19 70:18,18
70:21,21,25 71:6
77:20 89:22 92:11
129:13 132:21,22
136:21 139:15 145:22
roommate 75:19,23
76:1
rooms 39:21,22
rude 129:1
rules 4:6
run 46:12 83:21 131:4
131:8 151:20
Russell 54:2

**S**

S 2:16
Saint 3:8 39:15 43:5,6
51:6 94:3,4 95:2,8,13
95:18,22 98:8,20 99:2
117:17 146:18 154:15
sample 55:18
Santiago 2:7,14 3:6,8
4:22 5:7 6:5 30:14,16
32:9,12 46:16 75:1,3
92:15,19 102:15
119:18 120:2,4 124:2
147:18 149:2 150:12
152:7 155:4,7,11
SART 80:11
SAT 15:9,13,15,20 16:2
19:6
satisfactorily 88:8
satisfied 15:23 16:1
saw 35:20 36:20 38:25
39:4,17 55:12 84:22
84:24 124:18 132:24
saying 58:18 59:18,19
101:18 111:24 115:21
115:22
says 4:10 48:22 107:5
151:20
schedule 125:17

scheduled 18:7 96:3
125:23
Schoenfeld 9:7,11,12
9:13 34:6,10,21
Scholars 23:13
scholastic 30:21
school 7:2 9:18,19,23
9:25 10:2,5,11,12,13
10:15,16,20,21,23
11:2,7,7,9,10,12,15
11:17,22 12:8,12
13:16 16:8,10,11,12
17:6,7,9,16,19 18:9
18:16,24 19:18 20:12
20:13,24 28:8 29:4,16
29:21 30:17,19 33:8
40:15 47:2,5 49:5,12
51:13 52:13 57:17
61:22 62:6,9 63:20,22
65:15 67:1,3,14 68:1
68:4 69:14 71:12,14
71:15 72:14,19 73:9
73:13 74:22 75:5
78:8 79:1,25 81:11,12
81:12 85:16 86:23
87:2,15 88:7 89:25
91:4,13 93:3,3 94:7
94:10,22 96:4,17 98:6
98:9,12,15,19,22
100:3 103:2,13
107:14 108:22 109:14
111:13,23 117:7
119:22 135:14 138:17
schools 10:9 19:5 93:20
93:22,25 94:20,25
95:18
score 94:23
scored 15:19 91:19
92:23
scores 16:2 19:6
script 114:19
seal 156:12 157:18
second 2:3 16:1 53:8,11
53:13 56:17,17,20
62:4 68:11,13 70:9,11
85:23 86:15 91:22
92:25 102:13 109:15
109:16 112:7 120:9
120:17 121:21 122:2
130:22
seconds 115:18
secretaries 103:25
105:17 106:7,25
107:1,10 108:11
129:15 130:4
secretary 144:2 145:24
146:1,12,14 150:17
security 6:4

see 38:7 39:3 45:19
  61:2 65:1 82:3 93:4
  105:20 107:25 108:4
  114:24 124:5 125:17
  137:4,7,13 139:15
seeing 37:13 38:1 137:9
seek 34:17 64:4 86:16
  107:17
seeking 43:13
seen 34:20 39:19 41:24
  43:15
select 19:11
semester 23:15 26:22
  26:22,24,25 53:8,8,10
  53:11,13 56:12,17,17
  56:20,21,23 57:2,3
  58:9 62:4 98:3 99:2
  99:20 100:3,15
  101:13 103:13,19
  104:2,17 106:3,5,15
  106:20 108:16,18
  109:6,9,15,16 110:2,7
  110:10,23 111:1,7,16
  112:6,8,15,20 113:14
  114:17 115:13 118:11
  119:21 120:10,17
  121:21 122:2 123:6
  123:10 124:16 130:12
  130:22 131:8 154:6
emesters 32:20,23
  33:8,10,15
send 122:17 125:3
  151:10,15
sending 151:12
senior 13:13 33:4,7
  38:21 90:4,9,18
sense 61:3
sent 4:24 122:14,18
  124:21 125:1 147:5,9
  150:3,4,13 151:14
  152:14,17 153:10,12
  153:13
separate 31:15,16
  33:22 70:20 86:14
  132:20 133:7 134:21
  153:23 154:8
separated 10:13
series 30:19
Serio 42:7
serious 78:20 124:7
serve 72:9
service 17:5 28:17 72:9
session 48:6 116:5
sessions 36:9,10,11
  47:11 130:19 135:19
  136:1
et 70:19 157:17
settled 75:6,8,9 83:1

