UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES,

      Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

      Defendant.
_____/

### NOTICE OF FILING DEPOSITION TRANSCRIPT OF THE PLAINTIFF- VOLUME II

Defendant, ST. THOMAS UNIVERSITY, INC., by and through its undersigned attorneys, gives notice of filing a copy of the transcript of Volume II of the Deposition of Plaintiff, Randall Vanessa Forbes taken July 16, 2009, in this matter, to be used or relied upon by the Court in support of the Defendant's Motion for Final Summary Judgment filed concurrently herewith.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on October 27, 2009, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record: Emily Joyce Phillips, Esq., Phillips Lanier, One Biscayne Tower Suite 1684, 2 S Biscayne Boulevard, Miami, FL 33131 (email: ephillips@phillipslanier.com), via transmission of Notice of Electronic Filing generated by the CM/ECF system.

| | |
|---|---|
| J. PATRICK FITZGERALD, P.A. | GAEBE MULLEN ANTONELLI ESCO & DIMATTEO |
| Co-Counsel for Defendant | Attorneys for Defendant |
| 110 Merrick Way, Suite 3-B | 420 South Dixie Highway, 3rd Floor |
| Coral Gables, FL 33134 | Coral Gables, FL 33146 |
| Tel: (305) 443-9162 | Tel: (305) 667-0223 |
| Fax: (305) 443-6613 | Fax: (305) 284-9844 |

By:     /s/ *Anne C. Sullivan*
       ANNE C. SULLIVAN
       Florida Bar. No.: 0888621

**GAEBE, MULLEN, ANTONELLI, ESCO & DIMATTEO**
**420 SOUTH DIXIE HIGHWAY * 3RD FLOOR * CORAL GABLES, FLORIDA 33146**