UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____ /

## SUGGESTION OF NON-COMPLIANCE

Defendant, ST. THOMAS UNIVERSITY, INC., by and through undersigned counsel, hereby files this Suggestion of Non-Compliance and states as follows:

1. Defendant's Motion for Final Summary Judgment and Incorporated Memorandum of Law in Support Thereof (DE #56) was filed with the CM/ECF system on October 27, 2009.

2. Plaintiff's responsive memorandum in opposition, if any, was due November 13, 2009.

3. It is November 20, 2009, and Plaintiff has not filed any response to Defendant's Motion for Final Summary Judgment, or to the statement of undisputed facts contained therein.

4. Local Rule L.R. 7.1.C states, in pertinent part:

> **C.     Memorandum of Law.**  Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  Failure to do so may be deemed sufficient cause for granting the motion by default.

5. Meanwhile, L.R. 7.5.D provides, in relevant part:

> **D.     Effect of Failure to Controvert Statement of Undisputed Facts.**  All material facts set forth in the movant's statement filed and supported as required by Local Rule 7.5.C will be deemed admitted unless controverted by the opposing party's statement,

CASE NO.:
Page 2

provided that the Court finds that the movant's statement is supported by evidence in the record.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on November 20, 2009, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record: Emily Joyce Phillips, Esq., Phillips Lanier, One Biscayne Tower Suite 1684, 2 S Biscayne Boulevard, Miami, FL 33131 (email:  ephillips@phillipslanier.com), via transmission of Notice of Electronic Filing generated by the CM/ECF system.

| | |
|---|---|
| J. PATRICK FITZGERALD, P.A. | GAEBE MULLEN ANTONELLI & DIMATTEO |
| Co-Counsel for Defendant | Attorneys for Defendant |
| 110 Merrick Way, Suite 3-B | 420 South Dixie Highway, 3rd Floor |
| Coral Gables, FL  33134 | Coral Gables, FL  33146 |
| Tel:  (305) 443-9162 | Tel:  (305) 667-0223 |
| Fax: (305) 443-6613 | Fax:  (305) 284-9844 |

By:      /s/ Anne C. Sullivan
MICHAEL A. MULLEN
Florida Bar No.:  305731
mmullen@gaebemullen.com
MAXIMO A. SANTIAGO
Florida Bar No.:
msantiago@gaebemullen.com
ANNE C. SULLIVAN
Florida Bar. No.:  0888621
asullivan@gaebemullen.com