UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
07-22502-CIV-HOEVELER

**RANDALL VANESSA FORBES,**

    Plaintiff,

v.

**ST. THOMAS UNIVERSITY, INC.,**

    Defendant.
_____/

## ORDER DIRECTING A RESPONSE

The plaintiff's response to St. Thomas University's motion for summary judgment is long overdue. The plaintiff is given 10 days from the date of this order to submit a response, or the Court will rule on the motion without the benefit of a response. Further, the plaintiff's failure to respond may be deemed good cause to grant the defendant's motion by default.

    **DONE AND ORDERED** in Miami, Florida, December 2, 2009.

*[signature]*
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

Copies to all counsel