UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Plaintiff, RANDALL VANESSA FORBES, (hereinafter "Forbes"), by and through her undersigned counsel, hereby file this Plaintiff's Motion for Enlargement of Time to file a response to Defendant's Motion for Summary Judgment and Defendant's Suggestion of Non-Compliance, and in support of this Motion, the Plaintiff states the following:

1. Until December 3, 2009, Plaintiff was unaware of the filings and had not received copies of the following documents: (i) Defendant's Motion for Summary Judgment, filed on 10/27/09; (ii) Defendant's Suggestion of Non-Compliance, filed on 11/19/09; and (iii) Court's Order Directing a Response.

2. As of this date, Plaintiff's counsel has not yet received copies of the above mentioned documents from the United States Southern District Court, and she had to go log on to Pacer in order to obtain them.

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

3. Plaintiff's counsel does not know exactly why she did not receive any notification of the last three (3) filings in this case. She has received various administrative emails from the United States Southern District Court during this time period, but she has not received anything in the above-referenced cause.

4. Plaintiff's counsel has contacted the help desk at the United States Southern District of Florida to prevent the problem from occurring again in the future, as well as to find out what has been the problem over the last several months. Plaintiff's counsel was advised by the Clerk's office that the last three (3) filings had been sent to the undersigned, despite the fact that the undersigned never received the same. The undersigned will need to address the issue with her email provider. To prevent this from happening again, the undersigned added a secondary email address to which all future filings will be emailed, and that updated email address is ejpoxford@gmail.com.

5. Federal Rule of Civil Procedure 6(b) allows for enlargement of deadlines. Rule 6(b) provides that "...the Court for cause shown may at any time in its discretion (1) with or with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed...", Fed. R. Civ. P. 6(b).

6. This Motion is not filed for the purposes of delay and no prejudice will result from granting this Motion.

2

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

WHEREFORE, the Plaintiff, RANDALL VANESSA FORBES, respectfully requests that this Honorable Court grant her Motion for Enlargement of Time to file a Response to Defendant's Motion for Summary Judgment, and that the Plaintiff be provided up through December 23, 2009 to file a responsive pleading.

Respectfully submitted,

/s/ Emily Joyce Phillips
EMILY JOYCE PHILLIPS (FB 0597961)
ephillips@phillipslanier.com
PHILLIPS LANIER
One Flagler Building
14 NE 1st Avenue, 2nd Floor
Miami, FL 33132
T. 305.350.5299
F. 305.350.5298
Attorneys for Plaintiff Randall V. Forbes

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 14, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

Respectfully submitted,

/s/ Emily Joyce Phillips
EMILY JOYCE PHILLIPS (FB 0597961)
ephillips@phillipslanier.com
PHILLIPS LANIER
One Flagler Building
14 NE 1st Avenue, 2nd Floor
Miami, FL 33132
T. 305.350.5299
F. 305.350.5298

## SERVICE LIST

Michael A. Mullen FL Bar No. 305731
Email: mmullen@gaebemullen.com
Gaebe Mullen Antonelli Esco & DiMatteo
420 S. Dixie Highway, 3rd Floor
Coral Gables, FL 33143
T. 305.667.0223
F. 305.284.9844
Attorneys for Defendant

J. Patrick Fitzgerald FL Bar No. 248681
Email: jpf@jpfitzlaw.com
J. Patrick Fitzgerald, P.A.
110 Merrick Way, Suite 3-B
Coral Gables, FL 33134
T. 305.443.9162
F. 305.284.9844
Co-Counsel for Defendant

4