UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

      Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

      Defendant.

_____/

### ORDER

      This matter comes before the Court on the Plaintiff Randall Vanessa Forbes' Motion for Enlargement of time to file its Response to Defendant's Motion for Summary Judgment and Defendant's Suggestion of Non-Compliance. The Plaintiff moves the Court for an enlargement of time through December 23, 2009 to file a response to the Defendant's Motion to Dismiss and Motion to Strike.  Counsel needs the additional time to prepare an adequate response. The Court, having considered the request, finds good cause and will grant the enlargement of time.  It is now

      **ORDERED:**

      The Plaintiff's Unopposed Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss and Motion to Strike is **GRANTED.**  Randall

1

Vanessa Forbes shall have up to and including December 23, 2009 to file a responsive pleading.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida this _____ day of December, 2009.

_____
WILLIAM M. HOEVELER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
   All Parties