UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

    _____/

### RESPONSE TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Defendant, ST. THOMAS UNIVERSITY, INC., by and through undersigned counsel, hereby responds to Plaintiff's Motion for Enlargement of Time, and states as follows:

1. Defendant's Motion for Final Summary Judgment and Incorporated Memorandum of Law in Support Thereof (DE #56) was filed with the CM/ECF system on October 27, 2009.

2. Plaintiff's responsive memorandum in opposition, if any, was due November 13, 2009.

3. On November 20, 2009, Defendant filed a Suggestion of Non-Compliance (DE# 59), pointing out that Plaintiff had not filed a response to the Motion for Final Summary Judgment.

4. On December 2, 2009, the Court entered an Order Directing a Response (DE #60), noting that Forbes' response to St. Thomas's summary judgment motion was "long overdue," and giving Plaintiff "10 days from the date of this order to submit a response."

5. On December 14, 2009, Plaintiff filed an untimely Motion for Enlargement of Time. Forbes asked to be allowed through December 23, 2009, to respond to the summary

judgment motion. That is, she sought an additional nine days (in addition to the forty-eight she had already had) to respond to the summary judgment motion.

6. Forbes' counsel stated that, though she has always received filings in this case from the CM/ECF system previously—and, during the time period a response was due, continued to receive emails from the CM/ECF system regarding other matters—she, for reasons unknown, simply did not receive (a) the summary judgment motion (b) the suggestion of non-compliance or (c) the order directing a response in this case. Plaintiff's counsel did not expand upon what finally allowed her to receive the above-listed filings, nor when she finally saw them after "she had to log on to Pacer in order to obtain them," as she put it. Nor did she expand upon what caused her to log into Pacer to look for the documents, or when that might have occurred, or what happened on December 3, 2009, to make her "aware" of the filings.

7. As noted in Plaintiff's Motion, a request for enlargement of time can be granted ("for good cause") "if request therefor is made before the expiration of the period originally prescribed." Fed. R. Civ. P. 6(b)(1)(A). The period "originally prescribed" for Forbes's response was 10 days as set forth in L.R. 7.1.C. That period ran out on November 13, 2009. Defendant waited a week thereafter to file its Suggestion of Non-Compliance. The Court generously granted Forbes through December 16, 2009, to file a response. Forbes did not even move for her enlargement of time until after December 14, 2009 (with no explanation of when the need for an enlargement became clear, and no explication of the reason an enlargement is required).[1]

---

[1] Forbes has not claimed, nor shown, any excusable neglect as contemplated by Fed. R. Civ. P. 6(b)(1)(B) (she invokes the language of subsection (A) in her motion, and makes no mention of excusable neglect).

8.      Defendant objects, generally, to Forbes being allowed any more time to respond to the Motion for Final Summary Judgment. The Court has been more than lenient with Forbes, who has not complied with the Local Rules, nor shown good cause for her failure to do so.

9.      Moreover, even if the Court were to allow a *further* enlargement of time (though it was sought out-of-time, and without good cause shown), the Plaintiff's requested extension through December 23, 2009—allowing her a total of fifty-seven days (almost two months) to respond to the summary judgment motion—would be excessive.

WHEREFORE, Defendant, ST. THOMAS UNIVERSITY, INC., asks the Court to deny Plaintiff's Motion for Enlargement of Time.

CASE NO.: 07-22502-CIV-HOEVELER
Page 4

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on December 16, 2009, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record: Emily Joyce Phillips, Esq., Phillips Lanier, One Biscayne Tower Suite 1684, 2 S Biscayne Boulevard, Miami, FL 33131 (email: ephillips@phillipslanier.com and ejpoxford@gmail.com), via transmission of Notice of Electronic Filing generated by the CM/ECF system.

| | |
|---|---|
| J. PATRICK FITZGERALD, P.A. | GAEBE MULLEN ANTONELLI & DIMATTEO |
| Co-Counsel for Defendant | Attorneys for Defendant |
| 110 Merrick Way, Suite 3-B | 420 South Dixie Highway, 3rd Floor |
| Coral Gables, FL  33134 | Coral Gables, FL  33146 |
| Tel:  (305) 443-9162 | Tel:  (305) 667-0223 |
| Fax: (305) 443-6613 | Fax:  (305) 284-9844 |

By: _____/s/ Anne C. Sullivan_____
MICHAEL A. MULLEN
Florida Bar No.:  305731
mmullen@gaebemullen.com
MAXIMO A. SANTIAGO
Florida Bar No.:
msantiago@gaebemullen.com
ANNE C. SULLIVAN
Florida Bar. No.:  0888621
asullivan@gaebemullen.com