UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
07-22502-CIV-HOEVELER

**RANDALL VANESSA FORBES,**

   Plaintiff,

v.

**ST. THOMAS UNIVERSITY, INC.,**

   Defendant.
_____/

### ORDER

Before the Court is the plaintiff's motion for additional time to respond to the defendant's motion for summary judgment. Reluctantly, the Court grants the motion. Counsel for the plaintiff has represented she did not receive recent notices from the Court, and I am willing to give her the benefit of the doubt. In view of the aforementioned, it is hereby

**ORDERED AND ADJUDGED:** The motion for additional time is GRANTED. As requested, the plaintiff shall have until December 23, 2009 to file a response to the defendant's motion for summary judgment.

**DONE AND ORDERED** in Miami, Florida, December 16, 2009.

*/s/ Wm M Hoeveler*
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE