UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.
_____/

**DEFENDANT'S *UNOPPOSED* MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR FINAL SUMMARY JUDGMENT**

Defendant, ST. THOMAS UNIVERSITY, INC., by and through its undersigned counsel, hereby files this Unopposed Motion for Enlargement of Time to file its Reply in Support of Motion for Final Summary Judgment (DE #56), and in support of this instant Motion, the Defendant states:

1. Defendant's Motion was served and filed October 27, 2009.

2. Plaintiff's response in opposition was filed the evening of December 23, 2009.

3. ST. THOMAS seeks an extension through and including January 20, 2010, to file a reply in support of its Motion for Final Summary Judgment, based on the intervening holidays and based on the following pre-existing and intervening commitments of the attorney who will be responsible for drafting the reply in this case:

    a. Assisting in the drafting of an Answer Brief in *Maynoldi v. Archdiocese of Miami*, Case No. 3D08-3117 in the Third District Court of Appeal, due January 7, 2010, per prior enlargements of time;

    b. Preparing for, traveling to, and appearing at oral argument in *Continental Cas. Co. v. State Farm Mut. Auto.*, Case No. 1D09-3152 in the First District Court of Appeal, in Tallahassee, Florida January 13, 2010; and

   c. Attending depositions all day January 20, 2010.

 4. Federal Rule of Civil Procedure 6(b) allows for enlargement of deadlines.  Rule 6(b) provides in pertinent part that "the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed . . ." Fed. R. Civ. P. 6(b).

 5. Defendant's counsel has contacted the Plaintiff's counsel, Emily Phillips, Esq., who has advised that she does not have any objection to Defendant's request for an enlargement of time.

 6. This Motion is not filed for purposes of delay and no prejudice will result from the granting of this Motion.

 7. A form Order on this Motion is attached as Exhibit "A."  Additionally, as required by the CM/ECF Administrative Procedures, a proposed form order in Word format has been emailed to chambers at the email address listed in the CM/ECF Administrative Procedures (hoevler@flsd.uscourts.gov).

 WHEREFORE, Defendant, ST. THOMAS, respectfully requests that this Honorable Court grant its Motion for Enlargement of Time to file its Reply in Support of its Motion for Final Summary Judgment, and any other relief that this Court deems just and proper.

    GAEBE MULLEN ANTONELLI & DIMATTEO
    Attorneys for Defendant
    420 South Dixie Highway, 3rd Floor
    Coral Gables, FL  33146
    Tel:  (305) 667-0223, Fax:  (305) 284-9844

 By: /s/ *Anne C. Sullivan*
    ANNE C. SULLIVAN
    Florida Bar. No.:  0888621
    asullivan@gaebemullen.com

CASE NO.: 07-22502 – CIV HOEVELER
Page 3

_____

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on January 5, 2010, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record: Emily Joyce Phillips, Esq., Phillips Lanier, One Biscayne Tower Suite 1684, 2 S Biscayne Boulevard, Miami, FL 33131 (email: ephillips@phillipslanier.com and ejpoxford@gmail.com), and Roberto J. Diaz, Esq., J. Patrick Fitzgerald, P.A., 110 Merrick Way, Suite 3-B, Coral Gables, FL  33134 (email: rjd@jpfitzlaw.com), via transmission of Notice of Electronic Filing generated by the CM/ECF system.

GAEBE MULLEN ANTONELLI & DIMATTEO
Attorneys for Defendant
420 South Dixie Highway, 3rd Floor
Coral Gables, FL  33146
Tel:  (305) 667-0223
Fax:  (305) 284-9844

By:   /s/ Anne C. Sullivan
MICHAEL A. MULLEN
Florida Bar No.:  305731
mmullen@gaebemullen.com
MAXIMO A. SANTIAGO
Florida Bar No.:
msantiago@gaebemullen.com
ANNE C. SULLIVAN
Florida Bar. No.:  0888621
asullivan@gaebemullen.com