UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.
_____/

### ORDER

This matter comes before the Court on the Defendant St. Thomas University, Inc.'s Unopposed Motion for Enlargement of Time to file its reply in support of its Motion for Final Summary Judgment [DE#56]. The Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED. Defendant, St. Thomas University, shall have up to and January 20, 2010 to file its reply in support of its Motion for Final Summary Judgment [DE#56].

DONE AND ORDERED in Chambers in Miami this _____ day of January, 2010.

                                                                                                                    _____
                                                                                                             WILLIAM M. HOEVELER
                                                                                                             SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:  all counsel of record