UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.
_____/

**DEFENDANT'S *UNOPPOSED* (SECOND) MOTION
FOR BRIEF ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT
OF MOTION FOR FINAL SUMMARY JUDGMENT**

    Defendant, ST. THOMAS UNIVERSITY, INC., by and through its undersigned counsel, hereby files this Unopposed Motion for Enlargement of Time to file its Reply in Support of Motion for Final Summary Judgment (DE #56), and in support of this instant Motion, the Defendant states:

    1.    Defendant's Motion was served and filed October 27, 2009.

    2.    Plaintiff's response in opposition was filed December 23, 2009.

    3.    ST. THOMAS sought and was granted an extension through and including January 20, 2010, to file a reply in support of its Motion for Final Summary Judgment, based on previous trial and appellate court commitments.

    4.    Defendant seeks a further, brief (two-day) enlargement of time to file its reply, so that it may be reviewed by all defense counsel prior to filing.

    5.    Federal Rule of Civil Procedure 6(b) allows for enlargement of deadlines. Rule 6(b) provides in pertinent part that "the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before

the expiration of the period originally prescribed . . ." Fed. R. Civ. P. 6(b).

6. Defendant's counsel has contacted the Plaintiff's counsel, Emily Phillips, Esq., who has advised that she does not have any objection to Defendant's request for an enlargement of time.

7. This Motion is not filed for purposes of delay and no prejudice will result from the granting of this Motion.

8. A form Order on this Motion is attached as Exhibit "A." Additionally, as required by the CM/ECF Administrative Procedures, a proposed form order in Word format has been emailed to chambers at the email address listed in the CM/ECF Administrative Procedures (hoeveler@flsd.uscourts.gov).

WHEREFORE, Defendant, ST. THOMAS, respectfully requests that this Honorable Court grant its Motion for Enlargement of Time to file its Reply in Support of its Motion for Final Summary Judgment, and any other relief that this Court deems just and proper.

        GAEBE MULLEN ANTONELLI & DIMATTEO
        Attorneys for Defendant
        420 South Dixie Highway, 3rd Floor
        Coral Gables, FL  33146
        Tel:  (305) 667-0223, Fax:  (305) 284-9844

By: /s/ Anne C. Sullivan
     ANNE C. SULLIVAN
     Florida Bar. No.:  0888621
     asullivan@gaebemullen.com

CASE NO.: 07-22502 – CIV HOEVELER
Page 3

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on January 20, 2010, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record: Emily Joyce Phillips, Esq., Phillips Lanier, One Biscayne Tower Suite 1684, 2 S Biscayne Boulevard, Miami, FL 33131 (email: ephillips@phillipslanier.com and ejpoxford@gmail.com), and Roberto J. Diaz, Esq., J. Patrick Fitzgerald, P.A., 110 Merrick Way, Suite 3-B, Coral Gables, FL  33134 (email: rjd@jpfitzlaw.com), via transmission of Notice of Electronic Filing generated by the CM/ECF system.

GAEBE MULLEN ANTONELLI & DIMATTEO
Attorneys for Defendant
420 South Dixie Highway, 3rd Floor
Coral Gables, FL  33146
Tel:  (305) 667-0223
Fax:  (305) 284-9844

By:   /s/ *Anne C. Sullivan*
MICHAEL A. MULLEN
Florida Bar No.:  305731
mmullen@gaebemullen.com
MAXIMO A. SANTIAGO
Florida Bar No.:
msantiago@gaebemullen.com
ANNE C. SULLIVAN
Florida Bar. No.:  0888621
asullivan@gaebemullen.com