UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

## MOTION TO APPOINT MEDIATOR

COMES NOW the Plaintiff, RANDALL VANESSA FORBES (hereinafter "Plaintiff"), and files Motion to Appoint Mediator and in support thereof states as follows:

1. Plaintiff was enrolled as a law student at St. Thomas University and was dismissed for failure to maintain a certain grade point average.

2. This case is ripe for mediation and both parties would benefit from the process.

3. This case is scheduled to go to trial on or around April, 2010, and the parties may be able to benefit from mediation.

4. Plaintiff requests that both parties be ordered to attend mediation and that both parties equally share the cost thereof.

**WHEREFORE,** the Plaintiff, RANDALL VANESSA FORBES, respectfully requests that this Court issue an Order Requiring the Parties to Attend Mediation and that both parties equally split the cost thereof.

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

Respectfully submitted,

/S
EMILY JOYCE PHILLIPS (FB 0597961)
ephillips@phillipslanier.com
PHILLIPS LANIER
One Flagler Building
14 NE 1st Avenue, 2nd Floor
Miami, FL 33132
T. 305.350.5299
F. 786.431.2324
Attorneys for Plaintiff Randall V. Forbes

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by U.S. Mail on the 28th day of January, 2010 on all counsel or parties of record on the attached service list.

/S
EMILY JOYCE PHILLIPS

## SERVICE LIST

Michael A. Mullen FL Bar No. 305731
Email: mmullen@gaebemullen.com
Gaebe Mullen Antonelli Esco & DiMatteo
420 S. Dixie Highway, 3rd Floor
Coral Gables, FL 33143
T. 305.667.0223
F. 305.284.9844
Attorneys for Defendant

J. Patrick Fitzgerald FL Bar No. 248681
Email: jpf@jpfitzlaw.com
J. Patrick Fitzgerald, P.A.
110 Merrick Way, Suite 3-B
Coral Gables, FL 33134
T. 305.443.9162
F. 305.284.9844
Co-Counsel for Defendant

3