UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES,

       Plaintiff,
v.
ST. THOMAS UNIVERSITY, INC.,

       Defendant.
_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO APPOINT MEDIATOR

Defendant, ST. THOMAS UNIVERSITY, INC. by and through its undersigned attorneys, hereby files this Response to Plaintiff's Motion to Appoint Mediator, and states as follows:

1. This lawsuit was filed by Plaintiff, RANDALL VANESSA FORBES ("FORBES"), a former student at St. Thomas University School of Law from August 2006 until May 2007, after she was dismissed from the law school because she failed to maintain a grade point average of 2.0 or better.  FORBES sued ST. THOMAS after her appeal to be reinstated was denied.  *See* Third Amended Complaint (DE#30).

2. On October 27, 2009, Defendant filed its Motion for Summary Judgment (DE#56).  The Motion is fully briefed and pending a decision by this Court.

3. On January 30, 2010, FORBES filed her Motion to Appoint Mediator (DE#72).

4. Local Rule 16.2(D) provides that in every civil case, the court shall enter an order directing mediation.  S.D.Fla. 16.2(D).

5. This Honorable Court, however, has never entered an Order compelling the parties to attend mediation.

CASE NO.: 07-22502 – CIV HOEVELER
_____

6. Therefore, to the extent that the Plaintiff's Motion requests that the Court appoint a mediator, the Defendant objects because the Court has not entered an Order compelling the parties to mediate and compelling the Court to appoint a mediator is premature at this time.

7. The actual relief requested in the Plaintiff's Motion to Appoint Mediator is to compel mediation. Defendant does not object to the Plaintiff's Motion to the extent that it requests that the Court issue an Order of Mediation.

WHEREFORE, Defendant, ST. THOMAS, respectfully requests that this Honorable Court deny Plaintiff's Motion to Appoint Mediator to the extent that she requests that this Court appoint a Mediator, and grant Plaintiff's Motion to the extent that she requests that this Court issue an Order compelling mediation, and grant any other relief that this Court deems just and proper.

Respectfully Submitted,

/s/ Maximo A. Santiago_____
MAXIMO A. SANTIAGO
FL BAR NO.: 0669733
MICHAEL A MULLEN
FL BAR NO.: 305731
GAEBE, MULLEN, ANTONELLI & DIMATTEO
Attorneys for Defendant, St. Thomas
420 South Dixie Highway, 3rd Floor
Coral Gables, FL  33146
Tel:  (305) 667-0223
Fax: (305) 284-9844
msantiago@gaebemullen.com

CASE NO.: 07-22502 – CIV HOEVELER

_____

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on February 5, 2010, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record: Emily Joyce Phillips, Esq., Phillips Lanier, One Biscayne Tower Suite 1684, 2 S Biscayne Boulevard, Miami, FL 33131 (email: ephillips@phillipslanier.com and ejpoxford@gmail.com), via transmission of Notice of Electronic Filing generated by the CM/ECF system.

| | |
|---|---|
| J. PATRICK FITZGERALD, P.A. | GAEBE MULLEN ANTONELLI & DIMATTEO |
| Co-Counsel for Defendant | Attorneys for Defendant |
| 110 Merrick Way, Suite 3-B | 420 South Dixie Highway, 3rd Floor |
| Coral Gables, FL  33134 | Coral Gables, FL  33146 |
| Tel:  (305) 443-9162 | Tel:  (305) 667-0223 |
| Fax: (305) 443-6613 | Fax:  (305) 284-9844 |

By:   /s/ Maximo A. Santiago
MICHAEL A. MULLEN
Florida Bar No.:  305731
mmullen@gaebemullen.com
MAXIMO A. SANTIAGO
Florida Bar No.:  0669733
msantiago@gaebemullen.com