UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
07-22502-CIV-HOEVELER

**RANDALL VANESSA FORBES,**

    Plaintiff,

v.

**ST. THOMAS UNIVERSITY, INC.,**

    Defendant.
_____/

## ORDER

Before the Court is the plaintiff's motion for the Court to appoint a mediator. The defendant agrees the case should be mediated but requests that the parties be allowed to select a mediator themselves before the Court appoints one. It is hereby:

ORDERED AND ADJUDGED: The parties are directed to mediate this case within the next 30 days. The parties are permitted to select a qualified mediator by mutual agreement and file a notice of mediator selection within 10 days. If the parties are unable to agree on a mediator, they shall notify the Court within 10 days and the Court will appoint one.

**DONE AND ORDERED** in Miami, Florida, February 19th, 2010.

WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

Copies to all counsel