UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

## NOTICE OF MEDIATION

The mediation conference has been scheduled in the above-referenced matter for Monday, March 15, 2010 at 10:00 a.m. The parties have agreed to use Leslige Langbein as the mediator, and the mediation shall take place at her office which is located at: 8181 NW 154th Street, Suite 105, Miami Lakes, FL 33016.

                      Respectfully submitted,

                      /s/ Emily Joyce Phillips
                      EMILY JOYCE PHILLIPS (FB 0597961)
                      ephillips@phillipslanier.com
                      PHILLIPS LANIER
                      One Flagler Building
                      14 NE 1st Avenue, 2nd Floor
                      Miami, FL 33132
                      T. 305.350.5299
                      F. 786.431.2324
                      Attorneys for Plaintiff Randall V. Forbes

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 3, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/ Emily Joyce Phillips
EMILY JOYCE PHILLIPS (FB 0597961)
ephillips@phillipslanier.com
`            PHILLIPS LANIER
One Flagler Building
14 NE 1st Avenue, 2nd Floor
Miami, FL 33132
T. 305.350.5299
F. 786.431.2324

## **SERVICE LIST**

Michael A. Mullen FL Bar No. 305731
Email: mmullen@gaebemullen.com
Gaebe Mullen Antonelli Esco & DiMatteo
420 S. Dixie Highway, 3rd Floor
Coral Gables, FL 33143
T. 305.667.0223
F. 305.284.9844
Attorneys for Defendant

2

Case No.: 07-22502 – CIV HOEVELER<br>
MAGISTRATE JUDGE BROWN

J. Patrick Fitzgerald FL Bar No. 248681
Email: jpf@jpfitzlaw.com
J. Patrick Fitzgerald, P.A.
110 Merrick Way, Suite 3-B
Coral Gables, FL 33134
T. 305.443.9162
F. 305.284.9844
Co-Counsel for Defendant