UNITED STATES DISTRICT OF FLORIDA
SOUTHERN DISTRICT
Miami Division
Case No.  07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES

    Plaintiff ,

v.

ST. THOMAS UNIVERSITY,

    Defendant.
_____/

    The parties appeared at mediation with their respective counsel on March 15, 2010.

The session resulted in an impasse.

                          Respectfully,

                          Leslie W. Langbein, Esq.
                          Fla. Cert. Mediator 7789CR
                          8181 NW 154th Street, Suite 105
                          Miami Lakes, FL 33016
                          Tel: (305) 556-3663
                          Fax: (305) 556-3647


CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing document was e-filed on March 15, 2010 with the Clerk of Court using CM/ECF and that a copy has been sent to all counsel of record through transmission of Notices of Electronic Filing generated by CM/ECF.

                          By:  /s/ Leslie W. Langbein
                                Leslie W. Langbein, Esq.
                                Fla. Bar No. 305391