UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL, MOTION TO WITHDRAW AS COUNSEL OF RECORD, AND MOTION TO STAY PROCEEDINGS SO THAT PLAINTIFF CAN OBTAIN SUBSTITUTE COUNSEL

COMES NOW, Emily Joyce Phillips, Esquire, on behalf of Phillips Lanier, P.A., and hereby moves the court for an Order, pursuant to S.D. Fla. L.R. 7.6 on this Unopposed Motion to Continue Trial, Motion to Withdraw as Counsel of Record for Plaintiff Randall Forbes, and Motion to Stay Proceedings so that Plaintiff can obtain Substitute Counsel, and in support thereof states as follows:

1. Our office was retained by Plaintiff, Randall V. Forbes ("Client"), regarding representation in the above-referenced matter. Trial is scheduled to begin on April 26, 2010 pursuant to the Joint Scheduling Report [#DE 52].

2. Irreconcilable differences have arisen between the Client and the undersigned attorneys, and the undersigned attorneys believe it is in the best interests of the Client to obtain new counsel. The

1

undersigned and Client are unable to agree on how to proceed (see attached Affidavit in support thereof.)

3. The undersigned counsel's withdrawal can be accomplished without material adverse effect on the interests of the Client.

4. Since there is a pending trial date, the undersigned requests the Court continue the trial and stay the proceedings for at least sixty (60) days so that the Client has the opportunity to find replacement counsel.

5. This motion does not violate any of the provisions of the Joint Scheduling Report entered into as an Order of this Court [#DE 52].

6. The undersigned contacted the Defendants and they agree to the continuance of this trial.

7. This motion is not filed for the purposes of delay and will not unduly prejudice any interested party.

8. As of this time, all future correspondence should be forwarded to Randall Forbes at 122 North Brookside Avenue, Freeport, NY 11520.

WHEREFORE, Emily Joyce Phillips and Phillips Lanier requests this court enters an Order granting this Unopposed Motion to Continue Trial, Motion to Withdraw as Counsel of Record for Plaintiff Randall Forbes, and Motion to Stay Proceedings so that Plaintiff can find Substitute Counsel.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 2, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/ Emily Joyce Phillips
EMILY JOYCE PHILLIPS (FB 0597961)
ephillips@phillipslanier.com
PHILLIPS LANIER
One Flagler Building
14 NE 1st Avenue, 2nd Floor
T. 305.350.5299
F. 786.431.2324
Attorneys for Plaintiff Randall Forbes

**SERVICE LIST**

Michael A. Mullen FL Bar No. 305731
Email: mmullen@gaebemullen.com
Gaebe Mullen Antonelli Esco & DiMatteo
420 S. Dixie Highway, 3rd Floor
Coral Gables, FL 33143
T. 305.667.0223
F. 305.284.9844
Attorneys for Defendant

J. Patrick Fitzgerald FL Bar No. 248681
Email: jpf@jpfitzlaw.com
J. Patrick Fitzgerald, P.A.
110 Merrick Way, Suite 3-B
Coral Gables, FL 33134

T. 305.443.9162
F. 305.284.9844
Co-Counsel for Defendant