UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

### AFFIDAVIT SHOWING GOOD CAUSE AND IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL, MOTION TO WITHDRAW AS COUNSEL OF RECORD, AND MOTION TO STAY PROCEEDINGS SO THAT PLAINTIFF CAN OBTAIN SUBSTITUTE COUNSEL

STATE OF FLORIDA        )
                                    ) SS.
COUNTY OF MIAMI-DADE  )

BEFORE ME, personally appeared Emily Joyce Phillips, who after being duly sworn deposes and says:

Emily Joyce Phillips says:

1. That my business address is One Flagler Building, 14 NE 1st Avenue, 2nd Floor, Miami, Florida 33132, and that I am a managing partner at the law firm of Phillips Lanier.

2. That I make this Affidavit of my own personal knowledge.

3. That irreconcilable differences have arisen between the undersigned and their Client, Randall Vanessa Forbes, and that the parties are unable to agree on how to proceed.

1

4. That it is in the best interests of Client for her to obtain new counsel.

5. That the continuance of the trial and the undersigned's withdrawal will not have a material adverse effect on the Client.

6. Further Affiant Sayeth Naught.

_____
EMILY JOYCE PHILLIPS

Sworn to and subscribed before me this ___2nd___ day of April, 2010.

Personally known ___✓___ or produced identification_____
Type of Identification Produced _____

Notary Public, State of Florida _____

My Commission Expires:

KAREN E. FERRARI
Notary Public - State of Florida
My Comm. Expires Nov 12, 2013
Commission # DD 939949
Bonded Through National Notary Assn.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

2

Respectfully submitted,

/s/ Emily Joyce Phillips
EMILY JOYCE PHILLIPS (FB 0597961)
ephillips@phillipslanier.com
PHILLIPS LANIER
One Flagler Building
14 NE 1st Avenue, 2nd Floor
T. 305.350.5299
F. 786.431.2324
Attorneys for Plaintiff Randall Forbes

## SERVICE LIST

Michael A. Mullen FL Bar No. 305731
Email: mmullen@gaebemullen.com
Gaebe Mullen Antonelli Esco & DiMatteo
420 S. Dixie Highway, 3rd Floor
Coral Gables, FL 33143
T. 305.667.0223
F. 305.284.9844
Attorneys for Defendant


J. Patrick Fitzgerald FL Bar No. 248681
Email: jpf@jpfitzlaw.com
J. Patrick Fitzgerald, P.A.
110 Merrick Way, Suite 3-B
Coral Gables, FL 33134
T. 305.443.9162
F. 305.284.9844
Co-Counsel for Defendant