UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  07-22502 – CIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

   Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

   Defendant.

_____/

## ORDER

This matter comes before the Court on the Plaintiff Randall Vanessa Forbes' Unopposed Motion to Continue Trial, Motion to Withdraw as Counsel of Record and Motion to Stay Proceedings so that Plaintiff can obtain substitute counsel [DE #   ].  The Plaintiff moves the Court for a sixty (60) day continuance of the trial which is scheduled for April 26, 2010. Counsel requests the permission of this Court to withdraw, Plaintiff will hire substitute counsel and will need the additional time to prepare for trial. Pursuant to Local Rule 3.01, counsel for the Defendant does not have an objection to the continuance of the trial.  The Court, having considered the request, finds good cause in accordance with Local Rule 7.6 and will grant permission to withdraw and the continuance of the trial.

The Plaintiff's current address is 122 North Brookside Avenue, Freeport, NY 11520.  It is now

**ORDERED:**

The Plaintiff's Unopposed Motion to Continue Trial, Motion to Withdraw as Counsel of Record, and Motion to Stay Proceedings so that Plaintiff can Obtain Substitute Counsel [DE #] is **GRANTED.**

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida this _____ day of April, 2010.

_____
WILLIAM M. HOEVELER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties

2