UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO:  07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES

    Plaintiff,

vs.                                                          ORDER SETTING HEARING

ST. THOMAS UNIVERSITY, INC.,

    Defendant
_____/

THIS CAUSE is currently set for a pre-trial conference on Monday, April 19, 2010, at 10:00 a.m.  Pending before this Court is a Motion for Summary Judgment filed on October 27, 2009 and fully briefed by the parties, as well as a Motion for Leave to Withdraw and Continue Trial.  It is accordingly,

ORDERED that counsel in this cause shall appear at the appointed time for the pre-trial conference on Monday, April 19, 2010, at 10:00 a.m., for the announcement of the ruling on the Motion for Summary Judgment.  Argument will be heard, only, as to the Motion to Withdraw and Continue Trial.  The Plaintiff, RANDALL VANESSA FORBES, shall also appear at this hearing and counsel, Emily Joyce Phillips, shall notify plaintiff of this appearance.

DONE AND ORDERED in Chambers at Miami, Florida this 14th day of April, 2010.

                                                                     _____
                                                                   SR. UNITED STATES DISTRICT JUDGE

cc: Emily Joyce Phillips, Esq.
    Michael Mullen, Esq.
    J. Patrick Fitzgerald, Esq.