UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILLIAM M. HOEVELER

CASE NO.: 07-22502-CIV-HOEVELER

Randall Vanessa Forbes,

        Plaintiff,

vs.

St. Thomas University, Inc.,

        Defendant.

_____/

DATE: April 19, 2010         **CIVIL MINUTES**

TIME IN COURT: 30 minutes     COURT REPORTER: Jill Hardy-Hobbs

COURTROOM DEPUTY: Liz Chapas

Counsel for the Plaintiff(s): Emily Phillips, Esq.

Counsel for the Defendant(s): Maximo Santiago, Esq., Robert Diaz, Esq.,

REASON FOR HEARING: Hearing on Motion for Summary Judgment, Motion to Continue Trial, Motion to Withdraw as Attorney

RESULTS OF HEARING: The Court grants motion to withdraw as attorney for Emily Phillips, Esq., and grants motion to continue trial. The Court withheld ruling on Motion for Summary Judgment until plaintiff secures additional counsel. The plaintiff has indicated Attorney Richard L. Brown may be retained. The plaintiff has 20 days to secure additional counsel.