```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

                 07-22502-CIV-HOEVELER
```

**RANDALL VANESSA FORBES,**

    Plaintiff,

v.

**ST. THOMAS UNIVERSITY, INC.,**

    Defendant.
_____/


<u>ORDER</u>

    Before the Court is the motion by plaintiff's counsel, Emily Phillips, to withdraw from the case and for a continuance of the trial date. A hearing was held on April 19, 2010, which was attended by the plaintiff and counsel for both sides.

    **IT IS HEREBY ORDERED:**

    1.   The plaintiff's motion to substitute counsel is GRANTED. The plaintiff's present lawyer, Ms. Phillips, is released from the case upon delivering a copy of this order to the plaintiff.

    2.   As stated at the hearing, the plaintiff has until May 11, 2010 to find a new lawyer, and for him or her to make an appearance.

    3.   The pending motion for summary judgment has been fully briefed and a decision will be rendered once the plaintiff's new

lawyer has made an appearance.

4. The trial date, presently set for April 26, 2010, is hereby continued, to be re-set in due course.

**DONE AND ORDERED** in Miami, Florida, April 21ˢᵗ, 2010.

*WM M Hoeveler*
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

Copies to all counsel