UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 - DIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Richard L. Brown, Attorney at Law, of the law offices of RICHARD L. BROWN & ASSOCIATES, P.A. and files this his Notice of Appearance as attorney of record for and on behalf of the Plaintiff, RANDALL VANESSA FORBES, and respectfully requests this court and opposing counsel to forward to the undersigned all notices, correspondence, pleadings and any and all other pertinent data pertaining to the above-styled cause.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically, via the ECF system on the 7th of May 2010 on Michael A. Mullen, Counsel for Defendant, GAEBE MULLEN ANTONELLI ESCO & DIMATTEO, 420 S. Dixie Highway, 3rd Floor, Coral Gables, FL 33143 and J. Patrick Fitzgerald, P.A., Co-Counsel for Defendant, 110 Merrick Way, Suite 3-B, Coral Gables, FL 33134.

           /s/ Richard L. Brown
Richard L. Brown, Esquire
Counsel for Plaintiff
BROWN & ASSOCIATES, P.A.
4445 North Highway A1A, Suite 130
Vero Beach, Florida 32963
(772) 231-1777/231-8855 (Fax)
Florida Bar No. 989721
RLB@BrownBusinessLaw.com