UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO: 07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES

    Plaintiff,

vs.                                  ORDER SETTING HEARING

ST. THOMAS UNIVERSITY, INC.,

    Defendant
_____/

THIS CAUSE is before the Court on the Defendant's Motion for Summary Judgment. It is accordingly

ORDERED that this matter will be heard on June 4, 2010, at 10:15 a.m.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of May, 2010.

                                                                         SR. UNITED STATES DISTRICT JUDGE

cc: Richard L. Brown, Esq.
    Michael Mullen, Esq.
    J. Patrick Fitzgerald, Esq.