UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO:   07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES

        Plaintiff,

vs.

                                             ORDER RE-SETTING HEARING

ST. THOMAS UNIVERSITY, INC.,

        Defendant

_____/

        THIS CAUSE is before the Court on the Defendant's Motion for Summary

Judgment.  It is accordingly

        ORDERED that this matter will be reset for  June 18, 2010, at 11:00 a.m.

        DONE AND ORDERED in Chambers at Miami, Florida, this 2nd  day of June,

2010.

                                       _____
                                     SR. UNITED STATES DISTRICT JUDGE

cc: Richard L. Brown, Esq.
    Michael Mullen, Esq.
    J. Patrick Fitzgerald, Esq.