CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE WILLIAM M. HOEVELER

Case No. 07-22502          Date 6/18/10
Clerk Clem Hammond        Reporter Larry Herr
In-Court Time 40 minutes

Pl. Atty. Richard Brown

Def. Atty. Max Santago, Anne Sullivan, Robert Diaz

Style: Randall Vanessa Forbes vs. St Thomas University

Reason for Hearing Motion Hearing

Results of Hearing Order to follow

Misc.