UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 - DIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

        Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

        Defendant.
_____/

## AMENDED RULE 26 DISCLOSURES

COMES NOW, Richard L. Brown, Esquire of the law office of BROWN & ASSOCIATES, P.A., and files this the, Plaintiff, RANDALL VANESSA FORBES', amended response to Rule 26 Disclosures as ordered on September 29, 2010 by William M. Hoeveler, Senior United States District Judge in the above-styled cause as follows:

1.    2005 Medical Report from the Nassau University Medical Center in New York;

2.    The police report from the Freeport Police Department.

3.    The November 1, 2001 medical report from the University of Miami will be provided upon receipt.

4.      Memo dated August 9, 2004 from the University Of Miami.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certified that a true and correct copy of the foregoing document was served by Fax No. (305) 284-667-0223 and U.S. Mail on the 11th day of October 2010 on Michael A. Mullen, Counsel for Defendant, GAEBE MULLEN ANTONELLI ESCO & DIMATTEO, 420 S. Dixie Highway, 3rd Floor, Coral Gables, FL 33143 and J. Patrick Fitzgerald, P.A., Co-Counsel for Defendant, 110 Merrick Way, Suite 3-B, Coral Gables, FL 33134.

Richard L. Brown, Esquire
Counsel for Plaintiff
BROWN & ASSOCIATES, P.A.
4445 North Highway A1A, Suite 130
Vero Beach, Florida 32963
(772) 231-1777/231-8855 (Fax)
Florida Bar No. 989721
Rlblaw@brownbusinesslaw.com