

# STUDENT HANDBOOK
## 2006-2007

ST. THOMAS UNIVERSITY

SCHOOL OF LAW

## STUDENTS MATRICULATING FALL 2006 AND THEREAFTER

A student who, at the end of a semester, fails to attain a 2.0 cumulative grade point average shall be placed on academic probation, and will be dismissed from the School of Law at the end of the next semester if, by that time, he or she fails to attain a 2.0 cumulative grade point average. Such a student may petition the School of Law for readmission.

The foregoing is subject to the following exceptions:

1. If a student receives a grade point average of less than 1.65 at the end of the first semester of the first year, the student shall be dismissed and may not petition for readmission to the School of Law until two years after the dismissal.

2. If a student receives a grade point average between 1.65 and 2.0 at the end of the first semester of the first year, that student will be placed on academic probation and will be dismissed from the School of Law at the end of the next semester if, by that time, he or she fails to attain a 2.0 cumulative grade point average. Such a student may petition for readmission in accordance with the Policies and Procedures for Petition for Readmission.

3. St. Thomas University School of Law requires that students who have been academically dismissed from St. Thomas University School of Law wait two years from the time of dismissal before petitioning for readmission. A petition for readmission will be considered only if the petitioner can still graduate no later than five years from the time of his or her initial matriculation. Students must follow the Policies and Procedures for Petitions for Readmission as set forth by the Academic Standing Committee.

4. A student who has completed the number of semester hours required for graduation but has failed to achieve a cumulative grade point average of 2.0 may not continue in the School of Law, except by express approval of the Dean.

5. For the purpose of these provisions, courses taken during a summer session will be deemed to have been taken during the next Fall or Spring semester attended by the student.

## READMISSION

A student who is excluded from the law school for academic reasons may be readmitted only upon submission of a petition for readmission and favorable action thereon by the Academic Standing Committee. In determining questions of readmission, the Committee will be governed by the applicable standards and guidelines of the American Bar Association and the Association of American Law Schools, in addition to the School of Law's Policies and Procedures for Readmission. A student seeking readmission should review the School Law's Policies and Procedures for Petitions for Readmission contained herein or obtain a separate copy from the Associate Dean for Student and Alumni Services.

## POLICIES AND PROCEDURES FOR PETITIONS FOR READMISSION

The following policies and procedures apply to the submission and determination of petitions for readmission to St. Thomas University School of Law.

1. A student wishing to resume his/her legal studies at St. Thomas University School of Law ("the School of Law") may petition the Academic Standing Committee (the "Committee") for readmission if he/she was excluded on academic grounds.

2. A student wishing to petition the Committee for readmission may obtain a petition and copy of these Policies and Procedures from the Director of Student Affairs.

3. The petition and all required supporting documentation must be filed, in five copies, with the Director of Student Affairs by the deadline set by the Committee for the year in question.

4. The student has the burden of proof with regard to all matters relating to the petition.

5. All requirements set forth in the petition and in these policies and procedures are mandatory. Noncompliance with any of these requirements can result in the dismissal of the petition.

6. A student who bases his/her petition on medical reasons must also:

    a. Sign a waiver of doctor-patient confidentiality, deliver a copy to the treating physician and attach a copy to the petition; and

    b. Submit a letter from the treating physician explaining: (i) the nature of the medical problem; (ii) the opinion, if any, of the doctor as to the causal relationship between the problem and the student's academic performance or separation from the Law School; and (iii) the likely effect, if any, of that problem on the student's future academic performance.

7. All student petitioners before the Committee shall, upon request, be given a personal hearing. The personal appearance shall not substitute for, or excuse; the complete written petition. The hearing will be informal, and will normally be closed to any person not on the Committee. The petitioner should briefly outline points not made in the application, present any written or oral evidence supporting his or her petition and be willing to answer any questions or supply any information requested by the Committee.

8. The Committee will debate the petition outside the presence of the petitioner and vote by secret ballot. Readmission will be granted only by the affirmative vote of a majority of the members present.

9. The Director of Student Affairs will inform the petitioner in writing of the Committee's decision. The petitioner will not be informed of the Committee's decision on the day of the hearing.

10. The Committee may, *inter alia*:

    a. Grant a petition, subject to any condition(s) it deems proper to impose;

    b. Require that the petitioner submit additional information or documentation on any question posed in the petition or otherwise relevant to readmission;

    c. Convene a hearing and require that the petitioner and others appear;

    d. Dismiss an incomplete petition; or

    e. Deny a petition.

11. No petition shall be granted unless the Committee finds that the record (consisting of the petition, documents submitted in connection with it, the petitioner's law school file and the preponderance of credible testimony, if any, given at a hearing) affirmatively demonstrates that the student possesses the requisite ability, and that the prior disqualification (or lack of good standing) does not indicate a lack of capacity, to successfully complete the course of study at the Law School.

    a. Such a finding may be made when the Committee considers a petition before the Committee for the first time after a student is excluded on academic grounds.

    b. Once the Committee has denied a petition, such a finding may not be made for two years after a denial, and then only if the student's interim work activity or studies indicate a very strong potential for successful law study.

    c. A petition for readmission will be considered only if the petitioner can still graduate no later than five years from the time of his/her initial matriculation.

    d. The decision of the Committee is final.

12. The Committee will consider several factors, including, but not limited to:

    a. The best interests of the Law School as an educational institution, including the maintenance of high standards of academic excellence and professional responsibility among members of the student body;

    b. As the paramount criteria for the decision on readmission, the student's reasonable prospect for success in the course of study at the Law School;

    c. Any evidence of correctable problems or disabilities that may have contributed to the student's academic performance;

    d. The extent to which it appears that a petitioner's previous medical, financial or other concerns, if any, have been addressed and satisfactorily resolved; and

    e. The activities of the student, undertaken after leaving the Law School, to improve his/her prospect for successfully completing the study of law.

## READMISSION OR RETURNING TO SCHOOL

When a student is out of school for any reason (for example, leave of absence, dismissal, visiting other school) he or she will be obligated to meet the graduation and educational requirements in place at the time the student is readmitted or returns to the law school.