

# STUDENT HANDBOOK
# 2004-2005

## ST. THOMAS UNIVERSITY
## SCHOOL OF LAW

# ST. THOMAS UNIVERSITY SCHOOL OF LAW

## STUDENT HANDBOOK
## 2004 – 2005

St. Thomas University School of Law is an equal opportunity institution of higher education. The Law School conforms to all applicable laws prohibiting discrimination and is committed to nondiscrimination on the basis of gender, sexual orientation, marital status, age, race, color, disability, religious affiliation, national origin, ancestry, or social condition in its educational programs, admission policies, employment policies, financial aid or other school-administered programs and activities. The Associate Dean for Student and Alumni Services, located in the Law School Administrative Offices on the first floor of the main law school building, at (305) 623-2301 has been designated as the person to handle inquiries regarding this policy.

St. Thomas University School of Law reserves the right to change, without notice, statements in this handbook concerning rules, policies, fees, curricula or other matters. Statements in this handbook should not be construed as the basis of a contract between an applicant or a student and the law school or the university.

# TABLE OF CONTENTS

**University Mission Statement**................................................................ 1

**Law School Mission Statement** ........................................................ 3

**Program of Study**.............................................................................. 5

       Requirements for the J.D. Degree ................................................ 5

       Pro Bono Requirement................................................................. 5

       Requirements for Admission to the Bar  ...................................... 6

       Summer School/Summer Abroad Programs .................................. 6

**Registration** .................................................................................... 7

       Course Changes ......................................................................... 8

**Senior Writing Requirements** ........................................................ 8

**Independent Research**.................................................................... 9

**Attendance** ................................................................................... 10

       Class Attendance ....................................................................... 10

       Attendance and Enrollment ........................................................ 10

       Attendance Policy ...................................................................... 10

**Course Cancellation** ..................................................................... 12

**Grades**.......................................................................................... 12

       Basis.......................................................................................... 12

       Grading Curve........................................................................... 13

       Class Standing/Rank .................................................................. 13

       Ranking Policy for Transfer Students .......................................... 13

       Cumulative Weighted Average .................................................... 13

**Student Advisement**...................................................................... 14

i

TABLE OF CONTENTS

**Tutoring** ............................................................................. 14

**Examinations** ...................................................................... 14

    Computer Use with Exams  ........................................... 14

    Procedures for Administration of Examinations .............. 15

    Policy on Absence from Examinations or Failure to
    Submit Final Examination ........................................... 16

    Examination Review Policy ........................................... 16

**Disability Support Services** ............................................. 17

**Withdrawals** ...................................................................... 17

**Leaves of Absence** ............................................................ 17

**Tuition** .............................................................................. 18

    Payment Plans ......................................................... 18

    Payment of Student Accounts due the University ........... 18

**Financial Assistance** .......................................................... 18

    General Information .................................................. 18

**Academic Probation and Exclusion** .................................... 19

**Satisfactory Academic Progress** ....................................... 19

**Refund Policy for Students who Receive Title IV Funds** ................... 20

**Readmission** ..................................................................... 21

    Policies and Procedures for Petitions ........................... 21

**Good Standing Letters** ...................................................... 23

**Transcripts** ...................................................................... 23

**Family Educational Rights and Privacy Act** ....................... 24

**Events Involving Alcohol** ................................................... 25

**Drug Free Workplace and School Policy** ............................ 25

    Standards of Conduct ............................................... 25

Drug and Alcohol Counseling Assistance ........................................ 26

Campus Health Services ............................................................. 26

**Campus Ministry** .......................................................................... 26

**Housing** ...................................................................................... 27

**Recreational Facilities** ................................................................ 27

**Policy Regarding Personal Property** ............................................. 28

**Policy Regarding the Sale of Food** ............................................... 28

**Parking and Auto Registration Policies** ......................................... 29

**New Student Organizations** ........................................................ 29

**Student Complaints** .................................................................... 29

**Anti-Discrimination/Anti-Harassment Policy** .................................. 31

**Stalking Policy** ........................................................................... 37

**Grievance Procedure** .................................................................. 39

**Code of Academic Integrity** .......................................................... 49

**Law Library** ................................................................................ 57

**Student Bar Association Constitution** ............................................ 67

**Hurricane Procedure** .................................................................. 89

# THE MISSION OF ST. THOMAS UNIVERSITY

St. Thomas University is a dynamic community celebrating and respecting its diversity. It is sponsored by the Roman Catholic Archdiocese of Miami. The University continues the Catholic tradition in higher education by placing a priority on excellence in teaching and encouraging service and research. St. Thomas University is student centered. It offers quality undergraduate, graduate and professional studies programs. These programs emphasize lifelong and value-oriented education by sharing concerns for the natural environment and dignity of the person. The University works in partnership with business, government and the South Florida community.

# INTERPRETATION OF MISSION STATEMENT

## ST. THOMAS UNIVERSITY

### -- is a dynamic community celebrating and respecting its diversity

St. Thomas University welcomes women and men of all ages, races, nationalities, religious traditions, and beliefs. The University community works in a multinational, multiethnic, and multicultural environment. In a spirit of mutual respect, members of the University community seek justice both within the University and in the world.

### -- is sponsored by the Roman Catholic Archdiocese of Miami, Florida

Embracing the principles of the Papal Document "Ex Corde Ecclesiae" and the mission of the Archdiocese, St. Thomas University consecrates itself without reserve to "the free search for the whole truth about nature, man, and God"; and the existential uniting of faith and reason in the search for truth, along with "the certainty of already knowing the fount of truth." St. Thomas University works in close relationship with the Archbishop, and parishes and schools throughout the Archdiocese to share expertise, resources and service opportunities.

### -- places a priority on excellence in teaching, encourages service and research

St. Thomas University recognizes that the best way to serve is through the joy of searching for truth, and a quest for goodness and excellence within the context of academic freedom and the heritage of the Catholic intellectual and artistic tradition. St. Thomas University is committed to teaching as its primary academic enterprise, and to maintaining the favorable faculty-student ratio to allow the University to provide students with individualized attention. The University encourages research, scholarship, artistic and creative productions. Such research and scholarship is required for its graduate and professional faculty. A commitment to excellence underlies all these efforts.

### -- is student centered

St. Thomas University provides an environment that is dedicated to the student's ongoing social, intellectual, and cultural development. The University has been recognized for providing opportunity and support for highly motivated students and

*UNIVERSITY MISSION STATEMENT*

those whose access to higher education is restricted by social, cultural, and economic conditions. Faculty, staff and administration are dedicated to serving the students.

*-- offers quality undergraduate, graduate, and professional studies programs*

The University prepares its students in critical and moral reasoning to analyze and evaluate problems, propose solutions, and make reasonable decisions. Graduates leave with increased knowledge, a sense of moral responsibility and a readiness to contribute to society with compassion, faith, and a sensitivity to the poor and disadvantaged.

*-- emphasizes lifelong, value-oriented education*

St. Thomas University encourages its students, faculty, staff, and administration to make a personal commitment to ongoing education, recognizing that personal success depends on becoming self-sufficient learners supplemented by the continual education opportunities of Higher Education.

*-- shares concerns for natural environment and the dignity of the person*

Drawing on Catholic social teaching, St. Thomas University emphasizes peace, freedom, and justice throughout the University classrooms, administration, and extracurricular activities. Both in the classroom and in daily activities, the University community encourages a respect for the natural world, society, and healing the earth.

*-- works in partnerships*

St. Thomas University works collaboratively with others, including other educational institutions, charitable and governmental agencies, and private businesses to provide education and research to a wide constituency. Faculty, staff, and administration work in partnerships among the academic disciplines and departments of the University to provide its students with meaningful educational experiences and efficient services.

[Revised Mission Statement and Interpretation of Mission Statement as approved by Archbishop John C. Favalora, and the St. Thomas University Board of Trustees at its board meeting of September 27, 1999].

2 ∎

# THE MISSION OF THE SCHOOL OF LAW

St. Thomas University School of Law is part of a university sponsored by the Roman Catholic Archdiocese of Miami. The mission of the university is to teach and prepare its students, in a personalized, caring environment under Catholic auspices, to contribute their talents to concerns for peace, freedom, justice, the dignity of the individual, and the betterment of humanity. The School of Law embraces the mission of the university and furthers that mission by:

> Supporting and encouraging members of the law school community to explore and acknowledge the significance of Judeo-Christian moral and religious principles to the rule of law and to the legal profession;
>
> Valuing differences, affirmatively welcoming to the law school community a richly diverse group representative of our pluralistic society;
>
> Supporting and encouraging all persons in the law school community to examine their own personal values and, in the finest tradition of professionalism, to dedicate their professional lives to the service of others; and
>
> Creating and nurturing relationships, in the furtherance of world peace and justice, with and among our international neighbors in the global community.

The mission of St. Thomas University School of Law supports the intellectual and spiritual life of those within its community. The School of Law effectuates its mission by adhering to rigorous academic standards fortified by the recognition that moral and religious precepts are relevant to the practical and ethical issues that confront all lawyers.

The School of Law has a special commitment to training lawyers who are members of South Florida's Hispanic and black communities who will then serve these communities that have traditionally been underserved by the bar.

■ 3

**4** ■

# PROGRAM OF STUDY

## REQUIREMENTS FOR THE J.D. DEGREE

To be eligible for the degree of Juris Doctor (J.D.), a student must meet the residency requirements of the School of Law by having:

1. successfully completed the required number of credits with a cumulative grade point average of 2.5 or above (87 credits if entered prior to Fall 2001, 90 credits if entered thereafter);

2. studied law in residence for 96 weeks;

3. completed all academic requirements within five years of initial matriculation, unless a written extension of this period is granted by the Academic Standing Committee or the Dean;

4. completed the 40-hour *pro bono* requirement; and

5. pursued the entire study of law as a full-time student for six semesters or the equivalent, the last two of which must be at St. Thomas.

"Full-time" study requires completion of 12 or more hours per semester, or 6 credit hours per summer session (or 5 credits one summer and 7 credits the other).  A student may not enroll in more than 17 hours per semester, or 7 hours in a summer session, without prior permission from the Associate Dean for Student and Alumni Services.

When a student is out from school for any reason (for example, leave of absence, dismissal, visiting other schools), he or she will be obligated to meet the requirements in place at the time the student is readmitted to the law school.

Degrees are ordinarily conferred upon students who meet the prescribed academic requirements.  The law school reserves the right, however, to withhold a degree whenever it appears that a student's character, conduct, or the quality of work completed will prevent acceptable representation of the school or compromise the standards of the legal profession.

St. Thomas University considers the graduation ceremony to be an academic event. Only students who have completed all requirements for graduation prior to the date of the ceremony, and those students who have registered for the summer session to complete 6 or fewer credits remaining toward graduation, will be allowed to participate.

## PRO BONO PROGRAM

In 1999, the Law School Faculty instituted a mandatory *pro bono* graduation requirement requiring each student to complete 40 hours of *pro bono* work prior to graduation. The program is designed to give second- and third-year students legal

experience under the supervision of lawyers in a variety of non-profit offices, government agencies and law firms. The objectives of the program are to:

1. supplement the educational experience of students and develop a lasting commitment to public service;

2. enhance empowerment and access to the legal system for persons and communities traditionally underserved by the bar; and

3. build a positive *pro bono* service identity for St. Thomas University School of Law in the South Florida community and nationally.

## REQUIREMENTS FOR ADMISSION TO THE BAR

A number of states require that a law student who intends to sit for the bar examination register with the appropriate state agencies prior to or during his or her legal studies. Students who desire admission to the bar of a particular state should contact that state's Board of Bar Examiners to learn more about the state's requirements for admission to the bar.  It is important that this be done upon entering law school to prevent delaying admission to the bar.  Information regarding bar admission requirements is available in the Office of the Associate Dean for Student and Alumni Services.

Admission to The Florida Bar is administered by the Florida Board of Bar Examiners. The requirements for admission are contained in the "Rules of the Supreme Court of Florida Relating to Admissions to the Bar."  In summary, these rules require that a prospective applicant to the bar possess the degree of Doctor of Jurisprudence from a school that is approved by the American Bar Association. An applicant must also possess a Bachelor's degree from a college or university approved by a regional accrediting association or the Florida Supreme Court.  The latter requirement may be waived for those applicants possessing a foreign law degree.  Additional requirements relating to the character of the applicant must be met in order to be admitted to The Florida Bar.

For a full explanation, refer to the "Rules of the Supreme Court of Florida Relating to Admissions to the Bar."  Individuals with specific questions may contact the Florida Board of Bar Examiners, 1891 Eider Court, Tallahassee, Florida 32399-1750, (850) 487-1292.

## SUMMER SCHOOL/SUMMER ABROAD PROGRAMS

The purpose of summer school is to provide students with an opportunity to take additional courses within their law school careers, and also to enable them to lighten their normal course loads in the fall and spring semesters.  Students may accelerate graduation by attending two summer sessions (and taking a minimum of six credits at each session), provided that they are in compliance with all other requirements necessary for graduation.  A student may not enroll in more than 17 hours per semester or seven hours in a summer session, without prior permission from the Associate Dean for Student and Alumni Services.

For purposes of planning, if a law student takes one or two sessions of summer school and, as a result, would need less than 12 hours for graduation in the second semester of the third year, the student would still be required to carry 12 hours of law credits to maintain a full-time status under law school residency requirements.

A St. Thomas law student desiring to attend an accredited law school program for a summer session, at another U.S. law school or at a summer abroad program, must comply with the following requirements and procedures:

1. The student must obtain the written approval of the Associate Dean for Student and Alumni Services prior to registering for the course(s).

2. Requests must be in writing, accompanied by a catalog and a description of the program and courses to be taken.

3. The program must be approved by the ABA.

4. The student must be in good standing, both academically and financially, at St. Thomas University School of Law.

5. To receive credit, the student may only take courses that are not required for graduation at St. Thomas; a maximum of seven elective credits will be accepted per year.

6. In order to transfer credits earned, grades of "C" or better must be obtained in each of the courses attempted; credits earned will be recorded on the transcript but will not be included in the computation of the cumulative grade point average.

7. A letter of good standing will be furnished by the Associate Dean for Student and Alumni Services directly to the particular program authorizing the participation of the student.

8. To advance graduation, a student must take six credit hours and the program must satisfy the eight-week residency requirement of St. Thomas University. Credits earned at summer abroad programs may not be used to advance graduation.

9. A letter will be written to the student, with a copy to the student's file, specifying the terms and conditions of approval to attend the program.

10. Students must request that the program transcript be sent directly to the St. Thomas University School of Law Registrar as soon as the program is completed.

## REGISTRATION

Registration is a formal procedure that represents both an academic and a financial commitment.  To be officially enrolled at the law school, students must complete the financial part of registration before each term's classes begin.

Attending class by itself does not constitute an official registration.  All prior balances must be cleared before students are permitted to register for the current term.  The financial obligations that a student incurs through registration remain unless the registration is cancelled by the law school or the student officially withdraws from school during the refund period.  If a student withdraws during the refund period, he or she is entitled to a refund based on the effective date of the withdrawal.

*RULES AND REGULATIONS*

## COURSE CHANGES

Students who decide to add, drop, or change their course schedules must do so via Web Advisor by the end of the add/drop period. The web address for Web Advisor is https://kennedy.stu.edu/. If problems occur while accessing the web site, or in processing the add/drop transaction, the student will need to contact the Registrar's Office. Students enrolled in the J.D. program must be enrolled full-time (12 credits minimum during the fall and spring semesters).

The add/drop period for the fall and spring semesters is scheduled during the first week of class. In the summer, the add/drop period is the first three days of class. Discontinuing class attendance does not constitute official withdrawal. ***Once the add/drop period has passed, students may no longer add or drop individual courses, but may withdraw from all courses upon receiving written approval from the Associate Dean for Student and Alumni Services.*** Students authorized to withdraw must submit the written approval to the Registrar's Office for processing. A "W" grade will be entered on the transcript; students who fail to submit the written approval from the Associate Dean for Student and Alumni Services to the Registrar's Office will receive a grade of "F".

Students who completely withdraw from the Law School must return all borrowed books to the libraries, pay any fines due and clear all outstanding accounts with the Law School and/or the University.

# SENIOR WRITING REQUIREMENT

As a requirement for graduation, a student must write a significant paper. A student may attempt to fulfill this requirement by completing a paper in a seminar or as part of an independent research project, supervised by a full time faculty member who obtains approval from the Curriculum Committee for a paper option.

The Senior Writing Requirement meets the following objectives:

1. A significant paper means a paper that is thoroughly researched and that reflects critical thinking on the part of the student writer. Factual reports fail to meet the standard. Students must be intellectually involved in their work product, which should reflect analytical achievement and creativity. A simplistic case-by-case presentation of the law fails to meet the standard. Instead, a paper must include a synthesis. Everyone graduating from law school should master the skill of effective legal writing.

2. Students should aim to submit a paper of publishable quality. Minimally, the paper must reflect the quality of work expected of a first year associate or law clerk.

3. The production of a paper will require not only an outline but a number of drafts. Though the final product should evidence excellence, the researching and writing process constitute equally important educational experiences and as a result students will meet with faculty members mentoring their papers a number of times.

**8** ■

4. It is difficult to establish quantitative standards for the output of a particular thinking process. However, it is hard to conceive that most papers will not be at least thirty (30) pages in length with at least seventy (70) citations. All citations must be in the proper format. It is inconceivable that a legal think piece could involve anything less than relentless research.

5. The writing requirement is not automatically satisfied by successfully completing the requirements of the seminar for which the paper is written. The faculty member teaching the seminar or supervising an independent research project must certify to the Registrar, that the student has fulfilled the writing requirement.

Courses that do not satisfy Senior Writing may include a less ambitious paper as part of a student's grade or in lieu of a final exam. However, professors in seminars or supervising independent research project are entrusted with guiding students through the Senior Writing project and are expected to ensure graduating seniors write papers involving substantial research, legal analysis and overall competence to practice law.

Reference should be made to the Independent Research policy below.

# INDEPENDENT RESEARCH

Independent research is designed to afford students the opportunity of studying intensively and preparing a paper in a specialized area of law. The paper produced must be an in-depth and advanced analysis of the topic and must substantially surpass the level of coverage available in the curriculum for the area of law researched. The paper must demonstrate each of the following: substantial legal research, analytical writing, original thought, proper writing style and proper citation form. Independent Research is arranged by the student in consultation with the faculty member who will serve as supervisor. A student may receive no more than two credits for an independent research project, and may apply no more than one independent research project toward the credits required for graduation. An independent research project is normally completed in one semester and must be completed within two semesters. The paper produced in an independent research project may satisfy the senior writing requirement. Applications for independent research projects must be submitted to the chair of the Curriculum Committee no later than the second Wednesday in March for the fall semester and the second Wednesday in October for the spring semester.

A student must receive approval for a proposed independent research project. First, a student must submit a detailed research and writing design to a faculty member who will serve as project supervisor. If that faculty member approves the project, the faculty member submits the detailed research and writing design to the Curriculum Committee for approval. Upon approval by the Curriculum Committee, the proposal is forwarded to the Dean for final approval.

The faculty research supervisor will closely supervise the research and writing efforts of the student. Before a first draft of the paper is written, a student must submit a bibliography and a detailed outline. It is anticipated that the student will submit a number of drafts and that the faculty supervisor will meet with the student on a regular basis and will provide critiques and guidance for the bibliography and the outline.

*RULES AND REGULATIONS*

# ATTENDANCE

## CLASS ATTENDANCE

Standard 304 of the Standards for Approval of Law Schools of the American Bar Association states that regular and punctual class attendance is necessary to satisfy residency and class-hour requirements.

The law school is required to certify that bar applicants were in regular attendance and have successfully completed the course of instruction required by the school for the J.D. degree.  The Dean has charged each professor with noting absences.

## ATTENDANCE AND ENROLLMENT

Attendance at classes is mandatory.  A student may enroll in a course after the first week of classes only with permission of the instructor and the Associate Dean for Academic Affairs.  Prior to enrolling in a course for which credit is obtained, a student must complete all prerequisites for that course, unless prior approval has been granted by the instructor and the Associate Dean for Academic Affairs.  Please note that poor attendance may also result in a failure to satisfy the residency requirements of St. Thomas.

Attendance and preparation for class may be considered in determining students' grades in courses.  A student may be requested to leave a class for being unprepared.

During the first full academic year of residence at the law school, a student is required to maintain enrollment in all first-year required courses unless the student obtains prior administrative approval from the Associate Dean for Academic Affairs.  In subsequent years, a student may drop a course during the first week of classes, provided that the student remains enrolled in 12 or more credit hours.  Students must consult with the Associate Dean for Academic Affairs before dropping a required course.  After the first year, students are required to enroll in not less than twelve credit hours of courses each semester.

