UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES,

      Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

      Defendant.

_____ /

### NOTICE OF FILING AFFIDAVIT OF CECILE DYKAS

Defendant, ST. THOMAS UNIVERSITY, INC., by and through its undersigned attorneys, gives notice of filing the attached Affidavit of Cecile Dykas, to be used or relied upon by the Court in support of the Defendant's Renewed Motion for Final Summary Judgment filed concurrently herewith.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on November 12, 2010, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record: Richard L. Brown, Esquire, BROWN & ASSOCIATES, P.A., 4445 North Highway A1A, Suite 130, Vero Beach, Florida 32963, via transmission of Notice of Electronic Filing generated by the CM/ECF system.

| J. PATRICK FITZGERALD, P.A. | GAEBE MULLEN ANTONELLI & DIMATTEO |
|---|---|
| Co-Counsel for Defendant | Attorneys for Defendant |
| 110 Merrick Way, Suite 3-B | 420 South Dixie Highway, 3rd Floor |
| Coral Gables, FL  33134 | Coral Gables, FL  33146 |
| Tel:  (305) 443-9162 | Tel:  (305) 667-0223 |
| Fax: (305) 443-6613 | Fax:  (305) 284-9844 |

                           By:  /s/ *Anne C. Sullivan*
                                ANNE C. SULLIVAN
                                Florida Bar. No.:  0888621