UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22502 – CIV HOEVELER
MAGISTRATE JUDGE GARBER

RANDALL VANESSA FORBES

    Plaintiff,

vs.

ST. THOMAS UNIVERSITY INC.

    Defendant

_____/

## AFFIDAVIT OF CECILE DYKAS

STATE OF FLORIDA          )

COUNTY OF MIAMI-DADE   )

    BEFORE ME, the undersigned authority duly authorized to administer oaths and take acknowledgements, personally appeared this day Cecile Dykas, who after first being duly cautioned and sworn, stated:

1. I am the Associate Dean for Academic Affairs at St. Thomas University School of Law (the "School" or "School of Law").

2. I am also the chairperson for the Academic Standing Committee, which hears petitions for readmission after students have been academically dismissed for failure to maintain a 2.0 GPA.

3. When a student seeks readmission, he or she must file a petition, in writing, providing whatever documentation he or she believes supports the petition.

4. The student is thereafter given notice of deadlines for the submission of documentation to support the request for readmission.

5. The student may elect to have a hearing in which he or she can make a presentation to the committee in addition to whatever has been presented in writing.

6. At the hearing, the student appears before the committee.

7. The members of the committee, who will be making the decision whether to readmit the student, will have before them all the written information the student has provided. The student can also supplement the information at the hearing itself and it will be considered by the committee along with the oral presentation.

8. At the hearing, the student makes his or her presentation and then responds to questions from the committee members, if they have any.

9. The committee then deliberates outside of the student's presence, and makes its determination on readmission.

10. The criteria employed by the committee when considering readmission is laid out more explicitly in the St. Thomas University School of Law Student Handbook (the "Handbook"), but, in general terms, the committee will consider whether there is a reasonable expectation that the student could academically succeed at the Law School if readmitted.

11. The committee also takes into consideration, in determining whether a student should be readmitted, the best interests of the Law School as an educational institution, including the maintenance of high standards of academic excellence and professional responsibility among members of the student body.

12. As a paramount criterion for the decision on readmission, the committee considers the student's reasonable prospect for success in the course of study at the Law School.

13. The committee also considers whether the impediment the student identifies as the obstacle to their academic success has been addressed and satisfactorily resolved.

14. No petition will be granted unless the committee finds that the record affirmatively demonstrates that the student possesses the requisite ability to successfully complete the course of study at the Law School.

15. In considering Randall Forbes's petition for readmission, and denying it, the committee made a reasoned judgment that Ms. Forbes did not meet the criteria for readmission.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Cecile Dykas

Sworn to and subscribed before me this _11_ day of _November_, 2010.

_____
NOTARY PUBLIC

✓ Personally Known
___ Produced Identification

Type of Identification Produced:



ELAINE ALIBERTI
MY COMMISSION # DD890001
EXPIRES: May 26, 2013
Fl Notary Discount Assoc. Co.
1-800-3-NOTARY