# OFFENSE-INCIDENT REPORT

**MIAMI-DADE POLICE DEPARTMENT**

Agency Code: 100
Agency Report Number: PD070612312338

| Field | Value |
|---|---|
| Original Day Reported | TUE 06/12/2007 |
| Time (mil) | 1407 |
| Time Dispatched | 1413 |
| Time Arrived | 1425 |
| Time Completed | 1539 |
| Incident Type | 1. Felony |
| Incident Day/From | TUE 06/12/2007 1407 |
| OFF/INC #1 | G — BAKER ACT |
| Statute Violation | C 394-463 |
| Incident Location | 16401 NW 37 AVE, MIAMI GDNS, FL 33054 |
| District | 01 | Grid | 601 | Area | 01 |
| Business Name | UNIVERSITY |
| Forced Entry | 0. N/A |
| Occupancy | 1. Occupied |

**Location Type:** 18 (School/University)

**# OFFNC:** 01  **# Victims:** 00  **# Offenders:** 00  **# Prem. Ent.:** 00  **# Veh. Stolen:** 00
**Type Weapon:** 00 N/A
**Extent of Injury:** 00

---

**Victim/Witness #1**
- OFFNC Indicator: 1
- V/W Code: C
- V. Type: 3
- Name: KELLY, PETER
- Address: 16401 NW 37 AVE, MIAMI GDNS, FL 33054
- Residence Phone: 786-516-7326
- Race: W  Sex: M  Age: 31
- Res. Type: 2  Res. Status: 1
- Extent of Injury: 0  Injury Type: 00  Relationship: 00

**Victim/Witness #2**
- OFFNC Indicator: 1
- V/W Code: Z
- V. Type: 3
- Name: FORBES, RANDALL V.
- Address: 16401 NW 37 AVE, MIAMI GDNS, FL 33054
- Residence Phone: (redacted)
- Race: B  Sex: F  DOB: 03/18/19(redacted)
- Res. Type: 2  Res. Status: 1
- Extent of Injury: 0  Injury Type: 00  Relationship: 00

---

## NARRATIVE

(V)01 ADVISED THAT Z01 WAS EXPELLED FROM SCHOOL AND BECAME VERY DEPRESSED. AS A RESULT, SHE SAID THAT SHE WOULD KILL HERSELF AND TAKE PEOPLE WITH HER. SHE ALSO CONSUMED AN UNK. AMOUNT OF PILLS IN ORDER TO COMMIT SUICIDE. THEREFORE, SHE WAS BAKER ACTED AND TRANSPORTED TO SOUTHERN WINDS HOSPITAL FOR FURTHER EVALUATION. CASE CARD ISSUED.

---

**Officer(s) Reporting:** D. SHANKS / E. RIVERA
**I.D. Number:** 5530 / 5920
**I.D. Number/Locator Code:** G 3105
**Agency Code:** 100

PLAINTIFF'S EXHIBIT — Kelly

Page 1 of 2