UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES,

       Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

       Defendant.
_____/

## SUGGESTION OF NON-COMPLIANCE

Defendant, ST. THOMAS UNIVERSITY, INC., by and through undersigned counsel, hereby files this Suggestion of Non-Compliance and states as follows:

1. Defendant's Renewed Motion for Final Summary Judgment and Incorporated Memorandum of Law in Support Thereof (DE #91) was filed with the CM/ECF system on November 12, 2010.

2. Plaintiff's responsive memorandum in opposition, if any, was due by December 6, 2010.

3. It is December 10, 2010, and Plaintiff has not filed any response to Defendant's Renewed Motion for Final Summary Judgment.

4. It is respectfully suggested that Plaintiff's failure to file a response may be cause for granting the Motion by default.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on December 10, 2010, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on counsel of record:  Richard L. Brown, Esquire,

CASE NO.: 07-22502-CIV-HOEVELER
Page 2
_____

BROWN & ASSOCIATES, P.A., 4445 North Highway A1A, Suite 130, Vero Beach, Florida 32963, via transmission of Notice of Electronic Filing generated by the CM/ECF system.

| | |
|---|---|
| J. PATRICK FITZGERALD, P.A. | GAEBE MULLEN ANTONELLI & DIMATTEO |
| Co-Counsel for Defendant | Attorneys for Defendant |
| 110 Merrick Way, Suite 3-B | 420 South Dixie Highway, 3rd Floor |
| Coral Gables, FL  33134 | Coral Gables, FL  33146 |
| Tel: (305) 443-9162 | Tel: (305) 667-0223 |
| Fax: (305) 443-6613 | Fax: (305) 284-9844 |

By:    /s/ Anne C. Sullivan
MICHAEL A. MULLEN
Florida Bar No.: 305731
mmullen@gaebemullen.com
MAXIMO A. SANTIAGO
Florida Bar No.:
msantiago@gaebemullen.com
ANNE C. SULLIVAN
Florida Bar. No.: 0888621
asullivan@gaebemullen.com