UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502 - DIV HOEVELER
MAGISTRATE JUDGE BROWN

RANDALL VANESSA FORBES,

      Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

      Defendant.

_____/

## NOTICE OF ADDRESS CHANGE

NOTICE IS HEREBY GIVEN that effective February 21, 2011, the location and mailing address of the undersigned attorney for the Plaintiff will be:

Law Office of Richard L. Brown, P.A.
423 Delaware Avenue, Suite 200
Ft. Pierce, Florida 34950-8355
Phone: (772) 460-8955
Fax: (772) 460-8952

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on the 11th day of March 2011 on Michael A. Mullen, Counsel for Defendant, GAEBE MULLEN ANTONELLI ESCO & DIMATTEO, 420 S. Dixie Highway, 3rd Floor, Coral Gables, FL 33143 and J. Patrick Fitzgerald, P.A., Co-Counsel for Defendant, 110 Merrick Way, Suite 3-B, Coral Gables, FL 33134.

_/s/ Richard L. Brown_
Richard L. Brown, Esquire
Counsel for Plaintiff
LAW OFFICE OF RICHARD L. BROWN, P.A.
423 Delaware Avenue, Suite 200
Ft. Pierce, Florida 34950-8355
(772) 460-8955/460-8952 (Fax)
Florida Bar No. 989721
rlblaw@brownbusinesslaw.com