UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502-Civ-HOEVELER/BANDSTRA

RANDALL VANESSA FORBES

    Plaintiff,

vs.

ST. THOMAS UNIVERSITY INC.

    Defendant

_____/

**DEFENDANT'S MOTION TO RESCHEDULE
THE MAY 19, 2011 HEARING**

Defendant, ST. THOMAS UNIVERSITY, INC. ("St. Thomas"), by and through its undersigned attorneys, respectfully moves this Honorable Court to reschedule the hearing which is presently set for May 19, 2011 on the Defendant's Renewed Motion for Summary Judgment.

1. On May 11, 2011, this Court scheduled a hearing for May 19, 2011 at 10:30 a.m. on St. Thomas' Renewed Motion for Summary Judgment. (Order, ECF No. 102).

2. Lead counsel for St. Thomas has a previously scheduled commitment in another case that cannot be rescheduled. While St. Thomas will most certainly respect and abide by this Court's Order setting the May 19, 2011 hearing, St. Thomas would prefer to be able to have its lead counsel present at the hearing in order to be able to present argument to the Court on the Renewed Motion for Summary Judgment.

3. Consistent with Local Rule 7.1(a)(3), St. Thomas has made multiple attempts to contact counsel for the Plaintiff to determine whether the Plaintiff opposes rescheduling the hearing,

GAEBE, MULLEN, ANTONELLI & DIMATTEO
420 SOUTH DIXIE HIGHWAY • THIRD FLOOR • CORAL GABLES, FLORIDA 33146

however, as of the filing of this Motion, St. Thomas has not received any response from the Plaintiff's counsel.

WHEREFORE Defendant, ST. THOMAS UNIVERSITY, INC., respectfully requests that this Honorable Court grant this Motion to Reschedule the May 19, 2011 Hearing. St. Thomas further requests that this matter be rescheduled for a new date approximately two or three weeks from this date, in order to allow St. Thomas' lead counsel sufficient time to cancel or reschedule any other appointments that may be set for the same date and time.

| | |
|---|---|
| Respectfully submitted on May 17, 2011. | GAEBE MULLEN ANTONELLI & DIMATTEO<br>Attorneys for Defendants<br>420 South Dixie Highway, 3rd Floor<br>Coral Gables, FL  33134<br>Tel:  (305) 667-0223 / Fax:  (305) 284-9844<br><br>By:_____/s/_____<br>MICHAEL A. MULLEN<br>FL BAR NO.:  305731<br>mmullen@gaebemullen.com |

### Certificate of Service

**We hereby certify** that a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on May 17, 2011 on all counsel of record, including **Richard L. Brown, Esquire**, Counsel for Plaintiff, Law Office of Richard L. Brown, P.A., 423 Delaware Avenue, Suite 200, Ft Pierce, Florida 34950-8355.

| | |
|---|---|
| J. PATRICK FITZGERALD, P.A.<br>Co-Counsel for Defendants<br>110 Merrick Way, Suite 3-B<br>Coral Gables, FL  33134<br>Tel:  (305) 443-9162<br>Fax: (305) 443-6613 | GAEBE MULLEN ANTONELLI ESCO & DIMATTEO<br>Attorneys for Defendants<br>420 South Dixie Highway, 3rd Floor<br>Coral Gables, FL  33146<br>Tel:  (305) 667-0223<br>Fax:  (305) 284-9844<br><br>By:_____/s/_____<br>MICHAEL A. MULLEN<br>FL BAR NO.:  305731 |