UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502-Civ-HOEVELER/BANDSTRA

RANDALL VANESSA FORBES

    Plaintiff,

vs.

ST. THOMAS UNIVERSITY INC.

    Defendant

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO RESCHEDULE THE MAY 19, 2011 HEARING

THIS MATTER is before me on Defendant St. Thomas University Inc.'s Motion to Reschedule the hearing which is presently set for May 19, 2011 at 10:30 a.m.  I have reviewed the motion, the record, and the relevant legal authorities.  It is ORDERED and ADJUDGED that the Defendant's Motion is GRANTED.  The hearing on the Defendant's Renewed Motion for Summary Judgment shall be rescheduled for _____.

DONE and ORDERED in chambers, at Miami, Florida, this ____ day of May 2011.

_____
**WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE**

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*