UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO: 07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES

    Plaintiff,

vs.                                                              ORDER RE-SETTING HEARING

ST. THOMAS UNIVERSITY, INC.,

    Defendant
_____/

    THIS CAUSE is before the Court on the Defendant's Motion to Reschedule Hearing due to a previously scheduled commitment. The Court notes that while the hearing notice was given on May 11, 2011, defendant's motion to reschedule was not filed until May 17, 2011. The Court still has no advice from plaintiff as to whether or not this continuance is opposed. While the Court endeavors to cooperate with counsel in resetting of matters, the request of two to three weeks in order to take care of any other conflicts is not workable with this Court's present calendar. It is accordingly,

    ORDERED that this matter will be reset for May 24, 2011, at 11:00 a.m.

    DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of May, 2011.

                                                        /s/ Wm M Hoeveler
                                                   SR. UNITED STATES DISTRICT JUDGE

cc: All counsel of record