UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22502-Civ-HOEVELER/BANDSTRA

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____ /

**NOTICE OF FILING AFFIDAVITS IN SUPPORT OF
DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**

Defendant, ST. THOMAS UNIVERSITY, INC., by and through its undersigned attorneys, files the attached affidavit of Jay S. Silver (Exhibit 1), to be used or relied upon by the Court in support of the Defendant's Renewed Motion for Final Summary Judgment.

| | |
|---|---|
| Respectfully submitted on<br>May 23, 2011 | GAEBE, MULLEN, ANTONELLI & DiMATTEO, P.A.<br>Attorneys for Defendant<br>420 South Dixie Highway, 3rd Floor<br>Coral Gables, FL 33146<br>Tel: (305) 667-0223 / Fax: (305) 284-9844 |
| | By: _____/s/_____<br>MICHAEL A. MULLEN<br>Florida Bar. No.: 305731<br>mmullen@gaebemullen.com |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on May 23, 2011, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record, including Richard L. Brown, Esquire, Counsel for Plaintiff, Law Office of Richard L. Brown, P.A., 423 Delaware Avenue, Suite 200, Ft. Pierce, Florida 34950, via transmission of Notice of Electronic Filing generated by the CM/ECF system.

| | |
|---|---|
| J. PATRICK FITZGERALD, P.A. | GAEBE MULLEN ANTONELLI & DIMATTEO |
| Co-Counsel for Defendant | Attorneys for Defendant |
| 110 Merrick Way, Suite 3-B | 420 South Dixie Highway, 3rd Floor |
| Coral Gables, FL  33134 | Coral Gables, FL  33146 |
| Tel:  (305) 443-9162 | Tel:  (305) 667-0223 |
| Fax: (305) 443-6613 | Fax:  (305) 284-9844 |

By:     /s/
MICHAEL A. MULLEN
Florida Bar. No.: 305731
mmullen@gaebemullen.com