UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO: 07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES

    Plaintiff,

vs.                              FINAL JUDGMENT

ST. THOMAS UNIVERSITY, INC.,

    Defendant

_____/

THIS CAUSE is before the Court on the Defendant's Renewed Motion for Summary Judgment, and the Court having entered its Order Granting Summary Judgment on May 24, 2011, it is

ORDERED that Final Summary Judgment be and it is hereby entered in favor of the Defendant, ST. THOMAS UNIVERSITY INC., and against the Plaintiff, RANDALL VANESSA FORBES. Plaintiff shall take nothing by her action against the Defendant.

Costs which are properly taxable shall be done by separate motion and order.

DONE AND ORDERED in Chambers at Miami, Florida this 3rd day of June, 2011.

                                                                                              SR. UNITED STATES DISTRICT JUDGE

cc: Randall Vanessa Forbes
     Counsel for Defendant