```
FILING FEE
PAID $ 0.00
In Forma
Pauperis  Yes
Steven M. Larimore, Clerk
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
FILED by ___ D.C.
JUN 29 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI
```

―――――――――――――――――――X

RANDALL VANESSA FORBES,

                       07-22502-CIV- HOEVELER

          Plaintiffs,         **NOTICE OF APPEAL**

v.

ST. THOMAS UNIVERSITY, INC.,

          Defendant.

―――――――――――――――――――X


**NOTICE** is hereby given that Randall Vanessa Forbes, Plaintiff in the above captioned case, hereby appeals to the United States District Court of Appeals for the 11th Circuit from final judgment entered into this action on June 3, 2011.


Dated: Freeport, New York          Respectfully submitted,
      June 23, 2011

                                              Randall Vanessa Forbes
                                              Plaintiff, *Pro Se*
                                              122 North Brookside Avenue
                                              Freeport, New York 11520
                                              (516) 462-1437
                                              rvforbes@aol.com