UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

JUN 29 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

—— ——— ——— ————————————X

RANDALL VANESSA FORBES,

07-22502-CIV- HOEVELER

Plaintiffs,

**MOTION FOR
PERMISSION TO
APPEAL IN FORMA
PAUPERIS**

v.

ST. THOMAS UNIVERSITY, INC.,

Defendant.

——— —— ——— ———— ———— —— —————— —— X

I, Randall Vanessa Forbes, swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my statements below are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

*{the following 5 statements, containing specific financial information as well as evidence backing those claims, are omitted from the copy provided to the Defendant}.*

1.  I am unmarried and financially dependent on my parents and live in their home at 122 North Brookside Avenue Freeport, New York 11520. Up until recently, I was receiving the State's health insurance – HealthFirst under Medicaid. I am not receiving it now because I failed to timely re-apply which simply consists of filling out a form and mailing it back. I have no other health insurance and plan on reapplying for Medicaid.

2.  I have only recently retained employment as a legal assistant at the Law Offices of John S. Wallenstein located at 1100 Franklin Avenue, Suite 100   Garden City, New York 11530. I make less than $26,000 a year and I have worked there since January 2011. I take home $808.00 every two weeks.   Prior to that I worked at Bed Bath and Beyond as a cashier only making approximately $8.00 an hour from around Thanksgiving to December 2010. I have more debt than income.

3.  My attorney in the above entitled action was given $15,000 to represent me. That money was all my parents and I could muster. That attorney (Mr. Richard L. Brown) was suspended for allegedly misappropriating client funds and failed to inform me. I am in the process of trying to get that money back and have complained to the Florida Bar and sent the appropriate forms to their Client Security Fund. Because he failed to inform me and I believed everything to be on course, particularly with such a hefty sum given to Mr.

Brown, I did not save for an appeal. I was only notified of my attorney's suspension and that there was a hearing on the Defendant's motion for summary judgment when I received the Order granting Summary Judgment at the end of May 2011. This came unexpectedly and I plan to pursue an action against him.

4. Additionally, in my pursuit of getting back into a law school after being academically dismissed from the Defendant, the subject of the action, I have incurred debt for my education. I owe student loans in various amounts to the following: Direct Loans (approximately $3,500) for my paralegal certificate at Nassau Community College; to Sallie Mae (approximately $14,779.22) for my bachelors in paralegal studies; and to AccessGroup (approximately $59,013) for my first year of law school at St. Thomas University, the subject of the case. I am well into the repayment period.

5. I have credit card debt less than $5,000. The Last four digits of my Social Security number are 1675.

Dated: Freeport, New York
         June 23, 2011

Respectfully submitted,

Randall Vanessa Forbes
Plaintiff, *Pro Se*
122 North Brookside Avenue
Freeport, New York 11520
(516) 462-1437
rvforbes@aol.com

**United States District Court**
**Southern District of Florida**

Case Number: _____07 CV 22502_____

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

☐  **NOT SCANNED**

    ☐  Due to Poor Quality

    ☐  Bound Extradition Papers

    ☐  Photographs

    ☐  Surety Bond (Original or Letter of Understanding)

    ☐  CD, DVD, VHS Tape, Cassette Tape

    ☒  Other: _Personal Information &_
_Identifiers_

☐  **SCANNED**

    ☐  But Poor Quality

    ☐  Habeas Cases (State Court Record/Transcript)

Date: _____6/29/11_____