# UNITED STATES DISTRICT COURT
## Southern District of Florida

STEVEN M. LARIMORE
Clerk of Court

Appeal Section
305-523-5080

*[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK JUL 05 2011 ATLANTA, GA.]*

*[Seal: United States District Court for the Southern District of Florida]*

Date: June 30, 2011

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**11-12994 G**

IN RE:    District Court No.:  07cv22502    U.S.C.A. No.: _____

Style:  Randall Vanessa Forbes v. St. Thomas University, Inc

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| x | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check _____. |
| x | First Notice of Appeal:  yes |
| | Date(s) of other notice(s): _____ |
| | _____ volume(s) of pleadings; _____ volume(s) of transcripts; |
| | _____ volume(s) of exhibits/depositions; other: _____ |
| | There was no hearing from which a transcript could be made. |
| | Copy of CJA form appointing counsel enclosed. |
| | The following materials were SEALED in this court (order enclosed): |
| x | The appellate docket fee has been paid   no |
| | Date paid _____ Receipt No. _____ |
| | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) |
| x | The Judge or Magistrate appealed from is:  William M Hoeveler |
| x | The Court Reporter(s):  VACANT |
| | This is an appeal of a bankruptcy order. |
| | Bankruptcy Judge: _____ |
| | This is a DEATH PENALTY appeal. |

*[Stamp: FILED by ___ D.C. JUL 12 2011 STEVEN M. LARIMORE CLERK U. S. DIST. CT. S. D. of FLA. – MIAMI]*

Sincerely,

Steven M. Larimore, Clerk of Court

By: _____
C. Quinones - Deputy Clerk

c:    court file

| ☐ 400 N. Miami Avenue<br>Miami, FL 33128<br>305-523-5100 | ☐ 299 E. Broward Boulevard<br>Room 108<br>Ft. Lauderdale, FL 33301<br>954-769-5400 | ☐ 701 Clematis Street<br>Room 402<br>W. Palm Beach, FL 33401<br>561-803-3400 | ☐ 301 Simonton Street<br>Room 130<br>Key West, FL 33040<br>305-295-8100 | ☐ 300 South Sixth Street<br>Ft. Pierce, FL 34950<br>561-595-9691 |