UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO: 07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES

    Plaintiff,

vs.

ST. THOMAS UNIVERSITY, INC.,

    Defendant

ORDER DENYING WITHOUT PREJUDICE
MOTION TO PROCEED IN FORMA
PAUPERIS

_____/

THIS CAUSE having come before the Court upon the Plaintiff's Motion to Proceed in Forma Pauperis on appeal and the Court having considered the same, it is

ORDERED AND ADJUDGED that the motion be and it is hereby denied, without prejudice. Pursuant to F.R.A.P. Rule 24, parties must set forth their belief that they are entitled to redress, and a statement of the issues which that party intends to present on appeal. While Plaintiff has set forth her financial status with documentation, she has not complied with the portion of the rule stated above. Plaintiff may renew her motion to proceed in forma pauperis setting forth statement of issues she intends to present on appeal and her entitlement to redress, and the Court will consider the same.

DONE AND ORDERED in Chambers at Miami, Florida this 15 day of July, 2011.

                                                /s/ Wm M Hoeveler
                                                SR. UNITED STATES DISTRICT JUDGE

cc: Randall Vanessa Forbes, 122 North Brookside Avenue, Freeport, NY 11520
    Michael Mullen, Esq.