

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

----------------------------------------X

RANDALL VANESSA FORBES,

                          07-22502-CIV- HOEVELER

        Plaintiff,          **RENEWED MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

  v.

ST. THOMAS UNIVERSITY, INC.,

        Defendant.

----------------------------------------X

    I, Randall Vanessa Forbes, swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my statements below are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

1. I am unmarried and financially dependent on my parents and live in their home at 122 North Brookside Avenue Freeport, New York 11520. Up until recently, I was receiving the State's health insurance – HealthFirst under Medicaid. I am not receiving it now because I failed to timely re-apply which simply consists of filling out a form and mailing it back. I have no other health insurance and plan on reapplying for Medicaid.

2. I have only recently retained employment as a legal assistant at the Law Offices of John S. Wallenstein located at 1100 Franklin Avenue, Suite 100  Garden City, New York 11530. I make less than $26,000 a year and I have worked there since January 2011. I take home $808.00 every two weeks.  Prior to that I worked at Bed Bath and Beyond as a cashier only making approximately $8.00 an hour from around Thanksgiving to December 2010. I have more debt than income.

3. My attorney in the above entitled action was given $15,000 to represent me. That money was all my parents and I could muster. That attorney (Mr. Richard L. Brown) was suspended for allegedly misappropriating client funds and failed to inform me. I am in the process of trying to get that money back and have complained to the Florida Bar and sent the appropriate forms to their Client Security Fund. Because he failed to inform me and I believed everything to be on course, particularly with such a hefty sum given to Mr. Brown, I did not save for an appeal. I was only notified of my attorney's suspension and that there was a hearing on the Defendant's Motion for Summary Judgment when I received the Order granting Summary Judgment at the end of May 2011. This came unexpectedly and I plan to pursue an action against him.

4. Additionally, in my pursuit of getting back into a law school after being academically dismissed from the Defendant, the subject of the action, I have incurred debt for my education. I owe student loans in various amounts to the following: Direct Loans (approximately $3,500) for my paralegal certificate at Nassau Community College; to Sallie Mae (approximately $14,779.22) for my bachelors in paralegal studies; and to AccessGroup (approximately $59,013) for my first year of law school at St. Thomas University, the subject of the case. I am well into the repayment period.

5. I have credit card debt less than $5,000. The Last four digits of my Social Security number are 1675.

6. I plan on appealing on the following grounds: that there were genuine triable issues of fact in that the Defendant made no assessment to reasonably accommodate the Plaintiff; that the Defendant is now offering a pretextual reason for rejecting Plaintiff's Petition for Readmission; that the District Court erred in granting Defendant's Motion for Summary Judgment because the Defendant was not entitled to Summary Judgment due to its failure to engage in interactive process by, *inter alia*, not furnishing the Special Accommodations Handbook to the Plaintiff; and that although made aware of the Plaintiff's disability, the Defendant provided insufficient accommodations to the Plaintiff. Additionally, I plan on asserting that the District court erred in granting the Defendant's motion and finding in favor of the Defendant because notice was not given to me as a *pro se* litigant.

7. I have already submitted financial documentation to prove my claims in the original Motion for Permission to Appeal in Forma Pauperis and have not resubmitted those documents so as not to unnecessarily burden the Court but I would like the Court to refer to those as if fully articulated in the instant motion.

Dated: Freeport, New York
August 10, 2011

Respectfully submitted,

Randall Vanessa Forbes
Plaintiff, *Pro Se*
122 North Brookside Avenue
Freeport, New York 11520
(516) 462-1437
rvforbes@aol.com