UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO: 07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES

    Plaintiff,

vs.

ST. THOMAS UNIVERSITY, INC.,

    Defendant
_____/

ORDER GRANTING MOTION
TO PROCEED IN FORMA PAUPERIS

THIS CAUSE having come before the Court upon the Plaintiff's Renewed Motion to Proceed in Forma Pauperis on appeal and the Court having considered the same, it is

ORDERED AND ADJUDGED that the motion be and it is hereby granted.

DONE AND ORDERED in Chambers at Miami, Florida this 15th day of August, 2011.

_____
SR. UNITED STATES DISTRICT JUDGE

cc:   Randall Vanessa Forbes, pro se
      All counsel of record