UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22502-CIV-HOEVELER

RANDALL VANESSA FORBES,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO VACATE JUDGMENT

THIS CAUSE comes before the Court on the Plaintiff's Motion to Vacate Judgment, filed June 29, 2011. Plaintiff seeks relief pursuant to Rule 60(a) and 60(b) of the Federal Rules of Civil Procedure.[1] Plaintiff also has filed a Notice of Appeal of this Court's final judgment.

The Court has reviewed Plaintiff's motion and, finding no basis to disturb the Court's entry of final judgment against Plaintiff, it is

ORDERED AND ADJUDGED that Plaintiff's motion is DENIED.

DONE and ORDERED in chambers at Miami, Florida, this 14th day of October, 2011.

                                                          */s/ Wm M Hoeveler*
                                                    WILLIAM M. HOEVELER
                                                    SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff also seeks relief pursuant to Rule 1.540(b) of the Florida Rules of Civil Procedure - this request is DENIED.

Copies to:
    Randall Vanessa Forbes
        122 North Brookside Ave
        Freeport, NY 11530
    Maximo Santiago
    J. Patrick Fitzgerald