# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**STEVEN M. LARIMORE**
Clerk of Court

Appeals Section

Date: 10/24/2011

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:   District Court No:   07-22502-Cv - WMH

U.S.C.A. No:   11-12994-GG

Style:   RANDALL VANESSA FORBES V. ST. THOMAS UNIVERSIT

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 3 Volume(s) of pleadings
- 0 Volume(s) of Transcripts

Exhibits:   0 boxes;   1 folders;
            0 envelopes;   0 PSIs (sealed)
            ☐ other:
            ☐ other:
☑ Other:   (1) Acc. Folder DE#57,58,92
☐ Other:

Sincerely,
Steven M. Larimore, Clerk of Court,

By:
By ___Deputy Clerk___

Attachment
c: court file

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By ___Deputy Clerk___
Date 10-24-11

S/F A-15
Rev. 10/94

☐ 400 N. Miami Avenue
Miami, Fl 33128-7716
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

APPEAL,TEB

# U.S. District Court
## Southern District of Florida (Miami)
## CIVIL DOCKET FOR CASE #: 1:07-cv-22502-WMH
## Internal Use Only

Forbes v. St. Thomas University, Inc.
Assigned to: Senior Judge William M. Hoeveler
Case in other court: USCA, 11-12994-G
Cause: 29:0794 Job Discrimination (Handicap)

Date Filed: 09/24/2007
Date Terminated: 05/27/2011
Jury Demand: Plaintiff
Nature of Suit: 446 Civil Rights: Americans with Disabilities - Other
Jurisdiction: Federal Question

### Plaintiff

**Randall Vanessa Forbes**     represented by    **Randall Vanessa Forbes**
122 North Brookside Avenue
Freeport, NY 11520
PRO SE

**Emily Joyce Phillips**
Phillips Lanier
One Biscayne Tower Suite 1684
2 S Biscayne Boulevard
Miami, FL 33131
305-350-5299
Fax: 786-431-2324
Email: ephillips@phillipslanier.com
*TERMINATED: 04/21/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Lawrence Brown**
Law Office of Richard L. Brown, P.A.
423 Delaware Avenue
Suite 200
Ft. Pierce, FL 34950-8355
772-460-8955
Fax: 772-460-8952
Email: RLB@BrownBusinessLaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*SUSPENDED 08/06/2011*

[Stamp: Certified to be a true and correct copy of the document on file. Steven M. Larimore, Clerk, U.S. District Court, Southern District of Florida. By [signature], Deputy Clerk. Date 10-24-11]

V.

### Defendant

**St. Thomas University, Inc.**     represented by    **Michael Andrew Mullen**

Gaebe Mullen Antonelli & Dimatteo
420 S Dixie Highway
3rd Floor
Coral Gables, FL 33146
305-667-0223
Fax: 284-9844
Email: jlopez@gaebemullen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roberto Javier Diaz**
J. Patrick Fitzgerald and Associates, P.A.
110 Merrick Way
Suite 3-B
Coral Gables, FL 33134
305-443-9162
Fax: 443-6613
Email: rjd@jpfitzlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anne Catherine Sullivan**
Gaebe Mullen Antonelli & Dimatteo
420 S Dixie Highway
3rd Floor
Coral Gables, FL 33146
305-667-0223
Fax: 284-9844
Email: asullivan@gaebemullen.com
*ATTORNEY TO BE NOTICED*

**Maximo Alexander Santiago**
Gaebe Mullen Antonelli Esco & Dimatteo
420 S Dixie Highway
3rd Floor
Coral Gables, FL 33146
305-667-0223
Fax: 305-284-9844
Email: msantiago@gaebemullen.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/24/2007 | 1 | COMPLAINT against St. Thomas University, Inc. Filing fee $ 350. Receipt#: 967093, filed by Randall Vanessa Forbes.(mg) (Entered: 09/24/2007) |
| 09/24/2007 | 2 | Summons Issued as to St. Thomas University, Inc.. (mg) (Entered: |

