# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**STEVEN M. LARIMORE**
Clerk of Court

Date: 10/24/2011

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

Appeals Section

FILED by _____ D.C.

NOV 02 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

**COR/ROA**

IN RE:   District Court No: 07-22502-Cv - WMH

U.S.C.A. No:   11-12994-GG

Style:   RANDALL VANESSA FORBES V. ST. THOMAS UNIVERSIT

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 3 Volume(s) of pleadings
- 0 Volume(s) of Transcripts

Exhibits:   0 boxes;   1 folders;
             0 envelopes;   0 PSIs (sealed)
☐ other:
☐ other:
☑ Other:   (1) Acc. Folder DE#57,58,92
☐ Other:

Sincerely,
Steven M. Larimore, Clerk of Court,

By: _____

By _Deputy Clerk_

Attachment
c: court file

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 10-24-11

S/F A-15
Rev. 10/94

☐ 400 N. Miami Avenue
Miami, Fl 33128-7716
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408