UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court



March 05, 2012

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

Appeal Number: 11-12994-AA
Case Style: Randall Forbes v. St. Thomas University, Inc.
District Court Docket No: 1:07-cv-22502-WMH

The following record materials in the referenced case are returned herewith: <u>Three volumes of record on appeall and One exhibit folder.</u>

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Eleanor M. Dixon, AA
Phone #: (404) 335-6172

REC-3 Ltr Returning Record to DC

(3) vol Pls
(1) Exc Folder
57, 58, 92