seven 55:17 121:24,25
  122:1
Seventh 10:22
severe 90:17 101:11
  141:6
sexual 17:11 27:20 30:8
  30:20 46:9 61:10,25
  66:1 74:5 75:11 85:8
  85:14
sexually 90:22
shaking 145:3,15
Shield 35:11,12
shook 145:2
shorts 66:11
shot 154:12
show 38:14 123:14
  151:22
siblings 7:15 87:12
side 6:14 47:22 48:4,4
sidetracked 153:20
sign 96:12
signed 118:19 119:24
signing 155:12
signs 141:20
Silver 51:8 121:9
Singer 105:15 107:21
  108:1 112:11 121:11
singers 22:18
sit 8:13 102:7,8
sitting 113:23 143:24
  146:4,5
six 100:13 101:13,16,23
skip 121:1
slamming 124:14
slapped 125:2
sleeping 45:22 60:19
social 6:4 24:15
societies 25:9
society 23:9,11,12,22
  24:6 112:22
solitary 153:24
somebody 32:17 49:8
  51:18 80:3 103:23
somewhat 48:19 88:19
soon 64:12
sophomore 13:5 14:7
  14:20 23:5 25:5 53:3
  53:4,6,9 59:11 61:20
  61:22 62:5,6 65:20
  85:15
sorority 25:22
sorry 6:19 16:18 30:13
  55:25 76:14 92:13
  101:16,16 104:22
  116:18 123:2 130:8
  145:11
sort 38:24 48:3 70:7
  93:4 109:22 111:22

126:17 145:17
sought 41:20 43:11
  45:8,16 52:8
sound 47:21
soundproof 71:6
South 1:19 2:8
Southern 1:2 42:16,24
  43:22 45:3
Southwest 142:18
speak 4:15 114:22
  120:4,7 139:3,7
speakers 22:17 130:16
speaking 30:10 114:18
  114:24 115:4
speakingwise 60:22
special 16:8 26:6,12,20
  27:7 28:5 32:25 52:8
  57:19 58:3,15 88:1
  93:16 97:7,12,17
  110:2,5 122:11 151:2
specific 19:23 58:25
specifically 18:12 30:9
  43:6 50:7 51:3 58:15
  58:23 59:22 68:10
  115:9 128:7 131:23
  132:14,17 134:12
specified 126:3,22
speech 45:23
spell 6:13 9:8,9 10:3,25
  14:13 29:13
spoke 80:12,17 103:25
  104:1 107:3,20 120:8
  133:15 134:3 139:2,6
  139:12,13 146:14
spring 56:20,23 57:2
  119:21
ST 1:8
standard 23:20
standpoint 84:6
stands 47:17
stared 145:1
start 12:23 49:2 80:12
  96:17 103:22 120:9
started 78:8 86:1,19,20
  87:14 90:17 98:5,15
  108:19 141:3,3
starting 96:17 98:22
starts 56:18,23 57:1
state 1:18 5:7 67:17
  83:24 94:14 119:19
  127:3,7 153:22
  155:24 156:3,8 157:2
  157:6,23
stated 157:10
STATES 1:2
statute 83:9,20 84:3
stay 23:23
stem 84:11

stemmed 68:2 84:19
  86:17
stepped 104:3 105:21
  105:23 106:10 108:5
sticks 68:20
stole 68:19
straight 52:11
strange 143:22
straw 73:25 74:18
Stream 35:4
Street 142:18
stress 35:25 36:25 39:7
  44:11,16 48:10 60:14
  122:4 137:21
student 12:20,24 13:6
  13:14 24:25 96:24
  97:24 107:5 112:22
  124:18 132:25
students 31:8 52:24
  59:25 82:8 89:12
  97:8,11,17,18 111:9
  111:18 112:19,23
  113:8 116:10 117:3
  123:9 128:25 129:2
  129:12 130:3,5,15
  131:12 132:24
studies 21:7
study 111:15,19 113:4
  128:24 129:20 132:21
studying 106:18
stuff 25:15 60:24 88:4
stupid 25:15
subject 90:11 112:2
subjects 59:6
subscribed 155:20
subsequently 114:6
substance 80:19 151:19
  152:16
succeed 26:15,16
succeeding 154:12
successful 49:14
sudden 51:17 77:13
  141:2
suddenly 51:16
sue 74:21,23
suffer 40:11,16 44:9
  89:3 101:22 144:9
suffered 40:13
suffering 98:20,24
suicidal 54:11
suicide 41:11 42:23
  43:23 53:20
suit 67:22,24 68:9 75:4
  84:8
summarize 126:17,19
  148:2 149:5
summer 57:5,7,14 58:9
summoned 140:20