## ATTENDANCE POLICY

This attendance rule is designed to help enforce the current 20 percent limit on class absences in a fair and consistent manner and to emphasize the importance of class attendance by precluding students from sitting for the final exam who have missed too large a portion of a course — *for whatever reasons* — to have mastered the course material.  In relevant part, the rule states:

A student shall receive a grade of "F" for a course and shall not receive academic or residency credit for the course if the student is absent from:

> (1) nine class sessions in a fall or spring semester course that meets three times per week;
>
> (2) six class sessions in a fall or spring semester course that meets two times per week;

(3) three class sessions in a fall or spring semester course that
meets once per week;

(4) five class sessions in a summer school course that meets three
times per week;

(5) three class sessions in a summer school course that meets
two times per week; or

(6) two class sessions in a summer school course that meets once
per week.

This rule does not preclude instructors from also imposing their own, more demanding attendance requirements.  This rule also does not preclude a student from petitioning the administration prior to the beginning of the exam period to voluntarily withdraw from school and receive no grade in the classes in which the student was enrolled at the time.  The Law School does not guarantee that students will be notified when they are near the applicable limit of absences in a course.  No appeal of the rule's sanction to the administration or faculty is permitted.  To the extent that this rule is inconsistent with present Law School rules, this rule modifies and supersedes those rules.

[Adopted by the Faculty, effective Fall 1996.]

When a student has exceeded the 20 percent limit on absences from a course and, in the Dean's judgment, the absences have resulted from exigent circumstances beyond the student's control, such as serious illness, medical emergency, death of an immediate family, or call to active military service, the Dean shall direct the Registrar to enter a "W" (indicating withdrawal) for the course on the student's official transcript.

[Adopted by the Faculty, effective Spring 2002.]

*LL.M. Program in Intercultural Human Rights*

The School of Law's attendance policy also applies to all courses of the LL.M. Program in Intercultural Human Rights.   The Director of the Program may excuse non-attendance in individual cases for compelling reasons.

*LL.M. Program in International Taxation*

The School of Law's attendance policy also applies to all courses of the LL.M. Program in International Taxation.  A student shall receive a grade of "F" for a course and shall not receive academic or residency credit for the course if the student has not made at least

*RULES AND REGULATIONS*

ten significant comments during the course on the discussion board, as determined by the professor.

# COURSE CANCELLATION

From time to time, a course will draw insufficient enrollment and must be cancelled.

# GRADES

## BASIS

The unit of credit at St. Thomas University School of Law is the semester hour.  Credits may be earned in the regular fall and spring semesters or in a summer session.  A student's performance in courses and seminars is evaluated on the following scale:

### Grades and Grade Points

| Students Initially Enrolled Between August 1997 and July 2000 | | | Students Initially Enrolled August 2000 and Thereafter | | |
|---|---|---|---|---|---|
| A+ | = | 4.5 | A | = | 4.0 |
| A | = | 4.0 | B+ | = | 3.5 |
| B+ | = | 3.5 | B | = | 3.0 |
| B | = | 3.0 | C+ | = | 2.5 |
| C+ | = | 2.5 | C | = | 2.0 |
| C | = | 2.0 | C- | = | 1.5 |
| D | = | 1.5 | D | = | 1.0 |
| F | = | 0.5 | F | = | 0.0 |

P/NP   =   Pass/Fail (grade points are not applicable)

St. Thomas University School of Law uses letter grading for course evaluation purposes and the semester system for its calendar. No transfer credits are used in calculating the St. Thomas University School of Law Grade Point Average (GPA).

## GRADING CURVE

Students are required to maintain a 2.5 grade point average to be considered in good standing.  Any first year student who achieves a grade point of less than 2.15 in his/her first semester is academically dismissed.  Any student who achieves a grade point average of between 2.15 and 2.5 is placed on academic probation and has on semester to raise his/her grade point average to 2.5 or will be academically dismissed.  First year classes have a mandatory grading curve such that the average grade for each first year

class must fall between a 2.75 and 3.0.  In each first year and upper division required course, at least 15% of all grades assigned shall be higher than B (A or B+) and at least 15% of the grades assigned shall be lower than C+ (C or below).  These requirements do not apply to required legal writing courses, seminars, skills courses, or electives.  In calculating the mean GPA for a course for the purpose of compliance with the required rang of means (i.e., 2.75-3.0 in first year courses, 2.75-3.25 in required upper level courses, and 2.75-3.5 for electives), the grades below C (C minus or below) shall be excluded for all courses and the current grading curve range of means requirement for electives (2.75-3.5) shall apply to all electives except for all seminars, all clinics and skills courses, and elective courses with an enrollment of ten or less.

A student's grade point average for any given period is determined by dividing the total quality points earned by the number of graded semester hours attempted during the period.  The total quality points for any given period is derived by multiplying the numerical value of the grade earned in that period by the number of semester hours of the course, and then adding the sums derived for each course in the given period.

An "F" grade or "NP" grade remains on a student's permanent record and the credit attempted is not counted toward residency requirements.  Both the failing grade and the grade earned when the course is repeated are computed into the grade point average.

The University's administrative database maintains a complete record of each student's progress, which includes the grades earned, hours attempted and completed, semester grade point averages and cumulative grade point averages.  Students may access their grades online at www.stu.edu/lawschool/registrar.htm and unofficial transcripts online at http://www.facts.org .  No official transcript, letter of good standing, Dean's certificate, certificate of completion, diploma, or leave of absence will be granted to any student until all financial obligations to the law school and/or the university have been met.

## CLASS STANDING/RANK

Class standings are computed at the end of each fall and spring semester by percentile rank and are posted on the Registrar's bulletin board.

## RANKING POLICY FOR TRANSFER STUDENTS

After a transfer student completes one semester at St. Thomas University School of Law, the student will then be ranked in accordance with the law school policy.  Only St. Thomas University School of Law quality points will be considered in assigning the rankings.

## CUMULATIVE WEIGHTED AVERAGE

A student's grade point average for any given period is determined by dividing the total quality points earned by the number of graded semester hours attempted during the period.  To be considered for graduation, a student must successfully complete at least 90 semester hours of course work, have a cumulative grade point average of not less than 2.50 and meet the residency requirements of the law school.

# STUDENT ADVISEMENT

Student advisement is largely shared by the full-time faculty, the Associate Dean for Student and Alumni Services, the Associate Dean for Academic Affairs and the Director of Student Affairs.   Students experiencing academic difficulty are referred to the Assistant Dean for Academic Support for advisement and guidance.

First-year students are introduced to the law school culture and academic requirements during the orientation program.  The law school catalog and website clearly set out all course and academic requirements.  All full time law faculty have an "open door" policy and mandatory office hours.  The Associate Dean for Student and Alumni Services, the Assiciate Dean for Academic Affairs and the Director of Student Affairs meet with students by request to provide assistance or guidance.  Advance placement students meet with the Director of Student Affairs for advisement and counseling.  Thus, between the faculty, the Associate Dean for Student and Alumni Services, the Assistant Dean for Academic Support and the Director of Student Affairs, law students receive comprehensive advisement and support.

# TUTORING

To request a tutor, please see the Dean of the Academic Support Program.

# EXAMINATIONS

Under no circumstances should students ever write their names anywhere on blue books, or otherwise identify their exams by name or any other way before, during or after an exam.  Please note that doing any of the above may be a violation of the Code of Academic Integrity.

Students are not allowed in the faculty office area during the reading period, when exams are being prepared, or during the exam period.

## COMPUTER USE ON FINAL EXAMS

A student may choose to take an exam on computer rather than by writing it by hand. Such a student would have to register annually by the required deadline.  To safeguard the integrity of the exam process, the Office of Information Technology loads Examsoft software on the computer on which the exam is to be written.

A professor will alert the Head Faculty Secretary if an exam consists exclusively of multiple-choice questions.  Faculty secretaries thus will refrain from creating exam-question diskettes since students would not normally take such exams on computer.  To learn more about Examsoft, see http://www.examsoft.com/stulaw.

## PROCEDURES FOR ADMINISTRATION OF EXAMINATIONS

Each student will be issued a different examination number for each semester. These numbers will be available in the Registrar's Office. An announcement will be sent out by email and posted on the registrar's bulletin board when the numbers are available.

The faculty, with the assistance of the Registrar's Office, is responsible for the administration of examinations. Students, under the provisions of the Code of Academic Integrity, are responsible for ensuring that examinations are fairly conducted and for reporting violations of examination procedures. Alleged violations of procedures will be resolved in accordance with the Code of Academic Integrity.

The day, time, and room assignments of examinations are posted prior to exams on the Registrar's bulletin board and on each classroom door. Students are required to take exams in assigned rooms. Assignments are made using the anonymous examination number selected by the Registrar on a random basis prior to exams, and rooms cannot be changed. The faculty, at the end of each semester, should remind students to check the bulletin boards for day, time and room assignments of their exams.

On the day of the exam, the professor will pick up the exam from the Registrar's Office. Each professor should issue detailed instructions regarding the time, written materials, and number of bluebooks allowed; the importance of writing the anonymous examination number on all bluebooks and the examination; and the proper securing and numbering of bluebooks, i.e., 1 of 3, 2 of 3, etc.

If two rooms are to be used for the same exam, students need to ascertain that they are in the correct room by checking the anonymous grading numbers posted on the doors of the classrooms.

During examinations, monitors will enter classrooms, restrooms, and hallways and report any problems that may occur. Students are allowed to bring into the classrooms only those written materials explicitly allowed by the faculty member. Students are not allowed to take any written materials into the restrooms or the hallways while taking exams. Improper conduct during an examination should be reported directly to the Associate Dean for Student and Alumni Services or the Associate Dean for Academic Affairs.

When students complete exams, they will check off their exam numbers in the "sign-out" book provided in the classrooms and leave their exams in the designated boxes. Each room will have a supply of bluebooks and paper clips so that the books and exams will be secured properly. At the end of the exam period, all exams must be "signed out" and placed in the designated boxes in the classrooms. The professor or monitor will pick up the box of bluebooks at the end of the exam and deliver them to the Registrar's Office for processing.

Thereafter, the Registrar's Office will provide professors with the bluebooks and a grading sheet listing the anonymous examination numbers.

## POLICY ON ABSENCE FROM FINAL EXAMINATION OR FAILURE TO SUBMIT FINAL EXAMINATION

1.  Students shall appear for final examinations at the date, time and place specified in the posted exam schedule.

■ 15

*RULES AND REGULATIONS*

2.  Students shall appear for and hand in examinations even though this may cause substantial difficulty. Students will be excused from complying with these requirements only in rare instances and for extraordinary cause. No student shall be excused for his/her failure to hand in a final examination at the designated time and place unless both of the following conditions are met:

    a.  The student establishes, to the satisfaction of the Associate Dean for Student and Alumni Services, that "extraordinary circumstances" exist(ed) which would warrant exempting the student from the requirement of taking the examination at the designated time; and

    b.  The student has given timely notice of the extraordinary circumstances to the law school.

    Notice is "timely" only if given to the Associate Dean for Student and Alumni Services as soon as practical after the student becomes aware of the circumstances. If such circumstances arise during the taking of an examination, the student must inform the exam monitor.

3.  If the Associate Dean for Student and Alumni Services determines that extraordinary circumstances have been sufficiently established, the Associate Dean will set a rescheduled examination. The content of the rescheduled examination may differ from the content of the regularly scheduled examination.

4.  Failure to appear for and hand in a make-up examination shall be governed by the provisions of Sections 1 through 3 above. An unexcused failure to take either a scheduled or a rescheduled examination shall result in the receipt of a grade of "F" in that course.

## EXAMINATION REVIEW POLICY

1.  The examiner, a member of the faculty, is not permitted to change an examination grade.

2.  It is recommended that faculty members provide written comments on student examination papers and, where clarification of these comments is required, faculty members should give personal interviews to students, by appointment.

3.  All students are permitted to view their examination(s). Students will do so by appointment with the secretaries to the faculty. The school retains examination papers for one academic year following the examination in question.

4.  The anonymous examination number is required to review an examination, and must be given to a faculty secretary in order to review the examination in question.

5.  In the event of an alleged arithmetical or administrative error in grading, the faculty member concerned will promptly refer the matter to the Dean of the School of Law with his/her recommendation for determination.

6.  Only the Dean may change a final grade reviewed for arithmetical or administrative reasons.

**16 ■**

## DISABILITY SUPPORT SERVICES

Disabled students are directed to contact the Associate Dean for Student and Alumni Services in order to request reasonable accommodations upon submission of adequate documentation of the disability.  The school may require that the student be tested, at his or her expense, by a qualified professional.  Please see the Associate Dean for Student and Alumni Services for more information.

## WITHDRAWALS

An enrolled student who wishes to withdraw from the law school must submit a withdrawal form or a written request for approval to the Associate Dean for Student and Alumni Services.  Withdrawals will only be granted upon a showing of extraordinary circumstances.  A student who fails to satisfy financial obligations to the law school or the university will not be granted a withdrawal.  Students withdrawing from the law school during a semester or a summer session, but prior to the beginning of an examination period, may do so with no grades recorded.  After the examination period begins, grades will be assigned in accordance with the law school's grading policy.  Discontinuing class attendance does not constitute a withdrawal.  Any student who drops out of law school without obtaining the prior written approval of the Associate Dean for Student and Alumni Services will be deemed to have been dismissed from the law school.

A withdrawal is not available when a student wants to drop less than all classes; the student must then follow the drop/add procedure with its time restrictions.

## LEAVES OF ABSENCE

An enrolled student who wishes to take a leave of absence must submit a written request for approval to the Associate Dean for Student and Alumni Services. In the case of a student who has not yet completed the first-year program, a leave of absence will be granted only for serious medical or personal reasons.  A student who fails to meet any of the conditions of the leave of absence must reapply for admission.  A student who has failed to satisfy financial obligations to the law school and/or the university will not be granted a leave of absence.  Students granted a leave of absence from the law school during a semester or summer session, but prior to the beginning of an examination period, may do so with no grades recorded.  After the examination period begins, grades will be assigned in accordance with the law school's grading policies. When a student is out of school for any reason, he or she will be obligated to meet the requirements in place at the time he or she is readmitted to the law school.

## TUITION

Please refer to the Law School Catalog or the Business Office Bulletin for the current schedule of tuition, fees, and refunds.

## PAYMENT PLANS

Students may choose to pay charges owed for an upcoming term through a University approved 10-month installment plan. Those students wishing to apply for such a plan SHOULD APPLY IN JUNE, PRIOR TO THE ACADEMIC YEAR. All inquires should be made by contacting Academic Management Services (AMS) at 1-800-635-0120 or visiting their website at http://www.tuitionpay.com/. A copy of the agency payment contract must be presented at the time of registration.

## PAYMENT OF STUDENT ACCOUNTS DUE THE UNIVERSITY

Please note that letters of good standing, transcripts, certificates of completion, dean's certificates and diplomas are not released, and leaves of absence or withdrawals are not allowed, until all financial obligations to the Law School and the University have been met.

A student may not sit for examinations unless his/her tuition is fully paid prior to examinations and on a date set by the law school administration, unless acceptable arrangements have been made for payment.

Students are encouraged to pay their fees on the Web, by logging onto http://www.stu.edu/businessoffice. Payments can also be made in person at the Business Office or mailed to:

**St. Thomas University**
**Attn: Business Office**
**16401 NW 37th Avenue**
**Miami Gardens, FL 33054**

Normal Hours of Operation:

| | |
|---|---|
| Monday – Thursday | 9:00 a.m. – 6:30 p.m. |
| Friday | 9:00 a.m. – 5:00 p.m. |

# FINANCIAL ASSISTANCE

## GENERAL INFORMATION

To assist students with the cost of their education, St. Thomas University School of Law offers financial assistance to eligible law students in the form of scholarships, loans and part-time employment. Most assistance is based on financial need, however some loans and scholarship are available to students regardless of financial need. Financial need is determined by subtracting the expected family contribution from the cost of attendance. Any scholarship awarded to a student will be subtracted from the total cost of attendance to determine the maximum amount of federal and private loans a student may receive.

The University Financial Aid Office adheres to the National Association of Student Financial Aid Administrators "Statement of Good Practice" and the Federal Processor's

"Needs Analysis" calculation in determining need-based eligibility.  In order to be considered for all federal financial aid at St. Thomas, a student must:

1.   Complete the Fee Application for Federal Student Aid (FAFSA) at www.fafsa.ed.gov.  For federal financial aid, to complete the FAFSA on-line, you must have a PIN, please go to www.pin.ed.gov the federal school code for St. Thomas is 001468.;

2.   Complete the Mater Promissory Note (MPN) if you wish to apply for a federal student loan.  The MPN is available in the Office of Financial Aid or on-line at www.stu.edu/financialaid.

3.   Complete the Loan Request form and indicate the type of loans and amounts you wish to borrow.  This form is available in the Office of Financial Aid, or at www.stu.edu/financialaid.

4.   Complete the "Entrance Loan Counseling" on the web at www.suntrusteducation.com.

5.   You may complete the financial aid forms before you are accepted for enrollment at St. Thomas University, however, no offer of financial aid may be approved until you have been accepted for admission to the university.

6.   Some applicants may be selected for verification, which is required fedral process of checking the accuracy of information students provide on the FAFSA.  Selected students must complete a verification form and will be requested to submit additional documentatation such as ciopies of income tax returns and W-2's.  Financial aid funds will not be disbursed until the verification process has been completed.

7.   Financial aid is not available to help pay for audited courses or minimesters.

The University Financial Aid Office administers the awarding of financial aid.  Inquiries regarding all law school scholarship should be made to the Law School Office of Admissions.  Inquiries regarding all other financial aid programs should be directed to the St. Thomas University Financial Aid Office.

Please note that students must register for a minimum of 3 credit hours in the summer to qualify for financial aid.

## SATISFATORY ACADEMIC PROGRESS

Federal regulations require the university to establish standards of Satisfactory academic progress. You must maintain satisfactory academic progress towards a course of study regardless of whether you preciously received financial aid at the university. Satisfactory academic profess is measure both in terms of quality and quantity. You mist maintain a minimum grade point average and complete a minimum number of credits each term you are enrolled. In addition, assistance will be limited to a maximum number of credits in relations to your degree requirements. The program affected by the standards of Satisfactory Academic Progress include: Subsided Stafford and Unsubsidized Stafford Loans. Intuitional Scholarships and/or Grants are subject to the same standards. All courses taken at the University will be counted. Failure to meet the requirement of satisfactory academic progress all result in the student being placed on probation,

*RULES AND REGULATIONS*

suspension or termination of financial aid eligibility.

## REFUND POLICY FOR STUDENTS WHO RECEIVE TITLE IV FUNDS

Tuition refunds for students who withdraw from ALL classes at St. Thomas University are based on total tuition charged exclusive of fees and not on the amount paid. Refunds for students who receive Title IV funds and withdraw from all classes are currently calculated on a prorated basis based on the return of Title IV Funds guidelines. Refunds for all students who receive Title IV funds are based on the Department of Education regulations in effect at the time of the withdrawal.

Financial aid is refunded to granting agencies based on the date of withdrawal from St. Thomas University. Repayment to those agencies must be made prior to issuing a refund to the student.

Refunds are made in the following order:

1. Unsubsidized Federal Stafford Loans
2. Subsidized Federal Stafford Loans
3. Federal Perkins Loans
4. Federal PLUS Loans
5. Federal PELL Grants
6. Federal Supplemental Educational Opportunity Grant (FSEOG)
7. Other Title IV programs
8. Other non-federal financial aid
9. Student

Withdrawal during a semester may require that loan proceeds be returned to the lending institution. In such an event the student will become liable to the University (rather than the lending institution) for the tuition associated with the returned proceeds plus any overages the student may have received from loan proceeds plus any other balance due on the student's account.

## ACADEMIC PROBATION AND EXCLUSION

A student who, at the end of a semester, fails to attain a 2.5 cumulative grade point average shall be placed on academic probation, and will be dismissed from the School of Law at the end of the next semester if, by that time, he or she fails to attain a 2.5 cumulative grade point average. Such a student may petition the School of Law for readmission.

The foregoing is subject to the following exceptions:

1.    If a student receives a grade point average of less than 2.15 at the end of the first semester of the first year, the student shall be dismissed and may not petition for readmission to the School of Law until two years after the dismissal.