| | | |
|---|---|---|
| | | 09/24/2007) |
| 10/24/2007 | 3 | AMENDED COMPLAINT , filed by Randall Vanessa Forbes.(ail) (Entered: 10/25/2007) |
| 11/16/2007 | 4 | NOTICE of Attorney Appearance by Michael Andrew Mullen on behalf of St. Thomas University, Inc. (Mullen, Michael) (Entered: 11/16/2007) |
| 11/19/2007 | 5 | Unopposed MOTION for Extension of Time to File Answer *to Plaintiff's Amended Complaint* by St. Thomas University, Inc.. (Mullen, Michael) (Entered: 11/19/2007) |
| 11/21/2007 | 6 | NOTICE of Attorney Appearance by Roberto Javier Diaz on behalf of St. Thomas University, Inc. (Diaz, Roberto) (Entered: 11/21/2007) |
| 11/26/2007 | 7 | ORDER granting 5 Motion for Extension of Time to Answer. St. Thomas University, Inc. response due 12/12/2007. Signed by Judge William M. Hoeveler on 11/26/07. (ch1) (Entered: 11/26/2007) |
| 12/03/2007 | 8 | Defendant's MOTION for Leave to File Excess Pages by St. Thomas University, Inc.. (Mullen, Michael) (Entered: 12/03/2007) |
| 12/05/2007 | 9 | Unopposed MOTION for Extension of Time to File Answer *to Plaintiff's Amended Complaint* by St. Thomas University, Inc.. (Mullen, Michael) (Entered: 12/05/2007) |
| 12/11/2007 | 10 | ORDER granting 9 Unopposed MOTION for Extension of Time to File Answer *to Plaintiff's Amended Complaint*. Defendant's Response is due by 12/21/2007Signed by Judge William M. Hoeveler on 12/11/07. (md) (Entered: 12/11/2007) |
| 12/13/2007 | 11 | PLAINTIFF'S RESPONSE in Opposition re 8 Defendant's MOTION for Leave to File Excess Pages filed by Randall Vanessa Forbes. (ail) (Entered: 12/14/2007) |
| 12/19/2007 | 12 | Emergency MOTION for Leave to File Excess Pages *(Amended Motion)* by St. Thomas University, Inc.. (Attachments: # 1 Text of Proposed Order)(Sullivan, Anne) (Entered: 12/19/2007) |
| 12/21/2007 | 13 | MOTION to Dismiss 3 Amended Complaint , *Motion for More Definite Statement, and Motion to Strike* by St. Thomas University, Inc.. Responses due by 1/8/2008 (Mullen, Michael) (Entered: 12/21/2007) |
| 12/21/2007 | 14 | MEMORANDUM OF LAW *in Support of its 13 Motion to Dismiss, Motion for More Definite Statement, and Motion to Strike* by St. Thomas University, Inc.. (Mullen, Michael) Modified on 2/6/2008 (bs) added link to motion. (Entered: 12/21/2007) |
| 12/21/2007 | 15 | PLAINTIFF'S RESPONSE in Opposition re 12 Emergency MOTION for Leave to File Excess Pages *(Amended Motion)* filed by Randall Vanessa Forbes. (ail) (Entered: 12/21/2007) |
| 01/03/2008 | 16 | NOTICE of Attorney Appearance by Emily Joyce Phillips on behalf of Randall Vanessa Forbes (tb) (Entered: 01/04/2008) |

| | | |
|---|---|---|
| 01/03/2008 | 17 | NOTICE OF CONVENTIONAL FILING of 16 Notice of Attorney Appearance by Randall Vanessa Forbes (tb) (Entered: 01/04/2008) |
| 01/08/2008 | 18 | MOTION for Extension of Time to File Response as to 13 MOTION to Dismiss 3 Amended Complaint, *Motion for More Definite Statement, and Motion to Strike* by Randall Vanessa Forbes. (tb) (Entered: 01/09/2008) |
| 01/08/2008 | 19 | NOTICE OF CONVENTIONAL FILING of 18 MOTION for Extension of Time to File Response as to 13 MOTION to Dismiss 3 Amended Complaint, *Motion for More Definite Statement, and Motion to Strike* by Randall Vanessa Forbes (tb) (Entered: 01/09/2008) |
| 01/10/2008 | 20 | ORDER granting 18 Motion for Extension of Time to Respond re 18 MOTION for Extension of Time to File Response as to 13 MOTION to Dismiss 3 Amended Complaint, *Motion for More Definite Statement, and Motion to Strike*. Responses due by 1/22/2008 Signed by Judge William M. Hoeveler on 1/10/08. (md) (Entered: 01/11/2008) |
| 01/11/2008 | | Set/Reset Deadlines per Order at DE 20 as to 13 MOTION to Dismiss 3 Amended Complaint, *Motion for More Definite Statement, and Motion to Strike*. Responses due by 1/22/2008 (bb) (Entered: 01/14/2008) |
| 01/22/2008 | 21 | NOTICE by Randall Vanessa Forbes *Agreed Order to Dismiss Amended Complaint without Prejudice with Leave to Amend within Twenty (20) Days* (Phillips, Emily) (Entered: 01/22/2008) |
| 01/28/2008 | 22 | ORDER granting 13 Agreed Motion to Dismiss Amended Complaint without Prejudice with Leave to Amend within Twenty (20) days. Signed by Judge William M. Hoeveler on 1/28/08. (md) (Entered: 01/29/2008) |
| 02/19/2008 | 23 | AMENDED COMPLAINT *Second Amended Complaint*, filed by Randall Vanessa Forbes. (Attachments: # 1 Exhibit A)(Phillips, Emily) (Entered: 02/19/2008) |
| 03/03/2008 | 24 | MOTION to Strike 23 Amended Complaint by St. Thomas University, Inc.. Responses due by 3/17/2008 (Mullen, Michael) (Entered: 03/03/2008) |
| 03/17/2008 | 25 | MOTION for Extension of Time to File Response *to Defendant's Motion to Strike Plaintiff's Second Amended Complaint for Failure to Comply with Local Rule 15.1* by Randall Vanessa Forbes. (Phillips, Emily) (Entered: 03/17/2008) |
| 03/17/2008 | 26 | NOTICE by Randall Vanessa Forbes *Agreed Order on Motion for Enlargement of Time* (Phillips, Emily) (Entered: 03/17/2008) |
| 03/19/2008 | 27 | ORDER granting 25 MOTION for Extension of Time to File Response *to Defendant's Motion to Strike Plaintiff's Second Amended Complaint for Failure to Comply with Local Rule 15.1* Responses due by 3/28/2008. Signed by Judge William M. Hoeveler on 3/18/08. (md) (Entered: 03/19/2008) |
| 03/19/2008 | | Set/Reset Deadlines per Order at DE 27 as to 24 MOTION to Strike 23 Amended Complaint. Responses due by 3/28/2008 (bb) (Entered: |