support 38:24 112:10
supposed 9:2 43:22
  48:21 123:19 139:16
  144:3
sure 4:6 12:10 16:16
  17:7 23:20 28:14
  30:6 36:17 46:14
  47:16 52:2,2,4 57:21
  57:25 61:13 63:23,25
  82:14 85:16 111:2,11
  111:14 115:25 124:23
  124:24 125:5 126:19
  127:12 128:21 136:3
  139:8,11 152:25
  153:12,14,15
suspended 72:17 119:4
sustain 81:10
sweat 100:20
sweating 141:3
Swoll 54:7,8
sworn 3:3 155:20
  156:10 157:13
syllabi 96:24
syllabus 99:11 121:15
sympathetic 124:10
symptoms 88:10 89:4
syndrome 60:14
S-w-o-l-l 54:9

---

T

T 2:16
take 15:9,15 17:23
  30:13 31:18,25 40:19
  49:17 52:17,18,22
  53:1 57:10 58:20,23
  59:15,24 81:1 89:11
  91:8,16 96:6 102:10
  113:18,25 119:9
  123:16 141:12 147:19
  152:1 153:23
taken 1:17 3:11,22
  96:22 141:13 157:9
talk 27:14,24 45:24
  61:24 66:4 81:16
  103:24 105:23 123:11
  126:22 131:19 133:17
  138:24 145:25 146:12
talked 20:16 51:4,5
  55:13 69:16,23 80:10
  80:13 103:25 126:24
  131:22 133:6
talking 34:23 46:17
  49:20 80:21 88:21
  89:13 100:14 103:21
  104:13 105:18 106:22
  107:21 108:12 110:22
  133:2 148:4 150:18
  152:18

tapped 49:17,18
teaching 112:3
team 66:7
technically 74:23
142:12
technique 48:18 49:3
tell 4:8 20:5 29:16 62:2
66:5 68:11 70:9
75:13,18 79:6 80:2,5
82:1,2,20 83:22 88:20
103:12,16 105:3,5
123:16 124:17 125:11
125:16 134:22 137:1
137:16 140:22 151:6
telling 103:20 106:21
134:7
Ten 64:15
tend 60:22
tends 114:18
term 50:20 72:7 109:22
terms 72:12
test 16:9 53:1 79:8
91:14 92:11 93:13
testified 3:4 32:14
46:17 90:14 91:3
101:12 108:10
testing 27:12,24,25
31:3 32:21 33:3,11,14
33:17,23 52:9 57:19
58:16 91:24 92:7
98:23 114:14 117:1,6
127:4,11,17 133:8,12
133:13,14,16 134:13
134:21 136:9 137:19
153:4
tests 58:12 79:17,18
Texas 94:19
therapist 50:4 54:16
61:7
therapists 50:8 51:1
therapy 47:12,13 85:25
86:17
thereof 157:11,16
thing 25:23 70:23 89:2
123:20 128:21 129:4
138:17 154:15
things 17:13 60:22,24
69:20 73:1,2 82:19
87:20 97:19 103:11
115:17
think 8:25 9:3 12:1
13:12 14:20 15:18
16:3,11 17:22,23
23:23 25:4 26:9 28:7
29:20 33:2 35:4
39:11 41:2 43:17,21
44:17 45:13 52:3,3
55:20 56:7 57:7,16,25

60:5 66:20,25 67:19
70:12 81:10 83:2
85:5 86:8 87:22,22
88:3 90:10,14 91:3,12
92:22 93:8 94:6
97:23,23 100:23
110:13,15 111:22
112:16 113:13,15
114:13,16 115:14
116:8 118:21 120:24
122:23,25 127:6,12
128:5 129:21 136:4
136:12 141:5,6 142:1
144:10 145:13 150:4
150:16 155:9
thinking 120:15 146:6
third 1:19 2:8 86:12
Thomas 1:8 3:8 39:15
43:5,7 51:6 94:3,4
95:2,8,13,19,22 98:8
98:20 99:2 117:17
146:19 154:15
Thompson 66:24 68:2
68:4,9 85:24
thought 30:12 57:23
77:8 81:15 83:5
94:23 107:9,15,19,20
107:23 114:4,5
137:11 140:9 141:7
thoughts 27:11,11
three 31:12 32:23
90:23,24,25 91:1
time 3:20 7:7 8:20,24
13:1 15:6,10 16:7
17:2 24:4 26:4 27:9
27:17 31:5,6,7,8,13
32:15,19 33:21 35:14
36:5 37:6 39:4,17
41:10 46:7 47:9
52:13 53:9 54:15,24
55:1 57:8,12,19 58:14
60:1,9 71:7 77:22
81:1,17 84:22 86:2,18
89:23 90:18 91:20,22
92:9,23,25 94:7 97:16
98:19 99:5 105:20
106:2 113:6,7,11
114:2,4 115:3,15
122:10 123:16 132:19
133:6 134:20 135:20
135:21 137:20 139:10
142:4,12,14 146:21
146:22 153:1 154:1
157:10
times 3:25 4:2 15:17
18:7 38:17 46:24
90:23,24,25 91:16
106:6