2.    If a student receives a grade point average between 2.15 and 2.5 at the end of the first semester of the first year, that student will be placed on academic probation and will be dismissed from the School of Law at the end of the next semester if, by that time, he or she fails to attain a 2.5 cumulative grade point

average.  Such a student may petition for readmission in accordance with the Policies and Procedures for Petition for Readmission.

3.  St. Thomas University School of Law requires that students who have been academically dismissed from St. Thomas University School of Law wait two years from the time of dismissal before petitioning for readmission.  A petition for readmission will be considered only if the petitioner can still graduate no later than five years from the time of his or her initial matriculation.  Students must follow the Policies and Procedures for Petitions for Readmission as set forth by the Academic Standing Committee.

4.  A student who has completed the number of semester hours required for graduation but has failed to achieve a cumulative grade point average of 2.5 may not continue in the School of Law, except by express approval of the Dean.

5.  For the purpose of these provisions, courses taken during a summer session will be deemed to have been taken during the next Fall or Spring semester attended by the student.

# READMISSION

A student who is excluded from the law school for academic reasons may be readmitted only upon submission of a petition for readmission and favorable action thereon by the Academic Standing Committee.  In determining questions of readmission, the Committee will be governed by the applicable standards and guidelines of the American Bar Association and the Association of American Law Schools, in addition to the law school's Policies and Procedures for Readmission.  A student seeking Readmission should review the law school's Policies and Procedures for Petitions for Readmission contained herein or obtain a separate copy from the Associate Dean for Student and Alumni Services.

## POLICIES AND PROCEDURES FOR PETITIONS FOR READMISSION

The following policies and procedures apply to the submission and determination of petitions for readmission to the St. Thomas University School of Law.

1.  A student wishing to resume his/her legal studies at St. Thomas University School of Law ("the School of Law") may petition the Academic Standing Committee (the "Committee") for readmission if he/she was excluded on academic grounds.

2.  A student wishing to petition the Committee for readmission may obtain a petition and copy of these Policies and Procedures from the  Director of Student Affairs.

3.  The petition and all required supporting documentation must be filed, in five copies, with the Director of Student Affairs by the deadline set by the Committee for the year in question.

4.  The student has the burden of proof with regard to all matters relating to the petition.

*RULES AND REGULATIONS*

5.      All requirements set forth in the petition and in these policies and procedures are mandatory.  Noncompliance with any of these requirements can result in the dismissal of the petition.

6.      A student who bases his/her petition on medical reasons must also:

   a.      Sign a waiver of doctor-patient confidentiality, deliver a copy to the treating physician and attach a copy to the petition; and

   b.      Submit a letter from the treating physician explaining: (i) the nature of the medical problem; (ii) the opinion, if any, of the doctor as to the causal relationship between the problem and the student's academic performance or separation from the Law school; and (iii) the likely effect, if any, of that problem on the student's future academic performance.

7.      All student petitioners before the Committee shall, upon request, be given a personal hearing.  The personal appearance shall not substitute for or excuse the complete written petition.  The hearing will be informal, and will normally be closed to any person not on the Committee.  The petitioner should briefly outline points not made in the application, present any written or oral evidence supporting his or her petition and be willing to answer any questions or supply any information requested by the Committee.

8.      The Committee will debate the petition outside the presence of the petitioner and vote by secret ballot.  Readmission will be granted only by the affirmative vote of a majority of the members present.

9.      The   Director of Student Affairs will inform the petitioner in writing of the Committee's decision.  The petitioner will not be informed of the Committee's decision on the day of the hearing.

10.     The Committee may, <u>inter alia</u>:

   a.      Grant a petition, subject to any condition(s) it deems proper to impose;

   b.      Require that the petitioner submit additional information or documentation on any question posed in the petition or otherwise relevant to readmission;

   c.      Convene a hearing and require that the petitioner and others appear;

   d.      Dismiss an incomplete petition; or

   e.      Deny a petition.

11.     No petition shall be granted unless the Committee finds that the record (consisting of the petition, documents submitted in connection with it, the petitioner's law school file and the preponderance of credible testimony, if any, given at a hearing) affirmatively demonstrates that the student possesses the requisite ability, and that the prior disqualification (or lack of good standing) does not indicate a lack of capacity, to successfully complete the course of study at the Law School.

   a.      Such a finding may be made when the Committee considers a petition before the Committee for the first time after a student is excluded on academic grounds.

**22 ∎**

b.   Once the Committee has denied a petition, such a finding may not be made for two years after a denial, and then only if the student's interim work activity or studies indicate a very strong potential for successful law study.

c.   A petition for readmission will be considered only if the petitioner can still graduate no later than five years from the time of his/her initial matriculation.

d.   The decision of the Committee is final.

12.   The Committee will consider several factors, including, but not limited to:

a.   The best interests of the Law School as an educational institution, including the maintenance of high standards of academic excellence and professional responsibility among members of the student body;

b.   As the paramount criteria for the decision on readmission, the student's reasonable prospect for success in the course of study at the Law School;

c.   Any evidence of correctable problems or disabilities that may have contributed to the student's academic performance;

d.   The extent to which it appears that a petitioner's previous medical, financial or other concerns, if any, have been addressed and satisfactorily resolved; and

e.   The activities of the student, undertaken after leaving the Law School, to improve his/her prospect for successfully completing the study of law.

When a student is out of school for any reason (for example, leave of absence, dismissal, visiting other school) he or she will be obligated to meet the requirements in place at the time the student is readmitted to the law school.

## GOOD STANDING LETTERS

Letters of good standing certifies that a student has a cumulative grade point average of 2.5 or above. Letters of good standing should be requested in writing to the Associate Dean for Student and Alumni Services. The request should state the reason the letter is needed, the name and address where the letter should be sent, and whether or not LSDAS reports should be included. Letters of good standing are normally sent within 3 working days, however during periods of high work volume, a period of up to 10 working days may be required. Letters of good standing for transfer purposes are sent after grades have been received for the existing semester. A student who has failed to satisfy financial obligations to the law school and/or the university will not be granted letters of good standing.

## TRANSCRIPTS

A transcript is the student's official academic record. Requests for official transcripts can be mailed, faxed or presented in person to the University Registrar's Office. Unsigned requests cannot be processed. Your signature must be written. Mechanical

reproductions will not be accepted.

Transcript requests are normally processed within five (5) working days and up to (10) working days may required during registration periods.  Students may request up to three (3) free transcripts annually.  Additional requests will cost $15.00 each.  Express transcript request (next day service) are processed within one (1) working day and are mailed via regular first class mail the next day, except during registration and add/drop period.  There is a $25.00 fee for each Express transcript.  St. Thomas cannot fax transcripts.  Transcripts will not be issued until the student has satisfied all financial obligations to the law school and/or the university.

# FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT (FERPA)

St. Thomas University School of Law adheres to the Family Educational Rights and Privacy Act of 1974, as amended (known as the Buckley Amendment), which assures the confidentiality of students' educational records and addresses students' rights.

FERPA gives certain rights with respect to education records.  Students are referred to as "eligible students."

- Eligible students have the right to inspect and review their education records maintained by the school.  St. Thomas is not required to provide copies of records unless, for reasons such as great distance, it is impossible for eligible students to review the records.  St. Thomas may charge a fee for copies.

- Eligible students have the right to request that the school correct records which the students believe to be inaccurate or misleading.  If the school decides not to amend the record, the eligible student then has the right to a formal hearing.  After the hearing, if the school still decides not to amend the records, the eligible student has the right to place a statement with the records setting forth his or her view about the contested information.

- Generally, schools must have written permission from the eligible student in order to release any information from a student's education record.  However, FERPA allows schools to disclose those records, without consent, to the following parties or under the following conditions (34 CFR § 99.31):
  - School officials with legitimate educational interests;
  - Other schools to which a student is transferring;
  - Specified officials for audit or evaluation purposes;
  - Appropriate parties in connection with financial aid to a student;
  - Organizations conducting certain studies for, or on behalf of, the school;
  - Accrediting organizations;
  - To comply with a judicial order or lawfully issued subpoena;
  - Appropriate officials in cases of health and safety emergencies, and

- State and local authorities, within a juvenile justice system, pursuant to specific state law.

The School may disclose, without consent, "directory" information such as a student's name, address, telephone number, date and place of birth, honors and awards, and dates of attendance.  However, St. Thomas would tell eligible students about directory information and would allow eligible students a reasonable amount of time to request that the school not disclose directory information about them.

# EVENTS INVOLVING ALCOHOL

Student organizations wishing to sponsor events involving alcohol must request permission in writing from the Associate Dean for Student and Alumni Services at least one week prior to the event.

# DRUG FREE WORKPLACE & SCHOOL POLICY

A part of the mission of St. Thomas University is our commitment to competence and objectivity.  Through its personalized and caring environment, the University strives to provide a safe environment and encourages personal health.  As such, the abuse of drugs or alcohol within the educational setting is an unsafe and counterproductive practice and is considered to be directly contradictory to our mission.

It is, therefore, the policy of St. Thomas University to create a drug-free school and workplace environment in keeping with the spirit and intent of the Drug-Free Workplace Act of 1988 and the Drug Free School & Communities Act Amendments as of 1989.  The use of controlled substances is inconsistent with the behavior expected of students and employees.  In this connection, any student or employee found with the presence of alcohol or a controlled substance in an unauthorized area, and/or in possession of, using, selling, trading, or offering for sale controlled substances will be subject to disciplinary action up to and including dismissal.

Alcohol purchase and consumption is authorized only in licensed campus facilities, such as the Campus Rathskeller, or at special events/locations which have been authorized by appropriate campus authorities.

Students found to be in violation of the university's policy will be subject to action as provided in the University Code of Conduct and face sanctions up to and including dismissal from the university.

## STANDARDS OF CONDUCT

Students, faculty and staff are expected to recognize potential for alcohol and drug abuse whenever alcohol or illegal drugs are sold, given and/or used and that such abuse is in conflict with the university's drug free workplace and school policies.  Violations of these policies by students or employees is reason for disciplinary actions up to and including termination of employment or student expulsion from the university.

The university publishes a student handbook which includes policies on alcohol and drugs.  The "Code of Conduct" outlines disciplinary actions which may be taken for

violation of the university's policies.   Students should review this section of the undergraduate student handbook and be familiar with possible consequences.

## DRUG AND ALCOHOL COUNSELING AND ASSISTANCE

As part of St. Thomas University's goal to provide a drug free workplace/school environment, we recognize the need to provide drug and alcohol counseling and assistance to students and employees.

For students, a number of programs are available on campus including:

## CAMPUS HEALTH SERVICES

The University maintains a health service staffed by a licensed nurse during the weekdays, Monday 11:00 a.m. to 7:00 p.m. and Tuesday - Friday 8:00 a.m. to 4:00 p.m.  Located in Lewis Hall (Athletics and Maintenance Building), the nurse is available for regular and emergency medical services.   A nurse practitioner is available by appointment once a week from 9:00 a.m. to 12:00 noon.  The phone number is (305) 628-6695. Additional medical needs and the care of a local physician would be at the expense of the student.

In case of severe illness or accident, the student will be transferred via emergency vehicle unit to a recommended local institution.

## CAMPUS MINISTRY

The campus ministry staff and students share in St. Thomas' mission by assisting students, staff and faculty in the ongoing tasks of personal spiritual formation and community development. The staff is faithful to and supportive of the Catholic Identity of St. Thomas while being sensitive to the ecumenical and interfaith dimensions of the university's population. The staff uses the US Bishops' pastoral letter *"Empowered by the Spirit,"* Pope John Paul II's *"Ex Corde Ecclesia",* the US Bishops' pastoral on young adults *"Sons and Daughters of the Light",* and the university's own *"Statement of Catholic Identity"* to guide the work of the office.

The staff provides direct service to the students through the office in Kennedy Hall *(114), the Gathering Place* in the residential hall complex, and *The Chapel of Saint Anthony.* In the chapel mass is celebrated daily at 12:05 PM and Sunday at 7:00 PM. It is the site for many special celebrations and liturgies to mark church feasts and events of importance to the university and of our society. The director of liturgical music uses the chapel for choir practice and individual music lessons for students. The choir performs at various events each year and assists with the university's special liturgies. The chapel is open throughout day and provides our university community with a quiet place for private prayer and reflection.

The Kennedy Hall office has become a place of hospitality and friendship for students, staff and faculty. It is the center of the staff's efforts to provide for personal spiritual needs and the university's development of a Christian sense of community. Programs and projects are developed here that support liturgical and sacramental life, community

outreach and spiritual development and leadership training.  Each year the staff offers the RCIA (*Rite of Christian Initiation of Adults*) process for those who wish to be baptized or need to be confirmed. There is an annual thematic weekend retreat in the fall and solemn celebrations of the liturgies of Holy Week in the spring.  There is also an active community service outreach effort that includes work within the university and out in the local Miami-Dade area.

Another feature of the Campus Ministry on-campus program is *The Gathering Place* *("the GP"). The GP* is "a home away from home" that is located in Cascia Hall and is run by a graduate intern and student volunteers. The space consists of a living room area with large screen TV, dining area, and full kitchen facilities. It is open from 6:00pm to midnight for students' use and is available to campus groups for meetings and other activities. Students periodically conduct movie nights and other informal programs to build community among the residents and to provide an alternative to going off campus to relax and socialize.

The Office of Campus Ministry staff encourages all students to visit the office and become involved in the various activities and programs.  The School of Law's Chaplain is the Reverend Monsignor Andrew Anderson.  Monsignor Anderson's office is located on the first floor of the law school in the Student Service's suite.

# HOUSING

A number of law students live on campus in one of three residence halls. Students interested in on-campus housing are advised to apply early for the limited spaces available.  Housing is on a first-come, first-served basis.  Information is available from:

**OFFICE OF CAMPUS LIFE**
**St. Thomas University**
**16401 NW 37th Avenue**
**Miami Gardens, Florida 33054**
**(305) 628-6691**

# RECREATIONAL FACILITIES

## FITNESS CENTER

Located in Lewis Hall next to the swimming pool, the Fitness Center features free weights, weight machines and cardiovascular machines such as a Stairmaster, Treadmill and Stationary Bikes.  The Fitness Center is open to all male and female students, faculty and staff.  Recreational equipment, which includes basketballs, softballs, footballs and volleyballs, is also available for checkout.  Students must show valid student I.D. upon entering.

*RULES AND REGULATIONS*

## SWIMMING POOL

Located behind Lewis Hall, the swimming pool is available for recreational purposes by all male and female students.  The deck of the pool consists of lounge chairs for sun bathing.  There is no lifeguard on duty, so you must swim at your own risk.  Please, no food or beverages at the pool.  Use of the pool and surrounding area is limited to students, faculty and staff with proper identification with a one-guest limitation.

## BASKETBALL COURTS

Located across from the Law School, the courts are lighted for evening play.

## TENNIS COURTS

Located across from the Law School, there are six courts, three of which are lighted for evening play.  Skateboards and roller blades are not permitted on the tennis courts.

# POLICY REGARDING PERSONAL PROPERTY

The Law School can assume no responsibility for personal property missing or lost from law school premises.  Students should exercise caution in the care of personal property including apparel, purses and wallets, briefcases, office articles, books, pictures, equipment, etc.

# POLICY REGARDING SALE OF FOOD

The sale or provision of food items by departments within the law school or student organizations is not permitted.  This is due to the reopening of the law school cafeteria which was established to improve the campus life of law students.  Naturally, food sale competition from other sources threaten the long-term viability of the cafeteria, especially when it is from entities that do not incur the normal expenses of business, including the costs of personnel, equipment, taxes, utilities, bookkeeping, packaging, and so on.  Thus, to preserve the cafeteria's viability, student organizations may not sell or provide food on campus.

We realize that, on special occasions, there will be events that are put on by students and law school departments that will require food.  Should the need arise, a request for approval to serve food at such an event must first be approved by the Dean's Office. The request for approval must be submitted to Associate Dean for Student and Alumni Services at least two weeks prior to the event.

28 ■

# PARKING AND AUTO REGISTRATION POLICIES

## AUTO REGISTRATION

Every St. Thomas University student who operates a motor vehicle on the university campus must register the vehicle.  This is normally done during the academic registration and may be handled by Public Safety at the main gatehouse located on 37th Avenue.

Upon registering a vehicle each student is issued a decal which is to be affixed to the windshield in a manner such as to permit quick inspection by public safety officers. Failure to register a student vehicle by the 10th day of classes in any term will result in a possible late registration fee penalty and in possibly having the vehicle towed from the St. Thomas University campus.  Students will be responsible for the towing fee as well as impound fees.

## PARKING

Each student is responsible for operating vehicles in a safe and courteous manner on St. Thomas University campus grounds.  Students must adhere to all traffic and parking signs.  Parking on grass, medians, sidewalks and places not designed as parking areas is illegal.  Traffic regulations will be enforced 24 hours a day by the Public Safety officers of St. Thomas University.  The maximum speed of 20 m.p.h. will be enforced on the campus at all times.  Speeding, failing to stop at stop signs and failing to adhere to informational signs will be considered violations and citations will be issued accordingly.

Motorcycles and mopeds will follow the same rules as automobiles for registration and operation on St. Thomas University campus grounds.

There are signs around campus designated for faculty/staff, students, law school students, visitors, and handicap parking.  Students should only park in those areas designated by the decal displayed on their vehicle.  The University Inn and commuter law school students (LSS) must park in the reserved law student parking areas only. LSS parking in O'Mailia commuter lot may result in the violators receiving a $10.00 citation.

The five parking slots in front of the east Kennedy entrance are designated as visitor and contractor parking only.  Students must park in their designated parking areas; violators will be cited.  The Kennedy Parking Lot, located northeast of the facility, is designated "open parking" after 5:30 p.m. daily.  The O'Mailia lot is also designated as "open parking" after 5:30 p.m. for all students attending evening classes in the O'Mailia, Kennedy, and Workforce Enhancement facilities.

For additional information on parking and traffic regulations, please contact the St. Thomas University Department of Public Safety at (305) 628-6500.

# NEW STUDENT ORGANIZATIONS

Students desiring to charter a new student organization should apply to the Associate Dean for Student and Alumni Services to complete the necessary process.

*RULES AND REGULATIONS*

# STUDENT COMPLAINTS

Student complaints should be directed to the Office of the Associate Dean for Student and Alumni Services for proper action or referrals.  They must be in writing and signed by the student.

# ST. THOMAS UNIVERSITY SCHOOL OF LAW

## ANTI-DISCRIMINATION/ANTI-HARASSMENT POLICY

33

# DISCRIMINATION/HARASSMENT POLICY

## ANTI-DISCRIMINATION/ANTI-HARASSMENT POLICY

### I.     Commitment to Fostering Mutual Respect

St. Thomas University School of Law ("the School of Law") aims to create a learning environment of mutual respect and cooperation wherein all members of the law school community (students, faculty, and employees) can live, function, work, and learn at the full measure of their human potential. When any member of our educational community is threatened by discriminatory, harassing, sexually harassing, or retaliatory acts, our fundamental freedoms are threatened.   Toward this end, the School of Law, while recognizing the individual right to free speech and the exercise of academic freedom, has implemented a policy aimed at eradicating actions toward individuals on the basis of their personal attributes or group affiliation.

The School of Law will not condone nor tolerate any action and/or behavior that a reasonable person would consider demeaning to another's God-given dignity and growth as an individual.  All members of the university community are expected to conduct themselves appropriately as defined by this institution and the published precepts of the Catholic Church.

This policy, which supersedes all previous anti-discrimination and anti-harassment policies, applies to all students, faculty, and employees with respect to activities occurring on all university property and university-related activities occurring off-campus.  Also, this policy applies to the activities of recognized student organizations including fraternities, sororities, and/or cooperatives.

The School of Law will not tolerate discrimination and harassment of its students, faculty members, and employees by persons conducting business with or visiting the School of Law, although such persons are not directly affiliated with the School of Law. Nor will the School of Law tolerate discrimination and harassment by its students, faculty members, and employees of persons conducting business with or visiting the School of Law, although such persons are not directly affiliated with the School of Law.

Failure to comply with this policy will subject that student, faculty member, and/or employee to discipline, up to and including expulsion and/or termination.

### II.     Anti-Discrimination

Discrimination on the basis of race, color, religion, national origin/ancestry, sex, sexual orientation, disability (including anyone having a positive HIV/AIDS status or perceived as having such), age, pregnancy (including pregnancy related medical conditions), marital or familial status, or any other category that is or may become protected by law is strictly prohibited.  Anyone who is found, after appropriate investigation, to have engaged in discrimination toward another individual will be subject to appropriate disciplinary action, up to and including expulsion and/or termination.