| | | 03/19/2008) |
|---|---|---|
| 03/28/2008 | 28 | MOTION to Amend/Correct *Second Amended Complaint* by Randall Vanessa Forbes. Responses due by 4/11/2008 (Phillips, Emily) (Entered: 03/28/2008) |
| 03/28/2008 | 29 | NOTICE by Randall Vanessa Forbes *Order* (Phillips, Emily) (Entered: 03/28/2008) |
| 04/11/2008 | | Case Reassignment of Paired Magistrate Judge pursuant to Administrative Order 2008-09 to Magistrate Judge Garber (vp) (Entered: 04/11/2008) |
| 05/07/2008 | 30 | AMENDED COMPLAINT *THIRD*, filed by Randall Vanessa Forbes. (Phillips, Emily) (Entered: 05/07/2008) |
| 05/09/2008 | 31 | ORDER denying as moot 8 Motion for Leave to File Excess Pages, granting 12 Motion for Leave to File Excess Pages, denying as moot 24 Motion to Strike, granting 28 Motion to Amend/Correct. Signed by Judge William M. Hoeveler on 5/9/08. (ch1) (Entered: 05/09/2008) |
| 05/27/2008 | 32 | Unopposed MOTION for Extension of Time to File Response as to 30 Amended Complaint by St. Thomas University, Inc.. (Mullen, Michael) (Entered: 05/27/2008) |
| 05/28/2008 | 33 | ORDER granting 32 Unopposed Motion for Enlargement of Time. Answer to Third Amended Complaint due 06/18/2008. Signed by Senior Judge William M. Hoeveler on 05/28/08. (rc) (Entered: 05/28/2008) |
| 06/17/2008 | 34 | MOTION to Dismiss 30 Amended Complaint by St. Thomas University, Inc.. Responses due by 7/7/2008 (Santiago, Maximo) (Entered: 06/17/2008) |
| 07/07/2008 | 35 | Plaintiff's MOTION for Extension of Time to File Response *to 34 Defendant's Motion to Dismiss and Motion to Strike* by Randall Vanessa Forbes. (Attachments: # 1 Text of Proposed Order Order)(Phillips, Emily) Modified on 7/8/2008 (lk). (Entered: 07/07/2008) |
| 07/08/2008 | 36 | ORDER granting re 35 Plaintiff's MOTION for Extension of Time to File Response *to Defendant's Motion to Dismiss and Motion to Strike* Responses due by 7/21/2008. Signed by Senior Judge William M. Hoeveler on 7/8/08. (md) (Entered: 07/08/2008) |
| 07/08/2008 | 37 | NOTICE of Docket Correction and Instruction to Filer: re 35 Plaintiff's MOTION for Extension of Time to File Response *to Defendant's Motion to Dismiss and Motion to Strike* filed by Randall Vanessa Forbes Error: Incorrect Document Link; Correction=Document linked To 34 . Instruction to Filer=In the future please link the Document to the proper entry; (lk) (Entered: 07/08/2008) |
| 07/21/2008 | 38 | RESPONSE/REPLY to 34 MOTION to Dismiss 30 Amended Complaint filed by Randall Vanessa Forbes. (Phillips, Emily) (Entered: 07/21/2008) |
| 07/23/2008 | 39 | Unopposed MOTION for Extension of Time to File Reply as to 38 Response/Reply (Other) by St. Thomas University, Inc.. (Santiago, |