title 45:14
today 8:13 114:23
144:17
told 34:21 40:18,20
41:23 53:16 63:8
65:7 69:16,23 70:17
71:15 78:17 80:12
83:9,19,20,23 96:23
107:24 108:1,5 112:7
112:13 131:25 132:1
132:2,5,6,8,19,21
133:3,4 137:23
143:21 144:6 146:18
146:23
tomorrow 155:8,9,11
121:8
Torts 99:8 120:20
121:8
total 3:25 4:1
touch 17:13 71:8
tour 96:22
town 75:19
track 66:6,7
Tracy 8:6
Tracy's 8:7
transcript 157:7,8
transfer 17:25 18:1
transported 141:15
Travis 68:22,25 70:22
86:13,14
treat 35:15,24 36:1,5
40:17 54:23
treated 37:2 39:19
40:18,22,25 41:24
42:12 44:24 46:24
47:1,4,6,10 54:21
56:5
treating 35:7 46:21
54:14
treatment 34:17 38:24
41:20 43:11,13 44:4
45:9,16 48:9 64:5
80:9
tried 49:4,6,13
trouble 27:8 30:9 53:17
69:24,25
true 115:25 157:8
try 102:8
trying 50:10,25 66:8,9
70:23 71:6,8 103:8
152:25
tutor 112:18,24
tutoring 16:17,19,20,22
17:3,8,15 18:4,13,17
72:22
tutors 18:6,8,9,11
112:6,9,14,15,17
TV 55:12
twelfth 11:12

twice 15:18,22 31:23
91:18 101:23
two 31:11 33:8 36:13
53:5,7,11 64:14,16
66:3 68:15 69:20
81:9 86:13,14 94:20
102:1 103:11 110:13
143:9
two-hour 31:9
two-on-two 36:13
two-page 126:6
two-parter 68:14
type 28:21 29:2,17
70:23 111:15
types 47:19

### U

Uh-huh 3:17 116:16
124:4
ultimately 11:14 21:17
30:1 67:8 71:17,24
72:16,18 73:19 75:3
78:22 83:11 93:19
95:11 97:24 105:19
125:6 127:21 137:4
141:22 145:10 146:9
147:2
UM 36:20 82:8,10,13
150:5
undergo 17:8
understand 4:16 7:3
116:22 154:19
understanding 60:13
111:6,10,19,25
understood 4:18
underwent 17:14
UNITED 1:2
university 1:8 3:8 19:3
19:11 20:20,25 21:8
21:15,18,25 22:10
24:10 26:5 28:3 31:4
32:21 33:19,24 36:15
37:9,17,19 39:15 51:5
51:6 52:21 57:9 58:8
58:16,17 77:23 87:25
88:17,22 89:11,16
90:2,17,19 92:8 94:1
94:3,12,16 95:2
117:17 132:1 135:17
136:2,19,23 143:7
152:20 153:22
untreated 60:17
usually 31:18,20 52:11
59:17,18,20 100:1

### V

Valley 35:4
Vanessa 1:5,14 2:13

3:2 5:11 156:8 157:9
variable 109:22
varied 101:8
vary 102:23
verbally 4:11 122:15
versus 89:7
vice-president 13:2,9
13:12
visual 27:19
vital 141:20
volunteer 130:17
vs 1:7

### W

wait 16:14 52:7 67:24
69:19 92:13 108:25
109:2
waited 83:7
waiting 95:4,9
waived 155:13
walk 22:12
walked 143:21
walking 51:16 113:22
141:1
want 17:12 19:20,24
20:6 25:16 34:1
45:24 81:12 123:10
123:15 129:2 131:12
142:16 144:8,18
149:12 154:12,16
155:4
wanted 52:22 81:9 91:4
103:22 123:11 127:4
127:8 128:17 132:15
139:15 144:21 145:6
154:17
warning 70:7
wasn't 20:18 23:6 26:1
40:18 53:9,20 55:23
64:23,24 65:21,24
73:5 77:14 88:19,24
90:12 104:2 131:9
138:9,22 139:18
140:2 144:6 145:7
146:2
waved 105:6
way 37:11 59:12 90:12
100:8,20 101:18
123:13 128:18 148:10
154:25
wear 47:25
website 93:10 98:9,12
Wednesday 1:20
week 100:11,11 101:14
101:17,22,23 140:8
weekend 75:20
weeks 53:11 140:8
weird 101:19 154:16

PORTER, WALKER & ASSOCIATES, INC.