No one on this campus is expected to tolerate discriminatory conduct.  Should you encounter any such prohibited conduct or should you have knowledge of such prohibited conduct happening to another individual, you must report such prohibited conduct in accordance with the reporting procedures so that the School of Law may take appropriate corrective action.  See St. Thomas University School of Law's Procedures for Reporting and Handling Student Complaints of Discrimination, Harassment, Sexual Harassment, and Retaliation.

## III.    Anti-Harassment

Harassment on the basis of race, color, religion, national origin/ancestry, sex, sexual orientation, disability (including anyone having a positive HIV/AIDS status or perceived as having such, age, pregnancy (including pregnancy related medical conditions), marital or familial status, or any other category that is or may become protected by law is strictly prohibited.  Anyone who is found, after appropriate investigation, to have engaged in prohibited harassment of another employee will be subject to appropriate disciplinary action, up to and including expulsion and/or termination.  Students, faculty, and employees must avoid any action or words, including but not limited to jokes, cartoons, and anecdotes, which would constitute prohibited harassment.

No one on this campus is expected to tolerate harassing conduct.  Should you encounter any such prohibited conduct or should you have knowledge of such prohibited conduct happening to another individual, you must report such prohibited conduct in accordance with the reporting procedures so that the School of Law may take appropriate corrective action.   See St. Thomas University School of Law's Procedures for Reporting and Handling Student Complaints of Discrimination, Harassment, Sexual Harassment, and Retaliation.

## IV.    Sexual Harassment

Sexual harassment is one type of harassment and is any unwelcome sexual advance, request for sexual favors, or other verbal, non-verbal (i.e., writing notes, staring, making sexual gestures or representations of sexual acts, or keeping nude or suggestive photos, ads, calendars, etc.), or physical conduct of a sexual nature when:

(1)    submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment, education, or participation in a university activity;

(2)    submission to, rejection of, such conduct by an individual is used as the basis for, or a factor in, decisions, affecting that individual's employment, education, or participation in a university activity; or

(3)    such conduct has the purpose or effect of unreasonably interfering with an individual's employment or academic performance or creating an intimidating, offensive, or hostile offensive, or hostile environment for that individual's employment, education, or participation in a university activity.

Amorous relationships that occur in the context of educational or employment supervision and evaluation present serious concerns about the validity of consent. The disparity of power between persons involved in amorous relationship of a teacher and student, supervisor and subordinate, or senior and junior colleague in the same department or unit may result in susceptibility to exploitation. Those who abuse their power in such a context violate their duty to the university community.

Relationships between faculty and student are particularly susceptible to exploitation. The respect and trust accorded to a member of the faculty by a student, as well as the power exercised by faculty in giving grades or recommendations for future study and employment, make voluntary consent by the student suspect.

Amorous relationships of a teacher and student, supervisor and subordinate, senior and junior colleague in the same department or unit, or between anyone who has any power over the other individual that may result in susceptibility to exploitation is a violation and must be reported to the University Assistant Dean for Student Affairs.

Anyone who engages in a sexual relationship with a person over whom he or she has any power or authority within the university structure must understand that the validity of the consent can and may be questioned. In the event of a charge of sexual harassment, the School of Law will give critical scrutiny to any defense based upon consent when the facts establish that a power differential existed within the relationship.

No one on this campus is expected to tolerate harassing conduct of any sort. Should you encounter any such prohibited conduct or should you have knowledge of such prohibited conduct happening to another individual, you must report such prohibited conduct in accordance with the reporting procedures so that the School of Law may take appropriate corrective action. See St. Thomas University School of Law's Procedures for Reporting and Handling Student Complaints of Discrimination, Harassment, Sexual Harassment, and Retaliation.

## V.   Retaliation

The School of Law will not tolerate retaliation against an individual who reports violation or perceived violation of these policies on discrimination and harassment or who is involved in the investigation of any violation of these policies. The complainant and the individual participating in any investigation is assured of absolute protection from any retaliation. Anyone who engages in retaliation against an individual who has in good faith reported a violation of the laws and/or the School of Law's policies, whether or not one agrees with the facts reported, or who has engaged in retaliation against an individual participating in any investigation, is subject to discipline, up to and including expulsion and/or termination.

No one on this campus is expected to tolerate retaliatory conduct. Should you encounter any such prohibited conduct or should you have knowledge of such prohibited conduct happening to another individual, you must report such prohibited conduct through the same channels the initial conduct is reported and in accordance with the reporting procedures set forth herein. See St. Thomas University School of Law's Procedures for Reporting and Handling Student Complaints of Discrimination, Harassment, Sexual Harassment, and Retaliation.

**ALL LAW STUDENTS MUST REPORT ANY INCIDENT OF DISCRIMINATION, HARASSMENT, SEXUAL HARASSMENT, AND/OR RETALIATION IN ACCORDANCE WITH THE FOLLOWING PROCEDURES.**

# PROCEDURES FOR REPORTING AND HANDLING STUDENT COMPLAINTS

You **MUST** report discrimination, harassment, sexual harassment, and/or retaliation in accordance with these procedures. Anyone who is made aware of discrimination, harassment, sexual harassment, and/or retaliation and fails to report it according to these procedures may be subject to disciplinary action, up to and including expulsion and/or termination.

## I.    How to Report Discrimination and/or Harassment

If discrimination, harassment, sexual harassment, and/or retaliation happens to you or is observed by you but directed to another, YOU MUST DO THE FOLLOWING:

(1)    You MUST tell the violator that such conduct/language is unacceptable; and

(2)    You MUST immediately report the prohibited conduct to your department head (or other person who has supervisory responsibility over you) and the University Assistant Dean for Student Affairs.

(3)    If you are uncomfortable going to either your department head (or other person who has supervisory responsibility over you) or the Vice President for Student Services or both, then you MUST go directly to the Associate Dean for Student and Alumni Services of the School of Law.

Even if the discrimination, harassment, sexual harassment, and/or retaliation is caused by a fellow student or third party, such as a campus visitor, the prohibited conduct MUST be immediately reported through these reporting channels.

All reported complaints will be treated as confidentially as circumstances permit and will be investigated and resolved promptly where such resolution is called for.  All students should realize that the School of Law has, from the moment it is on notice of discriminatory, harassing, sexually harassing, or retaliatory conduct, an affirmative duty to promptly investigate and take temporary remedial action and corrective remedial action, if necessary.  No one can ask the School of Law just "to be aware of the problem" but do nothing. The School of Law MUST investigate and remediate.

On receipt of the complaint, the School of Law will remind all parties about the School of Law's policies on such matters, including specifically the fact that no retaliation will be tolerated against the individual bringing the complaint or individuals involved in the investigation of the complaint.  The School of Law will instruct all parties involved that they must immediately report any retaliation they experience so that the School of Law may promptly investigate and remediate the situation.

Knowingly false accusations of discrimination, harassment, sexual harassment, and/or

**34 ∎**

retaliation can have serious consequences for an innocent person who is wrongly accused. The School of Law makes such a statement not to discourage reporting matters that might be doubtful – WHEN IN DOUBT, YOU MUST REPORT.  Any intentionally false report will be treated, as any other lie would be, as a serious violation of the School of Law's policies and would trivialize real complaints and concerns.  The School of Law encourages every person to report violations, seek consultation about questionable matters, and assist others in complying with the letter and spirit of this policy.  Simply because a charge cannot be substantiated or because someone is mistaken in their good faith belief, is no basis for negative action.

## II.     What Happens once a Report is Made

After receiving the complaint, a university representative will promptly conduct an investigation.  The School of Law will speak with the complainant, the accused, and any witnesses it deems necessary, and will conduct any other investigatory work that may be necessary.  During this investigation period, the School of Law may take temporary measures to protect affected individuals, if necessary. The School of Law will share the results of this investigation and remedial action with the complainant, the accused, and, if appropriate, others necessary to achieve remediation. Remedial actions for violations of this policy may be in the form of disciplinary action, up to and including expulsion and/or termination.

## III.    Appealing the Result of the Investigation

If the complainant or the accused party is not satisfied with the results of the investigation and the resolution, they must file a written appeal to the University Assistant Dean for Student Affairs within ten (10) business days of receipt of the results.  The written appeal should explain in a straightforward way what happened that provoked the initial report and why, in the opinion of the writer, the decision/remedial action is wrong or insufficient.

Following receipt of the written appeal, the University Assistant Dean for Student Affairs will forward the written appeal, along with all other information gathered during the investigation, to the Community Justice Council ("CJC").   The CJC will review the complainant's and/or accused's written appeal, review the findings of the investigation, and consult with any other person or conduct any other investigation as may be deemed necessary.   The CJC will either affirm the previous decision or present a different final decision. A designee from the CJC will communicate the final decision to the complainant, the accused, and, if appropriate, others necessary to achieve remediation.

The time frame for reviewing any appeal may vary due to unforeseen circumstances, e.g., necessary parties may be absent.  The CJC will make very effort to render a final decision within ten (10) business days after the University Assistant Dean for Student Affairs receives the written appeal.  If the CJC fails to respond within ten (10) business days of receipt of the written appeal, then the individual appealing must notify the University Assistant Dean for Student Affairs and the CJC in writing of the pending matter and request an estimated completion date.

*ANTI-DISCRIMINATION/ANTI-HARASSMENT POLICY*

36 ∎

# ST. THOMAS UNIVERSITY SCHOOL OF LAW

## STALKING POLICY

# STALKING POLICY

St. Thomas University aims to create a safe learning environment for its students, faculty, and employees. Accordingly, the University will not tolerate the stalking of any member of the university community as defined by Florida Law. Violation of the Florida "stalking" law may result in disciplinary action, up to and including expulsion and/or termination.

A person commits stalking when any of the following occur:

1) Any person who willfully, maliciously, and repeatedly follows or harasses another person commits the offense of stalking, a misdemeanor of the first degree, punishable as provided in Florida Statute § 775.082 or § 775.083.

2) Any person who willfully, maliciously, and repeatedly follows or harasses another person, and makes a credible threat with intent to place that person in reasonable fear of death or bodily injury, commits the offense of aggravated stalking, a felony of the third degree, punishable as provided in Florida Statute § 775.082 or § 775.083, or § 775.084.

3) Any person who, after an injunction for protection against repeat violence pursuant to Florida Statute § 784.046, or an injunction for protection against domestic violence pursuant to Florida Statute § 741.30, or after any other court-imposed prohibition of conduct toward the subject person or that person's property, knowingly, willfully, maliciously, repeatedly follows or harasses another person commits the offense of aggravated stalking, a felony of the third degree, punishable as provided in Florida Statute § 775.082, §775.083, or § 775.084.

4) Any person who willfully, maliciously, and repeatedly follows or harasses a minor under 16 years of age commits the offense of aggravated stalking, a felony, of the third degree, punishable, as provided in Florida Statute § 775.082, so. 775.083, or 775.084.

5) Any law enforcement officer may arrest, without a warrant, any person he or she has probable cause to believe has violated the provisions of this section.

## DEFINITIONS

a) "Harass" means to engage in a course of conduct directed at a specific person that causes substantial emotional distress in such person and serves no legitimate purpose.

b) "Course of conduct" means a pattern of conduct composed of a series of acts over a period of time, however short, evidencing a continuity of purpose. Constitutionally protected activity is not included within the meaning of "course of conduct." Such constitutionally protected activity includes picketing or other organized protests.

c) "Credible threat" means a threat made with the intent to cause the person who is

*STALKING POLICY*

the target to reasonably fear for his or her safety. The threat must be against the life of, or a threat to cause bodily injury to, a person.

## PROCEDURES FOR REPORTING STALKING

Any student, faculty member, or employee who believes that he or she is a victim of stalking must immediately contact the Miami-Dade Police Department at 9-911. You must also notify Campus Security/Public Safety at extension 6500.

# ST. THOMAS UNIVERSITY SCHOOL OF LAW

## GRIEVANCE PROCEDURE

# GRIEVANCE PROCEDURE

## I.    Definitions

A.    **Grievance.**  Grievance means a complaint alleging any action, policy, procedure, or practice which would be prohibited by Title IX of the Education Amendments of 1972 and Section 504 of the Rehabilitation Act of 1973, the implementing regulations, and any memoranda, directives, guidelines, or subsequent legislation that may be issued or enacted.

B.    **Grievant.**  Grievant means a student, faculty member or employee of St. Thomas University School of Law who submits a grievance relevant to Title IX or Section 504 or an individual or group submitting a grievance on behalf of a student(s), faculty member(s) or employee(s).

C.    **St. Thomas University School of Law.**  Any reference to St. Thomas University School of Law means any department, sub-unit or program operated by St. Thomas University School of Law.

D.    **Civil Rights Coordinator.**  The Coordinator means the Associate Dean for Student and Alumni Services, the employee designated to coordinate St. Thomas University School of Law's efforts to comply with and carry out its responsibilities under Title IX and the Title IX implementing regulations and Section 504 and the Section 504 implementing regulations.

E.    **Grievance Representative.**  The Civil Rights Coordinator is also the grievance representative, which means the person designated by St. Thomas University School of Law as a person with whom grievances may be filed.

F.    **Respondent.**  Respondent means a person alleged to be responsible, or who may be responsible for the violation alleged in a grievance. The term may be used to designate persons with direct responsibility for a particular action or those persons with supervisory responsibility for procedures and policies in those areas covered in the grievance.

G.    **Hearing Officer.**  Hearing officer means the representative(s) of St. Thomas University School of Law who is delegated authority for hearing/resolving a grievance at a specific level of grievance processing.

H.    **Grievance Answer.**  Grievance answer means the written statement of the respondent regarding the grievance allegation and possible corrective action.

I.    **Grievance Decision.**  Grievance decision means the written statement of a hearing officer of her/his findings regarding the validity of the grievance allegation and the corrective action to be taken.

J.    **Day.**  Day means a working day:  the calculation of days in grievance processing shall exclude Saturdays, Sundays, and holidays.

K.    **Corrective Action.**  Corrective action means action which is taken by St. Thomas University School of Law to eliminate or modify any policy, procedure, or practice found to be in violation and/or to provide redress to any grievant injured by the identified violation.

## II.    Filing of Grievances

A.    **Eligibility for Filing.**  Any student, faculty member or employee, or any individual or group acting on behalf of a student, faculty member or employee may file any grievance with the Coordinator.

B.    **Federal or State Law.**  The use of the St. Thomas grievance procedure does not constitute a waiver of the grievant's right to file under federal or state law nor does it affect any filing deadlines for complaints under federal or state law.

C.    **Pre-grievance Meetings.**  Prior to the filing of a written grievance, the grievant(s) may request a pre-grievance meeting with the respondent alleged to be directly responsible for the violation and/or persons with immediate supervisory authority related to the grievance.  These persons shall make reasonable efforts to meet with any student, faculty member or employee to discuss matters that the student, faculty member or employee may wish to bring to their attention.  Such a pre-grievance meeting shall be at the option of the grievant(s); it shall not be a precondition for the submission of a written grievance.

D.    **Grievance Filing.**  Grievances filed with the Coordinator shall be in writing and provide the following information:  name and address of grievant(s); nature and date of alleged violation; names of persons responsible for the alleged violation (where known); requested relief or corrective action (specification of desired relief shall be the option of the grievant); and any background information the grievant believes to be relevant (e.g., names of other persons affected by the violation, etc.).

E.    **Grievance Forms.**  A grievance form shall be prepared by the Coordinator to facilitate the filing of the grievance.  These forms may be obtained from the Coordinator.  The grievant shall have the right to request assistance from the Coordinator's office, or any other individual, group, or organization, to assist in the preparation of the form or in the filing of the grievance.

F.    **Time Limit for Grievance Filing.**  A grievance must be filed within 60 days of the occurrence of the alleged violation.

## III.    Initial Processing of Grievances

A.    **Notification of Respondents.**  Within five days of the filing of a grievance, the Coordinator shall notify the respondent(s) of the grievance and of her/his responsibility for submission of a written grievance answer within five days after receipt of the grievance notification.

B.    **Respondent's Grievance Answer.**  The respondent(s) receiving a copy of a grievance shall, within five days, submit a written grievance answer to

the grievant and the Coordinator.  Such answer shall 1) confirm or deny each fact alleged in the grievance; 2) indicate the extent to which the grievance has merit; and 3) indicate acceptance or rejection of any desired redress specified by the grievant, or outline an alternative proposal for redress.

C.      **Notice of Non-response to Grievance/Referral of Grievance Answer to Appropriate Processing Level.**  If no grievance answer has been received on the fifth day after notification of the respondent, the Coordinator shall send a notice of non-response to the respondent and the Dean of St. Thomas University School of Law.  If no grievance answer has been received within five days after issuance of this notice, a notice of non-response shall be sent to the grievant.

## IV.   Grievance Processing Levels

### A)      The hearing officer acting at each level shall be:

**Level I:**  The hearing officer serving in all Level I grievance activities shall be the Civil Rights Coordinator (the Associate Dean for Student and Alumni Services).

**Level II:**  A panel composed of two faculty members, one administrator and two law students appointed by the Dean of the Law School.

The panel shall be chosen according to the following criteria:  impartiality, knowledge of the particular grievance area, and diversity representation including race, ethnicity, gender and disability.  The Dean shall appoint the requisite panels at the beginning of the fall term before any grievances are filed.

Before serving on the hearing panel, each member shall participate in a two-hour orientation session (related to procedural and other legal requirements for applicable non-discrimination laws) provided by the Coordinator or her/his designated representative.  There shall be no limitation placed on the number of times that an individual may serve as a panel member.

**Level III:**  The Dean of the Law School.

If the grievance is referred to Level II or III for first processing, the Coordinator shall briefly state the reason(s) for this decision in the referral.  In the event that the Dean of the Law School is a named respondent, the panel at Level III shall be chosen by the Associate Dean for Academic Affairs of the Law School and the hearing officer at Level III shall be the President of St. Thomas University.

1.      **Nature of a Level I informal hearing.**  A Level I informal hearing shall be conducted to encourage free and informal discussion of grievance issues between the grievant, the respondent, and the Level I hearing officer.

2.      **Scheduling of Level I informal hearing.**  A Level I informal hearing shall be scheduled by the Coordinator within five days of the receipt of a request for such hearing from the grievant or the respondent.  The Coordinator shall schedule the hearing at a time and place acceptable to all parties, not to exceed ten days after the receipt of a request for such a hearing.

3.     **Persons present at the informal hearing.**  Persons present at the informal hearing shall include the grievant, the respondent, any individual requested by either party to provide assistance relevant to consideration of the grievance, and the Level I hearing officer.

4.     **Procedure governing the conduct of the Level I informal hearing.**  Any procedures established to govern the conduct of the Level I informal hearing shall be at the discretion of the Coordinator.

5.     **Level I informal hearing decision.**  Within five days after the informal hearing, the Level I hearing officer shall issue a written hearing decision which includes a statement regarding the validity of the grievance allegation, and a specification of any corrective action to be taken.  This decision shall specify the reasons on which the decision is based.   Copies of the decision shall be sent to the grievant, the respondent and the Dean of the Law School.

6.     **Continued discussions.**  In the event that the grievance cannot be adequately discussed or resolved during the course of the informal hearing, the respondent and the hearing officer may agree to continue the informal hearing at a time and place acceptable to all parties.  In this event the written decision shall not be required until five days after the final informal meeting.

7.     **Acceptance or rejection of hearing decision by the grievant.**  If the grievant rejects the Level I hearing decision, she/he shall within ten days of the receipt of the hearing decision, notify the Coordinator of her/his intent to appeal the grievance to Level II.  This notification shall be in writing.   If the Coordinator receives no such notification within this time period, any corrective action specified in the hearing decision shall not be taken, and the grievance will be recorded as closed by the Coordinator.

8.     **No written decision by Level I hearing officer.**  In the event that no written decision is issued by the Level I hearing officer within five days after the Level I informal hearing, the grievant may on the fifth day, send a notice of non-response to the Dean of the Law School.  If no response is received by the tenth day following the Level I hearing, the grievance shall be immediately referred by the Dean for processing at Level II.  This referral shall consist of the scheduling of a time and place for a Level II hearing and notification of the grievant, the respondent, and the appointing of the Level II hearing officers.

**B)**     **Level II:**

1.     **Nature of a Level II hearing.**   A Level II hearing shall be conducted in three circumstances:

a)     A grievant is not satisfied with the decision rendered in a Level I hearing and appeals the grievance to Level II by means of written notification to the Dean of the Law School within ten days of the receipt of the Level I hearing decision;

b)      no written Level I hearing decision is issued by the Level I hearing officer within ten days after the completion of the Level I hearing and the grievance is immediately referred by the Dean of the Law School for processing at Level II; or

c)      the grievance involves policies, procedures, or practices, which are general throughout the institution, and is referred by the Coordinator for first processing at Level II, with a written statement regarding the potential pervasiveness of the grievance and the numbers of affected persons.