|            |    | Maximo) (Entered: 07/23/2008)                                                                                                                                                                                                                                                 |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 07/24/2008 | 40 | ORDER granting 39 Motion for Extension of Time to Reply. Defendant, St. Thomas University, Inc., shall have up until and including August 11, 2008, to filed a Reply to Plaintiff's Response to Defendant's Motion to Dismiss and Motion to Strike. Signed by Senior Judge William M. Hoeveler on 07/24/08. (rc) (Entered: 07/24/2008) |
| 07/24/2008 |    | Set/Reset Deadlines per Order at DE 40 as to 34 MOTION to Dismiss 30 Amended Complaint. Replies due by 8/11/2008. (bb) (Entered: 07/25/2008)                                                                                                                                   |
| 08/11/2008 | 41 | REPLY to Response to Motion re 34 MOTION to Dismiss 30 Amended Complaint filed by St. Thomas University, Inc.. (Santiago, Maximo) (Entered: 08/11/2008)                                                                                                                        |
| 08/28/2008 | 42 | ORDER denying in part 34 Motion to Dismiss third amended complaint, Granting in part strike plaintiff's request to recover compensatory damaged under Title III of the ADA. Signed by Senior Judge William M. Hoeveler on 8/27/08. (lk) (Entered: 08/28/2008)                 |
| 09/10/2008 | 43 | Unopposed MOTION for Extension of Time to File Answer as to 30 Amended Complaint by St. Thomas University, Inc.. (Santiago, Maximo) (Entered: 09/10/2008)                                                                                                                      |
| 09/11/2008 | 44 | ORDER granting 43 Motion for Extension of Time to Answer. St. Thomas University, Inc. response due 9/22/2008. Signed by Senior Judge William M. Hoeveler on 9\11\08. (jt) (Entered: 09/11/2008)                                                                                |
| 09/26/2008 | 45 | ANSWER and Affirmative Defenses to Amended Complaint *(Third)* by St. Thomas University, Inc..(Santiago, Maximo) (Entered: 09/26/2008)                                                                                                                                         |
| 02/20/2009 | 46 | SCHEDULING REPORT - **Rule 26(f)**. (Attachments: # 1 Text of Proposed Order Joint Proposed Scheduling Order)(Santiago, Maximo) (Entered: 02/20/2009)                                                                                                                          |
| 04/10/2009 | 47 | Corporate Disclosure Statement by Randall Vanessa Forbes. (Phillips, Emily) (Entered: 04/10/2009)                                                                                                                                                                              |
| 04/10/2009 | 48 | Corporate Disclosure Statement by St. Thomas University, Inc. identifying Other Affiliate The Archdiocese of Miami for St. Thomas University, Inc.. (Santiago, Maximo) (Entered: 04/10/2009)                                                                                   |
| 05/03/2009 | 49 | Initial Disclosure(s) by St. Thomas University, Inc.. (Santiago, Maximo) (Entered: 05/03/2009)                                                                                                                                                                                 |
| 05/26/2009 | 50 | ORDER Setting Status Conference: Status Conference set for 6/8/2009 10:45 AM in Miami Division before Senior Judge William M. Hoeveler.. Signed by Senior Judge William M. Hoeveler on 5/26/2009. (ag) (Entered: 05/26/2009)                                                   |
| 06/08/2009 | 51 | Minute Entry for proceedings held before Senior Judge William M. Hoeveler: Status Conference held on 6/8/2009. Court heard positions of parties. Set Pretrial conference for April 19, 2010 with trial scheduled                                                               |

| | | |
|---|---|---|
| | | April 26, 2010. Pursuant to Court's schedule, adjustment made. (see Court order for details). Court Reporter: Jill Hardy-Hobbs, Phone: 305-523-5118 (ag) (Entered: 06/08/2009) |
| 06/09/2009 | 52 | JOINT SCHEDULING ORDER: Pursuant to hearing held 6/8/2009, Final Pretrial Conference set for 4/19/2010 11:00 AM in Miami Division before Senior Judge William M. Hoeveler. Jury Trial set for 4/26/2010 10:00 AM in Miami Division before Senior Judge William M. Hoeveler. Discovery due by 10/2/2009. Expert Discovery due by 8/14/2009. In Limine Motions due by 1/29/2010. Dispositive Motions due by 1/15/2010. Signed by Senior Judge William M. Hoeveler on 6/8/2009. (ag) (Entered: 06/09/2009) |
| 06/15/2009 | 53 | Initial Disclosure(s) by Randall Vanessa Forbes. (Phillips, Emily) (Entered: 06/15/2009) |
| 07/20/2009 | 54 | MOTION for Extension of Time to Complete Discovery *Deadlines* by Randall Vanessa Forbes. (Attachments: # 1 Text of Proposed Order) (Phillips, Emily) (Entered: 07/20/2009) |
| 07/21/2009 | 55 | ORDER granting 54 Motion for Extension of Time to Complete Discovery. Signed by Senior Judge William M. Hoeveler on 7/20/09. (ch1) (Entered: 07/21/2009) |
| 10/27/2009 | 56 | Defendant's MOTION for Summary Judgment by St. Thomas University, Inc.. Responses due by 11/13/2009 (Sullivan, Anne) (Entered: 10/27/2009) |
| 10/27/2009 See record folder | 57 | NOTICE by St. Thomas University, Inc. re 56 Defendant's MOTION for Summary Judgment *Notice of Filing Vol. I of Deposition of Plaintiff in Support* (Attachments: # 1 Deposition Transcript of Deposition of Plaintiff- Volume I)(Sullivan, Anne) (Entered: 10/27/2009) |
| 10/27/2009 See record folder | 58 | NOTICE by St. Thomas University, Inc. re 57 Notice (Other), Notice (Other), 56 Defendant's MOTION for Summary Judgment *Notice of Filing Vol. II of Deposition of Plaintiff in Support* (Attachments: # 1 Deposition Notice of Filing Vol. II of Deposition of Plaintiff in Support)(Sullivan, Anne) (Entered: 10/27/2009) |
| 11/20/2009 | 59 | NOTICE by St. Thomas University, Inc. re 56 Defendant's MOTION for Summary Judgment *Suggestion of Non-Compliance by Plaintiff* (Sullivan, Anne) (Entered: 11/20/2009) |
| 12/03/2009 | 60 | ORDER Directing a Response. The plaintiff is given 10 days from the date of this order to submit a response. Signed by Senior Judge William M. Hoeveler on 12/2/2009. (lcs) (Entered: 12/03/2009) |
| 12/14/2009 | 61 | First MOTION for Extension of Time to File Response *To 56 Defendant's Motion for Summary Judgment* by Randall Vanessa Forbes. (Attachments: # 1 Text of Proposed Order)(Phillips, Emily) Modified/Added Link on 12/15/2009 (lk). (Entered: 12/14/2009) |
| 12/15/2009 | 62 | Clerks Notice to Filer re 61 First MOTION for Extension of Time to File Response *To Defendant's Motion for Summary Judgment*. **Document Not** |