**went** 7:5 10:12,18
  16:19 20:20 25:25
  26:21,24 36:3,20 37:8
  38:9,14,20 39:21
  43:21 47:5 53:10,10
  54:10,17 62:16 64:11
  69:6 72:21 75:19
  79:2,3,13 83:18 87:24
  97:2 105:19 107:4,7
  107:19,25 108:4
  137:13 139:20 140:17
  144:1
**weren't** 15:23 31:21
  108:6
**WHEREOF** 157:17
**whispering** 146:17
**Wicks** 8:1
**William** 66:21,24 68:8
  85:24
**Winds** 42:16,25 43:22
  45:4
**withdraw** 144:8,22
  145:6,13
**withdrawing** 144:5,12
  144:20,24
**witness** 2:12 92:18
  112:12 156:12 157:12
  157:17
**woman** 74:3
**wondering** 104:8 148:9
**word** 60:21 114:20
**words** 90:16 152:13
**work** 20:24 87:2
**worked** 18:5 37:22
**worse** 40:10 111:20
**wouldn't** 33:13 34:18
  61:3 71:3 75:25
  77:19 98:13 117:5
  140:10,17
**write** 109:8 110:1
  149:5
**writing** 18:2 99:9
  110:14 120:21 126:20
  131:15,18 152:8
**written** 17:25 109:13
  109:20,23
**wrong** 129:3
**wrote** 132:3 154:25

**X**

**X** 1:10 2:11,16
**XXX-XX-XXXX** 6:8
**X's** 6:6

**Y**

**year** 11:19 12:22,25
  13:5,10,12,13 14:6,7
  14:20 15:12 16:23

21:14,14 23:3,3,5,6
  24:20 25:1,5 26:8,9
  28:10 32:25 33:2,4,7
  34:12 36:22 38:21
  39:8 40:2 41:7 52:3
  52:21 53:2,3,4,6,10
  53:18,21 59:10,11
  61:11,20,22 62:5,6
  65:20 66:3,5 68:8,12
  68:18 70:12,13 75:7
  75:13 88:2,3 90:4,8,9
  91:11 95:23 96:1
  131:4 137:2
**years** 3:15,16 6:25 7:1
  7:5 12:11,16,16 14:5
  14:18 34:21 39:20
  50:13,14 82:24
**yelled** 75:24
**yesterday** 4:24
**York** 5:19 6:17 9:14,21
  10:8 34:8 35:5 39:23
  40:21 41:2,17,19 42:2
  42:11 62:25

**Z**

**Zoloft** 55:5,6,8,10 56:9

**0**

**07-22502** 1:3

**1**

**1** 2:18 4:12 119:9,16
  128:22 149:20 157:7
**1-22-07** 2:19 123:23
**1-26-07** 2:20 147:15
**1-31-07** 2:21 148:24
**1-4-07** 2:18 119:15
**1.7** 111:2
**10** 19:7 34:20 39:20
**100** 88:24
**11520** 6:18,20
**119** 2:18
**12th** 142:18
**122** 6:10
**123** 2:19
**14** 2:4
**140** 92:20,24
**140's** 91:21,23
**147** 2:20
**148** 2:21
**15** 1:21
**150** 2:22
**152** 2:23
**157** 157:8
**16** 63:3
**17** 151:24
**17th** 150:1,2 156:13
  157:19

**18** 5:17 6:25 7:5
**1982** 5:17
**1998** 86:21
**1999** 36:4,6,14 44:17
  46:18 60:3 70:13
  73:23 86:19,21

**2**

**2** 2:19 4:13 120:20,20
  120:20,21,25 121:2,8
  121:10 123:15,24
  127:20
**2L** 130:19
**2nd** 122:15 128:5 136:6
  139:4
**2.0** 97:2 98:16 111:3
  119:4,20
**2.5** 97:2
**2:10** 1:21
**20** 109:23
**2000** 11:20 16:25 18:21
  21:1,15,16 46:7 50:17
  51:21 75:15 78:8,14
  88:11 143:10
**2001** 46:8 47:5 50:16
  50:17 51:21 53:23
  57:14 58:9 83:7
**2003** 26:10 52:4,5,7
  57:24 58:3
**2004** 21:16 26:10 40:3
  40:4 51:24 52:3,4,5,7
  57:24 83:7,13 143:10
**2005** 41:8 75:9 83:1
  84:24
**2006** 91:12 96:1,4 99:2
  108:19,22
**2007** 39:9 40:3,7 42:21
  43:19 118:1 119:21
  120:3,12 123:18
  127:25 136:6 139:4
  143:11,13 147:23
  148:18,21 149:20
  151:12,25 153:3
**2008** 143:11
**2009** 1:21 155:21
  156:13 157:19
**21** 75:17
**22** 75:17 123:18 127:24
**22nd** 125:12
**26** 147:23 148:17
**26th** 125:23