2.      **Scheduling of a Level II hearing; notification of participants.**  The Coordinator shall arrange a date for the Level II hearing and notify the grievant, the respondent, and the Level II hearing officers of the time, place and minimum duration of the hearing.  The hearing shall be held within five days after appeal/referral of the grievance to Level II.  If any written material or records relevant to the grievance are transmitted to the Level II hearing officers by the Coordinator at the time of notification, copies of these materials shall also be transmitted to the grievant and the respondent.  The grievant(s) and the respondent(s) also shall be notified of the names of those who will serve as hearing officers.  The grievant(s) shall be permitted to challenge not more than two of the panel members chosen.  Such challenges shall be submitted in writing to the Coordinator within two days after notification.  If such challenge is made, the Dean of the Law School shall select new panel members.

3.      **Persons present at the Level II hearing.**  Persons present at the informal hearing shall include the grievant, the respondent, any representative(s) of either the grievant or the respondent, any individual requested by either party to provide information relevant to the evaluation of the grievance, and the Level II hearing officers.   The Coordinator shall be present to act as moderator and recorder.  Hearings shall not be open to other persons unless requested or approved by the grievant.

4.      **Procedures governing the conduct of the Level II hearings**

a)      **Duration.**  The designated hearing panel shall determine the duration of the hearing.  No Level II grievance hearing shall be less than three hours unless all parties consent to a shorter hearing.

b)      **Time allocations.**  The time established for the duration of the hearing shall be allocated in equal parts to the grievant and the respondent.  Usage of time shall be moderated by the person designated by the hearing panel to perform this function.

c)      **Grievance witnesses.**   Both the grievant and the respondent shall have the right to present such witnesses as they deem necessary to develop the facts pertinent to the grievance.

d)      **Questioning of witnesses.**  Formal rules of evidence shall not be applied to the Level II grievance hearing.   The

grievant and respondent shall have the right to use their allocated time to ask questions of any person participating in the hearing.

5.     **Level II hearing decision.**  Within five days after the Level II hearing, the Level II hearing officers shall issue a written decision which includes a statement regarding the validity of the grievance allegation, and a specification of any corrective action to be taken.  This decision shall specify the reasons on which the decision is based.  Copies of the decision shall be sent to the grievant, the respondent, and the Coordinator.

6.     **Acceptance or rejection of hearing decision by the grievant.**  If the grievant rejects the Level II hearing decision, she/he shall, within ten days of the receipt of the hearing decision, notify the Coordinator of her/his intent to appeal the grievance to Level III.  This notification shall be in writing.   If the Coordinator receives no such notification within this time period, any corrective action specified in the Level II hearing decision shall be taken, and the grievance will be recorded as closed by the Coordinator.

7.     **No written decision by Level II hearing officer.**  In the event that no written decision is issued by the Level II hearing officers within five days after the Level II hearing, the Coordinator shall, on the fifth day, send a notice of non-response to the Level II hearing officers and to the Dean of the Law School.  If no response is received by the tenth day following the Level II hearing, the grievance shall be immediately referred by the Coordinator for processing at Level III.  This referral shall consist of a formal notification to the Dean of the Law School regarding the appeal of the grievance and a request for determination by the Dean according to Level III processing.

D.     **Level III:**

1.     **Level III hearing officer.**  The hearing officer serving in all level III activities shall be the Dean of the Law School.

2.     **Nature of a Level III hearing.**  A level III hearing shall be conducted in three circumstances:

a)     a grievant is not satisfied with the decision rendered in a Level II grievance hearing and appeals the grievance to Level III by means of written notification to the Coordinator with ten days of the receipt of the Level II hearing decision;

b)     no written Level II hearing decision is issued by the Level II hearing officers within ten days after the completion of the Level II hearing, and the grievance is immediately referred by the Coordinator for processing at Level III; or

c)     the grievance involves policies, procedures, or practices for which the Dean of the Law School has primary responsibility and is referred by the Coordinator for first processing at Level III, with a written statement regarding the Dean's responsibility for the polices, procedures, or practices alleged to be in violation.

3.      **Processing Activities.**   The processing activities shall occur according to the following schedule:

    a)      **Scheduling of the hearing.**   The Coordinator shall arrange a date for the Level III hearing and notify the grievant, the respondent, and the Level III hearing officer of the time, place, and minimum duration of the hearing.   This shall be accomplished no later than five days after the appeal/referral of the grievance to Level III.   If the Coordinator transmits any written materials or records relevant to the grievance to the Dean of the Law School at the time of notification, copies of these materials shall also be transmitted to the grievant and to the respondent.

    b)      **Conducting the hearing**.   The hearing shall be scheduled for and conducted on a date not to exceed fifteen days after the appeal/referral of the grievance to Level III.

    c)      **Issuance of final hearing decision**.   The Dean of the Law School shall issue a written decision regarding the validity of the grievance and any corrective action to be taken within five days after the Level III hearing.

4.      **Persons present at the Level III hearing.**   Persons present at the Level III hearing shall include the grievant, the respondent, any representative(s) of either the grievant or the respondent, any individual requested by either party to provide information relevant to the evaluation of the grievance and those members of the hearing panel responsible for hearing the grievance.   The Coordinator (or designated representative) shall be present to act as recorder.   Hearings shall not be open to other persons unless requested or approved by the grievant.

5.      **Procedures governing the conduct of the Level III hearing.**   General procedures guiding the conduct of Level III hearings shall be, for the most part, similar to those used at Level II.

    a)      **Duration.**   The Dean of the Law School shall determine the duration of the hearing.   No Level III grievance hearing shall be less than three hours unless all parties consent to a shorter hearing.

    b)      **Time allocations.**   The time established for the duration of the hearing shall be allocated in equal parts to the grievant and the respondent.   The Dean shall moderate usage of time.

    c)      **Grievance witnesses.**   Both the grievant and the respondent shall have the right to present such witnesses, as they deem necessary to develop the facts pertinent to the grievance.

    d)      **Questioning of witnesses.**   Formal rules of evidence shall not be applied at the Level III grievance hearing.   The grievant and respondent shall have the right to use their allocated time to ask questions of any person participating in the hearing.

*GRIEVANCE PROCEDURE*

e)      **Introduction of new information.**  During the hearing of a grievance appealed from Level II, neither party shall be permitted to introduce information not presented at the Level II hearing, unless she/he can show cause as to why it was not introduced at Level II.

6.      **Level III hearing decision.**  The Dean of the Law School, after having complied with all procedural requests, shall issue a written decision, which includes a statement regarding the validity of the grievance allegation and a specification of any corrective action to be taken.  This decision shall constitute the final decision issued pursuant to any grievance.  The decision shall be issued within five days after such hearing.

Copies of the decision shall be sent to the grievant, the respondent, the Coordinator, and the President of St. Thomas University.

## V.    Grievance Appeals

A.      **Grievant's Right.**  If a grievant is dissatisfied with the grievance decision received at Levels I or II, she/he may appeal the grievance to the next level.  Such an appeal shall be made in writing to the Coordinator within ten days of the receipt of the unsatisfactory decision.

B.      **Notification of Right of Appeal**.  Upon receipt of the grievance decision from the Level I or Level II hearing officers, the Coordinator shall make written notification to the grievant of her/his right to appeal and of the procedure and deadline for submission of such an appeal.

## VI.   General Provisions

A.      **Time Calculations and Extensions**

1.      **Calculation of time**.  Saturdays, Sundays, and holidays shall be disregarded in calculating time periods specified in this grievance procedure.

2.      **Extensions of time.**  Any time limits set by this procedure may be extended by mutual consent of the grievant(s) and the respondent(s).

B.      **Grievant's Right to Information**

A grievant(s) may request access to information and records in the possession of the institution, which may bear upon the validity of the grievance.  If such requested information requires an unreasonable expenditure of resources by the institution, such request may be refused provided that the information is not submitted as evidence by the respondents(s), and that this refusal is considered during the grievance hearing.  In order to protect the privacy of persons not directly involved in the grievance proceeding, the institution shall reserve the right to expunge names and any identifying information not directly relevant to the substance of the grievance from any information or record supplied to the grievant.

**46** ■

C.   **Grievant's Right to Representation and Assistance**

1.   **Right to representation.**  The grievant(s) has the right to be represented by knowledgeable persons, organizations, or groups of her/his selection at any point during the initiation, filing, or processing of the grievance.  The Coordinator shall provide help in identifying such knowledgeable persons or groups.

2.   **Right to assistance**.  The institution shall provide assistance to the grievant, including access to copies of the regulations, related guidelines, memoranda, and other relevant materials supplied to the institution by the Federal government as well as access to public grievance records.  In addition, the Coordinator shall provide consultation and assistance in the interpretation of such information and the use of this grievance procedure.

D.   **Training of Grievance Hearing Officers**

All persons designated as grievance-hearing officers shall receive a minimum of two hours training regarding regulatory requirements and nondiscrimination precedents, and the basic principles and operation of this grievance procedure.  The Coordinator shall arrange this training.  The Coordinator shall also provide continuing consultation to hearing officers regarding requirements and the implementation of this procedure.

E.   **Confidentiality of Grievance Handling**

1.   **Confidentiality of proceedings.**   The grievant(s) shall determine whether any grievance hearing or other grievance procedure shall be open to the public or open only to participants.

2.   **Confidentiality of file records.**  A grievant(s) shall have the right to determine whether or not her/his grievance record shall be open or closed to the public.  Should the grievant decide that the grievance record shall be open to the public, she/he shall have the additional rights to have any matter, which directly or indirectly identifies the grievant removed from all grievance records, or documents open to the public.  No record of the grievance shall be entered in the personal file of any student or employee.

F.   **Maintenance of Grievance Records**

1.   **Recording of grievance hearings**

a)   **Grievant's rights.**  Any grievant may, at her/his expense, record any grievance hearing or proceeding on a tape recorder or similar device.

b)   **Institutional responsibility.**   Level II and Level III grievance hearings shall be recorded on recording devices supplied by the Coordinator.  Such recordings shall be made available to the grievant(s) and the respondents(s) at their request.  Such recordings shall be maintained for a period of three years after resolution of the grievance.

2. **Maintenance of written grievance records**

a) **Confidential grievance files.**  Records shall be kept of each grievance.  These shall include, at minimum:  the name of the grievant and her/his position at St. Thomas University School of Law; the date of the grievance filing; the specific allegation made in the grievance and any corrective action requested; the names of respondents; the levels of processing and the resolution, date, and hearing officer(s) at each level; a summary of major points, facts, and evidence presented by each party to the grievance; and a statement of the final resolution and the nature and date of any corrective action taken.  Such records shall be maintained on a confidential basis unless otherwise specified by the grievant.

b) **Public grievance files.**  For purposes of the dissemination of grievance precedents, separate file records shall be kept which indicate only the subject matter of each grievance, the resolution of each grievance, and the date of the resolution. These records shall not refer to any specific individuals and they shall be open to the public.

c) **Duration of maintenance of written grievance records.**  All written grievance records shall be maintained for a minimum of three years after grievance resolution.

G. **Prohibition of Harassment.**  No person shall be subject to discharge, suspension, discipline, harassment, or any form of discrimination for having utilized or having assisted others in the utilization of the grievance process.

H. **Role of the Coordinator.**  It is the primary responsibility of the Coordinator to ensure the effective installation, maintenance, processing, record keeping, and notification required by the grievance procedure.

I. **Financial Responsibility for Grievance Processing.**  All costs involved in the administration of this grievance procedure, which are required by law, shall be assumed by St. Thomas University School of Law.

# ST. THOMAS UNIVERSITY SCHOOL OF LAW

# CODE OF ACADEMIC INTEGRITY

# CODE OF ACADEMIC INTEGRITY

## Preamble

Consistent with the goal of training lawyers, whose professional and personal conduct exemplifies high ethical standards and reflects well upon the law school and the legal profession, the faculty of St. Thomas University School of Law has adopted the following Code of Academic Integrity.

## I.   COMMITTEE COMPOSITION AND SELECTION

A.   There shall be a committee known as the Committee on Academic Integrity, which shall be composed of seven members:  three students, three faculty and the Associate Dean for Academic Affairs.  The Associate Dean for Academic Affairs shall vote only to break a tie vote.

  1.   The faculty members of the Committee must be full-time professors.  The full-time faculty shall, during the last faculty meeting of the spring semester, choose three of its members to serve on the Committee during the summer and subsequent fall and spring semester.

  2.   Shortly before the end of the spring semester, the law school student body shall elect the student representatives to the Committee to serve during the summer and subsequent.  One student representative shall be a second-year student and two shall be third-year students.  A student must be in good academic standing during their candidacy and election and shall maintain good academic standing and have not been convicted of a violation of this code throughout their one year term.

B.   If an alternate is required for a faculty position, the same process described in I (A)(1) shall be used.  If an alternate is required for a student position, the same process as described in I (A)(2) shall be used.  If an alternate is required for the Associate Dean for Academic Affairs, the Associate Dean for Academic Affairs shall appoint an alternate from among the tenured faculty.

C.   The accused may petition the Committee for the recusal of any Committee member for good cause.

D.   A Committee member may voluntarily withdraw from participation in a hearing for good cause.

## II.   COMPLAINT AND PRELIMINARY INVESTIGATION

A.   Complaints of misconduct under the present Code shall be made to a member of the Committee.

  1.   Any member of the law school community may submit a complaint alleging that a student has violated one or more provisions of the Code of Academic Integrity.  A complaint shall consist of a written statement

identifying the nature of the violation and the name of the accused who is the subject of the complaint. Complaints should be submitted to any member of the Committee. That individual will confidentially notify the Chairperson of the Committee.

2. If a complaint is made during the school year, the chairperson shall convene the Committee within two weeks from the date of notification of the complaint. If a complaint is made at a time other than during the normal school year, the Committee shall be convened within a reasonable time.

3. If the Committee determines that the complaint alleges a violation of the Code, the Committee shall choose a Subcommittee consisting of a faculty member and a student member to conduct a preliminary investigation of the complaint.

B. Preliminary Investigation

1. The two-member Subcommittee shall conduct a confidential investigation in which it shall interview the accused, the accuser, and any witnesses (i.e., any persons who may possess information pertinent to the complaint). It shall further examine any materials provided by the various parties and witnesses and shall examine any other pertinent materials. The two members of the Subcommittee will not sit as members of the hearing panel and will not participate in the final vote.

2. The accused shall be confidentially informed of the charges against him or her by registered and regular mail within one week of the commencement of the investigation by the Subcommittee.

3. Both members of the Subcommittee shall agree whether there will be full hearing or whether the complaint will be dismissed. If the Subcommittee cannot reach unanimity, the final decision will be made by the Associate Dean for Academic Affairsupon a summary presentation of the evidence gathered by the Subcommittee. There is no appeal from the Subcommittee or Associate Dean for Academic Affairs decision. The standard for proceeding to a full hearing shall be as follows: there must be credible evidence to believe that the violation of the Code alleged in the complaint actually occurred and that the violation was committed by the accused.

4. If, during the course of the investigation, the Subcommittee determines that there is credible evidence to believe that there may exist additional or related violations of this Code by the accused other than those contained in the original complaint, the Subcommittee shall investigate such violations and determine, consistent with Section II(B)(3) above, whether there will be a full hearing regarding these alleged violations. If during the course of the investigation, the Subcommittee determines that there is credible evidence to believe that a student or students other than the accused have violated this Code, such evidence shall form the basis of a separate complaint. The balance of the Committee members shall conduct a full hearing with respect to all alleged violations referred by the Subcommittee.

5. The Subcommittee shall make its determination within no more than three weeks during the school year or within a reasonable period of time if witnesses or information are unavailable. At times other than during the school year, the preliminary determination should be made within a reasonable period of time.

## III.   FULL HEARING

A. Notification of Accused and Timing of Hearing

1. In the event of a determination to proceed to a full hearing, the Committee shall notify the accused and shall set a date for the hearing that falls within two weeks of the determination to proceed.

2. The Committee may decide to set the date of the hearing at a later date in the event of the unavailability of witnesses or evidence, or in other extenuating circumstances.

3. At any time after the determination to proceed, but before the full hearing, the committee may meet to consider any preliminary matters as they arise, including accused's request to sever parties or to have discreet violations heard separately. Such determinations shall remain within the sole discretion of the Committee.

B. Hearing Rules

1. The Hearing panel shall consist of the four members of the Committee that did not sit on the Subcommittee during the preliminary investigation of the alleged incident. There shall be no prehearing discovery, nor shall there be any interlocutory appeals. In the event that a full hearing will be held, the accused shall have access to the evidence gathered in the preliminary investigation.

2. The accused shall be presumed innocent. The members of the Committee may question the accused, the accuser and any witnesses. The Committee shall also consider any supporting materials, including documentary materials of any kind.

3. The formal rules of evidence shall not apply.

4. The accused shall have the right to counsel during the hearing. Defense counsel may advise the accused during the course of questioning, but may not formally take part in the hearing by questioning any parties or witnesses, by making any statements, or by other means.

5. The accused shall have the right to make a statement at the opening and closing of the hearing.

6. The accused shall have the right to refuse to answer any question, which may incriminate him or her.

7. The accused has the right, and shall be provided any and all opportunity, to submit materials to the Committee, which he or she believes may be relevant and material to the matter being considered.

8.   All proceedings and hearings of the Committee shall be closed to all but those directly involved in the proceeding.

9.   The accused is entitled to postponement of the proceedings if either: evidence that will clear him or her is not presently available at the time of the hearing and will be available at a later time, within reason, or if an emergency situation arises that will not allow the student to participate in the hearing at that time.

10.  The accused's unreasonable failure to appear at the full hearing shall entitle the Committee to render a decision against the accused.

11.  The full hearing shall be tape recorded.

C.   Committee Determination

1.   At the close of questioning, and upon consideration of all the relevant materials, the Hearing Panel shall decide whether the accused is guilty or not guilty in a closed-door meeting following the hearing.

2.   The accused can only be found guilty if a majority of the Hearing Panel finds by clear and convincing evidence that the accused committed acts that violate the Code of Academic Integrity.

3.   If the Hearing Panel finds that the accused is guilty, it shall determine the appropriate sanction by a majority vote.

4.   The Hearing Panel shall notify the accused of its determination at its earliest possible convenience.

5.   All information in relation to the identity of the accused shall remain confidential.  No information describing or characterizing the accused shall be disseminated by members of the Committee.

6.   The fact that a specific violation of the Code has occurred and that an individual has been found guilty and the nature of the sanction levied, if any, shall be promulgated to the Law School community by the Committee as long as the disclosure does not violate any part of subsection 5 of this section.

## IV.   APPEAL

A.   The accused shall have the right to appeal to the Dean a finding of guilty by the Committee, the sanctions imposed by the Committee, or both.

B.   Appeals of the Hearing Panel's verdict or sanctions shall be made in writing to the Dean of the Law School within two weeks of the accused's notification of the Committee's disposition of the matter.  Should the accused require additional time, he or she must make a request for such within the same two-week period. The Dean may, within his or her discretion, grant such additional time for appeal.

C.   With respect to the sanction determined by the Hearing Panel, the Dean of the Law School may within his or her discretion, alter the penalty either by ameliorating or by making more severe the punishment imposed.

## V.    PROHIBITED CONDUCT

The following rules hereby set forth violations of the Code of Academic Integrity.  Unless otherwise specified, violations shall consist of conduct that is performed intentionally, knowingly, or recklessly.   Knowledge that an act constitutes a violation of the code, however, is not a necessary element of misconduct.

A.    Misconduct Involving Work Required for a Law School Course, Program or Other Requirement

    1.    Plagiarism:   A student shall not intentionally, knowingly, or recklessly include in work offered to fulfill any law school requirement the language, work or ideas of another without proper attribution.  Plagiarism includes (a) the misappropriation of language taken verbatim, or nearly verbatim, from other sources without crediting the author of the original work by use of both quotation marks and footnotes or other appropriate forms of attribution; (b) the misappropriation of the original ideas of another without appropriate attribution; and (c) the misappropriation of the original pattern of ideas or organization of one or more original works over a substantial portion of the paper.  This third species of plagiarism occurs when a student follows the work of others, idea for idea, over a substantial portion of the paper, while paraphrasing the language of the original work, without indicating that the pattern of thought or structure of the paper comes from the original source.

    2.    Use of work completed by another:  A student shall not submit the work of another in fulfillment of any law school requirement.  This includes work completed by another student, practicing attorney or any other person.