| | | |
|---|---|---|
| | | **Linked**; ERROR - The filed document was not linked to the related docket entry, DE 56 . The correction was made by the Clerk. It is not necessary to refile this document. (lk) (Entered: 12/15/2009) |
| 12/16/2009 | 63 | RESPONSE in Opposition re 61 First MOTION for Extension of Time to File Response *To Defendant's Motion for Summary Judgment* filed by St. Thomas University, Inc.. (Sullivan, Anne) (Entered: 12/16/2009) |
| 12/17/2009 | 64 | ORDER granting re 61 First MOTION for Extension of Time to File Response *To Defendant's Motion for Summary Judgment* Responses due by 12/23/2009. Signed by Senior Judge William M. Hoeveler on 12/16/2009. (ail) (Entered: 12/18/2009) |
| 12/23/2009 | 65 | RESPONSE in Opposition re 56 Defendant's MOTION for Summary Judgment filed by Randall Vanessa Forbes. (Phillips, Emily) (Entered: 12/23/2009) |
| 01/05/2010 | 66 | Unopposed MOTION for Extension of Time to File Reply as to 56 Defendant's MOTION for Summary Judgment by St. Thomas University, Inc.. (Attachments: # 1 Text of Proposed Order)(Sullivan, Anne) (Entered: 01/05/2010) |
| 01/06/2010 | 67 | ORDER granting 66 Motion for Extension of Time to Respond re 56 Defendant's MOTION for Summary Judgment. Responses due by 1/20/2010. Signed by Senior Judge William M. Hoeveler on 1/6/10. (ch1) (Entered: 01/06/2010) |
| 01/20/2010 | 68 | Unopposed MOTION for Extension of Time to File Reply as to 56 Defendant's MOTION for Summary Judgment by St. Thomas University, Inc.. (Attachments: # 1 Text of Proposed Order)(Sullivan, Anne) (Entered: 01/20/2010) |
| 01/22/2010 | 69 | ORDER granting 68 Motion for Extension of Time to Reply re 56 Defendant's MOTION for Summary Judgment. Replies due by 1/29/2010. Signed by Senior Judge William M. Hoeveler on 1/22/10. (ch1) (Entered: 01/22/2010) |
| 01/22/2010 | 70 | REPLY to Response to Motion re 56 Defendant's MOTION for Summary Judgment filed by St. Thomas University, Inc.. (Sullivan, Anne) (Entered: 01/22/2010) |
| 01/22/2010 | | Set/Reset Deadlines as to 56 Defendant's MOTION for Summary Judgment. Replies due by 1/29/2010. Pursuant to 69 Order (ra1) (Entered: 01/25/2010) |
| 01/29/2010 | 71 | Defendant's MOTION in Limine by St. Thomas University, Inc.. (Sullivan, Anne) (Entered: 01/29/2010) |
| 01/30/2010 | 72 | Plaintiff's MOTION to Appoint Mediator by Randall Vanessa Forbes. Responses due by 2/16/2010 (Phillips, Emily) (Entered: 01/30/2010) |
| 02/05/2010 | 73 | RESPONSE to Motion re 72 Plaintiff's MOTION to Appoint Mediator filed by St. Thomas University, Inc.. Replies due by 2/16/2010. (Santiago, Maximo) (Entered: 02/05/2010) |