**3**

**3** 2:14,20 147:13,16
**3L** 130:19 141:9
**3.4** 22:1,2 24:2
**3.6** 23:21 27:1
**31** 148:21

**33132** 2:4
**33146** 2:9

**4**

**4** 2:21 120:3 148:22,25
**4-17-07** 2:23 152:4
**4-20-07** 2:22 150:9
**420** 1:19 2:8

**5**

**5** 2:22 150:7,10
**50** 109:18

**6**

**6** 2:23 151:23 152:5
  153:10
**6th** 10:17
**6:30** 155:14

**8**

**8788** 142:18

**9**

**99** 16:24



# ST. THOMAS
## U N I V E R S I T Y
### S C H O O L   O F   L A W

Office of Students Affairs

January 4, 2007

Ms. Randall V. Forbes
8788 SW 12th Street, # 204-F
Miami,, FL 33174

Dear Randall:

You have been placed on academic probation for the Spring 2007 semester because you have not met the required minimum grade point average of 2.0 at the end of the Fall 2006 semester. Failure to bring your cumulative grade point average up to at least a 2.0 by the end of the Spring 2007 semester will result in your automatic exclusion from the law school.

Please see Dean Singer immediately to see what assistance she can provide you to improve your performance. If you have any questions please see me.

Sincerely,



John F. Hernández
Director of Student Affairs

/ch



16401 NW 37TH AVENUE, MIAMI GARDENS, FL 33054 • PHONE (305) 623-2358 • FAX (305) 623-2344
www.stu.edu

**Hernandez, John F.**

| | |
|---|---|
| **From:** | Hernandez, John F. |
| **Sent:** | Monday, January 22, 2007 3:13 PM |
| **To:** | 'LaPrez00@aol.com' |
| **Subject:** | RE: from Randall Forbes, 1L |

Two things.  First contact my assistant Cathy Hayes at 305-623-2324 to schedule an appointment to see me.
I can also give you some information now.  Contact Dr. Gisondo, he is the school psychologist.  He can help
you with anxiety issues.  His phone number is 305-628-6599 and his email is jgisondo@stu.edu.
Secondly, the other news is not so good.  You cannot serve as an officer in a student organization if you are not
in good standing.  And, you definitely should not be traveling and missing classes if you are not in good
standing.
Come discuss these matters with me.
John F. Hernandez

**From:** LaPrez00@aol.com [mailto:LaPrez00@aol.com]
**Sent:** Monday, January 22, 2007 10:40 AM
**To:** Hernandez, John F.
**Subject:** from Randall Forbes, 1L

Dear Dean Hernandez:

I really need to meet with you.  There are some serious personal issues that I am having and would like to
discuss with you.  I really need a sympathetic ear as it seems as though lately doors are just slamming in my
face, so to speak.  Attached is a letter detailing most of the issues that I have been having.

Sincerely,
Ms. Randall "Randi" Forbes



Sincerely,
Ms. Randall Vanessa Forbes
(516) 776-4089
LaPrez00@aol.com
rvforbes@stu.edu

Add Emotion Icons to your Emails  Click Here

January 22, 2007

Dear Dean Hernandez:

As previously stated I'm having a series of personal issues that all intertwine and overlap with each other. They are partly academic, partly health related, partly related to student affairs, and partly financial. I think you are the only person who can help me and I would like to keep this confidential. I did not want to put this on an email or letter and meet in person for that reason.

Let me first start with my health related problem as it seems to be the most significant. I was not absent that many times last semester. However, almost all of my absences are due to "panic attacks". I do not know if that is the correct term to describe it so I will further elaborate.  There were times where I would be cold but sweat uncontrollably, could "feel" my heart beat pounding, a feeling of not being able to stay "inside of my own skin" and I could not breathe normally but would instead only be capable of taking very short, shallow, stagnated breaths. Since I was fearful that I did not know what was happening and it could get a little painful, all I tend to do is put my head down and cry.