    3.    Multiple submission of work:   A student shall not submit work in fulfillment of any law school requirement which the student has submitted in compliance with the requisites for any other class or program at this or any other academic institution without the express consent of the present professor.  This provision shall also apply to work submitted for law school credit which was previously completed in satisfaction of non-academic work requirements outside the law school.

    4.    Unauthorized collaboration:  A student shall not submit work produced in collaboration with another without the permission of the professor.  This includes collaboration with respect to the substantive content of work, as well as the writing style, grammar, proofreading or citation form.  This provision shall not apply if the professor has expressly permitted discussion, collaboration or assistance in the matter, but applies only to the extent that such discussion, collaboration or assistance is not permitted.

    5.    Third parties:  A student shall not assist another student in violating the regulations set forth in any part of this section nor shall any student attempt to enlist the assistance of a third party with the purpose of violating any of the foregoing provisions.

*CODE OF ACADEMIC INTEGRITY*

B.   Misconduct Involving Examinations

   1.   A student shall not copy the work of another during the course of any examination.

   2.   Unauthorized use of materials during examinations:   During an examination, a student shall not use any materials that are not expressly permitted by the professor or exam proctor.  This includes use of books, outlines, notes, taped materials, or any other similar materials.

   3.   Unauthorized departure from the exam room; unauthorized use of materials during absence:   A student shall not leave the exam room before completing the exam without permission of the exam proctor, if an exam proctor has been assigned to the room.  If permission is granted to leave the exam room, a student shall not review any materials during his/her absence from the examination room, nor shall he or she discuss the exam or related matters with any person during the course of the exam.

   4.   Interference with other students during exam:  A student shall not talk or engage in other conduct that unreasonably distracts or disturbs other students during an examination.

   5.   Unauthorized departure with, or discussion of, an exam:   Without the express permission of the professor, a student shall not remove any exam, or any portion thereof, from the exam room.  A student shall not transcribe, deliver or receive notes taken during or after an exam that reflect the substance or nature of an exam.  No student shall discuss with another student whom he or she knows has not yet taken an exam, the nature or substance of the examination.

   6.   Cheating by substitution:  A student shall not take an exam for another student, nor shall a student intentionally or knowingly permit another to take an exam for him or her.

   7.   Violation of exam security:  A student shall not in any way violate the security maintained for preparation or storage of any exam materials or other course materials.

   8.   Attempts to enlist assistance of third parties:  A student shall not attempt to enlist the assistance of another student or third party with the intention of violating any of the foregoing provision.

C.   Misconduct Involving Library Materials

   1.   A student shall not tear, deface, destroy or otherwise dispose of library materials or equipment.

   2.   A student shall not disrupt others with respect to their use of library materials, equipment or resources.

   3.   A student shall not remove library materials without complying with established library procedures.

   4.   A student shall not conduct himself or herself in a matter that unreasonably interferes with others' use of library materials, equipment,

or resources, or that violates a library rule about which the student should know.

D.   Other Misrepresentations or Dishonesty

    1.   Misrepresentation of personal information:   A student shall not misrepresent facts about himself or herself in connection with admission to, or withdrawal from, the law school, or any class or program thereof. This includes, but is not limited to, misrepresentations of degrees obtained, grades earned, subjects studied, work performed or other personal or professional achievements or experiences.   The student shall have the continuing obligation to update the school or relevant authorities as such information may change.   Failure to do so shall constitute a violation of this Code.

    2.   Misrepresentation of class attendance:   A student shall not sign the attendance roster for another student who is absent from, or late to, class.   A student shall not enlist the assistance of another to sign his or her name on the attendance roster.

E.   General Offenses

    1.   Other offenses:  A student shall not steal from, harm, threaten or harass any person, nor shall he or she misrepresent facts about another person with the intention of harming that person in connection with some academic or professional function, capacity or opportunity.   Any complaints involving sexual harassment should be brought pursuant to the University Sexual Harassment Policy and are not regulated by this Code.

    2.   Failure to comply with sanctions imposed by the Committee:  It shall be a violation of this Code for a student to fail to comply with a sanction imposed by the Committee.

F.   Risk of Serious Harm

    1.   Posing Imminent Risk of Serious Harm.  Students who pose an imminent risk of serious harm will be expelled immediately and accorded due process, otherwise consistent with this Code, at a later date.

## VI.   SANCTIONS

Unless authorized by the Dean of the Law School, the Committee may impose only the following sanctions, singly or in combination:

A.   Written Warning:  Written notice to be placed in the student's permanent file and publicly posted within the law school indicating the nature of the violation along with a warning that future conduct of a similar variety may carry a more serious sanction.

B.   Probation:  The suspension of any sentence subject to future non-violation of this Code.

C.   Restitution.

*CODE OF ACADEMIC INTEGRITY*

D.    Suspension from School.

E.    Expulsion from School.

F.    Public Discussion:  The student is required to undertake public discussion of his or her act in the interest of educating and deterring others.  This sanction shall not be imposed in the absence of the written consent of the accused and may be imposed as an alternative to other sanctions.  This sanction is an exception to Section III(C)(5).

## VII.    EFFECTIVE DATE

This Code supersedes all previous codes of student conduct promulgated by the Law School and shall become effective at the commencement of the Fall 1998 semester.

Adopted by the Faculty on April 29, 1997.

# St. Thomas University School Of Law

# LIBRARY PROCEDURES AND REGULATIONS

# LAW LIBRARY

Access ........................................................................................................58

Regular Hours ...........................................................................................58

Food, Drink and Smoking ........................................................................58

Study Areas...............................................................................................59

Restrooms and Telephone ........................................................................59

Copiers .....................................................................................................59

Reshelving books......................................................................................59

Law Library Public Catalog – TOMC........................................................59

Law Library Network ................................................................................59

Digital Library...........................................................................................59

CD-Rom Resources ...................................................................................60

Unclassified Materials...............................................................................62

Reference Services ...................................................................................62

Reference Collection .................................................................................63

Reserve Collection ....................................................................................63

Microform Collection ................................................................................63

Periodicals.................................................................................................63

Interlibrary Loan .......................................................................................64

Circulation ................................................................................................64

Lexis and Westlaw (Computer-Assisted Legal Research)..........................64

Government Publications...........................................................................65

Main Library .............................................................................................65

Computer Lab ...........................................................................................65

Suggestions ..............................................................................................66

*LAW LIBRARY*

## Welcome to the St. Thomas University Law Library

### ACCESS

The Law Library is located in the Ambassador Nicholas H. Morley Law Center, and is entered and exited only through the double doors leading from the main lobby. All other doors are fire exit/emergency doors and are limited to emergency use. The alarm sounds when fire exit/emergency doors are opened.

The Law Library is open to all faculty, staff and students of St. Thomas University, and to the public seeking to use our legal research collections.

Circulation of material for use outside the Library is limited to St. Thomas University faculty, staff and students. All other researchers must use the collection in the Library.

Our primary responsibility is to serve our own faculty and students. However, within the limits of our staff resources, we will attempt to provide reference service to members of the bar and other outside researchers.

It is the purpose of the Library administration and staff to make the holdings of the Library as freely available to all patrons as is consistent with proper and equitable use. Your cooperation is essential. Please adhere to those regulations and rules that are included in this handbook or are posted in the Library.

### REGULAR HOURS

| | |
|---|---|
| Monday through Friday | 7:30 a.m. - Midnight |
| Friday | 7:30 a.m. - 10:00 p.m. |
| Saturday | 10:00 a.m. - 9:00 p.m. |
| Sunday | 9:00 a.m. - Midnight |

Note that hours may change during examination periods, holidays and interterm. Regular, holiday, interterm and examination period library hours are posted at the Library entrance.

### FOOD, DRINK AND SMOKING

Non-alcoholic drinks are permitted in the Library **in spill-proof containers only** (travel mugs, sport bottles, and bottles with pull-up tops - not screw caps). Cans, cups and open bottles are not acceptable. Food and smoking are prohibited in the Library at all times. Before entering the Library, please dispose of all such items in the receptacle OUTSIDE the Library. Because of the potential for serious damage, anyone violating this rule will be required to leave the Law Library.

**58** ∎

## STUDY AREAS

Carrels and tables are available on a first-come, first-serve basis. All books and papers must be removed from the carrel when you have completed your research for the day.

The second floor level has reading room/study areas, group study rooms and the computer rooms for computer-assisted research and training. Please maintain quiet in all areas.

## RESTROOMS AND TELEPHONES

Restrooms are located on both floors of the Law Library in the elevator lobbies in the center of the building.

Public telephones are located in the atrium outside the Library. There are phones for student use in the SBA office. **The telephones in the Library are for staff use only**. The Library does not take messages or calls for students and is not able to page students.

## COPIERS

Copiers are located in the copy room at the rear of the first floor reading room. Copies are 10 cents each. The Library does not provide change.

Please do not change paper or attempt to clear problems with the copiers. Report malfunctions such as paper jams to the Access Services Staff at the Circulation Desk; they will also assist you with any necessary refund.

## RESHELVING BOOKS

Reshelve the books you use in their proper order. If you do not properly reshelve books, the Library becomes unusable for you and for other users.

## LAW LIBRARY PUBLIC CATALOG - TOMCAT

TOMCAT is accessible via the Web from virtually anywhere.  The Library Internet address (*URL*) is http://www.stu.edu/lawlib.   From the Library URL, select TOMCAT in the options menu.  If you need assistance, please ask the Librarian at the Reference or Circulation desk or call (305) 623-2330.

## LAW LIBRARY NETWORK

The Law Library is part of the Law School local area network. Our *wireless* network lets St. Thomas students, faculty, and staff access information from anywhere in the Law Center complex.  On-site terminals are Web ready.   In addition, many of our electronic resources are available to students off campus by password protected database access.  Those resources include:

*The Digital Library*

■ 59

The Digital Library provides centralized access through the web to a range of resources in several areas.    In addition to the online resources below (subscription databases), links are available to high quality "free" Web sites.   To access the Digital Library, visit the Library Home Page at http://www.stu.edu/lawlib.   From the Library URL, select Digital Library in the options menu.

**-St. Thomas Libraries:**   University Main Library catalog and the Law School Library catalog.

**-Bureau of
National Affairs (BNA):**   Subscription to Labor & Employment Law Library, Antitrust & Trade Regulation Report, Bankruptcy Law Reporter, Banking Report, Class Action Litigation Report, Corporate Counsel Weekly, Criminal Law Reporter, Computer Technology Law Report, Electronic Commerce & Law Report, Family Law Reporter, Health Law Reporter, Labor Relations Week, Securities & Regulation Law Report, Tax Management Library, and U.S. Law Week.

**-CIAO**   Columbia International Affairs Online (CIAO) is an international information library online, available in the Digital Library's Human Rights section.

**-Computer Assisted
Legal Instruction (CALI):** CALI is an innovator in computer assisted legal instruction and design.   They provide interactive exercises for various legal subjects (http://www.cali.org).

**-Commerce Clearing
House (CCH):**   Federal, State, and International Tax related information sources.

**-Congressional Universe:** Federal Legislative History, Congressional Hearings and Reports.

**-ERIC:**   Educational Resources clearinghouse contains citations to educational journal articles and documents and is available through the Educator's Reference Desk.

**-First Search:**   OCLC database of U.S. and foreign library holdings and periodical contents index.

*LAW LIBRARY*

| | |
|---|---|
| **-Florida Law Weekly (FLW):** | Searchable Florida Law Week and Florida Law Supplement. |
| **-InfoTrac:** | LegalTrac index to legal periodicals. |
| **-JSTOR:** | Full text facsimiles of articles in social science, business, and mathematics journals. |
| **-Lexis/Nexis:** | Web Access to all Lexis databases. |
| **-LOISLAW:** | Searchable laws of 50 states, Washington D.C. and 18 most important federal jurisdictions. |
| **-Matthew Bender:** | Access over 175 looseleaf publications including Moore's Federal Practice, Bender's Federal Practice Forms, Current Legal Forms, Weinstein's Federal Evidence, Florida Forms of Jury Instructions, Florida Torts Reporter, Florida Family Law, and more. |
| **-Municipal Code Corp. (MCC):** | Contains searchable full-text of over 450 U.S. city codes and ordinances. |
| **-Periodical Contents Index (PCI):** | Searchable tables of contents of over 6,000 periodicals. Multidisciplinary. |
| **-Project MUSE:** | Over 100 journals in the humanities, social sciences, and mathematics online. |
| **-Shepard's:** | Web access, also available on Lexis. |
| **-Oceana:** | TIARA ™U.S. Treaties Researcher offers full-text treaty documents and index information. |
| **-SHELLS:** | The SEFLIN Serials Union List, a combined list of journal holdings from 19 local public and academic libraries. |
| **-VERSUS LAW:** | Internet access to decisions of tribal, federal, and state courts. |
| **-Virtual Classroom:** | Web Course administrator – Provides online course delivery options. |
| **-Westlaw.com:** | Web access to Westlaw database. |

*LAW LIBRARY*

## CD-Rom Resources

The Library's resources also provide access to a number of interesting indexes and databases via cd-rom, including:

| | |
|---|---|
| **-IRIS:** | Immigration Research Information Service (IRIS) includes a massive amount of immigration related information: judicial, statutory, and administrative immigration sources brought together. |
| **-Florida Law Desk:** | West's Florida Databases on CD-ROM (Folio version): including Florida cases, statutes, and administrative code, and ARL 3rd, 4th, and 5th). |
| **-West Premise:** | West's Florida Cases, Administrative Code, and Statutes Annotated and Florida CLE accessed using Premise software. |
| **-LexisNexis** | United States Supreme Court Reports, Lawyers' Edition. |
| **-Lexis Florida:** | Florida Statutes and case law. |
| **-11th Circuit:** | Searchable Folio database of 11th Circuit cases. |
| **-Bibliography of Early American Law (BEAL):** | Index to early American legal publications. |
| **-English Reports:** | Full-text database of the English Reports covering 1218 - 1890. |

## UNCLASSIFIED MATERIALS

Much of the collection is comprised of primary source materials such as statutes, reporters and regulations, and of finding tools and secondary materials such as digests, citators and encyclopedias. These materials are not classified but are arranged by form and jurisdiction and are shelved alphabetically. Their exact location may be determined by reference to TOMCAT and the Library Guide which is available in the Library lobby and the Circulation Desk.

## REFERENCE SERVICES

A Reference Librarian is available at the front of the Library to assist with reference or research questions during daytime peak use and evening hours. If no one is available at the Reference Desk, see the librarians in the reference offices at the front of the first floor reading room or at the Circulation area.

## REFERENCE COLLECTION

Materials in the Reference Collection do not circulate. The Reference Collection, including non-legal resources, directories, and almanacs, is located in the reference desk area.

## RESERVE COLLECTION

The reserve collection is shelved in the Reserve Reading Room (on your right as you enter the Library). The permanent reserve collection contains hornbooks, study aids and popular treatises. Books and photocopies of materials requested by a professor for a particular course are considered temporary reserve and are also located behind the Reference Desk and are labeled Course Reserve.

Temporary Reserve books and photocopied articles may be requested at the Circulation Desk. Materials on reserve may be checked out for four hours. **No renewals are allowed on Reserve material**.

## MICROFORM COLLECTION

The Microform Room contains the microfiche and microfilm holdings which comprise a large quantity of the Law Library collection. Access to the Microform Room is through the Reserve Reading Room.

Major microform holdings include the United Nations Treaty Series; the Congressional Record, its predecessors, and other Congressional publications; the Federal Register and Code of Federal Regulations; State Session Laws and Court Reports; State Attorney General Opinions and the backfiles of law reviews. Florida material in microform includes State Attorney General Opinions and Florida Supreme Court Records and Briefs.

Consult TOMCAT for the holdings of each title. Staff at the Circulation or Reference Desk is available to assist you in locating microform material and in using the microform readers and printers.

Do not refile microforms; they may be left in a basket on top of one of the fiche cabinets for staff to file them. Copies of microforms are 10 cents a page for patrons other than St. Thomas University law students and faculty. Please turn off reader/printers when you are finished.

## PERIODICALS

Consult TOMCAT to determine holdings and locations of periodicals in the Library. Law reviews are shelved on the 1st floor north, A-N, and 1st floor south N-Z arranged in alphabetical order by title.

The index to Legal Periodicals and Current Law Index (CLI) are specific subject and author indexes to law journal articles. They are located at the end of the journals in the 1st floor south reading room. Access to the web-base Current Law Index (LegalTrac) is available on campus or as The Legal Resource Index on

LEXIS and WESTLAW.

Journal backfiles in microform are in the Microform Room. Cross-references indicating microform holdings are on the shelves with bound material.

## INTERLIBRARY LOAN

Interlibrary Loan (ILL) is available for materials not in the collection. The Interlibrary Loan service is available to St. Thomas Law School faculty, staff and students. ILL requests can be submitted online via OCLC FirstSearch, by filling out the ILL request form available at the Reference Desk, or by filling the online form located in our Web site. See the following url: http://www.stu.edu/lawlib/ill_request_form.asp.   Links to the First Search database are available from the Digital Library and from TOMCAT, the Library Catalog.  ILL enables libraries to share their collections globally.

## CIRCULATION

Most materials in the library collection are reference volumes necessary for legal research. Primary source materials, loose-leaf services, multivolume sets and books in the Reference Collection do not circulate.

Single-volume texts and treatises circulate but all circulation is suspended two weeks prior to and during exams.

**A current St. Thomas University School of Law identification card must be presented at the Circulation Desk in order to charge out library materials**. Circulating books are charged out for a three week period and can be renewed provided they have not been requested by another user. ID cards are not transferable.

## LEXIS, WESTLAW, & BEYOND (CALR)

LEXIS and WESTLAW are computer-assisted legal research (CALR) systems. They contain the full text of documents (ranging from primary to secondary legal authority, news articles, law reviews, treatises, encyclopedias, etc.) and allow flexible constructed subject searches based on any word contained in the particular database.

It has been said, quite accurately, that Lexis and Westlaw are in many ways equivalent and perhaps superior to large, modern law library collections.  They are remarkable systems.

Students are trained to use CALR as a basic legal research tool with initial training during the first year of Law School. Refresher courses are available for both individuals and groups. See the student bulletin boards for notices about training.

LEXIS and WESTLAW are available via the Web 24 hours a day, 7 days a week. Students are given passwords to use on these systems (for educational

purposes) while they are law students.

Today there are many sources of online legal information to choose from. This rapidly expanding universe of legal information creates complex choices for lawyers. Our goal is to prepare St. Thomas Law Students to effectively use the research tools they are most likely to encounter upon graduation in a practice setting.

## GOVERNMENT PUBLICATIONS

The basic federal documents related to legislative, executive and administrative activities are available in the Law Library. Many of these are in microform.

## MAIN LIBRARY

The Main Library of the University is a Selective Government Depository and you are permitted to use this collection for research. Books on non-law subjects which are not in our collection are often available at the Main Library. The Main Library catalog - BobCat is searchable from our web page.

## COMPUTER LAB

A Computer Laboratory is located in the second floor of the Law Library. This area is monitored by the staff from Office of Information Technology (OIT) and the Law Library. The Lab is open to all law students on a first-come-first-serve basis. At particular times during the year, the lab may be restricted. Signs will be posted notifying users of restrictions. **Smoking, beverages, and food are forbidden in the Lab at all times**. If a computer is left unattended for 15 minutes, it will be turned off, disks and books will be removed from the desk, and the computer will be relinquished to any users waiting for a computer to become available.

Student should not install any software (e.g., AOL or games) on the machines or change backgrounds or screen savers. Students should not download any files from the Internet. Students should not save any files to the C drive (save all documents to your own floppy disk).

**Unauthorized use of Computer Lab equipment and materials including, but not limited to, copying copyrights software, is prohibited**. Users agree to accept full responsibility, thus indemnifying the St. Thomas University School of Law from any costs for damages arising from the operators' use of the laboratory or materials whether due to negligence or pursuant to the user's unauthorized use of equipment and/or materials provided by the St. Thomas University School of Law.

Users encountering any difficulties in using equipment or software should ask for help. Do not attempt to solve the problem yourself. If problems arise regarding the proper operation of a particular computer, the user should contact staff members on duty as soon as possible.

*LAW LIBRARY*

## SUGGESTIONS

The Law Library welcomes suggestions from you regarding additions to the software collection, or improvement of Library services, equipment or hours. Suggestions can be posted through the Library web page or send e-mail directly to the Director (kgruben@stu.edu). Answers to suggestions will be posted on the Library web page. If you have problems, do not hesitate to ask questions. We will do our best to find solutions. Your cooperation is needed and appreciated.