| 02/16/2010 | 74 | RESPONSE in Opposition re 71 Defendant's MOTION in Limine filed by Randall Vanessa Forbes. (Phillips, Emily) (Entered: 02/16/2010) |
|---|---|---|
| 02/19/2010 | 75 | ORDER REFERRING CASE to Mediation. Signed by Senior Judge William M. Hoeveler on 2/19/10. (ch1) (Entered: 02/19/2010) |
| 02/22/2010 | 76 | REPLY to Response to Motion re 71 Defendant's MOTION in Limine filed by St. Thomas University, Inc.. (Santiago, Maximo) (Entered: 02/22/2010) |
| 03/06/2010 | 77 | NOTICE by Randall Vanessa Forbes *Mediation* (Phillips, Emily) (Entered: 03/06/2010) |
| 03/15/2010 | 78 | FINAL REPORT of Mediation Disposition: Impasse(Langbein, Leslie) (Entered: 03/15/2010) |
| 04/02/2010 | 79 | First MOTION to Continue Trial Hearing by Randall Vanessa Forbes. Responses due by 4/19/2010 (Attachments: # 1 Affidavit Good Cause, # 2 Text of Proposed Order)(Phillips, Emily). Added MOTION to Withdraw as Attorney, MOTION to Stay Proceedings so that Plaintiff can Obtain Substitute Counsel on 4/5/2010 (ls). Modified on 4/5/2010 (ls). (Entered: 04/02/2010) |
| 04/05/2010 | 80 | Clerks Notice to Filer re 79 First MOTION to Continue *and Withdraw as Counsel of Record and Stay Proceedings*. **Motion with Multiple Reliefs Filed as One Relief**; ERROR - The Filer selected only one relief event and failed to select the additional corresponding events for each relief requested in the motion. The docket entry was corrected by the Clerk. It is not necessary to refile this document but future filings must comply with the instructions in the CM/ECF Attorney User's Manual. (ls) (Entered: 04/05/2010) |
| 04/14/2010 | 81 | ORDER Setting Hearing on Motion 79 Motion to Continue Trial Hearing MOTION to Withdraw as Attorney MOTION to Stay Proceedings so that Plaintiff can Obtain Substitute Counsel : Motion Hearing set for 4/19/2010 10:00 AM in Miami Division before Senior Judge William M. Hoeveler. Plaintiff is required to attend this hearing. Signed by Senior Judge William M. Hoeveler on 4/14/10. (ch1) (Entered: 04/14/2010) |
| 04/15/2010 | | (Court only) Pursuant to DE# 75 ***Motions terminated: 72 Plaintiff's MOTION to Appoint Mediator filed by Randall Vanessa Forbes. (dgj) (Entered: 04/15/2010) |
| 04/19/2010 | 82 | Minute Entry for proceedings held before Senior Judge William M. Hoeveler: Motion Hearing held on 4/19/2010 re 79 Motion to Continue Trial Hearing MOTION to Withdraw as Attorney MOTION to Stay Proceedings so that Plaintiff can Obtain Substitute Counsel filed by Randall Vanessa Forbes. Court Reporter: Jill Hardy-Hobbs, 305-523-5118 / Jill_Hardy-Hobbs@flsd.uscourts.gov (lcs) (Entered: 04/19/2010) |
| 04/21/2010 | 83 | ORDER granting 79 Motion to Continue Hearing ; granting 79 Motion to Withdraw as Attorney. Attorney Emily Joyce Phillips terminated ( Deadline to obtain new counsel 5/11/2010.). Signed by Senior Judge |