Years ago, I was diagnosed with Post Traumatic Stress Disorder but that required me to see a psychologist and she was to be paid upwards of $1,000 for her services.  Not to go into too much detail, but she was not paid by me or my family.    I did not have health insurance for a while until I came to school here and I am still having problems with the insurance company due to an unrelated health matter months ago. I do not have the money to undergo any tests or any medications potentially prescribed as a result of those tests. **Is there someone that I could see here?**

I had one of those episodes right before my contracts final and it continued during the final. It finally stopped about 45 minutes until the exam was over. Everything I wrote was during that 45 minute period. I could not tell you what was on the exam or even what I wrote. Needless to say, I failed the Contracts exam. I did fair to poor in the other classes. I am on academic probation.

I am not sure how academic probation impacts my BLSA position. I am the Parliamentarian. The position is limited. It was an appointed position that was given to me so that I can observe how the organization works so that I can "take over" next year; that's all I do in that capacity.  They, the e-board, really have a lot of faith in me. The only thing I do as Parliamentarian is observe and if necessary call the meetings to order.   I do not want to lose that position because of my being on academic probation. I feel that it would be a further "punishment" for the "attack" which is health/psychologically related. I also feel like now more than ever I need a resume builder since my GPA is so poor. Additionally the position was given to me prior to academic probation.  I'm also the sole person to serve as the last delegate in the Regional BLSA Convention and the NBLSA convention is coming up in March. It would only be for a few days. I did not miss class during the Regional BLSA Convention. My parents do not have a lot of money to spare and I scrimped and saved this past summer to save up enough to go to both of the Conventions ( I do not know where I want to practice so these Conventions are instrumental) **If academic probation hinders these things, I am begging for your permission not to let it.**

So this is why I need you.  I need for you to recommend and help me see someone here and I need your permission (if necessary) to maintain the things I mentioned in BLSA.

Please help me.  Please I just need a "break".

Sincerely,
Randall "Randi" Forbes

## Hernandez, John F.

**From:** Hernandez, John F.
**Sent:** Friday, January 26, 2007 7:52 PM
**To:** LaPrez00@aol.com
**Subject:** RE: from Randall Forbes- academic probation/position

We can discuss this further on Friday. However, the rules are clearly set out in the handbook and their is no exception for "extenuating circumstances". If a student is confronted with academic problems (i.e. probation) he/she should not be devoting time and energy to extracurricular activities. Personally, I have seen students fail out of law school because they devoted time to extracurricular activities rather than to doing everything they can academically to insure their success. I don't want the same thing to happen to you. In the end it is much more important that you receive a J.D. degree. Let's work to make that happen.
That same letter was sent to all SBA representatives and officers in any student organization who is now on academic probabtion. I'm sorry it arrived in the way it did.
Like I said, let's talk on Friday.
John F. Hernandez


**From:** LaPrez00@aol.com [mailto:LaPrez00@aol.com]
**Sent:** Fri 1/26/2007 4:20 PM
**To:** Hernandez, John F.
**Subject:** from Randall Forbes- academic probation/position

Dear Dean Hernandez:

I wrote you before because I was looking for a sympathetic ear. I got your letter (dated January 24) today. The way in which it was given was actually, forgive me, quite tactless ( I know that wasn't your doing). I was reserving a room (which has nothing to do with my position in BLSA) for BLSA and that was when it was handed to me. I was reserving a room for BLSA's *ACADEMIC* department- a civil procedure review to be held this Sunday. I have extenuating circumstances and wish to fight for my position on those grounds. I'm not asking for a re-test just to maintain my position. I have been doing everything I can. I got myself 2 tutors and one potentially on the way. I met and will continue to meet with my professors. I've been doing all I can! What frustrates me the most is that I have asked for help from various STU sources and it's a constant uphill battle. What also frustrates me is knowledge and realization of the fact that you probably would not have known about my position, being that it is appointed as opposed to elected, unless I told you. And I told you because I was trying to do the right thing; to have everything on the "up and up". There's really no reward for honest people. Other people get away with so much at STU. I try to do the honest thing and essentially get punished for it. Well, I want to protest this. I do not see how some rules are enforced at STU but not others. Your letter essentially "punishes" me for at least 2 years. I can't "run" for anything either? Even for next year? My GPA is punishment enough. I had a panic attack right in my exam! This is a nightmare! I have tried to put last semester behind me but with things like this, STU won't let me put it behind me. I have scheduled a meeting with you on next Friday at 11 . Perhaps then I can get my "passion" about this across, I guess my letter was unclear. This really means a lot to me.