# Sᴛ. Tʜᴏᴍᴀs Uɴɪᴠᴇʀsɪᴛʏ Sᴄʜᴏᴏʟ ᴏꜰ Lᴀᴡ

## STUDENT BAR ASSOCIATION
## CONSTITUTION

# STUDENT BAR ASSOCIATION CONSTITUTION

## PREAMBLE

WE, THE STUDENTS of St. Thomas University School of Law, in order to promote the general welfare of our Student Body, and in partnership with the Faculty and the Administration of the School of Law, herein and hereby set forth the fundamental principles of Student Government for ourselves and our successors with the power to enact suitable regulations for the purpose of initiating and carrying out our Law School activities in an orderly and efficient manner, and do therefore ORDAIN AND ESTABLISH THIS CONSTITUTION.

## ARTICLE I.

The objectives of the Student Bar Association of St. Thomas University School of Law shall be:

1. To ensure a Student Government based upon the will of the Student Body.

2. To provide a forum for the expression of ideas concerning the social, ethical, and intellectual aspects of student life.

3. To encourage the initiation of educational programs in order to achieve and maintain a high standard of education at the School of Law.

4. To provide for association among students, faculty, and administration; and to promote a close affiliation between students and members of the legal profession.

5. To pursue the high standard of professionalism necessary to excel in the legal community.

## ARTICLE II.

### SECTION 1.

This organization shall be known as the Student Bar Association of St. Thomas University School of Law.

### SECTION 2.

The membership of the Student Bar Association shall consist of all students officially enrolled at St. Thomas University School of Law.

*HURRICANE PROCEDURE*

**SECTION 3**

The Government of the Student Bar Association shall be composed of Officers and the Senate.

# ARTICLE III.

**SECTION 1.**

The Student Bar Association shall be managed by the Student Bar Association Officers and Senate through the powers enumerated herein.

**SECTION 2.**

The Officers of the Student Bar Association shall consist of a President, a Vice-President, a Secretary, and a Treasurer.   The Senate shall be composed of Senators from each of the three classes.   The Officers and Senators shall be elected by the membership of the Student Bar Association as set out in Article VI.

**SECTION 3.**

The official Student Bar Association meetings shall consist of the Officers and Senate and shall meet regularly, at least once a month, and from time to time for such special meetings as may be necessary.  For the purpose of conducting business, a quorum shall consist of fifty percent (50%) plus one (1) of the Officers and the Senate with at least two (2) Officers present.

**SECTION 4.**

The Officers and Senate shall:

(A)  Serve as a forum for the initiation of ideas and programs for the Student Bar Association; make recommendations to the President; consider student grievances presented to the Officers and Senate; and pass resolutions deemed by the Officers and Senate to be in the best interest of the Student Bar Association.

(B)  Have the power to pass proposals to execute its duties.

(C)  Adopt <u>Robert's Rules of Order</u> to govern the procedure of all meetings of the Board.

(D)  At each meeting of the Board, keep a journal, which shall include all details of the proceedings, the presence or absence, and vote on any issue of each member.  The Student Bar Association journal, which shall be prepared by the Secretary, will be published to the students within a week after each meeting and shall remain available thereto for five (5) school days.

(E)  Create, oversee, and dissolve select committees of the Student Bar Association.

(F)     Review and approve the yearly budget of the Student Bar Association as submitted by the Budget Committee.   Require from the Treasurer a regular accounting of all funds of the Student Bar Association.

(G)     At each regular meeting, receive reports from the President and committee chairpersons as to the status of the Student Bar Association programs and activities.   Receive reports from the Law School representatives to St. Thomas University Student Government Association as to all matters pertinent to the Law School.   Receive reports from the American Bar Association/Law Student Division representative relative to that organization.

(H)     After appropriate hearing, a vote of no-confidence by two-thirds (2/3) vote of the Officers and Senators present, shall remove any chairperson of any committee from office.

(I)     Have the power to enact by-laws not inconsistent with this Constitution, by majority vote of the Officers and Senate, in order to set out any rules and regulations deemed necessary for the maintenance of the Student Bar Association.   Such by-laws shall be amended by a majority vote of the Officers and Senate.

(J)     Elect by majority vote from the nominations made by the Officers and Senators to fill the vacancy of any elected office of the Student Bar Association.   Such elected Officers shall hold office until the holding of the regularly scheduled elections as enumerated in this Constitution.

# ARTICLE IV.

## SECTION 1.

The Officers of the Student Bar Association shall consist of a President, a Vice-President, a Secretary, and a Treasurer.

(A)     The President of the Student Bar Association shall:

(1)     Represent the Student Bar Association of St. Thomas University School of Law.

(2)     Schedule regular meetings of the Officers and Senate, and call special meetings as he or she deems necessary, or upon petition by five (5) members of the Senate.   Adequate notice of all special meetings must be given.

(3)     Preside at all meetings of the Officers and preside at combined meetings of the Officers and Senate and the Student Bar Association.

(4)     Have the power to submit proposals and programs of action to the Officers and Senate for their consideration at any regular or special meeting, which must be approved before implementation.

(5)     Report to the Officers and Senate at all regular and special meetings as to the state of the Student Bar Association.

*HURRICANE PROCEDURE*

    (6)    Appoint members and chairpersons of all standing and select committees of the Student Bar Association subject to advice and consent of the Senate by simple majority of all members present.

    (7)    Assist in review and presentation of the budget to the Administration of St. Thomas University School of Law.

    (8)    Coordinate the committee chairpersons for the purpose of executing the daily responsibilities of the Student Bar Association.

    (9)    Have the power and discretion to remove any chairperson or member of any committee who is not carrying out his/her duties, subject to a two-thirds (2/3) approval vote of the Officers and Senate, collectively.

    (10)   Delegate such duties to the Vice-President as may be necessary to the administration of the responsibilities of the Office of the President.

    (11)   Co-sign all vouchers presented for payment on Student Bar Association accounts.

    (12)   Perform such other duties as are customary to said office.

(B)    The Vice-President of the Student Bar Association shall:

    (1)    In the absence or inability of the President to perform his/her duties as such, the same shall be performed by the Vice-President, who shall have all powers and be subject to all responsibilities imposed upon the President.

    (2)    In the event of a vacancy in the office of the President, the Vice-President shall succeed to such office.

    (3)    Preside over all Senate meetings and have a vote during meetings of the Senate only to resolve a tie.

    (4)    Perform such other duties as may be necessary and proper to the exercise of the foregoing powers.

(C)    The Secretary of the Student Bar Association shall:

    (1)    Post in a permanent public place the date of regular meetings of the Student Bar Association not later than seventy-two (72) hours before the meeting is to be held.

    (2)    Ensure that an agenda is posted on the Student Bar Association bulletin board at least twenty-four (24) hours prior to each Senate meeting, and that the individual copies of the agenda are available for each member of the Senate at the same time of the Student Bar Association meeting.

    (3)    Keep a journal of the proceedings of each meeting of the Student Bar Association. Such journal shall be made available to the students within one (1) week after each meeting, and shall remain available thereafter for five (5) school days.

(4)     Annually publish the Constitution and be responsible for the distribution of such to all entering students.

(5)     In general, shall aid the President and the Senate in all correspondence and also be responsible for seeing that each new member of the Senate receives a copy of the Student Bar Association Constitution.

(6)     Perform such other duties as may be necessary and proper to the performance of the foregoing powers.

(D)     The Treasurer of the Student Bar Association shall:

(1)     Administer the financial affairs of the Student Bar Association; receive and expend all monies of this Association, and maintain an accurate set of records showing all receipts and disbursements of funds, and indicate the source of all income and the purpose of all disbursements, which shall be at all times open to the inspection of any member of the Student Bar Association upon written request.

(2)     With the Budget Committee, prepare a Student Bar Association budget annually for Senate approval, and assist in presenting the budget to the Administration of the School of Law.

(3)     Require a monthly accounting from organizations funded through the Student Bar Association.

(4)     Render an account of current finances to the Officers and Senate at each regular meeting, and advise on financial matters.

(5)     Perform other such duties as may be necessary and proper to the performance of the foregoing powers.

# ARTICLE V.

## SECTION 1.

The President, immediately upon assuming office, shall appoint the members and the chairpersons of the Student Bar Association Standing Committees subject to advice and consent of a simple majority of the Senate. Such members and chairpersons shall assume their duties immediately upon appointment. In the case of resignation or removal of a chairperson, a new chairperson shall be appointed by the President, subject to the advice and consent of the Senate by a simple majority of all members present, who shall take office immediately and fill the unexpired term.

## SECTION 2.

The chairpersons of the several committees shall, when required, attend meetings of the Officers and Senate, to report the current status of each committee. If a chairperson is unable to attend a meeting, he/she shall provide a status report to the Secretary within a reasonable time prior to the meeting.

*HURRICANE PROCEDURE*

**SECTION 3.**

The standing committees of the Student Bar Association are as follows:

(A)     Student Affairs Committee - It shall be the responsibility of this committee to plan and promote activities of a social, educational, and cultural nature for the students of St. Thomas University School of Law.

(B)     Budget Committee - This Committee shall prepare the budget of the Student Bar Association and assist the Treasurer in any other matters of a financial nature.

# ARTICLE VI.

**SECTION 1.**

The Officers and Senators of the Student Bar Association shall be elected for the term of one (1) year.  A candidate for any office of the Student Bar Association must be a duly registered student in the School of Law and must plan to be enrolled in the School of Law for the entire term he or she is to serve.  No student shall be a candidate for more than one (1) office in any election.  No student shall hold more than one elected Student Bar Association office at any one time.  Members seeking or holding office shall maintain a cumulative average of 2.5, shall not be on probation or under any disciplinary action.

**SECTION 2.**

All Student Bar Association elections shall be by secret ballot.

(A)     There shall be one (1) election held to fill the offices of President, Vice-President, Secretary, Treasurer, and Senate positions, except for the Senate Representatives entering the first year class.  (Note:  repealed by the Second Amendment)

(B)     The President, Vice-President, Secretary and Treasurer shall be elected by the entire membership of the Student Bar Association.  The number of votes necessary for election to each of these offices shall be one more than half of the votes cast for the office.  In the event that no candidate receives the number of votes necessary for election, the two (2) candidates receiving the greatest number of votes shall meet in a run-off election to be held within one (1) week of the initial election.

(C)     The three (3) Representatives to the Senate from the rising second and third year classes shall be elected by the respective class.  The three (3) Representatives to the Senate from the first year class shall be elected in the Fall Semester by the entering first year class. (Note:  changed by the First Amendment)  The number of votes necessary for election to each of these offices shall be a plurality of the votes case for the office.  In the event that there is a tie between candidates, the tied candidates shall meet in a run-off election to be held within one (1) week of initial election.

(D)   Only the members of each respective class can nominate or vote for their class representatives.  Class membership will be defined as follows:

    (1)   Entering first year class - a person having no law credits.

    (2)   Second year class - a person having at least thirty (30) but less than fifty-four (54) law credit hours.

    (3)   Third year class - a person having fifty-four (54) or more law credit hours.

    (4)   Law credit hours shall be the hours attempted (includes summer semester registration).

## SECTION 3.

The election in the Spring Semester shall be held on the Tuesday or Wednesday within the two (2) weeks prior to the commencement of Spring Break.  The elected Student Bar Association Officers and Senators shall take office on the following Monday after said election is held.  If no Spring Break is scheduled, April 1st will be the determining date.   (Note:   repealed by the Second Amendment)

## SECTION 4.

The election of the first year class representatives of the Senate shall be held in the Fall Semester no earlier that four (4) weeks nor later than six (6) weeks after the first day of classes.  The first year class representatives shall take office on the next Monday following the election.

## SECTION 5.

This section shall apply notwithstanding any other provisions to the contrary.  The elections are to be held in the Spring Semester, and will fill positions in the following manner (Note:  changed by the First Amendment):

(A)   Rising third year representatives - three (3) elected by a plurality of the third year students.

(B)   Rising second year representatives - three (3) elected by a plurality of the second year students.

(C)   Entering first year representatives (shall be filled fall semester) - three (3) elected by a plurality of the first year students.

(D)   President, Vice-President, Secretary, and Treasurer, shall be elected by a majority vote of the Student Bar Association membership voting.

## SECTION 6.

The Student Bar Association shall appoint five (5) members of the Student Body to serve for one (1) semester as the Election Committee.  There shall be:

(A)   Two (2) Student Representatives of the First year class.

(B)   Two (2) Student Representatives of the Second year class.

(C)   One (1) Student Representative of the Third year class.

*HURRICANE PROCEDURE*

One member, of the five (5) so selected, shall be appointed to serve as Election Commissioner with the advice and consent of the Senate by a simple majority vote.   No person shall serve on the Election Committee if that person is a candidate for office, nor shall any relative of any candidate serve in any capacity on or for the Election Committee.

The duties of the Election Committee shall be as follows:

(1)  Set the date of elections and the last date and time for filing petitions for candidacy.

(2)  Post notices of the date of elections and the last date and time for filing petitions for candidacy.

(3)  Accept and verify petitions for candidacy.

(4)  Insure that all candidates possess the qualifications for their respective offices.

(5)  Conduct any other elections as may be required by this Constitution.

(6)  Prepare the ballot(s) to be used in the election.

(7)  Supervise the polling place, tally the votes and certify the results of the election.

(8)  Ballot boxes will not be opened until the polls are closed.

The duties of the Election Commissioner shall be as follows:

(1)  It will be the sole responsibility of the Election Commissioner to ensure that the election ballots are properly counted and accounted for.

(2)  The Election Commissioner will be accountable for the actions of any persons who assist in the ballot counting process, as well as any inconsistencies which develop during said process.  Therefore, the Election Commissioner should ensure that any aspects of the ballot counting procedure are strictly supervised by him or her until certification of the results is possible.

(3)  The term of office of the Election Commissioner shall expire immediately following the election in the semester succeeding the semester in which he or she was appointed.

**SECTION 7.**          **PETITION FOR CANDIDACY**

(A)  All candidates for any office provided by this Constitution shall submit a petition for candidacy to the Election Committee no earlier than 12:00 o'clock noon on the 21st day, and no later than 12:00 o'clock on the 7th day prior to the date of the election, including Saturdays, Sundays and Holidays.

**74 ∎**

*LAW LIBRARY*

(B)   All petitions for candidacy shall contain at least ten (10) signatures.  In the case of a Student Bar office, the signatories of the petition must be regular students, but in the case of a Senatorial office to be elected by classes, the signatories must be of regular students who are members of the class of which that office is representative.

(C)   Failure to file a petition of candidacy within the time set by the Election Committee shall render a candidate ineligible to have his/her name appear on the ballot.

(D)   It shall be the duty of the Election Committee to certify that all candidacy requirements have been met as set forth in this Constitution.

**SECTION 8.        MAINTENANCE OF GOOD ORDER AT THE POLLS**

(A)   Elections shall be held in the SBA office.

(B)   The Election Commission shall possess full authority to maintain order at the polls and to enforce obedience to its lawful commands during an election and the canvass of the votes.

(C)   No person may solicit voters within 350 feet of any polling place.

(D)   The term "solicit" shall include, but not be limited to, soliciting or attempting to solicit any vote or opinion for any purpose; distributing or attempting to distribute any campaign material.

# ARTICLE VII.

**SECTION 1.**

The membership of the Student Bar Association may initiate proposals by presenting to the Officers a petition containing the proposal, and the signatures of no less than thirty percent (30%) of the membership of the Student Bar Association.

**SECTION 2.**

Within fifteen (15) school days of receipt of such petition, the Officers shall call for a secret ballot to be conducted by the Elections Committee.  A proposal thus initiated must be ratified by two-thirds (2/3) of the members voting.

**SECTION 3.**

A ratified proposal shall have the same effect as that of a binding proposal passed by the Officers and Senate, but shall not be subject to a Presidential veto.

**SECTION 4.**

Such ratified proposals shall be implemented by the President and the Senate.

*HURRICANE PROCEDURE*

# ARTICLE VIII

**SECTION 1.**

Amendments to this Constitution shall be proposed by vote of two-thirds (2/3) of the members of the Officers and Senate collectively, or by petition of at least thirty percent (30%) of the members of the Student Bar Association, which petition shall be filed with the Secretary of the Student Bar Association.

**SECTION 2.**

Amendments shall be ratified by secret ballot of the members of the Student Bar Association.  The vote necessary for ratification shall be two-thirds (2/3) of the members voting.  The amendment shall take effect immediately upon approval, unless otherwise specified by the amendment.

**SECTION 3.**

The amendment as proposed shall be posted in a public place with notice of the ballot for ratification two (2) weeks before the vote is taken.  The date for such ballot shall be set by the Officers and the vote shall be conducted by the Election Committee.

**SECTION 4.**

Any amendments to this Constitution shall be written as an addition or repealed amendment to this Constitution and shall be valid, for all intents and purposes, as part of this Constitution.

# ARTICLE IX.

RATIFICATION:        This Constitution shall be presented to the members of the St. Thomas University School of Law Student Body for ratification by two-thirds (2/3) majority of the members voting Fall Semester 1985.

**Amendments to the Constitution of the Student Bar Association**

**ST. THOMAS UNIVERSITY SCHOOL OF LAW**

# AMENDMENT I.

**SECTION 1.**

The number of Senators from each class is raised to five (5) students.

**76 ∎**

**SECTION 2.**

In the Fall Semester of 1990, two (2) additional Senators from both the second and third year classes will be elected at the same time as the five Senators from the first year.  In the event that less than five (5) students from any class run for the five (5) available seats, the resulting vacancies shall be filled in accordance with Article III, Section 4 (J).

**SECTION 3.**

No class will have an unequal number of Senate votes.  The Senate and Officers shall have the power to enact By-Laws to uphold and enforce this section.

# AMENDMENT II.

Adopted 02/22/95

**SECTION 1.**

Article VI, Section 2 (A) and Section 3 of the Constitution of the Student Bar Association of St. Thomas University School of Law are hereby repealed.   All other Sections of Article VI remain in full force and effect.

**SECTION 2.**

There shall be one (1) election held to fill the offices of President, Vice-President, Treasurer and Secretary and one (1) election held to fill Senate positions, except for the Senate Representatives entering the first year class.

**SECTION 3.**

The election in the Spring Semester shall be held in two parts - first, the election of Officers and second, the election of Senators.  The election of Officers will be held first in time.  Both elections shall be held and completed within the month of March.  The election of Senators shall be held at least one week after the election the Officers.  The elected Student Bar Association Officers and Senators shall take office on the following Monday after said elections are held.

ADVISORY NOTES FROM THE SBA OFFICERS AND SENATE for the Second Amendment:

The intent of this Amendment is to allow candidates who run for an Officer position and lose to then run for a position as Senator.  Students who have the time and energy to run for and possibly win an Officer position should not be denied the opportunity to run for Senator.   Students who run for President, Vice-President, Secretary and Treasurer are students who want to give the school all they can.  If they do not win, these highly motivated students should be allowed to run for Senate the following week.

*HURRICANE PROCEDURE*

Also note, the language linking the election to Spring Break has been removed.  The new language will allow greater flexibility for the SBA to best determine the best dates for the two elections.  For example, if the SBA decided to hold the Officer election in the second week of March, and Spring Break is the third week, the SBA has the flexibility to postpone Senate elections until the week after Spring Break (the fourth week).  The SBA is not tied into having both elections before Spring Break.

Also note, that Article VI, Section 1 states:  "No student shall be a candidate for more than one office in any election."  This Section need not be addressed, because technically, under the above language there are two separate elections and Section 1 will remain in full force and effect.

## By-Laws of the Student Bar Association
## ST. THOMAS UNIVERSITY SCHOOL OF LAW

By-Laws enacted by majority vote of the Officers and the Senate of the SBA.  Such By-Laws may be amended by a majority vote of the Officers and the Senate of the SBA.

-Article III, Section 4 (I)

### BY-LAW 100

Adopted: 01/90

Amended: 04/91
Amended: 09/03

**100.00**
CAMPAIGN RULE AND REGULATIONS

**100.01**
These rules apply to all those running for any positions of the Student Bar Association.

**100.02**
All propaganda is subject to the approval of the Elections Committee.  A copy of all paper propaganda will be kept on file with the SBA.

**100.03**
All posted material must be on or affixed to paper, cardboard, or cardstock.  All other campaign materials, including but not limited to shirts, buttons, stickers, etc., are subject to prior approval by the Elections Committee.

**100.04**
There will be nothing affixed to paint.

**100.05**
Nothing over 720 square inches is allowed.

**100.06**
> There will be no profanity in any literature.

**100.07**
> All campaigning must be within the Law School Buildings with the exception of the bathrooms.

**100.08**
> Commencement of all campaigning begins at the time and date set by the Elections Committee, which will be announced at the mandatory candidate meeting.