| | | |
|---|---|---|
| | | William M. Hoeveler on 4/21/2010. (lcs) (Entered: 04/21/2010) |
| 04/26/2010 | 🔒 🔊 | (Court only) ***Motions terminated per chambers: 79 Motion to Continue Trial Hearing MOTION to Withdraw as Attorney MOTION to Stay Proceedings so that Plaintiff can Obtain Substitute Counsel filed by Randall Vanessa Forbes. See DE 83 (lcs) (Entered: 04/26/2010) |
| 05/07/2010 | 84 | NOTICE of Attorney Appearance by Richard Lawrence Brown on behalf of Randall Vanessa Forbes (Brown, Richard) (Entered: 05/07/2010) |
| 05/18/2010 | 85 | ORDER Setting Hearing on Motion 56 Defendant's MOTION for Summary Judgment: Motion Hearing set for 6/4/2010 10:15 AM in Miami Division before Senior Judge William M. Hoeveler. Signed by Senior Judge William M. Hoeveler on 5/18/2010. (lcs) (Entered: 05/18/2010) |
| 06/03/2010 | 86 | ORDER Re-setting Hearing on Motion 56 Defendant's MOTION for Summary Judgment : Motion Hearing reset for 6/18/2010 11:00 AM in Miami Division before Senior Judge William M. Hoeveler. Signed by Senior Judge William M. Hoeveler on 6/2/2010. (lcs) (Entered: 06/03/2010) |
| 06/18/2010 | 87 | Minute Entry for proceedings held before Senior Judge William M. Hoeveler: Motion Hearing held on 6/18/2010 re 56 Defendant's MOTION for Summary Judgment filed by St. Thomas University, Inc. Order to follow. Court Reporter: Larry Herr, 305-523-5290 / Larry_Herr@flsd.uscourts.gov (ch1) (Entered: 06/18/2010) |
| 09/30/2010 | 88 | ORDER denying 71 Motion in Limine. Signed by Senior Judge William M. Hoeveler on 9/29/10. (ch1) (Entered: 09/30/2010) |
| 09/30/2010 | 89 | ORDER denying 56 Motion for Summary Judgment. Signed by Senior Judge William M. Hoeveler on 9/30/10. (ch1) (Entered: 09/30/2010) |
| 10/11/2010 | 90 | NOTICE by Randall Vanessa Forbes re 88 Order on Motion in Limine *disclosing documents per court order* (Brown, Richard) (Entered: 10/11/2010) |
| 11/12/2010 | 91 | Renewed MOTION for Summary Judgment by St. Thomas University, Inc.. Responses due by 12/6/2010 (Sullivan, Anne) (Entered: 11/12/2010) |
| 11/12/2010 | 92 | NOTICE by St. Thomas University, Inc. re 91 Renewed MOTION for Summary Judgment *Notice of Filing Affidavit of John Hernandez* (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit) (Sullivan, Anne) (Entered: 11/12/2010) |
| 11/12/2010 | 93 | NOTICE by St. Thomas University, Inc. re 91 Renewed MOTION for Summary Judgment *Notice of Filing Affidavit of Cecile Dykas* (Attachments: # 1 Affidavit)(Sullivan, Anne) (Entered: 11/12/2010) |
| 11/12/2010 | 94 | NOTICE by St. Thomas University, Inc. re 91 Renewed MOTION for Summary Judgment *Notice of Filing Deposition Transcript of John Hernandez* (Attachments: # 1 Deposition, # 2 Exhibit)(Sullivan, Anne) (Entered: 11/12/2010) |

| | | |
|---|---|---|
| 11/12/2010 | 95 | NOTICE by St. Thomas University, Inc. re 91 Renewed MOTION for Summary Judgment *Notice of Filing Deposition of Peter Kelly* (Attachments: # 1 Deposition, # 2 Exhibit)(Sullivan, Anne) (Entered: 11/12/2010) |
| 12/10/2010 | 96 | NOTICE by St. Thomas University, Inc. re 91 Renewed MOTION for Summary Judgment *Suggestion of Non-Compliance by Plaintiff in Not Filing Response* (Sullivan, Anne) (Entered: 12/10/2010) End Vol 2 |
| 12/21/2010 | 97 | ORDER DIRECTING A RESPONSE re 91 Renewed MOTION for Summary Judgment filed by St. Thomas University, Inc. Plaintiff is given until January 10, 2011 to submit a Response, or the Court will rule on the motion without the benefit of a Response. ( Responses due by 1/10/2011). Signed by Senior Judge William M. Hoeveler on 12/21/2010. (mno) (Entered: 12/23/2010) Begin Vol 3 |
| 01/10/2011 | 98 | RESPONSE in Opposition re 91 Renewed MOTION for Summary Judgment filed by Randall Vanessa Forbes. (Brown, Richard) (Entered: 01/10/2011) |
| 01/21/2011 | 99 | REPLY to Response to Motion re 91 Renewed MOTION for Summary Judgment filed by St. Thomas University, Inc.. (Attachments: # 1 Exhibit A)(Santiago, Maximo) (Entered: 01/21/2011) |
| 03/11/2011 | 100 | NOTICE of Change of Address by Richard Lawrence Brown (Brown, Richard) Modified on 3/14/2011 (tp). Address updated (Entered: 03/11/2011) |
| 04/01/2011 | 101 | Case Reassignment of Paired Magistrate Judge pursuant to Administrative Orders 2010-145 and 2011-18 to Magistrate Judge Bandstra. (vp) (Entered: 04/05/2011) |
| 05/11/2011 | 102 | NOTICE of Hearing on Motion 91 Renewed MOTION for Summary Judgment : Motion Hearing set for 5/19/2011 10:30 AM in Miami Division before Senior Judge William M. Hoeveler. (ch1) (Entered: 05/11/2011) |
| 05/17/2011 | 103 | Defendant's MOTION to Reschedule the May 19, 2011 Hearing re 102 Notice of Hearing on Motion by St. Thomas University, Inc.. (Attachments: # 1 Text of Proposed Order)(Mullen, Michael) Modified relief on 5/18/2011 (tp). (Entered: 05/17/2011) |
| 05/18/2011 | 104 | Clerks Notice to Filer re 103 Motion to Reschedule the May 19, 2001 Hearing. **Filer Selected the Wrong Motion Relief(s)**; ERROR - The Filer selected the wrong motion relief(s) when docketing the motion. The correction was made by the Clerk. It is not necessary to refile this document but future motions filed must include applicable reliefs. (tp) (Entered: 05/18/2011) |
| 05/18/2011 | 105 | ORDER RE-SETTING HEARING / granting in part and denying in part 103 Motion to Continue. The Hearing is reset to May 24, 2011 at 11:00 am.. Signed by Senior Judge William M. Hoeveler on 5/18/2011. (gml) (Entered: 05/18/2011) |