I have resigned the position but I wish to contest this resignation specifically on the grounds of having extenuating circumstances. I have told you what happened. There has got to be some type of common ground that can be reached. I apologize if this letter comes across as either angry or disrespectful, I honestly do not mean it that way. But I'm really frustrated because I try so hard and feel like this is undeserved.

Sincerely,
Randall "Randi" Forbes



## Hernandez, John F.

**From:**   Hernandez, John F.
**Sent:**   Thursday, February 01, 2007 10:52 AM
**To:**   'LaPrez00@aol.com'
**Subject:** RE: from Randall Forbes- academic probation/position

You can hold an office in an student organization only if you are in good standing.  When would you actually become an officer, assuming you were elected?

**From:** LaPrez00@aol.com [mailto:LaPrez00@aol.com]
**Sent:** Wednesday, January 31, 2007 10:47 PM
**To:** Hernandez, John F.
**Subject:** Re: from Randall Forbes- academic probation/position

Dean Hernandez:
I can assure you that will not be me. I have taken some of the necessary steps to improve myself academically.  I thought it was up to you to determine any "extenuating circumstances".  And I think there's something to be said for how this all came about.  Your letter said "it has been brought to my attention...", well I brought it to your attention.  I didn't hide.  I wasn't dishonest.  The position is an appointed one and it is unlikely to have been brought to your attention any other way.  I could have flown under the radar, so to speak.   I have heard that you have a very good relationship with BLSA.  They really have a lot of faith in me and want me to have a position next year.  They have taken on the extra responsibility of staying  on top of me to make sure I'm doing what I need to do to get my grades up.  I am humbly asking you to meet me half way on this one- I have resigned my position as you have requested.  But may I please run for a position for next year, provided that my grades are sufficient? Please.  This isn't about just putting something on my resume (although that is a part of it) but I genuinely do like to "serve", something that is lacking in the organization at this point in time among the younger members.

Sincerely,
Randall Forbes



Case 1:07-cv-22502-WMH   Document 57-1   Entered on FLSD Docket 10/27/2009   Page 172 of
172
Fwd: documentation; from Randall Forbes, 1L; special accomodations for exams                Page 1 of 2

**From:** LaPrez00@aol.com
**To:** Tro4ble@aol.com
**Subject:** Fwd: documentation; from Randall Forbes, 1L; special accomodations for exams
**Date:** Tue, 17 Apr 2007 5:49 pm
**Attachments:** 20070417164644882.pdf (285K)

See what's free at AOL.com.

| Attached Message | |
|---|---|
| From: | LaPrez00@aol.com |
| To: | jhernandez@STU.EDU |
| Subject: | Fwd: documentation; from Randall Forbes, 1L; special accomodations for exams |
| Date: | Tue, 17 Apr 2007 5:23:48 PM Eastern Daylight Time |

Hi Dean Hernandez:

Toward the beginning of the semester, if you recall, we met in your office and among other things we discussed the special accommodations that I received during my undergraduate experience at the University of Miami. You said that if you could see a document that details my accommodations that perhaps then you would allow me to temporarily have the same accommodations this semester and then we would later discuss how to make those accommodations becoming permanent later on down the line.  I was analyzed several years ago and getting a new test is extremely expensive, perhaps even more expensive than it was then.  Well, they finally scanned and emailed me the information (forwarded).

I assume you would like more information and I don't mind sharing just as long as this is kept confidential (Dr. Gisonodo has the release form I signed).  I was a victim of a series of violent crimes in relatively recent years.  I was diagnosed with  Post Traumatic Stress Disorder.  Academically speaking, it has manifested itself into a psychological disability- with, among other things,  a difficulty in my ability to focus as I get easily sidetracked.  The University of Miami allowed me to take my exams in a separate (and solitary) location and gave me time and a half on the exams.  The proctor would be outside of the actual room.  I would really appreciate it if you would provide the same accommodations this semester. Particularly the separate isolated location.

I am in Section 3.  I have Professor Makdisi for contracts, Professor Singer for Property, Professor Silver for Torts, and Professor Gordon for Civil Procedure.
**Please, I'm begging, I just want a shot at succeeding.**

Sincerely,
Randall "Randi" Forbes
St. Thomas University School of Law
Juris Doctor Candidate 2009
LaPrez00@aol.com
rvforbes@stu.edu
(516) 776-4089

See what's free at AOL.com.

| Attached Message | |
|---|---|
| From: | Erika Velarde <e.velarde@miami.edu> |
| To: | laprez00@aol.com |
| Subject: | documentation |



http://webmail.aol.com/38575/aol/en-us/Mail/PrintMessage.aspx                9/7/2008