**100.09**
> Remove all campaign material within twenty-four (24) hours after voting is completed.

**100.10**
> No defacing property.

**100.11**
> All campaign material must not represent more than one candidate.

**100.12**
> No campaign literature on library or cafeteria windows without approval of their respective Directors.

**100.13**
> No posted campaign materials may be posted within ten (10) feet of your own campaign materials with the exception of the student mailboxes.

**100.14**
> No campaign materials on ceilings, floors, desks, or chairs.  Double-sided flyers posted on hall windows are allowed.  No campaigning material shall be affixed to doors of any kind, the elevator, or hanging from the rails.

**100.15**
> There will be no campaigning in the breezeway during Election Day while the polls are open.

**100.16**
> Any violations of the rules will subject the Candidate to a deduction of votes as follows or other disciplinary action:
>
> Violation of Rule 100.02: results in a deduction of five (5) votes.
> Violation of Rule 100.03: results in a deduction of five (5) votes.
> Violation of Rule 100.04: results in a deduction of five (5) votes.
> Violation of Rule 100.05: results in a deduction of five (5) votes.
> Violation of Rule 100.06: results in a deduction of five (5) votes.

Violation of Rule 100.07: results in a deduction of five (5) votes.
Violation of Rule 100.08: results in a deduction of ten (10) votes.
Violation of Rule 100.09: results in a deduction of five (5) votes.
Violation of Rule 100.10: results in a deduction of ten (10) votes.
Violation of Rule 100.11: results in a deduction of five (5) votes.
Violation of Rule 100.12: results in a deduction of ten (10) votes.
Violation of Rule 100.13: results in a deduction of ten (10) votes.
Violation of Rule 100.14: results in a deduction of ten (10) votes.
Violation of Rule 100.15: results in a deduction of ten (10) votes.

## BY-LAW 101.

Adopted 01/16/90

Amended 04/28/96

**101.00.**

SBA OFFICERS AND SENATE ATTENDANCE POLICY.

**101.01.**

Removal of office if an SBA Officer or Senate misses two (2) or more meetings per semester of the SBA Officers and Senators.

**101.02.**        ...(DELETED)...

(A)        ...(DELETED)...

**101.03.**

Such removal will not take place until the Officer or Senator in question has had a disciplinary hearing before the SBA Officers and Senate, at which time they may, by majority vote, waive such removal.

**101.04.**

The definition of meeting shall include SBA Meetings (emergency and regularly scheduled), SBA Sponsored Events, and weekly office hours.

**101.05.**

Officers and Senators shall participate in office hours for approximately 3 hours per week.

## BY-LAW 102.

Adopted 08/23/90

**102.00.**

STUDENT AFFAIRS COMMITTEE.

**102.01.**

A Student Affairs Committee will be formed.  Article IV, Section 1 (A) (6).  Article V, Section 3 (A).

**102.02.**

The Chairman shall be appointed by the President of the SBA as called for in Article IV, Section 1 (A) (6) and Article V, Section 1.

**102.03.**

Members of the committee will include the Committee Chairman and members appointed by the President of the SBA.  Article IV Section 1 (A) (6), with the advice and consent of the Senate.

**102.04.**

The Chairman will conduct all meetings.

**102.05.**

It shall be the responsibility of this committee to plan and promote activities of a social, educational, and cultural nature for the students of St. Thomas University School of Law.  Article V, Section 3 (A).

## BY-LAW 103.

Adopted 08/23/90

**103.00.**

TEACHER EVALUATIONS.

**103.01.**

Teacher evaluations shall be conducted by the Officers and Senate of the SBA.

**103.02.**

Evaluations shall be completed seven (7) days before the last day of class.

**103.03.**

Evaluations shall be administered once per semester, excluding summer.

## BY-LAW 104.

Adopted 08/23/90

**104.00.**

COMMUNITY SERVICE PROJECT.

**104.01.**

The Officers and the Senate of the SBA shall organize and conduct a Community Service Project for participation for all members of the SBA.

**104.02.**

The service project will be held once during the academic year and will be completed no later than the first week in April.

**104.03.**

A project will be proposed by any member of the SBA, and will be subject to the simple majority vote of the Officers and the Senate in order to pass.

*HURRICANE PROCEDURE*

**104.04.**

Projects may only be proposed during regularly scheduled meetings of the SBA Officers and Senate.

## BY-LAW 105.

Adopted 10/22/90

**105.00.**

OATH OF OFFICE.

**105.01.**

The following Oath of Office will be administered to duly elected, or appointed Officers and/or Senators to the SBA on the first regularly scheduled meeting following the posting of election results:

I ...(state your name)... do solemnly swear, that I will faithfully execute the Office of ...(Office Title or Senator)... of the Student Bar Association and will to the best of my ability ensure a Student Government based upon the will of the Student Body and preserve, protect and defend the Constitution of the Student Bar Association and the Constitution of the United States of America so help me God.

**105.02.**

The Oath of Office shall be administered by the President of the SBA, or in their absence, the Vice-President of the SBA.

**105.03.**

In the case of swearing in of the SBA President, the Oath of Office will be given by the immediate out-going SBA President.

## BY-LAW 106.

Adopted 08/23/90

Amended 03/28/96

**106.00.**

A BUDGET COMMITTEE SHALL BE FORMED.  Article V, Sections 1, 2, & 3 (B).

## 106.01.

The Chairman and the members shall be appointed by the President of the SBA ...(DELETED)... subject to the advice and consent of the Senate by simple majority vote.  Article IV, Section 1 (A) (6).

**106.02.**

The President and the Treasurer of the SBA are permanent members of the Budget Committee.  Article IV Section 1 (A) (7) and (D) (2).

**106.03.**

**82** ■

The Budget Chairman shall conduct all meetings of the Budget Committee.

**106.04.**

The Budget Committee shall prepare the budget of the Student Bar Association and assist the Treasurer in any other matters of a financial nature.  Article V, Section 3 (B).

**106.05**

All Student Organizations seeking SBA funds for the next academic year must submit a written, itemized expense list to the Budget Committee upon two weeks written notice by the SBA Treasurer.

(A)    The SBA values the cultural, ethnic, gender, racial, and religious diversity of its students and is committed to equal access to all Student Organizations.  Be it resolved that all Student Organizations seeking SBA funds or other privileges must comply with the following policy in order to be recognized as a legitimate Student Organizations:

(1)    All Student Organizations Charters, Constitutions, recruitment procedures, voting privileges, and practices must be free of any and all regulations or restrictions for membership on the basis of gender, race, creed, color, religion, sexual orientation, or national origin.  Policies or practices not so in accordance, be they written or unwritten, are strictly prohibited and the SBA reserves the right to take appropriate action including, but not limited to, withdrawal of funding.

**106.06.**

Requests for funding will be reviewed by the Budget Committee, and amended, rejected, or recommended to the SBA Officers and Senate.

**106.07**

All recommended funding requests will be brought before the SBA Officers and Senate in block by the Budget Committee at the final SBA meeting preceding the summer break.

**106.08**

The Budget will be subject to the majority vote of the SBA Officers and Senate. Article III, Section 4 (F).  The Budget will then be submitted to the University for approval.

**106.09**

Once budget allocations have been determined they will be disbursed by the Treasurer of the SBA on a per event basis to the Student Organization provided requests are made in writing and approved in the budget.

**106.10**

Once disbursements have been made, proof of expenditures must be presented to the SBA Treasurer no later than two days following the event, before future disbursements will be made to that Student Organization.  Validity of proof is at the discretion of the SBA Treasurer.

*HURRICANE PROCEDURE*

**106.11**

If these procedures are not followed, checks will only be issued on a reimbursement basis when receipts are received.

**106.12**

If a Student Organization needs additional funding they must explain to the SBA during a regularly scheduled meeting the reason for additional funding.  The SBA will vote whether additional funds will be allocated.

## BY-LAW 107.

Adopted 04/01/91

**107.00.**

VOTING RULES.

**107.01.**

For the purpose of conducting business, a quorum shall consist of fifty percent (50%) plus one (1) of the Officers and the Senate, with at least two (2) Officers present.  Article III, Section 3.

**107.02.**

A simple majority of members present is needed for passage of all SBA votes and bills, not withstanding any contrary procedure as called for in the SBA Constitution.

**107.03.**

Only the President, Vice-President, Treasurer, Secretary and members of the SBA Senate shall have a voice to constitute quorum or a simple majority.

## BY-LAW 108.

Adopted 04/01/91

**108.00.**

PROCEDURE FOR PLACING ITEMS ON THE SBA AGENDA.

**108.01.**

All articles of business to be addressed at SBA meetings of the Officers and the Senate must be turned into the SBA Secretary no later than seventy-two (72) hours before such meeting commences.

**108.02.**

All such articles of business to be presented to the SBA Secretary must be in writing.

**108.03.**

All such articles of business to be presented to the SBA Secretary must be made by an Officer or a Senator of the SBA.

**108.04.**

No other business will be addressed at SBA meetings of the Officers and the Senate unless it is in accordance with this By-Law.

**108.05.**

A two-thirds (2/3) vote of approval by the Officers and the Senate of some business not in accordance with this By-Law at the end of the regularly scheduled SBA meeting of the Officers and the Senate will, however, be addressed at that meeting.

### BY-LAW 109.

Adopted 02/21/95

Amended 03/14/96

**109.00**

SR. ABA REPRESENTATIVE GUIDELINES

**109.01**

The Sr. ABA Rep will have an equal vote in all matters decided by the SBA.  They may give written proxy authorization to the Jr. ABA Rep.

**109.02**

...(DELETED)...    The Sr. ABA Rep shall be considered an Officer. ...(DELETED)...They shall take the oath and assume office when the new Executive Officers are sworn in following the spring election.

**109.03**

If the position is vacated for any reason, it will be filled in the same manner other Officer and Senate seats are appointed.

**109.04**

The Sr. ABA Rep shall represent the law school during meetings of the ABA/Law Student Division.

**109.05**

The Sr. ABA Rep shall adhere to the all guidelines set forth in St. Thomas University School of Law Constitution, as well the guidelines determined for school representatives by the ABA/Law Student Division.

**109.06**

The Sr. ABA Rep shall report to the SBA Officers and Senators during regularly scheduled meetings of the Senate.

**109.07**

The Sr. ABA Rep is responsible for creating and submitting a budget to the SBA for funding as set forth in the Constitution, Amendments, and By-Laws.

*HURRICANE PROCEDURE*

**109.08**

The Sr. ABA Rep is responsible for providing guidance and training to the Jr. ABA Rep. They may assign duties to the Jr. ABA Rep to strengthen law student participation in programs and activities sponsored by the law school, circuit or Division as a whole.

### BY-LAW 109(A)

Adopted 03/14/96

**109(A).00**

JR. ABA REPRESENTATIVE GUIDELINES

**109(A).01**

The Jr. ABA Rep shall not have a vote in matters decided by the SBA, unless given written proxy authorization by the Sr. ABA Representative. The Jr. ABA Rep shall not be considered an Officer for Senate purposes. However, the Jr. ABA Rep is required to attend all SBA Meetings as an ad hoc member.

**109(A).02**

This position shall be filled during the Officer Elections in the Spring and will be for the term of two years, beginning as a 2L. The Jr. ABA Rep will not be considered an Officer for Senate purposes, but is required to attend all SBA Meetings as an ad hoc member. All regulations regarding election and campaign procedures set forth for Officers and Senators apply to the Jr. ABA Rep.

(a) During the Spring 1996 election the position will be filled during the Senator Elections.

**109(A).03**

If the position is vacated for any reason, it will be filled in the same manner other Officer and Senate seats are appointed.

**109(A).04**

The Jr. ABA Rep may accompany the Sr. ABA Rep during meetings of the ABA/Law Student Division. This is to facilitate exposure to the formalities within the ABA/LSD and provide training to strengthen the ABA/LSD within the law school.

**109(A).05**

The Jr. ABA Rep shall adhere to the guidelines set forth in St. Thomas University School of Law SBA Constitution, as well as the guidelines determined for school representatives by the ABA/Law Student Division.

**109(A).06**

The Jr. ABA Rep shall report to the SBA Officers and Senators during regularly scheduled meetings of the Senate when the Sr. ABA Rep is unable to attend or if they have undertaken a project as directed by the Sr. ABA Rep.

**109(A).07**

The Jr. ABA Rep is responsible for assisting the Sr. ABA Rep in creating and submitting a budget to the SBA for funding as set forth in the Constitution, Amendments, and By-Laws.

### 109(A).08

The Jr. ABA Rep will undertake responsibilities as determined by the Sr. ABA Rep.

### BY-LAW 110.

Adopted 09/16/95

### 110.00

PROCEDURE FOR SUPPLEMENTAL APPOINTMENT OF SBA OFFICERS, SENATORS, SR. ABA REP and JR. ABA REP.

### 110.01

In the event that an SBA Officer, Senator or an ABA Rep is removed or withdraws from office, for any reason, the following method of appointment will be used in connection with those methods outlined in the Constitution.

### 110.02

Notice for the open position shall be posted on the SBA Bulletin Board and placed in the mail folders of all eligible students.  The notice will clearly state the position open, the responsibilities of that position (as outlined in the appropriate section of the Constitution), and the deadline for submitting a letter of intent.

### 110.03

The letter of intent may be up to three pages in length, double spaced with one inch margins.  It must be submitted to the SBA Secretary prior to the deadline.  No verbal nominations will be accepted.

### 110.04

The deadline will be one week (seven days including weekends and holidays) from when the notice is posted.

### 110.05

Candidates will be notified if they are eligible for the position by the SBA.  These candidates will be placed on the agenda for the next SBA Meeting.

### 110.06

The meeting shall be closed to the public during the candidate process.

### 110.07

At the meeting, each candidate shall receive five minutes to make presentation of their qualification and answer any questions posed to them by the Officers and Senators.

### 110.08

The Officers and Senate shall vote by ballot.  A majority vote (51%) shall determine which candidate will take office.

*HURRICANE PROCEDURE*

**110.09**

In the event of a tie or deadlock, a second vote shall occur involving the two candidates with the most votes.

**110.10**

The elected Candidate shall assume office immediately after taking the Oath of Office.

*LAW LIBRARY*

# St. Thomas University School of Law

# HURRICANE PROCEDURE

■ 89

# HURRICANE PROCEDURE

In order to assure maximum coordination during a hurricane emergency, all instructions will be given by the President or President's designee.

Upon announcement by the National Weather Service that a HURRICANE WATCH status has been declared, the President will issue appropriate directives, which will be related by the Vice Presidents to their areas of responsibility. When a HURRICANE WARNING is posted, the University will be closed.

# HURRICANE WARNING

When a hurricane warning has been declared for the area, as determined by the National Hurricane Center, the University will take the following actions:

- The President will close the University.
- The Office of Human Resources will announce the University closing to the community through the normal voice mail communication network.

Once the campus has been secured and closed, all students should stay tuned to local radio and television stations listed below for information regarding the hurricane and subsequent reopening of the University. The law school telephone number to call for information is **(305) 623-2300**.

# RESIDENT STUDENTS

All students will be alerted by the University Student Services staff to make preparations for a hurricane. Students are requested to keep their radios tuned to a local station for storm advisories and general information. The following radio and television stations will carry announcements concerning the status of the University.

| FM RADIO STATIONS | AM RADIO STATIONS |
|---|---|
| 91.3 – WLRN | 610 – WIOD |
| 93.1 – WTMI | 790 – WAXY |
| 93.9 – WLVE | |
| 94.9 – WZTA | **SPANISH RADIO STATIONS** |
| 96.5 – WPOW | 92.3 – WCMQ |
| 99.9 – WKISS | 95.7 – WXDJ |
| 100.7 – WHYI | 98.3 – WRTO |
| 103.5 – WPLL | 1450 AM – WOCN (UNION RADIO) |

The following procedures are recommended in order to provide the maximum amount of safety and protection for those students residing in our residence halls. **ALL RESIDENT STUDENTS WHO CAN POSSIBLY LEAVE THE CAMPUS FOR HOME SHOULD DO SO.**

*HURRICANE PROCEDURE*

The University is not responsible for damages to, or for loss of personal property as the result of a hurricane.

# PREPARATIONS BEFORE THE HURRICANE STRIKES

1. All furniture, including beds, should be pulled away from the windows. Record players and radios should be placed off the floor, preferably in the closet.

2. All loose objects should be placed in drawers or closets. Papers, books, etc., should not be left on tops of desks or dressers.

3. Valuables should be taken with you.

4. All windows must be closed tightly. At those facilities where window blinds are provided, the blinds should be closed.

5. Any student who owns a car should see that the emergency brake is set and the transmission is in reverse gear or park. All windows should be closed and locked. All cars must remain in assigned parking areas.

6. Each students should provide his/her own flashlight in case of power failure. Do not use candles under any circumstances; fire is uncontrollable during a hurricane.

7. Campus Life will evacuate all remaining students to shelters as specified by Miami-Dade County.

# PROCEDURES DURING THE HURRICANE

1. It is essential that all residents stay indoors throughout the entire hurricane. Residents must not leave the designated evacuation area until directed to do so by the residence hall staff.

2. Students should remain away from danger areas, such as the glass windows and doors in the lobby areas.

3. Do not attempt to open windows or doors to see what is happening outside.

4. Report all accidents, injuries, broken windows, or excessive water to the Resident Assistant.

If everyone remains calm, stays inside and observes all the above-stated instructions and precautions, danger is minimized. For questions, please contact the Resident Assistant or Campus Life personnel.

All students will be alerted by the Residence Hall staff and Public Safety to make preparations for a hurricane. We ask every student to keep his/her radio tuned to a

**90** ■

local station for storm advisories and general information.

# UNIVERSITY REOPENING

The decision to reopen the University will be made by the President.

The Office of Human Resources will announce the reopening of the University via the phone mail communication network. In addition, Public Relations will relay information to local radio and TV stations regarding the reopening of the University.

# INDEX

**A**cademic Probation and Exclusion, 19
Anti-Discrimination/Anti-Harassment
Policy, 31
Attendance, 10
    Class Attendance, 10
    Attendance and Enrollment, 10
    Attendance Policy, 10

**C**ampus Ministry, 26
Campus Health Services, 26
Code of Academic Integrity, 49
Course Cancellation, 12

**D**isability Support Services, 17
Drug Free Workplace and School
    Policy, 25
    Standards of Conduct, 25
    Drug and Alcohol Counseling
      Assistance, 26
    Campus Health Services, 26

**E**vents Involving Alcohol, 25
Examinations, 14
    Computer Use with Exams, 14
    Procedures for Administration of
      Examinations, 15
    Policy on Absence from
      Examinations or Failure to
      Submit Final Examination, 16
    Examination Review Policy, 16

**F**amily Educational Rights and
    Privacy Act, 24
Financial Assistance, 18
    General Information, 18

**G**ood Standing Letters, 23
Grades, 12
    Basis, 12
    Grading Curve, 13
    Class Standing/Rank, 13
    Ranking Policy for Transfer
      Students, 13
    Cumulative Weighted Average,
    13
Grievance Procedure, 39

**H**ousing, 27
Hurricane Procedure, 89

**I**ndependent Research, 9

**L**aw School Mission Statement, 3
Leaves of Absence, 17
Law Library, 57

**N**ew Student Organizations, 29

**P**arking and Auto Registration
    Policies, 29
Policy Regarding Personal Property,
28
Policy Regarding the Sale of Food, 28
Program of Study, 5
    Requirements for the J.D.
    Degree, 5
    Pro Bono Requirement, 5
    Requirements for Admission to
    the Bar, 6
    Summer School/Summer Abroad
    Programs, 6

**R**eadmission, 21
    Policies and Procedures for
      Petitions, 21
Recreational Facilities, 27

Refund Policy for Students who
Receive Title Funds, 20
Registration, 7
    Course Changes, 8

**S**atisfactory Academic Progress, 20
Senior Writing Requirement, 8
Student Bar Association Constitution,
    67
Stalking Policy, 37
Student Advisement, 14
Student Complaints, 29

**T**ranscripts, 23
Tuition, 17
    Payment Plans, 18
    Payment of Student Accounts
      Due the University, 18
Tutoring, 14

**U**niversity Mission Statement, 1

**W**ithdrawals, 17



**ST. THOMAS**
U N I V E R S I T Y
S C H O O L   O F   L A W
*"Developing Leaders For Life"*

16401 NW 37th Avenue
Miami Gardens, FL 33054
(305) 623-2301
http://www.stu.edu/lawschool