| 05/18/2011 | ◌ | Reset Hearing as to 91 Renewed MOTION for Summary Judgment. Motion Hearing reset for 5/24/2011 11:00 AM in Miami Division before Senior Judge William M. Hoeveler per DE 105 Order Re-Setting Hearing. (gm1) (Entered: 05/18/2011) |
| --- | --- | --- |
| 05/21/2011 | ◌ 106 | NOTICE by St. Thomas University, Inc. re 91 Renewed MOTION for Summary Judgment *of Filing Affidavits* (Attachments: # 1 Affidavit of Cecilia Dykas, # 2 Affidavit of John Hernandez, # 3 Affidavit of Carol Zeiner)(Mullen, Michael) Modified on 5/23/2011 (ls). (Entered: 05/21/2011) Vol 3 cont'd |
| 05/23/2011 | ◌ 107 | NOTICE by St. Thomas University, Inc. re 91 Renewed MOTION for Summary Judgment *Notice of Filing Affidavit in Support of Defendant's Renewed Motion for Summary Judgment* (Attachments: # 1 Affidavit of Jay Silver)(Mullen, Michael) (Entered: 05/23/2011) |
| 05/24/2011 | ◌ 108 | Minute Entry for proceedings held before Senior Judge William M. Hoeveler: Motion Hearing held on 5/24/2011 re 91 Renewed MOTION for Summary Judgment filed by St. Thomas University, Inc. Appearances by Max Santiago and Laura Jennings for the defendant. No appearance for plaintiff. Order to follow. Court Reporter: Larry Herr, 305-523-5290 / Larry_Herr@flsd.uscourts.gov (ch1) (Entered: 05/24/2011) |
| 05/27/2011 | ◌ 109 | ORDER granting 91 Renewed Motion for Summary Judgment; Summary Judgment entered in favor of St. Thomas and against Randall Vanessa Forbes; Case is Closed. Signed by Senior Judge William M. Hoeveler on 5/24/2011. (ls) (Entered: 05/27/2011) |
| 05/27/2011 | 🔒 ◌ | (Court only) ***Civil Case Terminated. (ls) (Entered: 05/27/2011) |
| 06/03/2011 | ◌ 110 | FINAL JUDGMENT in favor of the Defendant, St. Thomas University, Inc. against the Plaintiff, Randall Vanessa Forbes. Signed by Senior Judge William M. Hoeveler on 6/3/2011. (ral) (Entered: 06/06/2011) |
| 06/29/2011 | ◌ 111 | MOTION to Vacate 110 Judgment by Randall Vanessa Forbes. Responses due by 7/18/2011 (ar2) (Entered: 06/29/2011) |
| 06/29/2011 | ◌ 112 | NOTICE OF APPEAL as to 110 Judgment by Randall Vanessa Forbes Filing fee $ 455.00. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. Fee- Not Paid (cqs) (Entered: 06/30/2011) |
| 06/29/2011 | ◌ 113 | MOTION for Leave to Appeal in forma pauperis (supporting documents not scanned) by Randall Vanessa Forbes. (cqs) (Entered: 06/30/2011) |
| 06/30/2011 | ◌ | Transmission of Notice of Appeal, Judgment and Docket Sheet to US Court of Appeals re 112 Notice of Appeal. (cqs) (Entered: 06/30/2011) |
| 07/12/2011 | ◌ 114 | Acknowledgment of Receipt of NOA from USCA re 112 Notice of Appeal, filed by Randall Vanessa Forbes. Date received by USCA: 7/5/2011. USCA Case Number: 11-12994-G. (mc) (Entered: 07/12/2011) |

| 07/13/2011 | 115 | RESPONSE to Motion re 111 MOTION to Vacate 110 Judgment filed by St. Thomas University, Inc.. Replies due by 7/25/2011. (Santiago, Maximo) (Entered: 07/13/2011) |
| --- | --- | --- |
| 07/15/2011 | 116 | ORDER denying 113 Motion for Leave to Appeal in forma pauperis. Signed by Senior Judge William M. Hoeveler on 7/15/2011. (ch1) (Entered: 07/15/2011) |
| 08/11/2011 | 117 | RENEWED MOTION for Leave to Appeal in forma pauperis by Randall Vanessa Forbes. (cqs) (Entered: 08/12/2011) |
| 08/15/2011 | 118 | ORDER granting 117 Motion for Leave to Appeal in forma pauperis. Signed by Senior Judge William M. Hoeveler on 8/15/2011. (ch1) (Entered: 08/15/2011) |
| 10/14/2011 | 119 | ORDER denying 111 Motion to Vacate. Signed by Senior Judge William M. Hoeveler on 10/14/2011. (ch1) (Entered: 10/14/2011) |